**Click here to Respond to Selected Documents**

**Sort Date Entries: Descending Ascending**

**Display Options:** All Entries

**11/18/2024**

**Agent Served**

Document ID - 24-SMCC-474; Served To - CHURCH MUTUAL INSURANCE COMPANY, SI; Served Date - 11/14/2024; Served Time - 09:20:00; Service Type - SP; Reason Description - SERV; Service Text -SHELLEY LEWIS, AUTHORIZED AGENT, ACCEPTED SERVICE

**Notice of Service**

**Filed By:** JOSEPH C BLANTON JR
**On Behalf Of:** DIMENSION CHURCH

**11/12/2024**

**Summons Issued-Circuit**

Document ID: 24-SMCC-474, for CHURCH MUTUAL INSURANCE COMPANY, SI

**Order - Special Process Server**

Harmon Legal Process Service is hereby appointed to serve as special process server in the above case.

**Correspondence Filed**

Additional filing fee paid.
**Filed By:** JOSEPH C BLANTON JR

**Motion Special Process Server**

**Filed By:** JOSEPH C BLANTON JR
**On Behalf Of:** DIMENSION CHURCH

**11/11/2024**

**Entry of Appearance Filed**

on behalf of Plaintiff.
**On Behalf Of:** DIMENSION CHURCH

**Filing Info Sheet eFiling**

**Confid Filing Info Sheet Filed**

**On Behalf Of:** DIMENSION CHURCH

**Pet Filed in Circuit Ct**

Petition and attached exhibits 1-3 filed.
**On Behalf Of:** DIMENSION CHURCH

**EXHIBIT A**

Electronically Filed - STODDARD - November 12, 2024 - 01:23 PM

THE LAW OFFICES OF

**Blanton, Nickell, Collins, Douglas & Hanschen LLC**

Joseph C. Blanton, Jr.
Bryan E. Nickell
Thomas W. Collins, III
Patrick R. Douglas
Shaun D. Hanschen
Diedre A. Peters
Tony C. "Trey" Watkins, III
Mark Blanton

SINCE 1914
Harry Blanton (1891-1973)
Thomas R. Gilmore (1939-1984)
David E. Blanton (1908-1999)
Bernard C. Rice (1929-2014)

219 S. Kingshighway • P.O. Box 805
Sikeston, MO 63801-0805
Phone (573) 471-1000 • Fax (573) 471-1012
www.blantonlaw.com

Writer's Direct Email:

jblanton@blantonlaw.com

November 12, 2024

Via Electronic Case Filing System
Ms. Sherry Disney, Clerk of the Court
Stoddard County, Missouri

Re: Dimension Church v. Church Mutual Insurance Company
Case No. 24SD-CC00107

Dear Ms. Disney:

I have attached the additional $2.00 filing fee to this filing.

Thank you.

Very truly yours,

Joe Blanton (MHS)

Joseph C. Blanton, Jr.

JCB/mhs

Electronically Filed - STODDARD - November 12, 2024 - 09:22 AM

**IN THE CIRCUIT COURT OF STODDARD COUNTY, MISSOURI**

| | | |
|---|---|---|
| **DIMENSION CHURCH,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No.** |
| | ) | |
| **CHURCH MUTUAL INSURANCE** | ) | |
| **COMPANY, S.I.,** | ) | |
| **A Wisconsin stock insurer company,** | ) | |
| **SERVE AT:** | ) | **JURY TRIAL DEMANDED** |
| **CSC Lawyers Inc. Service Company** | ) | |
| **221 Boliver Street** | ) | |
| **Jefferson City, MO 65101** | ) | |
| **Defendant.** | ) | |

**MOTION FOR APPOINTMENT OF SPECIAL PROCESS SERVER**

COMES NOW Plaintiff and requests that Rufus R. Harmon of Harmon Legal Process Service, or his agent, which is not a party to this action, be appointed as special process server to serve the Defendant for the purposes of this action.

**Respectfully submitted,**

**BLANTON, NICKELL, COLLINS,**
**DOUGLAS, HANSCHEN & PETERS LLC**
**219 South Kingshighway**
**Post Office Box 805**
**Sikeston, Missouri 63801**
**Ph: (573) 471-1000 Fax: (573) 471-1012**
**Email: jblanton@blantonlaw.com**
**mblanton@blantonlaw.com**

**By:** ***/s/ Joseph C. Blanton, Jr.***
**Joseph C. Blanton, Jr. #32769**
**Mark D. Blanton #71791**

***Attorneys for Plaintiffs***

Electronically Filed - STODDARD - November 12, 2024 - 09:22 AM

**IT IS ORDERED THAT THIS MOTION FOR APPOINTMENT OF SPECIAL PROCESS SERVER IS GRANTED THIS ________ DAY OF NOVEMBER, 2024.**

______________________________________
**JUDGE/CLERK**

Electronically Filed - STODDARD - November 12, 2024 - 09:22 AM

**IT IS ORDERED THAT THIS MOTION FOR APPOINTMENT OF SPECIAL PROCESS SERVER IS GRANTED THIS __12th__ DAY OF NOVEMBER, 2024.**

Paula Yancey

**JUDGE/CLERK**

# Summons in Civil Case

IN THE 35TH JUDICIAL CIRCUIT, STODDARD COUNTY, MISSOURI

| | | |
|---|---|---|
| Judge or Division:<br>ROBERT N MAYER | **Case Number: 24SD-CC00107** | |
| Plaintiff/Petitioner:<br>DIMENSION CHURCH<br>vs. | Plaintiff's/Petitioner's Attorney/Address<br>JOSEPH C BLANTON JR<br>219 S KINGSHIGHWAY<br>P.O. BOX 805<br>SIKESTON, MO 63801 | |
| Defendant/Respondent:<br>CHURCH MUTUAL INSURANCE COMPANY, SI | Court Address:<br>STODDARD COUNTY JUSTICE CENTER<br>PO BOX 30<br>403 S PRAIRIE<br>BLOOMFIELD, MO 63825 | (Date File Stamp for Return) |
| Nature of Suit:<br>CC Breach of Contract | | |

**The State of Missouri to:** **CHURCH MUTUAL INSURANCE COMPANY, SI**
**R/A: CSC LAWYERS, INC SERVICE CO, 221 BOLIVAR ST, JEFFERSON CITY, MISSOURI 65101**
**PO BOX 357**
**MERRILL, WI 54452-0357**

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

***COURT SEAL OF***

***STODDARD COUNTY***

12-NOV-2024
Date

Leanne Brady
Clerk

**Further Information:**

Case Number: 24SD-CC00107

**Officer's or Server's Return**

**Note to serving officer**: Service should be returned to the court within 30 days after the date of issue.

I certify that I have served the above Summons by: (check one)

☐ delivering a copy of the summons and petition to the defendant/respondent.

☐ leaving a copy of the summons and petition at the dwelling house or usual place of abode of the defendant/respondent with ______________________________________________,
a person at least 18 years of age residing therein.

☐ (for service on a corporation) delivering a copy of the summons and petition to:
______________________________ (name) ______________________ (title).

☐ other: ____________________________________________________.

Served at ______________________________________________________ (address)
in ______________________ (County/City of St. Louis), MO, on _____________ (date)
at _________ (time).

______________________________ ______________________________
Printed Name of Officer or Server Signature of Officer or Server

**Must be sworn before a notary public if not served by an authorized officer.**
Subscribed and sworn to before me on ____________________ (date).

*(Seal)*

My commission expires: _____________ ____________________
Date Notary Public

**Service Fees (if applicable)**

| | |
|---|---|
| Summons | $_________ |
| Non Est | $_________ |
| Sheriff's Deputy Salary | |
| Supplemental Surcharge | $ 10.00 |
| Mileage | $_________ (______ miles @ $.______ per mile) |
| **Total** | **$_________** |

A copy of the summons and petition must be served on **each** defendant/respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

Electronically Filed - STODDARD - November 18, 2024 - 08:32 AM

# Summons in Civil Case

IN THE 35TH JUDICIAL CIRCUIT, STODDARD COUNTY, MISSOURI

| | | |
|---|---|---|
| Judge or Division:<br>ROBERT N MAYER | **Case Number: 24SD-CC00107** | |
| Plaintiff/Petitioner:<br>DIMENSION CHURCH<br>vs. | Plaintiff's/Petitioner's Attorney/Address<br>JOSEPH C BLANTON JR<br>219 S KINGSHIGHWAY<br>P.O. BOX 805<br>SIKESTON, MO 63801 | |
| Defendant/Respondent:<br>CHURCH MUTUAL INSURANCE COMPANY, SI | Court Address:<br>STODDARD COUNTY JUSTICE CENTER<br>PO BOX 30<br>403 S PRAIRIE<br>BLOOMFIELD, MO 63825 | |
| Nature of Suit:<br>CC Breach of Contract | | (Date File Stamp for Return) |

**The State of Missouri to: CHURCH MUTUAL INSURANCE COMPANY, SI**
**R/A: CSC LAWYERS, INC SERVICE CO, 221 BOLIVAR ST, JEFFERSON CITY, MISSOURI 65101**
**PO BOX 357**
**MERRILL, WI 54452-0357**

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

***COURT SEAL OF***

***STODDARD COUNTY***

12-NOV-2024
Date

Leanne Brady
Clerk

**Further Information:**

Electronically Filed - STODDARD - November 18, 2024 - 08:32 AM

Case Number: 24SD-CC00107

## Officer's or Server's Return

**Note to serving officer**: Service should be returned to the court within 30 days after the date of issue.

I certify that I have served the above Summons by: (check one)

☐ delivering a copy of the summons and petition to the defendant/respondent.

☐ leaving a copy of the summons and petition at the dwelling house or usual place of abode of the defendant/respondent with ______________________________, a person at least 18 years of age residing therein.

☒ (for service on a corporation) delivering a copy of the summons and petition to: Shelley Lewis (name) Authorized Agent (title).

☐ other: ______________________________.

Served at 221 Bolivar st. Jefferson City MO (address) in Cole (County/City of St. Louis), MO, on 11-14-24 (date) at 9:20 Am. (time).

Rufus R. Harmon
Printed Name of Officer or Server

Rufus R. Harmon
Signature of Officer or Server

**Must be sworn before a notary public if not served by an authorized officer.**
Subscribed and sworn to before me on 11-16-24 (date).

*(Seal)*

My commission expires: 8-14-27
Date

Kelsey Schrimpf
Notary Public

KELSEY SCHRIMPF
Notary Public, Notary Seal
State of Missouri
Cole County
Commission # 23381805
My Commission Expires 08-14-2027

**Service Fees (if applicable)**

| | |
|---|---|
| Summons | $_______ |
| Non Est | $_______ |
| Sheriff's Deputy Salary | |
| Supplemental Surcharge | $ 10.00 |
| Mileage | $_______ (______ miles @ $.______ per mile) |
| **Total** | **$_______** |

A copy of the summons and petition must be served on **each** defendant/respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

Electronically Filed - STODDARD - November 11, 2024 - 05:02 PM

**IN THE CIRCUIT COURT OF STODDARD COUNTY, MISSOURI**

| | | |
|---|---|---|
| **DIMENSION CHURCH,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No.** |
| | ) | |
| **CHURCH MUTUAL INSURANCE** | ) | |
| **COMPANY, S.I.,** | ) | |
| **A Wisconsin stock insurer company,** | ) | |
| **SERVE AT:** | ) | **JURY TRIAL DEMANDED** |
| **CSC Lawyers Inc. Service Company** | ) | |
| **221 Boliver Street** | ) | |
| **Jefferson City, MO 65101** | ) | |
| **Defendant.** | ) | |

**ENTRY OF APPEARANCE**

Mark D. Blanton hereby enters his appearance as counsel for Plaintiff Dimension Church.

**Respectfully submitted,**

**BLANTON, NICKELL, COLLINS,**
**DOUGLAS, HANSCHEN,**
**& PETERS LLC**
219 South Kingshighway, P.O. Box 805
Sikeston, MO 63801
Tel: 573-471-1000 Fax: 573-471-1012
Email: jblanton@blantonlaw.com
Email: mblanton@blantonlaw.com

By: **/s/ Mark D. Blanton**
**Joseph C. Blanton, Jr. #32769**
**Mark D. Blanton #71791**

*Attorneys for Plaintiff*

Electronically Filed - STODDARD - November 11, 2024 - 05:02 PM

Electronically Filed - STODDARD - November 11, 2024 - 11:15 AM

**IN THE CIRCUIT COURT OF STODDARD COUNTY, MISSOURI**

| | | |
|---|---|---|
| **DIMENSION CHURCH,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No.** |
| | ) | |
| **CHURCH MUTUAL INSURANCE** | ) | |
| **COMPANY, S.I.,** | ) | |
| **A Wisconsin stock insurer company,** | ) | |
| **SERVE AT:** | ) | **JURY TRIAL DEMANDED** |
| **CSC Lawyers Inc. Service Company** | ) | |
| **221 Boliver Street** | ) | |
| **Jefferson City, MO 65101** | ) | |
| **Defendant.** | ) | |

**PETITION**

Plaintiff Dimension Church, by counsel, alleges:

**Parties & Jurisdiction**

1. Plaintiff Dimension Church (**Dimension**) is a Missouri nonprofit corporation based in Stoddard County, Missouri.

2. Dimension operates a church in Dexter, Missouri, and has a pastor and parishioners.

3. Defendant Church Mutual Insurance Company, S.I. (**Church Mutual**) is a Wisconsin stock insurance company headquartered in Wisconsin. Defendant's registered agent in Missouri is CSC-Lawyers Incorporating Service Company. That agent may be served with summons and a service copy of the Petition at 221 Boliver Street, Jefferson City, Missouri 65101.

4. Venue is proper in this Court because the relevant transactions and occurrences regarding this case occurred in Stoddard County, and the land and buildings pertaining to this case are located within Stoddard County and therefore the cause of action accrued in Stoddard County. This Court has jurisdiction because the amount in controversy exceeds $25,000, and the pertinent insurance Policy is governed by Missouri law.

Electronically Filed - STODDARD - November 11, 2024 - 11:15 AM

## BACKGROUND

5. Dimension and Church Mutual are parties to an insurance contract and policy covering Dimension for various types of losses (**Policy**). The Policy is attached as Exhibit 1 to the Petition.

6. The Policy is subject to a limit of $762,570.

7. The Policy issued to Dimension by Church Mutual is a commercial casualty insurance Policy.

8. "Commercial casualty insurance" is defined as "casualty insurance for business or nonprofit interests which is not for personal, family or household purposes, and which is provided by issuance of a Policy of insurance and not merely a binder for such insurance coverage." R.S.Mo. § 379.882(1). Here, Dimension's policy fits under this definition, as the policy is a casualty policy, it is held for a nonprofit interest (Dimension), Dimension was issued an insurance Policy, and the Policy is not for any personal, family, or household purpose.

9. Dimension's insured property is located at 621 North Hickory Street in Dexter, Missouri.

10. The Policy insures Dimension's physical location (and all structures located on the premises).

11. Plaintiff is the owner in fee simple of the land and building(s) insured under the Policy.

12. Dimension paid Church Mutual the Policy premiums from Dimension's bank account.

13. Starting on or around March 2023, the payment system for Dimension's insurance Policy was switched to an auto-pay system.

Electronically Filed - STODDARD - November 11, 2024 - 11:15 AM

14. Dimension's premises are subject to a mortgage with Southern Bank in Poplar Bluff, Missouri.

15. On or about January 2024, the scheduled auto-payment was not withdrawn from Dimension's bank account by Church Mutual.

16. Dimension was current on payments for the insurance policies up to that point.

17. The terms of Dimension's Policy indicate that Church Mutual may cancel the insurance policy "by mailing or delivering to the first Named Insured written notice of cancellation at least: a. 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or . . ." Common Policy Conditions at p. 1.

18. R.S.Mo. § 375.002 (1) and .003 (2) provide that no cancellation for non-payment of premiums is effective unless a notice is sent to the insured at least Ten (10) days prior to the effective date of the cancellation. R.S.Mo. § 375.003.2 provides "Where cancellation is for nonpayment of premium at least ten (10) days' notice of cancellation shall be given and such notice shall contain the following notice or notice of substantially similar in bold conspicuous type: "**THIS POLICY IS CANCELLED EFFECTIVE AT THE DATE AND TIME INDICATED IN THIS NOTICE. THIS IS A FINAL NOTICE OF CANCELLATION WE WILL SEND PRIOR TO THE EFFECTIVE DATE AND TIME OF CANCELLATION INDICATED IN THIS NOTICE**." The notice of cancellation which Church Mutual claims it sent and which Defendant did not receive does not contain the required language.

19. In phone calls/correspondence with Dimension's representatives, Church Mutual has claimed that the Policy was cancelled for non-payment as of February 7, 2024.

20. However, Church Mutual did not send a proper notice of cancellation and neither Dimension nor Southern Bank received any written cancellation notice as required by the Policy

Electronically Filed - STODDARD - November 11, 2024 - 11:15 AM

and Missouri law. A representative of Church Mutual stated that the cancellation notice had been returned to Church Mutual undelivered.

21. Dimension has had numerous mailing issues with Church Mutual in the past; it has repeatedly sent Dimension's mail to its neighbors and removed details from its address block that allow the mail to be delivered accurately.

22. Church Mutual did not provide Dimension with sufficient notice under the insurance Policy and applicable law that the Policy would be cancelled.

23. Dimension submitted a claim for property damage to Church Mutual for a loss on or about February 2024, which was purportedly partially accepted by Church Mutual.

24. However, Dimension never received the check from Church Mutual for payment of that claim.

25. Dimension received correspondence from Church Mutual in March 2024 stating that its insurance Policy "provides coverage for this type of loss…", which indicated to Dimension that it was still covered under Church Mutual's insurance Policy.

26. On or about March 28, 2024, a representative of Dimension called Church Mutual and spoke with its agent, who stated that Dimension's above claim was still open. In later statements, a representative of Church Mutual advised that a check for the earlier February 2024 loss in the amount of $1,790.00 had been mailed to Dimension but that the check had not been presented for payment. That check was never received by Dimension. Church Mutual therefore knew that there were problems with how it sent communications and notices to Dimension.

27. In a separate, later incident, Dimension suffered extensive catastrophic damage to its building in Dexter, Missouri from a series of tornadoes and other storms that passed through

Electronically Filed - STODDARD - November 11, 2024 - 11:15 AM

the area on May 26-27, 2024. The National Weather Service information on the storms can be found here: https://www.weather.gov/pah/May26_2024Severe.

28. Because of the holes in the roof caused by the May tornado and storm damage, water is collecting in the basement and mold is developing throughout the building.

29. Dimension contacted Church Mutual regarding the insurance Policy on or about May 25, 2024, before the loss occurred.

30. On May 28, 2024, Dimension contacted Church Mutual about the damage to its property and the insurance Policy.

31. Church Mutual stated in that call that for its underwriters to consider writing Dimension a new policy (therefore stating that Dimension's current policy was purportedly cancelled), it would have to pay $403.00. Dimension paid this sum but the Policy was not reinstated.

32. Dimension's attorneys sent correspondence to Church Mutual pertaining to the insurance Policy on or about June 14, 2024. A copy of the letter is attached as Exhibit 2.

33. Dimension formally filed a claim for the May 26-27 storm damage on or about July 17, 2024 with Church Mutual's customer service address. A copy of the submitted claim is attached as "Exhibit 3."

34. The claim was resubmitted to Church Mutual's claim intake email address on or about July 18, 2024.

35. Church Mutual contacted Dimension's attorneys on or about July 19, 2024. During that call, counsel for Dimension indicated that Dimension's Policy with Church Mutual was never properly cancelled because Dimension never received the cancellation notice required under the Policy and Missouri law. Church Mutual has since been unable to prove that it sent a proper notice

Electronically Filed - STODDARD - November 11, 2024 - 11:15 AM

of cancellation under the Policy in Missouri law or that the notice was received by Dimension. Southern Bank has also advised it never received any notice of cancellation.

36. Because of the holes in the roof caused by the May tornado damage, water is collecting in the basement and mold is developing throughout the building.

37. On or about July 23, 2024, Church Mutual formally denied the insurance claim for the loss caused by the May 26, 2024 tornado.

**COUNT I – BREACH OF CONTRACT**

38. Dimension incorporates Paragraphs 1 through 37 by reference as if fully set forth herein.

39. Church Mutual's insurance Policy insured Dimension for the losses suffered by Dimension on or about May 26-27, 2024 and was in full force and effect at that time.

40. Dimension promptly informed Church Mutual about the damages suffered to its property.

41. Dimension properly submitted a claim, and otherwise corresponded with Church Mutual, but Church Mutual has refused to pay the claim in violation of the Policy.

42. Although Church Mutual claims the Policy was cancelled, the requisite cancellation notice required by the Policy and Missouri Law was not sent to Dimension or it mortgagee, Southern Bank, and was never received by either.

43. Dimension never assented to the cancellation of the Contract. Moreover, it has made an additional premium payment to Church Mutual as it had requested.

44. Church Mutual has failed to pay any of the monies due and owing under the Policy. Church Mutual has therefore breached the Policy.

Electronically Filed - STODDARD - November 11, 2024 - 11:15 AM

45. Dimension has been financially damaged by Church Mutual's breach of the Agreement.

46. The loss to Plaintiff's property is total and, under the Missouri Valued Policy Statute, R.S.Mo. § 379.140, the entire Policy limits less any deductible or co-insurance amount is due and payable. Plaintiff is also entitled to pre-judgment interest pursuant to R.S.Mo. § 408.020.

WHEREFORE, Dimension prays that this Court enter judgment in favor of Dimension and against Church Mutual in an amount exceeding Twenty-Five Thousand United States Dollars ($25,000) on Count I, plus the statutory pre-judgment interest rate of 9% Pursuant to R.S.Mo. § 408.020, contemplated by the Missouri Revised Statutes, and grant them such other and further relief as this Court deems just and proper.

**COUNT II – VEXATIOUS REFUSAL**

47. Plaintiffs incorporate Paragraphs 1 through 47 by reference as if fully set forth herein.

48. Dimension suffered a covered loss due to the May 2024 tornadoes that passed through the Dexter area.

49. Church Mutual has refused to pay the coverage amounts contemplated by the Policy without reasonable cause or excuse.

50. Church Mutual's refusal to pay the loss is willful and unreasonable to a reasonably prudent person.

51. Dimension has incurred legal fees and expenses and will continue to incur legal fees and expenses as a direct result of the breach by Church Mutual of its Policy.

Electronically Filed - STODDARD - November 11, 2024 - 11:15 AM

52. Dimension is entitled to recover its attorney's fees and costs and additional damages of 20% of the first $1,500 of the loss and 10% of the amount of the loss in excess of $1,500 pursuant to R.S.Mo. § 375.296 and 375.420.

WHEREFORE, Dimension prays that this Court enter judgment in its favor and against Church Mutual in an amount of additional damages and attorneys fees contemplated by R.S.Mo. § 375.296 and § 375.420 as to Count II and grant it such other and further relief as this Court deems just and proper.

**Respectfully submitted,**

**BLANTON, NICKELL, COLLINS,**
**DOUGLAS, HANSCHEN & PETERS LLC**
**219 South Kingshighway**
**Post Office Box 805**
**Sikeston, Missouri 63801**
**Ph: (573) 471-1000 Fax: (573) 471-1012**
**Email: jblanton@blantonlaw.com**
**mblanton@blantonlaw.com**

**By:** ***/s/ Joseph C. Blanton, Jr.***
**Joseph C. Blanton, Jr. #32769**
**Mark D. Blanton #71791**

***Attorneys for Plaintiffs***

Electronically Filed - STODDARD - November 11, 2024 - 11:15 AM

POLICY NUMBER: 0378468 25-650556 EFFECTIVE: 01/10/2024

DIMENSION CHURCH
205 W BUSINESS US HIGHWAY 60
DEXTER MO 63841-1117

02-217
YOUR PRODUCER:
MATTHEW WEISS
3000 SCHUSTER LN
MERRILL WI 54452

Church Mutual INSURANCE

Electronically Filed - STODDARD - November 11, 2024 - 11:15 AM

Electronically Filed - STODDARD - November 11, 2024 - 11:15 AM

# POLICY NOTICE
# S.I. Clarification

**ABOUT CHURCH MUTUAL INSURANCE COMPANY, S.I. (a stock insurer)[1]**

Effective January 1, 2020, Church Mutual Insurance Company ("Church Mutual") was reorganized under Wisconsin law from a mutual insurance company to a stock insurance company within a mutual holding company structure. As a result of the restructuring, Church Mutual updated its corporate name to Church Mutual Insurance Company, S.I. (a stock insurer) and updated its policies to reflect the impact shifting from a mutual insurer to a stock insurer within a mutual holding company group.

As a policyholder of Church Mutual, your policy will highlight that you are now a member of Church Mutual Holding Company, Inc. (CMHC), and you will be entitled to vote, either in person or by proxy, on each issue that comes before meetings of the members. You will be able to cast only one vote regardless of the number of policies you purchase. Even though Church Mutual will be converted to a stock insurer, there will be no issuance of stock to any individual policyholders. All of Church Mutual's stock will be solely owned by the CMHC.

[1] Church Mutual is a stock insurer whose policyholders are members of the parent mutual holding company formed on 1/1/20. S.I. = a stock insurer.

 Copyright, CM Insurance 2020. 

Electronically Filed - STODDARD - November 11, 2024 - 11:15 AM

Electronically Filed - STODDARD - November 11, 2024 - 11:15 AM

# REJECTION OF TERRORISM RISK INSURANCE ACT

The Terrorism Risk Insurance Act established a program within the Department of the Treasury, under which the federal government shares, with the insurance industry, the risk of loss from some future terrorist attacks. The Act applies when the Secretary of the Treasury, in consultation with the Secretary of Homeland Security, and the Attorney General of the United States, certifies that an event meets the definition of an act of terrorism as defined in Section 102(1) of the Act. The Act provides that, to be certified, an act of terrorism must cause losses of at least $5 million and must be a violent act or an act that is dangerous to human life, property, or infrastructure; to have resulted in damage within the United States, or outside the United States in the case of certain air carriers or vessels or the premises of a United States mission; and to have been committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States government by coercion.

Your policy will contain coverage for certain terrorism losses in compliance with the Act. We are required to notify you of the portion of your current premium, if any, attributable to the coverage for terrorist acts certified under the Act. The Act also requires us to provide disclosure of federal participation in payment of terrorism losses.

Where coverage is provided by this policy for losses resulting from certified acts of terrorism, such losses may be partially reimbursed by the United States government under a formula established by federal law. However, your policy may contain other exclusions which might affect your coverage, such as an exclusion for nuclear events. Under the formula, the United States government generally reimburses **80%** of covered terrorism losses exceeding the statutorily established deductible paid by the insurance company providing this coverage. The premium charged for this coverage does not include any charges for the portion of loss that may be covered by the federal government under the Act.

You should know that the Act, as amended, contains a $100 billion cap that limits United States government reimbursement, as well as insurers' liability for losses resulting from certified acts of terrorism when the amount of such losses in any one calendar year exceeds $100 billion. If the aggregate insured losses for all insurers exceed $100 billion, your coverage may be reduced.

**The Note below applies for risks in these states:** California, Connecticut, Georgia, Hawaii, Idaho, Illinois, Iowa, Maine, Massachusetts, Missouri, New Jersey, New York, North Carolina, Oregon, Rhode Island, Virginia, Washington, West Virginia, Wisconsin.

**NOTE:** In these states, a terrorism exclusion makes an exception for (and thereby provides coverage for) fire losses resulting from an act of terrorism. Therefore, if you reject the offer of terrorism coverage, that rejection does not apply to fire losses resulting from an act of terrorism coverage for such fire losses will be provided in your policy.

If you choose to reject this offer of terrorism coverage, you must sign the statement below and return it to us. Your policy(ies) will then be adjusted to exclude the described coverage.

**Rejection Statement**

I hereby reject the offer of terrorism coverage. I understand that an exclusion of certain terrorism losses will be made part of this policy(ies) and all subsequent policies.

______________________________ ______________________________

Policyholder Signature Date

0378468 25-650556

Policyholder Number

DIMENSION CHURCH

Policyholder Name

621 N HICKORY ST
DEXTER, MO 63841-1329

Policyholder Address


Copyright, CM Insurance, 2020

Electronically Filed - STODDARD - November 11, 2024 - 11:15 AM

Electronically Filed - STODDARD - November 11, 2024 - 11:15 AM

# Church Mutual Insurance Company, S.I.
## Privacy Practices Disclosure Notice

### Our Company Policy

We do not disclose any nonpublic personal information about our individual policyholders or claimants to any affiliate or any nonaffiliated third party other than those permitted by law and only for the purpose of transacting the business of your insurance coverage or your claim. **We do not sell any customer or policyholder information to mailing list companies or mass marketing companies. We treat our policyholder information as confidential.**

Some states have enacted legislation that regulates the use of nonpublic information maintained by financial service institutions and insurance carriers on their customers who are insured with them. In the interest of providing you with an affirmation of our commitment to maintaining the privacy of customer and claimant information, we have prepared the following Privacy Practices Disclosure Notice. Please take time to review the information, as it is relevant to our business partnership with you.

This Privacy Practices Disclosure Notice outlines the privacy practices of Church Mutual Insurance Company, S.I. listed below:

This Privacy Practices Disclosure Notice will notify you of:

1. The categories of nonpublic, personal, identifiable information (not corporate information) that Church Mutual collects from you or from a third party about you or about participants, beneficiaries or claimants under your insurance coverage;

2. How Church Mutual uses the information;

3. The categories of affiliates and nonaffiliate third parties with whom Church Mutual shares the information, as permitted by law; and

4. The kind of security policies and procedures that are in place to protect the confidentiality and security of nonpublic personal information provided to Church Mutual.

If you have questions or concerns regarding this Privacy Practices Disclosure Notice, you should contact Church Mutual by sending an email to ethics@churchmutual.com or by writing to us at:

Sandra M. Woller
Assistant Vice President - Chief Compliance Officer
Church Mutual Insurance Company, S.I.
3000 Schuster Lane
P.O. Box 357
Merrill, WI 54452-0357

### 1. PERSONALLY IDENTIFIABLE INFORMATION COLLECTED

Church Mutual wants you to conduct business with us knowing that we protect personal information. Church Mutual collects personally identifiable information from you or from third parties about you or about participants, beneficiaries or claimants under your insurance coverage as a part of the insurance application, underwriting, claims, administration and servicing process.

We collect nonpublic personal information from the following sources:

- Information we receive on applications or other forms and which may include policyholder, participant, beneficiary or claimant name, address, telephone number, social security number, household information, vehicle and driver information, date of birth, medical information related to underwriting and claims and insurance coverage information;

Electronically Filed - STODDARD - November 11, 2024 - 11:15 AM

- Information about transactions with us, our affiliates or others, including information about previous claims or accidents, medical information related to claims, information about the circumstances of your accident or injury (if applicable) and the names of witnesses and other contact information; and

- Information we receive from consumer reporting agencies, state motor vehicle departments and inspection services.

**2. HOW THE INFORMATION IS USED**

The information Church Mutual collects is used to provide policy and premium quotes, process underwriting applications, administer claims and answer questions or concerns about our insurance products and services. We also use the information for account administration; reporting, investigating, or preventing fraud or material misrepresentation; processing premium billing payments; processing and defending insurance claims; administering insurance benefits (including utilization review activities); and as otherwise required or permitted by federal or state law.

Church Mutual maintains paper copies or electronic archives of the information provided by you or by a third party for policy quoting for processing and administering your application or claims made under your policy and for improving our products and services. This information is kept internal to Church Mutual, except when needed to verify the information provided, to service your policy or claim as required or permitted by law. The information is not available to the general public. Church Mutual retains the information collected when a claim is filed under your policy for as long as required by law or regulation or as long as the claim is open and thereafter for a period set by the appropriate underwriting or claims records retention policies of Church Mutual.

**3. SHARING INFORMATION GATHERED**

We do not disclose nonpublic personal information about you or about participants, beneficiaries or claimants under your insurance policy to anyone, except as permitted by law. We may share information about you or about participants, beneficiaries or claimants under your policy in the normal business of conducting insurance operations, such as providing you with an insurance quote or processing, servicing and administering your insurance policy and your claims.

Even without your authorization, once you become a Church Mutual customer or claimant, we are permitted by law to share information about you to entities, such as:

- A third party if it is reasonably necessary to enable the party to perform services for us, such as claims investigations, appraisals or the detection of fraud or material misrepresentations;

- Any of our affiliated companies who provide services to you;

- Insurance regulatory authorities, reporting agencies or, if applicable, involuntary market administrators;

- State motor vehicle department to obtain a report of any accidents or convictions;

- Law enforcement agencies or other governmental authorities to protect our interest or to report illegal activities;

- Persons or organizations conducting insurance actuarial or research studies, subject to appropriate confidentiality agreements; and

- As otherwise permitted or required by law.

Electronically Filed - STODDARD - November 11, 2024 - 11:15 AM

We also are permitted by law to disclose the following information to companies that perform marketing services on our behalf or with whom we have joint marketing agreements, including:

- Information we receive on applications or other forms, such as policyholder or claimant name, address, social security number, insurance coverages, vehicle and driver information and certain claims information;
- Information about transactions with us, our affiliates or others, such as insurance coverages, vehicle and driver information and claims information; and
- Information we receive from third parties, such as a consumer reporting agency, state motor vehicle records or claims history.

We do not sell any customer or policyholder information to mailing list companies or mass marketing companies. We treat our policyholder information as confidential.

**4. SECURITY POLICIES AND PROCEDURES**

We restrict access to nonpublic personal information about you or about participants, beneficiaries and claimants under your insurance policy to those employees who need to know that information to provide products or services to you. We maintain physical, electronic and procedural safeguards that comply with state and federal regulations to guard your nonpublic personal information.

Church Mutual also uses a wide variety of data protection procedures and computer hardware and software tools to guard system and data privacy and integrity. Church Mutual's computer systems also are protected by additional measures, such as encrypted data transmissions, network routers and firewalls intended to prevent unauthorized access.

**5. ACCESS AND CORRECT YOUR PERSONAL INFORMATION**

You may request access to certain information about you that we have in our records. To request access, please send us a written request. Be sure to reasonably describe the information you want. If you believe that your information is incomplete or inaccurate, you may request that we make changes. Please send any of the requests listed above in writing to:

Chief Compliance Officer
Church Mutual Insurance Company, S.I.
3000 Schuster Lane
P.O. Box 357
Merrill, WI 54452-0357

If you request corrections, additions or deletions, we will either make the changes that you request or notify you why we will not do so. If we decline your request, in some states you may have the right to file a concise statement with us about the dispute.

The rights in this section do not apply in certain cases, such as information related to litigation.

**6. MODIFICATIONS TO OUR PRIVACY POLICY**

We reserve the right to change our privacy practices in the future, which may include sharing nonpublic personal information about you with nonaffiliated third parties. Before we do that, we will provide you with a revised Privacy Practices Disclosure Notice and give you the opportunity to opt out of that type of information sharing.

Electronically Filed - STODDARD - November 11, 2024 - 11:15 AM

Electronically Filed - STODDARD - November 11, 2024 - 11:15 AM

PROTECTING THE GREATER GOOD® Church Mutual INSURANCE

# 800-554-2642

| | |
|---|---|
| **Customer Service** | **To reach a licensed insurance agent for answers to policy-related questions, to obtain proof of coverage, or to initiate policy changes.**<br><br>customerservice@churchmutual.com<br>Fax: 715-264-2329<br>Monday-Friday 7 a.m. to 7 p.m. Central time<br><br>We remain on call round-the-clock and may be reached through our after-hours answering service. |
| **Claims** | **To report a claim or check the status of a claim.**<br><br>Report a new claim:<br>claimsintake@churchmutual.com<br><br>Previously reported claims:<br>claims@churchmutual.com<br><br>Fax: 715-539-4651<br>Monday-Friday 7 a.m. to 6 p.m. Central time<br><br>We also remain on call round-the-clock and may be reached through our after-hours answering service. |
| **Billing** | **To make a payment or get your questions answered regarding premium payments or payment plans.**<br><br>billing@churchmutual.com<br>Fax: 715-539-4402<br>Monday-Friday 7 a.m. to 5:30 p.m. Central time |
| **Risk Control Central** | **To get answers on how best to protect your people, your property and the traditions you hold dear.**<br><br>Ext. 5213<br>riskconsulting@churchmutual.com |
| **Nurse Hotline** | **For not life threatening injuries to employees covered by a Church Mutual workers' compensation policy, call our Nurse Hotline at 800-322-4662.**<br><br>Nurses are available 24/7 to consult with the employee and their manager. |
| **Premium Audit** | **To answer questions/concerns regarding your premium audit.**<br><br>premiumaudit@churchmutual.com<br>Fax: 715-539-4721<br>Monday-Friday 7 a.m. to 4:30 p.m. Central time |

Electronically Filed - STODDARD - November 11, 2024 - 11:15 AM

Electronically Filed - STODDARD - November 11, 2024 - 11:15 AM



# CYBER INCIDENT EXCLUSION ENDORSEMENT ADVISORY NOTICE TO POLICYHOLDERS

This Notice does not form part of your policy. No coverage is provided by this Notice nor can it be construed to replace any provision of your policy. You should read your policy and review your Declarations page for complete information on the coverages you are provided. If there is any conflict between the Policy and this Notice, **THE PROVISIONS OF THE POLICY SHALL PREVAIL.**

Carefully read your policy, including the endorsements attached to your policy.

This Notice provides information concerning the following new endorsement which applies to your renewal policy being issued by us:

**CP 10 75 Cyber Incident Exclusion**

When this endorsement is attached to your policy, it generally excludes direct physical loss of or damage to Covered Property resulting from a cyber incident; however, if a cyber incident as described in this exclusion results in fire or explosion, we will pay for the loss or damage to Covered Property caused by that fire or explosion subject to the applicable limits of insurance.

This exclusion does not apply to the extent that coverage is provided in the:

- Additional Coverage – Electronic Data; or
- Additional Coverage – Interruption Of Computer Operations.

This exclusion also does not apply to the Electronic Commerce (E-Commerce) endorsement if such endorsement is attached to your policy.

**CP 04 40 Spoilage Coverage**

If this endorsement is attached to your policy, Paragraph **F.** of this endorsement expressly states that the Cyber Incident Exclusion applies to such coverage.

 © Insurance Services Office, Inc., 2020 

Electronically Filed - STODDARD - November 11, 2024 - 11:15 AM

Electronically Filed - STODDARD - November 11, 2024 - 11:15 AM

PROTECTING THE GREATER GOOD®

Church Mutual INSURANCE®

# Your Policy Enclosed

Electronically Filed - STODDARD - November 11, 2024 - 11:15 AM

Electronically Filed - STODDARD - November 11, 2024 - 11:15 AM

# CHURCH MUTUAL INSURANCE COMPANY, S.I.

Church Mutual INSURANCE

3000 Schuster Lane
Merrill, WI 54452

# COMMON POLICY DECLARATIONS

**POLICY NUMBER:** 0378468 25-650556 **PREVIOUS POLICY NUMBER:** 0378468 25-509954

| **COMPANY NAME** 18767 | **PRODUCER NAME** 02-217 |
|---|---|
| Church Mutual Insurance Company, S.I.<br>3000 Schuster Lane<br>Merrill, WI 54452<br>(800) 554-2642 | MATTHEW WEISS<br>3000 SCHUSTER LN<br>MERRILL, WI 54452 |

**NAMED INSURED:** DIMENSION CHURCH

**MAILING ADDRESS:** 205 W BUSINESS US HIGHWAY 60
DEXTER, MO 63841-1117

**POLICY PERIOD: FROM** 01/10/2024 **TO** 01/10/2025
**AT 12:01 A.M. STANDARD TIME AT YOUR MAILING ADDRESS SHOWN ABOVE.**

| **BUSINESS DESCRIPTION** | |
|---|---|

**IN RETURN FOR THE PAYMENT OF THE PREMIUM, AND SUBJECT TO ALL THE TERMS OF THIS POLICY, WE AGREE WITH YOU TO PROVIDE THE INSURANCE AS STATED IN THIS POLICY.**

**THIS POLICY CONSISTS OF THE FOLLOWING COVERAGE PARTS FOR WHICH A PREMIUM IS INDICATED. THIS PREMIUM MAY BE SUBJECT TO ADJUSTMENT.**

| | **PREMIUM** |
|---|---|
| COMMERCIAL CRIME COVERAGE PART | $104.00 |
| COMMERCIAL GENERAL LIABILITY COVERAGE PART | $321.00 |
| COMMERCIAL PROPERTY COVERAGE PART | $3,724.00 |
| TERRORISM - CERTIFIED ACTS (GENERAL LIABILITY) | $2.00 |
| TERRORISM - CERTIFIED ACTS (PROPERTY) | $10.00 |
| **TOTAL:** | $4,161.00 |



Copyright, CM Insurance, 2019
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

Electronically Filed - STODDARD - November 11, 2024 - 11:15 AM

**POLICY NUMBER:** 0378468 25-650556

| **FORMS APPLICABLE TO ALL COVERAGE PARTS (SHOW NUMBERS):** |
|---|
| See Schedule of Forms and Endorsements. |

| **Countersigned** | **By:** |
|---|---|
| **(Date)** | **(Authorized Representative)** |


Copyright, CM Insurance, 2019
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

Electronically Filed - STODDARD - November 11, 2024 - 11:15 AM

# SCHEDULE OF FORMS AND ENDORSEMENTS

| POLICY NUMBER: | EFFECTIVE DATE: |
|---|---|
| 0378468 25-650556 | 01/10/2024 |

| NUMBER | TITLE |
|---|---|
| | **COMMON** |
| CMIL TR 01 (12-20) | Rejection Of Terrorism Risk Insurance Act |
| IL DS 00 (09-08) | Common Policy Declarations |
| CMIL 00 02 (01-20) | Mutual Conditions |
| CMIL 99 01 (01-20) | Church Mutual Insurance Company, S.I. Amendatory Endorsement |
| IL 00 17 (11-98) | Common Policy Conditions |
| IL 00 21 (09-08) | Nuclear Energy Liability Exclusion Endorsement (Broad Form) |
| IL 01 01 (04-22) | Missouri Changes |
| IL 01 05 (10-08) | Missouri Changes - Pollution |
| IL 02 74 (02-13) | Missouri Changes - Cancellation And Nonrenewal |
| IL 09 35 (07-02) | Exclusion Of Certain Computer-Related Losses |
| IL 09 52 (01-15) | Cap on Losses from Certified Acts of Terrorism |
| IL 09 90 (12-20) | Missouri - Disclosure Pursuant to Terrorism Risk Insurance Act |
| | **PROPERTY** |
| CP DS 00 (10-00) | Commercial Property Coverage Part Declarations |
| CP 00 90 (07-88) | Commercial Property Conditions |
| CP 00 10 (10-12) | Building And Personal Property Coverage Form |
| CP 10 20 (10-12) | Causes of Loss - Broad Form |
| CP 00 30 (10-12) | Business Income (And Extra Expense) Coverage Form |
| CP 01 28 (07-00) | Missouri - Calculation of Additional Premium |
| CP 01 40 (07-06) | Exclusion Of Loss Due To Virus Or Bacteria |
| CP 03 20 (04-18) | Multiple Deductible Form |
| CP 10 75 (12-20) | Cyber Incident Exclusion |
| CP 12 18 (10-12) | Loss Payable Provisions |
| CMCP 01 02 MO (04-22) | Missouri Changes - Pollutant Clean-Up And Removal |
| CMCP 04 05 (03-19) | Religious Institutions - Choice Property Enhancement Endorsement |
| CMCP 04 22 MO (05-20) | Missouri Identity Recovery Coverage Endorsement |
| CMCP 04 26 (02-20) | Equipment Breakdown Coverage Endorsement |
| | **GENERAL LIABILITY** |
| CG DS 01 (10-01) | Commercial General Liability Declarations |
| CG 00 01 (04-13) | Commercial General Liability Coverage Form |
| CMCG 04 01 (02-20) | Catastrophic Violence Response Endorsement |
| CMCG 12 03 (12-19) | Religious Institutions - General Liability Enhancement Endorsement |
| CMCG 21 04 (03-19) | Exclusion - Asbestos |
| CMCG 21 05 (03-19) | Exclusion - Lead |
| CMCG 21 14 (03-19) | Exclusion - Religious Institutions - Affiliated Entity Personal And Advertising Injury |
| CMCG 21 18 (03-19) | Exclusion - Abusive Behavior |
| CMCG 21 19 (03-19) | Exclusion - Nonphysical Abusive Behavior |
| CMCG 21 24 (03-19) | Exclusion - Sexual Misconduct |
| CG 01 34 (08-03) | Missouri Changes - Pollution Exclusion |
| CG 21 06 (05-14) | Exclusion - Access Or Disclosure Of Confidential Or Personal Information And Data-Related Liability - With Limited Bodily Injury Exception |
| CG 21 32 (05-09) | Communicable Disease Exclusion |
| CG 21 71 (01-15) | Exclusion Of Other Acts Of Terrorism Committed Outside The United States; Cap on Losses From Certified Acts of Terrorism |

Original

Electronically Filed - STODDARD - November 11, 2024 - 11:15 AM

# SCHEDULE OF FORMS AND ENDORSEMENTS

| POLICY NUMBER: | EFFECTIVE DATE: |
|---|---|
| 0378468 25-650556 | 01/10/2024 |

| NUMBER | TITLE |
|---|---|
| | **GENERAL LIABILITY** |
| CG 21 76 (01-15) | Exclusion of Punitive Damages Related to a Certified Act of Terrorism |
| CG 26 25 (04-05) | Missouri Changes - Guaranty Association |
| CG 26 50 (04-13) | Missouri Changes - Medical Payments |
| CMCG 00 05 (03-19) | Legal Defense Coverage Form - Religious |
| CMCG 00 08 (12-19) | Sexual Misconduct Coverage Form |
| CMCG 00 10 (03-20) | Counseling Services Liability Coverage Form |
| | **CRIME** |
| CR DS 01 (06-22) | Crime And Fidelity Coverage Part Declarations (Commercial Entities) |
| CR 00 21 (06-22) | Commercial Crime Coverage Form (Loss Sustained Form) |
| CR 01 27 (06-22) | Missouri Changes |
| CR 04 05 (06-22) | Inside The Premises - Theft Of Other Property |
| CMCR 04 01 (02-20) | Crime Enhancement Endorsement |
| CMCR 35 01 (03-19) | Theft Of Money And Securities Special Coverage Days Endorsement |

Electronically Filed - STODDARD - November 11, 2024 - 11:15 AM

# MUTUAL CONDITIONS

You are notified that by virtue of this policy, you are a member of the Church Mutual Holding Company, Inc. (CMHC) of Merrill, Wisconsin. You are entitled to one vote, either in person or by proxy, on each issue that comes before meetings of the members. You can cast only one vote regardless of the number of policies you purchased. If two or more persons qualify as a member under a single policy, they are considered one member for purposes of voting. The owner of a group policy will have one vote regardless of the number of persons insured under the policy. Fractional voting is not allowed. If you are a minor, your vote may be cast by your parent or legal guardian.

The Annual Meeting of CMHC will be held at CMHC's home office at 3000 Schuster Lane, Merrill, Wisconsin, on a date and time chosen each year by the Board of Directors of CMHC and provided in a notice to all policyholders.

You shall participate in the return of unused premiums (dividends, if any) to the extent and on the conditions determined, fixed and declared by the Board of Directors in accordance with the law.

This policy is nonassessable. You are not subject to any contingent liability, nor to any liability for assessment.

IN WITNESS THEREOF, this company has executed and attested these presents; but this policy shall not be valid unless countersigned by the duly authorized agent of this company at the agency shown in the Declarations Page except that this policy does not have to be countersigned if the law in the state where this policy applies does not require countersignature.

*President and Chief Executive Officer*

*Sr. Vice President, Secretary and General Counsel*


Copyright, CM Insurance, 2020

Electronically Filed - STODDARD - November 11, 2024 - 11:15 AM

Electronically Filed - STODDARD - November 11, 2024 - 11:15 AM

# CHURCH MUTUAL INSURANCE COMPANY, S.I.
# AMENDATORY ENDORSEMENT

## THIS ENDORSEMENT CHANGES YOUR POLICY. PLEASE READ IT CAREFULLY.

**This endorsement is a part of and should be kept with your policy.**

Effective January 1, 2020, Church Mutual Insurance Company has reorganized under Wisconsin law from a mutual insurance company to a stock insurance company within a mutual holding company structure. As a result of the restructuring, it is amending your insurance policy in the following ways:

1. **Name Change**

   All references to Church Mutual Insurance Company are changed to Church Mutual Insurance Company, S.I. wherever occurring in your policy(ies).

   All references to "we", "us", or "our" wherever occurring in your policy(ies) shall mean Church Mutual Insurance Company, S.I.

2. **Membership Meetings and Voting.** The following language replaces any Membership, Voting, Annual Meeting, and Participation provisions in your policy:

   MEMBERSHIP AND VOTING

   As a member of Church Mutual Holding Company, Inc. (CMHC), you are entitled to one vote, either in person or by proxy, on each issue that comes before meetings of the members. You can cast only one vote regardless of the number of policies you purchased. If two or more persons qualify as a member under a single policy, they are considered one member for purposes of voting. The owner of a group policy will have one vote regardless of the number of persons insured under the policy. Fractional voting is not allowed. If you are a minor, your vote may be cast by your parent or legal guardian.

   ANNUAL MEETINGS

   The Annual Meetings of CMHC are held at CMHC's Home Office at 3000 Schuster Lane, Merrill, Wisconsin, on a date and time chosen each year by the Board of Directors of CMHC and provided in a notice to all policyholders.

3. **Dividends.** If any dividends are declared, you will share in them according to law and under conditions set by the Board of Directors.

4. **Additional Terms.** **Your** purchase of this policy may include noninsurance products or services that **we** make available to **you**. These products or services may be provided by an outside organization or by **us**. **We** do not warrant the merchantability, fitness, value, or condition of the noninsurance products or services that are not provided by **us**.

The effective date of this change is January 1, 2020. All other terms and conditions of your policy remain unchanged. Your contract rights under your policy with Church Mutual Insurance Company, S.I. are not affected.

President and Chief Executive Officer

Sr. Vice President, Secretary and General Counsel


Copyright, CM Insurance, 2020

Electronically Filed - STODDARD - November 11, 2024 - 11:15 AM

Electronically Filed - STODDARD - November 11, 2024 - 11:15 AM



# COMMON POLICY CONDITIONS

All Coverage Parts included in this policy are subject to the following conditions.

**A. Cancellation**

1. The first Named Insured shown in the Declarations may cancel this policy by mailing or delivering to us advance written notice of cancellation.
2. We may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation at least:
   a. 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or
   b. 30 days before the effective date of cancellation if we cancel for any other reason.
3. We will mail or deliver our notice to the first Named Insured's last mailing address known to us.
4. Notice of cancellation will state the effective date of cancellation. The policy period will end on that date.
5. If this policy is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund may be less than pro rata. The cancellation will be effective even if we have not made or offered a refund.
6. If notice is mailed, proof of mailing will be sufficient proof of notice.

**B. Changes**

This policy contains all the agreements between you and us concerning the insurance afforded. The first Named Insured shown in the Declarations is authorized to make changes in the terms of this policy with our consent. This policy's terms can be amended or waived only by endorsement issued by us and made a part of this policy.

**C. Examination Of Your Books And Records**

We may examine and audit your books and records as they relate to this policy at any time during the policy period and up to three years afterward.

**D. Inspections And Surveys**

1. We have the right to:
   a. Make inspections and surveys at any time;
   b. Give you reports on the conditions we find; and
   c. Recommend changes.
2. We are not obligated to make any inspections, surveys, reports or recommendations and any such actions we do undertake relate only to insurability and the premiums to be charged. We do not make safety inspections. We do not undertake to perform the duty of any person or organization to provide for the health or safety of workers or the public. And we do not warrant that conditions:
   a. Are safe or healthful; or
   b. Comply with laws, regulations, codes or standards.
3. Paragraphs **1.** and **2.** of this condition apply not only to us, but also to any rating, advisory, rate service or similar organization which makes insurance inspections, surveys, reports or recommendations.
4. Paragraph **2.** of this condition does not apply to any inspections, surveys, reports or recommendations we may make relative to certification, under state or municipal statutes, ordinances or regulations, of boilers, pressure vessels or elevators.

**E. Premiums**

The first Named Insured shown in the Declarations:

1. Is responsible for the payment of all premiums; and
2. Will be the payee for any return premiums we pay.

**F. Transfer Of Your Rights And Duties Under This Policy**

Your rights and duties under this policy may not be transferred without our written consent except in the case of death of an individual named insured.

If you die, your rights and duties will be transferred to your legal representative but only while acting within the scope of duties as your legal representative. Until your legal representative is appointed, anyone having proper temporary custody of your property will have your rights and duties but only with respect to that property.

 Copyright, Insurance Services Office, Inc., 1998  □

Electronically Filed - STODDARD - November 11, 2024 - 11:15 AM

Electronically Filed - STODDARD - November 11, 2024 - 11:15 AM



**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# NUCLEAR ENERGY LIABILITY EXCLUSION ENDORSEMENT

**(Broad Form)**

This endorsement modifies insurance provided under the following:

COMMERCIAL AUTOMOBILE COVERAGE PART
COMMERCIAL GENERAL LIABILITY COVERAGE PART
FARM COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
MEDICAL PROFESSIONAL LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART
UNDERGROUND STORAGE TANK POLICY

**1.** The insurance does not apply:

**A.** Under any Liability Coverage, to "bodily injury" or "property damage":

**(1)** With respect to which an "insured" under the policy is also an insured under a nuclear energy liability policy issued by Nuclear Energy Liability Insurance Association, Mutual Atomic Energy Liability Underwriters, Nuclear Insurance Association of Canada or any of their successors, or would be an insured under any such policy but for its termination upon exhaustion of its limit of liability; or

**(2)** Resulting from the "hazardous properties" of "nuclear material" and with respect to which **(a)** any person or organization is required to maintain financial protection pursuant to the Atomic Energy Act of 1954, or any law amendatory thereof, or **(b)** the "insured" is, or had this policy not been issued would be, entitled to indemnity from the United States of America, or any agency thereof, under any agreement entered into by the United States of America, or any agency thereof, with any person or organization.

**B.** Under any Medical Payments coverage, to expenses incurred with respect to "bodily injury" resulting from the "hazardous properties" of "nuclear material" and arising out of the operation of a "nuclear facility" by any person or organization.

**C.** Under any Liability Coverage, to "bodily injury" or "property damage" resulting from "hazardous properties" of "nuclear material", if:

**(1)** The "nuclear material" **(a)** is at any "nuclear facility" owned by, or operated by or on behalf of, an "insured" or **(b)** has been discharged or dispersed therefrom;

**(2)** The "nuclear material" is contained in "spent fuel" or "waste" at any time possessed, handled, used, processed, stored, transported or disposed of, by or on behalf of an "insured"; or

**(3)** The "bodily injury" or "property damage" arises out of the furnishing by an "insured" of services, materials, parts or equipment in connection with the planning, construction, maintenance, operation or use of any "nuclear facility", but if such facility is located within the United States of America, its territories or possessions or Canada, this exclusion **(3)** applies only to "property damage" to such "nuclear facility" and any property thereat.

**2.** As used in this endorsement:

"Hazardous properties" includes radioactive, toxic or explosive properties.

"Nuclear material" means "source material", "special nuclear material" or "by-product material".

 © ISO Properties, Inc., 2007 

Electronically Filed - STODDARD - November 11, 2024 - 11:15 AM

"Source material", "special nuclear material", and "by-product material" have the meanings given them in the Atomic Energy Act of 1954 or in any law amendatory thereof.

"Spent fuel" means any fuel element or fuel component, solid or liquid, which has been used or exposed to radiation in a "nuclear reactor".

"Waste" means any waste material **(a)** containing "by-product material" other than the tailings or wastes produced by the extraction or concentration of uranium or thorium from any ore processed primarily for its "source material" content, and **(b)** resulting from the operation by any person or organization of any "nuclear facility" included under the first two paragraphs of the definition of "nuclear facility".

"Nuclear facility" means:

**(a)** Any "nuclear reactor";

**(b)** Any equipment or device designed or used for **(1)** separating the isotopes of uranium or plutonium, **(2)** processing or utilizing "spent fuel", or **(3)** handling, processing or packaging "waste";

**(c)** Any equipment or device used for the processing, fabricating or alloying of "special nuclear material" if at any time the total amount of such material in the custody of the "insured" at the premises where such equipment or device is located consists of or contains more than 25 grams of plutonium or uranium 233 or any combination thereof, or more than 250 grams of uranium 235;

**(d)** Any structure, basin, excavation, premises or place prepared or used for the storage or disposal of "waste";

and includes the site on which any of the foregoing is located, all operations conducted on such site and all premises used for such operations.

"Nuclear reactor" means any apparatus designed or used to sustain nuclear fission in a self-supporting chain reaction or to contain a critical mass of fissionable material.

"Property damage" includes all forms of radioactive contamination of property.

 © ISO Properties, Inc., 2007 

Electronically Filed - STODDARD - November 11, 2024 - 11:15 AM



**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# MISSOURI CHANGES

This endorsement modifies insurance provided under the following:

CAPITAL ASSETS PROGRAM (OUTPUT POLICY) COVERAGE PART
CAUSES OF LOSS FORM – FARM PROPERTY
COMMERCIAL PROPERTY COVERAGE PART
FARM LIABILITY COVERAGE FORM
FARM PROPERTY – OTHER FARM PROVISIONS FORM – ADDITIONAL COVERAGES, CONDITIONS, DEFINITIONS
LIVESTOCK COVERAGE FORM
MOBILE AGRICULTURAL MACHINERY AND EQUIPMENT COVERAGE FORM

**A.** When this endorsement is attached to the Standard Property Policy **CP 00 99,** the terms Coverage Form and Coverage Part in this endorsement are replaced by the term Policy.:

**B.** The following provision replaces:

**1.** Paragraph **c.** of the **Loss Payment** Loss Condition in the Commercial Property Coverage Part;

**2.** Paragraph **d.** of the **Loss Payment** Loss Condition in the Farm Property – Other Farm Provisions Form – Additional Coverages, Conditions, Definitions and Paragraph **c.** of the **Loss Payment** Loss Condition in the Mobile Agricultural Machinery And Equipment Coverage Form and Livestock Coverage Form; and

**3.** Paragraph **c.** of the **Loss Payment** Loss Condition in the Capital Assets Program (Output Policy) Coverage Part:

In the event of loss ("loss") or damage covered under this Coverage Part, we will give you notice, within 15 working days after we receive a properly executed proof of loss, that we:

**a.** Accept your claim;

**b.** Deny your claim; or

**c.** Need more time to determine whether your claim should be accepted or denied.

If we deny your claim, such notice will be in writing, and will state any policy provision, condition or exclusion used as a basis for the denial.

If we need more time to determine whether your claim should be accepted or denied, the written notice will state the reason(s) why more time is needed.

If we have not completed our investigation, we will notify you again in writing, within 45 days after the date the initial notice is sent informing you that we need more time to determine whether your claim should be accepted or denied and thereafter every 45 days. The written notice shall state why more time is needed to investigate your claim.

**C.** Except as provided in **D.** below, the **Appraisal** Loss Condition is replaced by the following:

**APPRAISAL**

If we and you disagree on the value of the property or the amount of loss ("loss"), either may make written demand for an appraisal of the loss ("loss"). In this event, each party will select a competent and impartial appraiser and notify the other of the appraiser selected within 20 days of the written demand for appraisal. The two appraisers will select an umpire. If they cannot agree upon an umpire within 15 days, then, upon your or our request, an umpire shall be selected by a judge of a court of record in the state and county (or city if the city is not within a county) in which the property covered is located. The appraisers will state separately the value of the property and amount of loss ("loss"). If they fail to agree, they will submit their differences to the umpire. The umpire shall make an award within 30 days after the umpire receives the appraisers' submissions of their differences. A decision agreed to by any two will be binding.

Each party will:

**1.** Pay its chosen appraiser; and

**2.** Bear the other expenses of the appraisal and umpire equally.

 © Insurance Services Office, Inc., 2021 

Electronically Filed - STODDARD - November 11, 2024 - 11:15 AM

If there is an appraisal, we will still retain our right to deny the claim.

**D.** The **Appraisal** Condition in:

1. Business Income (And Extra Expense) Coverage Form **CP 00 30;**
2. Business Income (Without Extra Expense) Coverage Form **CP 00 32;** and
3. Capital Assets Program Coverage Form (Output Policy), **OP 00 01,** Paragraph **A.7. Business Income And Extra Expense;**

is replaced by the following:

**APPRAISAL**

If we and you disagree on the amount of Net Income and operating expense or the amount of loss, either may make written demand for an appraisal of the loss. In this event, each party will select a competent and impartial appraiser and notify the other of the appraiser selected within 20 days of the written demand for appraisal. The two appraisers will select an umpire. If they cannot agree upon an umpire within 15 days, then, upon your or our request, an umpire shall be selected by a judge of a court of record in the state and county (or city if the city is not within a county) in which the property covered is located. The appraisers will state separately the amount of Net Income and operating expense or the amount of loss. If they fail to agree, they will submit their differences to the umpire. The umpire shall make an award within 30 days after the umpire receives the appraisers' submissions of their differences. A decision agreed to by any two will be binding. Each party will:

1. Pay its chosen appraiser; and
2. Bear the other expenses of the appraisal and umpire equally.

If there is an appraisal, we will still retain our right to deny the claim.

**E.** The **Legal Action Against Us** Condition is replaced by the following:

**LEGAL ACTION AGAINST US**

No one may bring a legal action against us under this Coverage Part unless:

1. There has been full compliance with all of the terms of this Coverage Part; and
2. The action is brought within 10 years after the date on which the direct physical loss ("loss") or damage occurred.

**F.** Paragraph **E.** above does not apply to the:

1. **Legal Action Against Us** Loss Condition in the Legal Liability Coverage Form;
2. **Legal Action Against Us** Condition applicable to Coverages **C** and **D** in the Mortgageholders Errors And Omission Coverage Form; or
3. **Legal Action Against Us** Loss Condition in the Farm Liability Coverage Form.

**G. Missouri Property And Casualty Insurance Guaranty Association Coverage Limitations**

1. Subject to the provisions of the Missouri Property and Casualty Insurance Guaranty Association Act (to be referred to as the Act), if we are a member of the Missouri Property and Casualty Insurance Guaranty Association (to be referred to as the Association), the Association will pay claims covered under the Act if we become insolvent.
2. The Act contains various exclusions, conditions and limitations that govern a claimant's eligibility to collect payment from the Association and affect the amount of any payment. The following limitations apply, subject to all other provisions of the Act:
   - **a.** Claims covered by the Association do not include a claim by or against an insured of an insolvent insurer, if the insured has a net worth of more than $25 million on the later of the end of the insured's most recent fiscal year or the December thirty-first of the year next preceding the date the insurer becomes insolvent, provided that an insured's net worth on such date shall be deemed to include the aggregate net worth of the insured and all of its affiliates as calculated on a consolidated basis.
   - **b.** Payments made by the Association for covered claims will include only that amount of each claim which is less than $300,000.

     However, the Association will not:

     **(1)** Pay an amount in excess of the applicable Limit of Insurance of the policy from which a claim arises; or

     **(2)** Return to an insured any unearned premium in excess of $25,000.

   These limitations have no effect on the coverage we will provide under this policy.

**H.** For the Commercial Property Coverage Part, the following exclusion and related provisions are added to Paragraph **B.2. Exclusions** in the Causes Of Loss Forms and to any Coverage Form or policy to which a Causes Of Loss Form is not attached:

1. We will not pay for loss or damage arising out of any act an insured commits or conspires to commit with the intent to cause a loss.

 © Insurance Services Office, Inc., 2021 

Electronically Filed - STODDARD - November 11, 2024 - 11:15 AM

In the event of such loss, no insured is entitled to coverage, even insureds who did not commit or conspire to commit the act causing the loss.

**2.** However, this exclusion will not apply to deny coverage to an innocent co-insured who did not cooperate in or contribute to the creation of the loss, provided the loss is otherwise covered under this Coverage Part and the loss arose out of domestic violence. Such coverage will be provided only if the innocent co-insured files a police report and completes a sworn affidavit indicating both:

**a.** The cause of the loss; and

**b.** A pledge to cooperate in any criminal prosecution of the person committing the act causing the loss.

**3.** If we pay a claim pursuant to Paragraph **H.2.,** our payment to the innocent co-insured will be limited to that insured's ownership interest in the property as reduced by any payment to a mortgagee or other secured interest; however, we shall not be required to make any subsequent payment for any loss for which the innocent co-insured has received payment. In no event will we pay more than the Limit of Insurance.

**I.** The **Intentional Loss** Exclusion in the Causes Of Loss Form – Farm Property, Mobile Agricultural Machinery And Equipment Coverage Form and Livestock Coverage Form is replaced by the following:

**1.** We will not pay for loss ("loss") or damage arising out of any act an "insured" commits or conspires to commit with the intent to cause a loss ("loss").

In the event of such loss ("loss"), no "insured" is entitled to coverage, even "insureds" who did not commit or conspire to commit the act causing the loss ("loss").

**2.** However, this exclusion will not apply to deny coverage to an innocent co-"insured" who did not cooperate in or contribute to the creation of the loss ("loss"), provided the loss ("loss") is otherwise covered under this Coverage Form and the loss ("loss") arose out of domestic violence. Such coverage will be provided only if the innocent co-"insured" files a police report and completes a sworn affidavit indicating both:

**a.** The cause of the loss ("loss"); and

**b.** A pledge to cooperate in any criminal prosecution of the person committing the act causing the loss ("loss").

**3.** If we pay a claim pursuant to Paragraph **I.2.,** our payment to the innocent co-"insured" will be limited to that insured's ownership interest in the property as reduced by any payment to a mortgagee or other secured interest; however, we shall not be required to make any subsequent payment for any loss ("loss") for which the innocent co-"insured" has received payment. In no event will we pay more than the Limit of Insurance.

**J.** The following is added to the **Transfer Of Rights Of Recovery Against Others To Us** Loss Condition:

If we pay an innocent co-"insured" for loss ("loss") arising out of an act of domestic violence by another "insured", the rights of the innocent co-"insured" to recover damages from the abuser are transferred to us to the extent of our payment. Following the loss ("loss"), the innocent co-"insured" may not waive such rights to recover against the abuser.

**K.** Paragraph **J.** above does not apply to the **Transfer Of Rights Of Recovery Against Others To Us** Loss Condition in the Farm Liability Coverage Form.

**L.** The following is added with respect to the Additional Coverages of Debris Removal and Pollutant Clean Up And Removal, and relates only to the requirement to report expenses to us within 180 days of the specified occurrence:

If you fail to report the expenses to us within the 180-day time frame, such failure will not invalidate a claim under Debris Removal or Pollutant Clean Up And Removal unless such failure operates to prejudice our rights.

**M.** When the:

**1.** Replacement Cost Optional Coverage in the Commercial Property Coverage Part;

**2.** **Valuation** Loss Condition in the Capital Assets Program (Output Policy);

**3.** Coverage **A Valuation** Loss Condition in the Farm Property – Farm Dwellings, Appurtenant Structures And Household Personal Property Coverage Form; or

**4.** **Valuation – Property Other Than Improvements And Betterments** Loss Condition in the Farm Property – Barns, Outbuildings And Other Farm Structures Coverage Form;

 © Insurance Services Office, Inc., 2021 

Electronically Filed - STODDARD - November 11, 2024 - 11:15 AM

applies, the following is added with respect to these provisions and relates only to the requirement to notify us of your intent to submit an additional claim (for the difference between the actual cash value and replacement cost) within 180 days after the loss or damage occurs:

If you fail to notify us of your intent within the 180-day time frame, such failure will not invalidate the claim unless such failure operates to prejudice our rights.

**N.** For the Capital Assets Program (Output Policy) Coverage Part, the following exclusion and related provisions are added to Paragraph **C.2. Exclusions:**

**1.** We will not pay for loss or damage arising out of any act an insured commits or conspires to commit with the intent to cause a loss.

In the event of such loss, no insured is entitled to coverage, even insureds who did not commit or conspire to commit the act causing the loss.

**2.** However, this exclusion will not apply to deny coverage to an innocent co-insured who did not cooperate in or contribute to the creation of the loss, provided the loss is otherwise covered under this Coverage Part and the loss arose out of domestic violence. Such coverage will be provided only if the innocent co-insured files a police report and completes a sworn affidavit indicating both:

**a.** The cause of the loss; and

**b.** A pledge to cooperate in any criminal prosecution of the person committing the act causing the loss.

**3.** If we pay a claim pursuant to Paragraph **N.2.,** our payment to the innocent co-insured will be limited to that insured's ownership interest in the property as reduced by any payment to a mortgagee or other secured interest; however, we shall not be required to make any subsequent payment for any loss for which the innocent co-insured has received payment. In no event will we pay more than the Limit of Insurance.

**O.** The **Transfer Of Your Rights And Duties Under This Policy** Common Policy Condition is replaced by the following:

**1. Transfer By Beneficiary Deed**

If you convey real property insured under this policy to a person (known as a grantee beneficiary) designated under a beneficiary deed, which has been properly recorded prior to your death, that person will have your rights and duties with respect to the insured real property, but only for the period from the date of your death until the first of the following occurs:

**a.** A period of 30 days from the date of your death;

**b.** The date that alternative coverage is obtained on your property; or

**c.** The end of the policy period as shown in the Declarations.

**2. Transfer By Other Means Following Death**

If you die, your rights and duties will be transferred to your legal representative but only while acting within the scope of duties as your legal representative. Until your legal representative is appointed, anyone having proper temporary custody of your property will have your rights and duties, but only with respect to that property. Your rights and duties under this policy may not be transferred without our written consent except in the case of death of an individual Named Insured.

 © Insurance Services Office, Inc., 2021 

Electronically Filed - STODDARD - November 11, 2024 - 11:15 AM



**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# MISSOURI CHANGES – POLLUTION

This endorsement modifies insurance provided under the following:

CAPITAL ASSETS PROGRAM (OUTPUT POLICY) COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART
FARM COVERAGE PART
FARM UMBRELLA LIABILITY POLICY
STANDARD PROPERTY POLICY

In this Coverage Part or Policy, any exclusion, limitation or other provision relating to pollutants ("pollutants"), or any amendment to or replacement of such exclusions, limitations or other provisions, applies whether or not the irritant or contaminant has any function in or on your business, operations, premises, site or location.

 © Insurance Services Office, Inc., 2008 

Electronically Filed - STODDARD - November 11, 2024 - 11:15 AM

Electronically Filed - STODDARD - November 11, 2024 - 11:15 AM



**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# MISSOURI CHANGES – CANCELLATION AND NONRENEWAL

This endorsement modifies insurance provided under the following:

CAPITAL ASSETS PROGRAM (OUTPUT POLICY) COVERAGE PART
COMMERCIAL GENERAL LIABILITY COVERAGE PART
COMMERCIAL INLAND MARINE COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART
CRIME AND FIDELITY COVERAGE PART
EMPLOYMENT-RELATED PRACTICES LIABILITY COVERAGE PART
EQUIPMENT BREAKDOWN COVERAGE PART
FARM COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
MEDICAL PROFESSIONAL LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

**A.** When this endorsement is attached to the Standard Property Policy **CP 00 99,** the term Commercial Property Coverage Part in this endorsement also refers to the Standard Property Policy.

**B.** With respect to the:

Commercial General Liability Coverage Part

Commercial Property – Legal Liability Coverage Form **CP 00 40**

Commercial Property – Mortgageholders Errors And Omissions Coverage Form **CP 00 70**

Crime And Fidelity Coverage Part

Employment-Related Practices Liability Coverage Part

Equipment Breakdown Coverage Part

Farm Liability Coverage Form

Liquor Liability Coverage Part

Pollution Liability Coverage Part

Products/Completed Operations Liability Coverage Part

Medical Professional Liability Coverage Part;

the following **Cancellation** and **Nonrenewal** Provisions apply:

Paragraph **2.** of the **Cancellation** Common Policy Condition is replaced by the following:

**2.** We may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation, stating the actual reason for cancellation, at least:

**a.** 10 days before the effective date of cancellation if we cancel for nonpayment of premium;

**b.** 30 days before the effective date of cancellation if cancellation is for one or more of the following reasons:

**(1)** Fraud or material misrepresentation affecting this policy or a claim filed under this policy or a violation of any of the terms or conditions of this policy;

**(2)** Changes in conditions after the effective date of this policy which have materially increased the risk assumed;

 © Insurance Services Office, Inc., 2012 

Electronically Filed - STODDARD - November 11, 2024 - 11:15 AM

**(3)** We become insolvent; or

**(4)** We involuntarily lose reinsurance for this policy;

**c.** 60 days before the effective date of cancellation if we cancel for any other reason.

**Nonrenewal**

The following is added and supersedes any provision to the contrary:

**a.** We may elect not to renew this policy by mailing or delivering to the first Named Insured, at the last mailing address known to us, written notice of nonrenewal, stating the actual reason for nonrenewal, at least 60 days prior to the effective date of the nonrenewal.

**b.** If notice is mailed, proof of mailing will be sufficient proof of notice.

**C.** With respect to the:

Capital Assets Program (Output Policy) Coverage Part

Commercial Inland Marine Coverage Part

Commercial Property Coverage Part

Farm Property – Other Farm Provisions Form – Additional Coverages, Conditions, Definitions Coverage Form

Farm – Livestock Coverage Form

Farm – Mobile Agricultural Machinery And Equipment Coverage Form;

Paragraphs **1., 2., 3., 4.** and **6.** of the **Cancellation** Common Policy Condition are replaced by the following:

**Cancellation, Nonrenewal And Decreases In Coverage**

**1.** The first Named Insured shown in the Declarations may cancel this policy by mailing or delivering to us advance written notice of cancellation.

**2.** We may cancel, nonrenew, reduce in amount or adversely modify this policy by mailing or delivering to the first Named Insured written notice of this action at least:

**a.** 10 days before the effective date of this action if due to nonpayment of premium or evidence of incendiarism; or

**b.** 30 days before the effective date of this action if for any other reason.

**3.** We will mail or deliver our notice to the first Named Insured's last mailing address known to us.

**4.** Notice of:

**a.** Cancellation will state the effective date of cancellation. The policy period will end on that date.

**b.** Any other action will state the effective date of that action.

**6.** If notice is mailed, proof of mailing will be sufficient proof of notice.

**D.** With respect to all Coverage Parts addressed in this endorsement, Paragraph **5.** of the **Cancellation** Common Policy Condition is replaced by the following:

**5.** If this policy is cancelled, we will send the first Named Insured any premium refund due. The cancellation will be effective even if we have not made or offered a refund. The following provisions govern calculation of return premium:

**a.** We will compute return premium pro rata and round to the next higher whole dollar when this policy is:

**(1)** Cancelled by us or at our request;

**(2)** Cancelled because you no longer have a financial or insurable interest in the property or business operation that is the subject of this insurance;

**(3)** Cancelled but rewritten with us or in our company group; or

**(4)** Cancelled after the first year, if it is a prepaid policy written for a term of more than one year.

**b.** When this policy is cancelled at the request of the first Named Insured (except when Paragraph **a.(2), a.(3)** or **a.(4)** applies), we will return 90% of the pro rata unearned premium (or 75% of the pro rata unearned premium for the Equipment Breakdown Coverage Part), rounded to the next higher whole dollar. However, when such cancellation takes place during the first year of a multiyear prepaid policy, we will return the full annual premium for the subsequent years.

The refund will be less than 90% of the pro rata unearned premium (or less than 75% of the pro rata unearned premium for the Equipment Breakdown Coverage Part) if the refund of such amount would reduce the premium retained by us to an amount less than the minimum premium for this policy.

 © Insurance Services Office, Inc., 2012 

Electronically Filed - STODDARD - November 11, 2024 - 11:15 AM



**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION OF CERTAIN COMPUTER-RELATED LOSSES

This endorsement modifies insurance provided under the following:

COMMERCIAL INLAND MARINE COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART
CRIME AND FIDELITY COVERAGE PART
STANDARD PROPERTY POLICY

**A.** We will not pay for loss ("loss") or damage caused directly or indirectly by the following. Such loss ("loss") or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss ("loss") or damage.

**1.** The failure, malfunction or inadequacy of:

**a.** Any of the following, whether belonging to any insured or to others:

**(1)** Computer hardware, including microprocessors;

**(2)** Computer application software;

**(3)** Computer operating systems and related software;

**(4)** Computer networks;

**(5)** Microprocessors (computer chips) not part of any computer system; or

**(6)** Any other computerized or electronic equipment or components; or

**b.** Any other products, and any services, data or functions that directly or indirectly use or rely upon, in any manner, any of the items listed in Paragraph **A.1.a.** of this endorsement;

due to the inability to correctly recognize, process, distinguish, interpret or accept one or more dates or times. An example is the inability of computer software to recognize the year 2000.

**2.** Any advice, consultation, design, evaluation, inspection, installation, maintenance, repair, replacement or supervision provided or done by you or for you to determine, rectify or test for, any potential or actual problems described in Paragraph **A.1.** of this endorsement.

**B.** If an excluded Cause of Loss as described in Paragraph **A.** of this endorsement results:

**1.** In a Covered Cause of Loss under the Crime and Fidelity Coverage Part, the Commercial Inland Marine Coverage Part or the Standard Property Policy; or

**2.** Under the Commercial Property Coverage Part:

**a.** In a "Specified Cause of Loss", or in elevator collision resulting from mechanical breakdown, under the Causes of Loss – Special Form; or

**b.** In a Covered Cause of Loss under the Causes Of Loss – Basic Form or the Causes Of Loss – Broad Form;

we will pay only for the loss ("loss") or damage caused by such "Specified Cause of Loss", elevator collision, or Covered Cause of Loss.

**C.** We will not pay for repair, replacement or modification of any items in Paragraphs **A.1.a.** and **A.1.b.** of this endorsement to correct any deficiencies or change any features.

 © ISO Properties, Inc., 2001  □

Electronically Filed - STODDARD - November 11, 2024 - 11:15 AM

Electronically Filed - STODDARD - November 11, 2024 - 11:15 AM



**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# CAP ON LOSSES FROM CERTIFIED ACTS OF TERRORISM

This endorsement modifies insurance provided under the following:

BOILER AND MACHINERY COVERAGE PART
COMMERCIAL INLAND MARINE COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART
EQUIPMENT BREAKDOWN COVERAGE PART
FARM COVERAGE PART
STANDARD PROPERTY POLICY

**A. Cap On Certified Terrorism Losses**

"Certified act of terrorism" means an act that is certified by the Secretary of the Treasury, in accordance with the provisions of the federal Terrorism Risk Insurance Act, to be an act of terrorism pursuant to such Act. The criteria contained in the Terrorism Risk Insurance Act for a "certified act of terrorism" include the following:

**1.** The act resulted in insured losses in excess of $5 million in the aggregate, attributable to all types of insurance subject to the Terrorism Risk Insurance Act; and

**2.** The act is a violent act or an act that is dangerous to human life, property or infrastructure and is committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

If aggregate insured losses attributable to terrorist acts certified under the Terrorism Risk Insurance Act exceed $100 billion in a calendar year and we have met our insurer deductible under the Terrorism Risk Insurance Act, we shall not be liable for the payment of any portion of the amount of such losses that exceeds $100 billion, and in such case insured losses up to that amount are subject to pro rata allocation in accordance with procedures established by the Secretary of the Treasury.

**B. Application Of Exclusions**

The terms and limitations of any terrorism exclusion, or the inapplicability or omission of a terrorism exclusion, do not serve to create coverage for any loss which would otherwise be excluded under this Coverage Part or Policy, such as losses excluded by the Nuclear Hazard Exclusion or the War And Military Action Exclusion.

 © Insurance Services Office, Inc., 2015 

Electronically Filed - STODDARD - November 11, 2024 - 11:15 AM

Electronically Filed - STODDARD - November 11, 2024 - 11:15 AM

POLICY NUMBER: 0378468 25-650556



**THIS ENDORSEMENT IS ATTACHED TO AND MADE PART OF YOUR POLICY IN RESPONSE TO THE DISCLOSURE REQUIREMENTS OF THE TERRORISM RISK INSURANCE ACT. THIS ENDORSEMENT DOES NOT GRANT ANY COVERAGE OR CHANGE THE TERMS AND CONDITIONS OF ANY COVERAGE UNDER THE POLICY.**

# MISSOURI – DISCLOSURE PURSUANT TO TERRORISM RISK INSURANCE ACT

**SCHEDULE**

| SCHEDULE – PART I |
|---|
| **Terrorism Premium (Certified Acts)** $12.00 |
| **This premium is the total Certified Acts premium attributable to the following Coverage Part(s), Coverage Form(s) and/or Policy(ies):** |
| Certified Acts - General Liability $2.00<br>Certified Acts - Property $10.00 |
| **Additional information, if any, concerning the terrorism premium:** |

| SCHEDULE – PART II |
|---|
| **Federal share of terrorism losses** 80 **%** |
| (Refer to Paragraph **B.** in this endorsement.) |
| **NOTE: The premium above is for certain losses resulting from certified acts of terrorism as covered pursuant to coverage provisions, limitations and exclusions in this policy. You should read the definition in your policy carefully, but generally speaking, "certified" acts of terrorism are acts that exceed $5 million in aggregate losses to the insurance industry and which are subsequently declared by the U.S. Secretary of the Treasury as a certified terrorist act under the Terrorism Risk Insurance Act. Some losses resulting from certified acts of terrorism are not covered. Read your policy and endorsements carefully.** |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. |

 © Insurance Services Office, Inc., 2020 

Electronically Filed - STODDARD - November 11, 2024 - 11:15 AM

**A. Disclosure Of Premium**

In accordance with the federal Terrorism Risk Insurance Act, we are required to provide you with a notice disclosing the portion of your premium, if any, attributable to coverage for terrorist acts certified under the Terrorism Risk Insurance Act. The portion of your premium attributable to such coverage is shown in the Schedule of this endorsement or in the policy Declarations.

**B. Disclosure Of Federal Participation In Payment Of Terrorism Losses**

The United States Government, Department of the Treasury, will pay a share of terrorism losses insured under the federal program. The federal share equals a percentage (as shown in Part **II** of the Schedule of this endorsement or in the policy Declarations) of that portion of the amount of such insured losses that exceeds the applicable insurer retention. However, if aggregate insured losses attributable to terrorist acts certified under the Terrorism Risk Insurance Act exceed $100 billion in a calendar year, the Treasury shall not make any payment for any portion of the amount of such losses that exceeds $100 billion.

**C. Cap On Insurer Participation In Payment Of Terrorism Losses**

If aggregate insured losses attributable to terrorist acts certified under the Terrorism Risk Insurance Act exceed $100 billion in a calendar year and we have met our insurer deductible under the Terrorism Risk Insurance Act, we shall not be liable for the payment of any portion of the amount of such losses that exceeds $100 billion, and in such case insured losses up to that amount are subject to pro rata allocation in accordance with procedures established by the Secretary of the Treasury.


© Insurance Services Office, Inc., 2020

Electronically Filed - STODDARD - November 11, 2024 - 11:15 AM



# COMMERCIAL PROPERTY COVERAGE PART DECLARATIONS PAGE

**POLICY NO.** 0378468 25-650556 **EFFECTIVE DATE** 01/10/2024

☐ **"X" If Supplemental Declarations Is Attached**

**NAMED INSURED**

DIMENSION CHURCH

**DESCRIPTION OF PREMISES**

| Prem. No. | Bldg. No. | Location, Construction And Occupancy |
|---|---|---|

See Description of Premises Schedule

**COVERAGES PROVIDED** **Insurance At The Described Premises Applies Only For Coverages For Which A Limit Of Insurance Is Shown**

| Prem. No. | Bldg. No. | Coverage | Limit Of Insurance | Covered Causes Of Loss | Coinsurance* |
|---|---|---|---|---|---|

See Coverages Provided Schedule

***If Extra Expense Coverage, Limits On Loss Payment**

**OPTIONAL COVERAGES** **Applicable Only When Entries Are Made In The Schedule Below**

| Prem. No. | Bldg. No. | Agreed Value: Expiration Date | Agreed Value: Cov. | Agreed Value: Amount | Replacement Cost (X): Building | Replacement Cost (X): Pers. Prop. | Replacement Cost (X): Including Stock |
|---|---|---|---|---|---|---|---|

See Optional Coverages Schedule

| Inflation Guard (%): Bldg. | Inflation Guard (%): Pers. Prop. | *Monthly Limit Of Indemnity | Maximum Period Of Indemnity | *Extended Period Of Indemnity |
|---|---|---|---|---|

***Applies to Business Income Only**

**MORTGAGEHOLDERS**

| Prem. No. | Bldg. No. | Mortgageholder Name And Mailing Address |
|---|---|---|

See Mortgageholders Schedule

**DEDUCTIBLE**

See Property Deductible Forms

**Exceptions:**

 Copyright, Insurance Services Office, Inc., 1999 

Electronically Filed - STODDARD - November 11, 2024 - 11:15 AM

**DESCRIPTION OF PREMISES**

| Prem. No. | Bldg. No. | Location, Construction And Occupancy |
|---|---|---|
| 001 | 001 | CHURCH<br>621 N HICKORY ST<br>Stoddard<br>DEXTER, MO 63841-1329<br>Joisted Masonry CHURCH |

 Copyright, Insurance Services Office, Inc., 1999 

Electronically Filed - STODDARD - November 11, 2024 - 11:15 AM

**COVERAGES PROVIDED** **Insurance At The Described Premises Applies Only For Coverages For Which A Limit Of Insurance Is Shown**

| Prem. No. | Bldg. No. | Coverage | Limit Of Insurance | Covered Causes Of Loss | Coinsurance* |
|---|---|---|---|---|---|
| **Group No.: 001 -** | | | | | |
| | | Blanket Business Income Other Than Rental Value | $10,000 | | |
| **Location Level Coverages** | | | | | |
| 001 | 001 | Building | $762,570 | Broad | 80% |
| | | Personal Property of Insured | $115,440 | Broad | 80% |
| | | Business Income Other Than Rental Value | Included in Blanket: 001 | Broad | No Coinsurance |

 Copyright, Insurance Services Office, Inc., 1999 

Electronically Filed - STODDARD - November 11, 2024 - 11:15 AM

**OPTIONAL COVERAGES** **Applicable Only When Entries Are Made In The Schedule Below**

| Prem. No. | Bldg. No. | |
|---|---|---|
| 001 | 001 | Business Income Other Than Rental Value<br>Stated Value<br>Amount: $10,000 |

 Copyright, Insurance Services Office, Inc., 1999 

Electronically Filed - STODDARD - November 11, 2024 - 11:15 AM

**MORTGAGEHOLDERS**

| Prem. No. | Bldg. No. | Mortgageholder Name And Mailing Address |
|---|---|---|
| 001 | 001 | SOUTHERN BANK<br>PO Box 520<br>Poplar Bluff, MO 63902-0520 |

 Copyright, Insurance Services Office, Inc., 1999 

Electronically Filed - STODDARD - November 11, 2024 - 11:15 AM

**FORMS APPLICABLE**

**To All Coverages:**

CMCP 01 02 MO (04-22)
CMCP 04 05 (03-19)
CMCP 04 22 MO (05-20)
CMCP 04 26 (02-20)

**To Specific Premises/Coverages:**

| Prem. No. | Bldg. No. | Coverages | Form Number |
|---|---|---|---|
| 001 | 001 | Building | CP 00 10 (10-12) |
| | | | CP 10 20 (10-12) |
| | | Personal Property of Insured | CP 00 10 (10-12) |
| | | | CP 10 20 (10-12) |
| | | Business Income Other Than Rental Value | CP 00 30 (10-12) |
| | | | CP 10 20 (10-12) |
| | | Mortgage Holder Information | CP 12 18 (10-12) |
| | | All Coverages | CP 00 90 (07-88) |
| | | | CP 01 28 (07-00) |
| | | | CP 01 40 (07-06) |
| | | | CP 03 20 (04-18) |
| | | | CP 10 75 (12-20) |
| | | | CP DS 00 (10-00) |

 Copyright, Insurance Services Office, Inc., 1999 

Electronically Filed - STODDARD - November 11, 2024 - 11:15 AM



# COMMERCIAL PROPERTY CONDITIONS

This Coverage Part is subject to the following conditions, the Common Policy Conditions and applicable Loss Conditions and Additional Conditions in Commercial Property Coverage Forms.

**A. CONCEALMENT, MISREPRESENTATION OR FRAUD**

This Coverage Part is void in any case of fraud by you as it relates to this Coverage Part at any time. It is also void if you or any other insured, at any time, intentionally conceal or misrepresent a material fact concerning:

1. This Coverage Part;
2. The Covered Property;
3. Your interest in the Covered Property; or
4. A claim under this Coverage Part.

**B. CONTROL OF PROPERTY**

Any act or neglect of any person other than you beyond your direction or control will not affect this insurance.

The breach of any condition of this Coverage Part at any one or more locations will not affect coverage at any location where, at the time of loss or damage, the breach of condition does not exist.

**C. INSURANCE UNDER TWO OR MORE COVERAGES**

If two or more of this policy's coverages apply to the same loss or damage, we will not pay more than the actual amount of the loss or damage.

**D. LEGAL ACTION AGAINST US**

No one may bring a legal action against us under this Coverage Part unless:

1. There has been full compliance with all of the terms of this Coverage Part; and
2. The action is brought within 2 years after the date on which the direct physical loss or damage occurred.

**E. LIBERALIZATION**

If we adopt any revision that would broaden the coverage under this Coverage Part without additional premium within 45 days prior to or during the policy period, the broadened coverage will immediately apply to this Coverage Part.

**F. NO BENEFIT TO BAILEE**

No person or organization, other than you, having custody of Covered Property will benefit from this insurance.

**G. OTHER INSURANCE**

1. You may have other insurance subject to the same plan, terms, conditions and provisions as the insurance under this Coverage Part. If you do, we will pay our share of the covered loss or damage. Our share is the proportion that the applicable Limit of Insurance under this Coverage Part bears to the Limits of Insurance of all insurance covering on the same basis.
2. If there is other insurance covering the same loss or damage, other than that described in 1. above, we will pay only for the amount of covered loss or damage in excess of the amount due from that other insurance, whether you can collect on it or not. But we will not pay more than the applicable Limit of Insurance.

**H. POLICY PERIOD, COVERAGE TERRITORY**

Under this Coverage Part:

1. We cover loss or damage commencing:
   a. During the policy period shown in the Declarations; and
   b. Within the coverage territory.
2. The coverage territory is:
   a. The United States of America (including its territories and possessions);
   b. Puerto Rico; and
   c. Canada.

 Copyright, ISO Commercial Risk Services, Inc., 1983, 1987 

Electronically Filed - STODDARD - November 11, 2024 - 11:15 AM

**I. TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US**

If any person or organization to or for whom we make payment under this Coverage Part has rights to recover damages from another, those rights are transferred to us to the extent of our payment. That person or organization must do everything necessary to secure our rights and must do nothing after loss to impair them. But you may waive your rights against another party in writing:

**1.** Prior to a loss to your Covered Property or Covered Income.

**2.** After a loss to your Covered Property or Covered Income only if, at time of loss, that party is one of the following:

**a.** Someone insured by this insurance;

**b.** A business firm:

**(1)** Owned or controlled by you; or

**(2)** That owns or controls you; or

**c.** Your tenant.

This will not restrict your insurance.

 Copyright, ISO Commercial Risk Services, Inc., 1983, 1987 

Electronically Filed - STODDARD - November 11, 2024 - 11:15 AM



# BUILDING AND PERSONAL PROPERTY COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy, the words "you" and "your" refer to the Named Insured shown in the Declarations. The words "we", "us" and "our" refer to the company providing this insurance.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section **H.** Definitions.

**A. Coverage**

We will pay for direct physical loss of or damage to Covered Property at the premises described in the Declarations caused by or resulting from any Covered Cause of Loss.

**1. Covered Property**

Covered Property, as used in this Coverage Part, means the type of property described in this section, **A.1.,** and limited in **A.2.** Property Not Covered, if a Limit Of Insurance is shown in the Declarations for that type of property.

**a. Building,** meaning the building or structure described in the Declarations, including:

**(1)** Completed additions;

**(2)** Fixtures, including outdoor fixtures;

**(3)** Permanently installed:

**(a)** Machinery; and

**(b)** Equipment;

**(4)** Personal property owned by you that is used to maintain or service the building or structure or its premises, including:

**(a)** Fire-extinguishing equipment;

**(b)** Outdoor furniture;

**(c)** Floor coverings; and

**(d)** Appliances used for refrigerating, ventilating, cooking, dishwashing or laundering;

**(5)** If not covered by other insurance:

**(a)** Additions under construction, alterations and repairs to the building or structure;

**(b)** Materials, equipment, supplies and temporary structures, on or within 100 feet of the described premises, used for making additions, alterations or repairs to the building or structure.

**b. Your Business Personal Property** consists of the following property located in or on the building or structure described in the Declarations or in the open (or in a vehicle) within 100 feet of the building or structure or within 100 feet of the premises described in the Declarations, whichever distance is greater:

**(1)** Furniture and fixtures;

**(2)** Machinery and equipment;

**(3)** "Stock";

**(4)** All other personal property owned by you and used in your business;

**(5)** Labor, materials or services furnished or arranged by you on personal property of others;

**(6)** Your use interest as tenant in improvements and betterments. Improvements and betterments are fixtures, alterations, installations or additions:

**(a)** Made a part of the building or structure you occupy but do not own; and

**(b)** You acquired or made at your expense but cannot legally remove;

**(7)** Leased personal property for which you have a contractual responsibility to insure, unless otherwise provided for under Personal Property Of Others.

**c. Personal Property Of Others** that is:

**(1)** In your care, custody or control; and

**(2)** Located in or on the building or structure described in the Declarations or in the open (or in a vehicle) within 100 feet of the building or structure or within 100 feet of the premises described in the Declarations, whichever distance is greater.

 © Insurance Services Office, Inc., 2011 

Electronically Filed - STODDARD - November 11, 2024 - 11:15 AM

However, our payment for loss of or damage to personal property of others will only be for the account of the owner of the property.

**2. Property Not Covered**

Covered Property does not include:

**a.** Accounts, bills, currency, food stamps or other evidences of debt, money, notes or securities. Lottery tickets held for sale are not securities;

**b.** Animals, unless owned by others and boarded by you, or if owned by you, only as "stock" while inside of buildings;

**c.** Automobiles held for sale;

**d.** Bridges, roadways, walks, patios or other paved surfaces;

**e.** Contraband, or property in the course of illegal transportation or trade;

**f.** The cost of excavations, grading, backfilling or filling;

**g.** Foundations of buildings, structures, machinery or boilers if their foundations are below:

**(1)** The lowest basement floor; or

**(2)** The surface of the ground, if there is no basement;

**h.** Land (including land on which the property is located), water, growing crops or lawns (other than lawns which are part of a vegetated roof);

**i.** Personal property while airborne or waterborne;

**j.** Bulkheads, pilings, piers, wharves or docks;

**k.** Property that is covered under another coverage form of this or any other policy in which it is more specifically described, except for the excess of the amount due (whether you can collect on it or not) from that other insurance;

**l.** Retaining walls that are not part of a building;

**m.** Underground pipes, flues or drains;

**n.** Electronic data, except as provided under the Additional Coverage, Electronic Data. Electronic data means information, facts or computer programs stored as or on, created or used on, or transmitted to or from computer software (including systems and applications software), on hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other repositories of computer software which are used with electronically controlled equipment. The term computer programs, referred to in the foregoing description of electronic data, means a set of related electronic instructions which direct the operations and functions of a computer or device connected to it, which enable the computer or device to receive, process, store, retrieve or send data. This paragraph, **n.**, does not apply to your "stock" of prepackaged software, or to electronic data which is integrated in and operates or controls the building's elevator, lighting, heating, ventilation, air conditioning or security system;

**o.** The cost to replace or restore the information on valuable papers and records, including those which exist as electronic data. Valuable papers and records include but are not limited to proprietary information, books of account, deeds, manuscripts, abstracts, drawings and card index systems. Refer to the Coverage Extension for Valuable Papers And Records (Other Than Electronic Data) for limited coverage for valuable papers and records other than those which exist as electronic data;

**p.** Vehicles or self-propelled machines (including aircraft or watercraft) that:

**(1)** Are licensed for use on public roads; or

**(2)** Are operated principally away from the described premises.

This paragraph does not apply to:

**(a)** Vehicles or self-propelled machines or autos you manufacture, process or warehouse;

 © Insurance Services Office, Inc., 2011 

Electronically Filed - STODDARD - November 11, 2024 - 11:15 AM

**(b)** Vehicles or self-propelled machines, other than autos, you hold for sale;

**(c)** Rowboats or canoes out of water at the described premises; or

**(d)** Trailers, but only to the extent provided for in the Coverage Extension for Non-owned Detached Trailers; or

**q.** The following property while outside of buildings:

**(1)** Grain, hay, straw or other crops;

**(2)** Fences, radio or television antennas (including satellite dishes) and their lead-in wiring, masts or towers, trees, shrubs or plants (other than trees, shrubs or plants which are "stock" or are part of a vegetated roof), all except as provided in the Coverage Extensions.

**3. Covered Causes Of Loss**

See applicable Causes Of Loss form as shown in the Declarations.

**4. Additional Coverages**

**a. Debris Removal**

**(1)** Subject to Paragraphs **(2)**, **(3)** and **(4),** we will pay your expense to remove debris of Covered Property and other debris that is on the described premises, when such debris is caused by or results from a Covered Cause of Loss that occurs during the policy period. The expenses will be paid only if they are reported to us in writing within 180 days of the date of direct physical loss or damage.

**(2)** Debris Removal does not apply to costs to:

**(a)** Remove debris of property of yours that is not insured under this policy, or property in your possession that is not Covered Property;

**(b)** Remove debris of property owned by or leased to the landlord of the building where your described premises are located, unless you have a contractual responsibility to insure such property and it is insured under this policy;

**(c)** Remove any property that is Property Not Covered, including property addressed under the Outdoor Property Coverage Extension;

**(d)** Remove property of others of a type that would not be Covered Property under this Coverage Form;

**(e)** Remove deposits of mud or earth from the grounds of the described premises;

**(f)** Extract "pollutants" from land or water; or

**(g)** Remove, restore or replace polluted land or water.

**(3)** Subject to the exceptions in Paragraph **(4),** the following provisions apply:

**(a)** The most we will pay for the total of direct physical loss or damage plus debris removal expense is the Limit of Insurance applicable to the Covered Property that has sustained loss or damage.

**(b)** Subject to **(a)** above, the amount we will pay for debris removal expense is limited to 25% of the sum of the deductible plus the amount that we pay for direct physical loss or damage to the Covered Property that has sustained loss or damage. However, if no Covered Property has sustained direct physical loss or damage, the most we will pay for removal of debris of other property (if such removal is covered under this Additional Coverage) is $5,000 at each location.

**(4)** We will pay up to an additional $25,000 for debris removal expense, for each location, in any one occurrence of physical loss or damage to Covered Property, if one or both of the following circumstances apply:

**(a)** The total of the actual debris removal expense plus the amount we pay for direct physical loss or damage exceeds the Limit of Insurance on the Covered Property that has sustained loss or damage.

**(b)** The actual debris removal expense exceeds 25% of the sum of the deductible plus the amount that we pay for direct physical loss or damage to the Covered Property that has sustained loss or damage.

Electronically Filed - STODDARD - November 11, 2024 - 11:15 AM

Therefore, if **(4)(a)** and/or **(4)(b)** applies, our total payment for direct physical loss or damage and debris removal expense may reach but will never exceed the Limit of Insurance on the Covered Property that has sustained loss or damage, plus $25,000.

**(5) Examples**

The following examples assume that there is no Coinsurance penalty.

**Example 1**

| | |
|---|---|
| Limit of Insurance: | $ 90,000 |
| Amount of Deductible: | $ 500 |
| Amount of Loss: | $ 50,000 |
| Amount of Loss Payable: | $ 49,500 |
| | ($50,000 – $500) |
| Debris Removal Expense: | $ 10,000 |
| Debris Removal Expense Payable: | $ 10,000 |
| ($10,000 is 20% of $50,000.) | |

The debris removal expense is less than 25% of the sum of the loss payable plus the deductible. The sum of the loss payable and the debris removal expense ($49,500 + $10,000 = $59,500) is less than the Limit of Insurance. Therefore, the full amount of debris removal expense is payable in accordance with the terms of Paragraph **(3).**

**Example 2**

| | |
|---|---|
| Limit of Insurance: | $ 90,000 |
| Amount of Deductible: | $ 500 |
| Amount of Loss: | $ 80,000 |
| Amount of Loss Payable: | $ 79,500 |
| | ($80,000 – $500) |
| Debris Removal Expense: | $ 40,000 |
| Debris Removal Expense Payable | |
| Basic Amount: | $ 10,500 |
| Additional Amount: | $ 25,000 |

The basic amount payable for debris removal expense under the terms of Paragraph **(3)** is calculated as follows: $80,000 ($79,500 + $500) x .25 = $20,000, capped at $10,500. The cap applies because the sum of the loss payable ($79,500) and the basic amount payable for debris removal expense ($10,500) cannot exceed the Limit of Insurance ($90,000).

The additional amount payable for debris removal expense is provided in accordance with the terms of Paragraph **(4),** because the debris removal expense ($40,000) exceeds 25% of the loss payable plus the deductible ($40,000 is 50% of $80,000), and because the sum of the loss payable and debris removal expense ($79,500 + $40,000 = $119,500) would exceed the Limit of Insurance ($90,000). The additional amount of covered debris removal expense is $25,000, the maximum payable under Paragraph **(4).** Thus, the total payable for debris removal expense in this example is $35,500; $4,500 of the debris removal expense is not covered.

**b. Preservation Of Property**

If it is necessary to move Covered Property from the described premises to preserve it from loss or damage by a Covered Cause of Loss, we will pay for any direct physical loss or damage to that property:

**(1)** While it is being moved or while temporarily stored at another location; and

**(2)** Only if the loss or damage occurs within 30 days after the property is first moved.

**c. Fire Department Service Charge**

When the fire department is called to save or protect Covered Property from a Covered Cause of Loss, we will pay up to $1,000 for service at each premises described in the Declarations, unless a higher limit is shown in the Declarations. Such limit is the most we will pay regardless of the number of responding fire departments or fire units, and regardless of the number or type of services performed.

This Additional Coverage applies to your liability for fire department service charges:

**(1)** Assumed by contract or agreement prior to loss; or

**(2)** Required by local ordinance.

No Deductible applies to this Additional Coverage.

Electronically Filed - STODDARD - November 11, 2024 - 11:15 AM

**d. Pollutant Clean-up And Removal**

We will pay your expense to extract "pollutants" from land or water at the described premises if the discharge, dispersal, seepage, migration, release or escape of the "pollutants" is caused by or results from a Covered Cause of Loss that occurs during the policy period. The expenses will be paid only if they are reported to us in writing within 180 days of the date on which the Covered Cause of Loss occurs.

This Additional Coverage does not apply to costs to test for, monitor or assess the existence, concentration or effects of "pollutants". But we will pay for testing which is performed in the course of extracting the "pollutants" from the land or water.

The most we will pay under this Additional Coverage for each described premises is $10,000 for the sum of all covered expenses arising out of Covered Causes of Loss occurring during each separate 12-month period of this policy.

**e. Increased Cost Of Construction**

**(1)** This Additional Coverage applies only to buildings to which the Replacement Cost Optional Coverage applies.

**(2)** In the event of damage by a Covered Cause of Loss to a building that is Covered Property, we will pay the increased costs incurred to comply with the minimum standards of an ordinance or law in the course of repair, rebuilding or replacement of damaged parts of that property, subject to the limitations stated in **e.(3)** through **e.(9)** of this Additional Coverage.

**(3)** The ordinance or law referred to in **e.(2)** of this Additional Coverage is an ordinance or law that regulates the construction or repair of buildings or establishes zoning or land use requirements at the described premises and is in force at the time of loss.

**(4)** Under this Additional Coverage, we will not pay any costs due to an ordinance or law that:

**(a)** You were required to comply with before the loss, even when the building was undamaged; and

**(b)** You failed to comply with.

**(5)** Under this Additional Coverage, we will not pay for:

**(a)** The enforcement of or compliance with any ordinance or law which requires demolition, repair, replacement, reconstruction, remodeling or remediation of property due to contamination by "pollutants" or due to the presence, growth, proliferation, spread or any activity of "fungus", wet or dry rot or bacteria; or

**(b)** Any costs associated with the enforcement of or compliance with an ordinance or law which requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants", "fungus", wet or dry rot or bacteria.

**(6)** The most we will pay under this Additional Coverage, for each described building insured under this Coverage Form, is $10,000 or 5% of the Limit of Insurance applicable to that building, whichever is less. If a damaged building is covered under a blanket Limit of Insurance which applies to more than one building or item of property, then the most we will pay under this Additional Coverage, for that damaged building, is the lesser of $10,000 or 5% times the value of the damaged building as of the time of loss times the applicable Coinsurance percentage.

The amount payable under this Additional Coverage is additional insurance.

**(7)** With respect to this Additional Coverage:

**(a)** We will not pay for the Increased Cost of Construction:

**(i)** Until the property is actually repaired or replaced at the same or another premises; and

**(ii)** Unless the repair or replacement is made as soon as reasonably possible after the loss or damage, not to exceed two years. We may extend this period in writing during the two years.

 © Insurance Services Office, Inc., 2011 

Electronically Filed - STODDARD - November 11, 2024 - 11:15 AM

**(b)** If the building is repaired or replaced at the same premises, or if you elect to rebuild at another premises, the most we will pay for the Increased Cost of Construction, subject to the provisions of **e.(6)** of this Additional Coverage, is the increased cost of construction at the same premises.

**(c)** If the ordinance or law requires relocation to another premises, the most we will pay for the Increased Cost of Construction, subject to the provisions of **e.(6)** of this Additional Coverage, is the increased cost of construction at the new premises.

**(8)** This Additional Coverage is not subject to the terms of the Ordinance Or Law Exclusion to the extent that such Exclusion would conflict with the provisions of this Additional Coverage.

**(9)** The costs addressed in the Loss Payment and Valuation Conditions and the Replacement Cost Optional Coverage, in this Coverage Form, do not include the increased cost attributable to enforcement of or compliance with an ordinance or law. The amount payable under this Additional Coverage, as stated in **e.(6)** of this Additional Coverage, is not subject to such limitation.

**f. Electronic Data**

**(1)** Under this Additional Coverage, electronic data has the meaning described under Property Not Covered, Electronic Data. This Additional Coverage does not apply to your "stock" of prepackaged software, or to electronic data which is integrated in and operates or controls the building's elevator, lighting, heating, ventilation, air conditioning or security system.

**(2)** Subject to the provisions of this Additional Coverage, we will pay for the cost to replace or restore electronic data which has been destroyed or corrupted by a Covered Cause of Loss. To the extent that electronic data is not replaced or restored, the loss will be valued at the cost of replacement of the media on which the electronic data was stored, with blank media of substantially identical type.

**(3)** The Covered Causes of Loss applicable to Your Business Personal Property apply to this Additional Coverage, Electronic Data, subject to the following:

**(a)** If the Causes Of Loss – Special Form applies, coverage under this Additional Coverage, Electronic Data, is limited to the "specified causes of loss" as defined in that form and Collapse as set forth in that form.

**(b)** If the Causes Of Loss – Broad Form applies, coverage under this Additional Coverage, Electronic Data, includes Collapse as set forth in that form.

**(c)** If the Causes Of Loss form is endorsed to add a Covered Cause of Loss, the additional Covered Cause of Loss does not apply to the coverage provided under this Additional Coverage, Electronic Data.

**(d)** The Covered Causes of Loss include a virus, harmful code or similar instruction introduced into or enacted on a computer system (including electronic data) or a network to which it is connected, designed to damage or destroy any part of the system or disrupt its normal operation. But there is no coverage for loss or damage caused by or resulting from manipulation of a computer system (including electronic data) by any employee, including a temporary or leased employee, or by an entity retained by you or for you to inspect, design, install, modify, maintain, repair or replace that system.

 © Insurance Services Office, Inc., 2011 

Electronically Filed - STODDARD - November 11, 2024 - 11:15 AM

**(4)** The most we will pay under this Additional Coverage, Electronic Data, is $2,500 (unless a higher limit is shown in the Declarations) for all loss or damage sustained in any one policy year, regardless of the number of occurrences of loss or damage or the number of premises, locations or computer systems involved. If loss payment on the first occurrence does not exhaust this amount, then the balance is available for subsequent loss or damage sustained in but not after that policy year. With respect to an occurrence which begins in one policy year and continues or results in additional loss or damage in a subsequent policy year(s), all loss or damage is deemed to be sustained in the policy year in which the occurrence began.

**5. Coverage Extensions**

Except as otherwise provided, the following Extensions apply to property located in or on the building described in the Declarations or in the open (or in a vehicle) within 100 feet of the described premises.

If a Coinsurance percentage of 80% or more, or a Value Reporting period symbol, is shown in the Declarations, you may extend the insurance provided by this Coverage Part as follows:

**a. Newly Acquired Or Constructed Property**

**(1) Buildings**

If this policy covers Building, you may extend that insurance to apply to:

**(a)** Your new buildings while being built on the described premises; and

**(b)** Buildings you acquire at locations, other than the described premises, intended for:

**(i)** Similar use as the building described in the Declarations; or

**(ii)** Use as a warehouse.

The most we will pay for loss or damage under this Extension is $250,000 at each building.

**(2) Your Business Personal Property**

**(a)** If this policy covers Your Business Personal Property, you may extend that insurance to apply to:

**(i)** Business personal property, including such property that you newly acquire, at any location you acquire other than at fairs, trade shows or exhibitions; or

**(ii)** Business personal property, including such property that you newly acquire, located at your newly constructed or acquired buildings at the location described in the Declarations.

The most we will pay for loss or damage under this Extension is $100,000 at each building.

**(b)** This Extension does not apply to:

**(i)** Personal property of others that is temporarily in your possession in the course of installing or performing work on such property; or

**(ii)** Personal property of others that is temporarily in your possession in the course of your manufacturing or wholesaling activities.

**(3) Period Of Coverage**

With respect to insurance provided under this Coverage Extension for Newly Acquired Or Constructed Property, coverage will end when any of the following first occurs:

**(a)** This policy expires;

**(b)** 30 days expire after you acquire the property or begin construction of that part of the building that would qualify as covered property; or

**(c)** You report values to us.

We will charge you additional premium for values reported from the date you acquire the property or begin construction of that part of the building that would qualify as covered property.

Electronically Filed - STODDARD - November 11, 2024 - 11:15 AM

**b. Personal Effects And Property Of Others**

You may extend the insurance that applies to Your Business Personal Property to apply to:

**(1)** Personal effects owned by you, your officers, your partners or members, your managers or your employees. This Extension does not apply to loss or damage by theft.

**(2)** Personal property of others in your care, custody or control.

The most we will pay for loss or damage under this Extension is $2,500 at each described premises. Our payment for loss of or damage to personal property of others will only be for the account of the owner of the property.

**c. Valuable Papers And Records (Other Than Electronic Data)**

**(1)** You may extend the insurance that applies to Your Business Personal Property to apply to the cost to replace or restore the lost information on valuable papers and records for which duplicates do not exist. But this Extension does not apply to valuable papers and records which exist as electronic data. Electronic data has the meaning described under Property Not Covered, Electronic Data.

**(2)** If the Causes Of Loss – Special Form applies, coverage under this Extension is limited to the "specified causes of loss" as defined in that form and Collapse as set forth in that form.

**(3)** If the Causes Of Loss – Broad Form applies, coverage under this Extension includes Collapse as set forth in that form.

**(4)** Under this Extension, the most we will pay to replace or restore the lost information is $2,500 at each described premises, unless a higher limit is shown in the Declarations. Such amount is additional insurance. We will also pay for the cost of blank material for reproducing the records (whether or not duplicates exist) and (when there is a duplicate) for the cost of labor to transcribe or copy the records. The costs of blank material and labor are subject to the applicable Limit of Insurance on Your Business Personal Property and, therefore, coverage of such costs is not additional insurance.

**d. Property Off-premises**

**(1)** You may extend the insurance provided by this Coverage Form to apply to your Covered Property while it is away from the described premises, if it is:

**(a)** Temporarily at a location you do not own, lease or operate;

**(b)** In storage at a location you lease, provided the lease was executed after the beginning of the current policy term; or

**(c)** At any fair, trade show or exhibition.

**(2)** This Extension does not apply to property:

**(a)** In or on a vehicle; or

**(b)** In the care, custody or control of your salespersons, unless the property is in such care, custody or control at a fair, trade show or exhibition.

**(3)** The most we will pay for loss or damage under this Extension is $10,000.

**e. Outdoor Property**

You may extend the insurance provided by this Coverage Form to apply to your outdoor fences, radio and television antennas (including satellite dishes), trees, shrubs and plants (other than trees, shrubs or plants which are "stock" or are part of a vegetated roof), including debris removal expense, caused by or resulting from any of the following causes of loss if they are Covered Causes of Loss:

**(1)** Fire;

**(2)** Lightning;

**(3)** Explosion;

**(4)** Riot or Civil Commotion; or

**(5)** Aircraft.

The most we will pay for loss or damage under this Extension is $1,000, but not more than $250 for any one tree, shrub or plant. These limits apply to any one occurrence, regardless of the types or number of items lost or damaged in that occurrence.

 © Insurance Services Office, Inc., 2011 

Electronically Filed - STODDARD - November 11, 2024 - 11:15 AM

Subject to all aforementioned terms and limitations of coverage, this Coverage Extension includes the expense of removing from the described premises the debris of trees, shrubs and plants which are the property of others, except in the situation in which you are a tenant and such property is owned by the landlord of the described premises.

**f. Non-owned Detached Trailers**

**(1)** You may extend the insurance that applies to Your Business Personal Property to apply to loss or damage to trailers that you do not own, provided that:

**(a)** The trailer is used in your business;

**(b)** The trailer is in your care, custody or control at the premises described in the Declarations; and

**(c)** You have a contractual responsibility to pay for loss or damage to the trailer.

**(2)** We will not pay for any loss or damage that occurs:

**(a)** While the trailer is attached to any motor vehicle or motorized conveyance, whether or not the motor vehicle or motorized conveyance is in motion;

**(b)** During hitching or unhitching operations, or when a trailer becomes accidentally unhitched from a motor vehicle or motorized conveyance.

**(3)** The most we will pay for loss or damage under this Extension is $5,000, unless a higher limit is shown in the Declarations.

**(4)** This insurance is excess over the amount due (whether you can collect on it or not) from any other insurance covering such property.

**g. Business Personal Property Temporarily In Portable Storage Units**

**(1)** You may extend the insurance that applies to Your Business Personal Property to apply to such property while temporarily stored in a portable storage unit (including a detached trailer) located within 100 feet of the building or structure described in the Declarations or within 100 feet of the premises described in the Declarations, whichever distance is greater.

**(2)** If the applicable Covered Causes of Loss form or endorsement contains a limitation or exclusion concerning loss or damage from sand, dust, sleet, snow, ice or rain to property in a structure, such limitation or exclusion also applies to property in a portable storage unit.

**(3)** Coverage under this Extension:

**(a)** Will end 90 days after the business personal property has been placed in the storage unit;

**(b)** Does not apply if the storage unit itself has been in use at the described premises for more than 90 consecutive days, even if the business personal property has been stored there for 90 or fewer days as of the time of loss or damage.

**(4)** Under this Extension, the most we will pay for the total of all loss or damage to business personal property is $10,000 (unless a higher limit is indicated in the Declarations for such Extension) regardless of the number of storage units. Such limit is part of, not in addition to, the applicable Limit of Insurance on Your Business Personal Property. Therefore, payment under this Extension will not increase the applicable Limit of Insurance on Your Business Personal Property.

**(5)** This Extension does not apply to loss or damage otherwise covered under this Coverage Form or any endorsement to this Coverage Form or policy, and does not apply to loss or damage to the storage unit itself.

Each of these Extensions is additional insurance unless otherwise indicated. The Additional Condition, Coinsurance, does not apply to these Extensions.

**B. Exclusions And Limitations**

See applicable Causes Of Loss form as shown in the Declarations.

**C. Limits Of Insurance**

The most we will pay for loss or damage in any one occurrence is the applicable Limit Of Insurance shown in the Declarations.

The most we will pay for loss or damage to outdoor signs, whether or not the sign is attached to a building, is $2,500 per sign in any one occurrence.

Electronically Filed - STODDARD - November 11, 2024 - 11:15 AM

The amounts of insurance stated in the following Additional Coverages apply in accordance with the terms of such coverages and are separate from the Limit(s) Of Insurance shown in the Declarations for any other coverage:

1. Fire Department Service Charge;
2. Pollutant Clean-up And Removal;
3. Increased Cost Of Construction; and
4. Electronic Data.

Payments under the Preservation Of Property Additional Coverage will not increase the applicable Limit of Insurance.

**D. Deductible**

In any one occurrence of loss or damage (hereinafter referred to as loss), we will first reduce the amount of loss if required by the Coinsurance Condition or the Agreed Value Optional Coverage. If the adjusted amount of loss is less than or equal to the Deductible, we will not pay for that loss. If the adjusted amount of loss exceeds the Deductible, we will then subtract the Deductible from the adjusted amount of loss and will pay the resulting amount or the Limit of Insurance, whichever is less.

When the occurrence involves loss to more than one item of Covered Property and separate Limits of Insurance apply, the losses will not be combined in determining application of the Deductible. But the Deductible will be applied only once per occurrence.

**Example 1**

(This example assumes there is no Coinsurance penalty.)

| | |
|---|---|
| Deductible: | $ 250 |
| Limit of Insurance – Building 1: | $ 60,000 |
| Limit of Insurance – Building 2: | $ 80,000 |
| Loss to Building 1: | $ 60,100 |
| Loss to Building 2: | $ 90,000 |

The amount of loss to Building 1 ($60,100) is less than the sum ($60,250) of the Limit of Insurance applicable to Building 1 plus the Deductible.

The Deductible will be subtracted from the amount of loss in calculating the loss payable for Building 1:

$ 60,100
– 250
$ 59,850 Loss Payable – Building 1

The Deductible applies once per occurrence and therefore is not subtracted in determining the amount of loss payable for Building 2. Loss payable for Building 2 is the Limit of Insurance of $80,000.

Total amount of loss payable:

$59,850 + $80,000 = $139,850

**Example 2**

(This example, too, assumes there is no Coinsurance penalty.)

The Deductible and Limits of Insurance are the same as those in Example 1.

| | |
|---|---|
| Loss to Building 1: | $ 70,000 |
| (Exceeds Limit of Insurance plus Deductible) | |
| Loss to Building 2: | $ 90,000 |
| (Exceeds Limit of Insurance plus Deductible) | |
| Loss Payable – Building 1: | $ 60,000 |
| (Limit of Insurance) | |
| Loss Payable – Building 2: | $ 80,000 |
| (Limit of Insurance) | |
| Total amount of loss payable: | $ 140,000 |

**E. Loss Conditions**

The following conditions apply in addition to the Common Policy Conditions and the Commercial Property Conditions:

**1. Abandonment**

There can be no abandonment of any property to us.

**2. Appraisal**

If we and you disagree on the value of the property or the amount of loss, either may make written demand for an appraisal of the loss. In this event, each party will select a competent and impartial appraiser. The two appraisers will select an umpire. If they cannot agree, either may request that selection be made by a judge of a court having jurisdiction. The appraisers will state separately the value of the property and amount of loss. If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:

**a.** Pay its chosen appraiser; and

**b.** Bear the other expenses of the appraisal and umpire equally.

If there is an appraisal, we will still retain our right to deny the claim.

**3. Duties In The Event Of Loss Or Damage**

**a.** You must see that the following are done in the event of loss or damage to Covered Property:

**(1)** Notify the police if a law may have been broken.


© Insurance Services Office, Inc., 2011

Electronically Filed - STODDARD - November 11, 2024 - 11:15 AM

**(2)** Give us prompt notice of the loss or damage. Include a description of the property involved.

**(3)** As soon as possible, give us a description of how, when and where the loss or damage occurred.

**(4)** Take all reasonable steps to protect the Covered Property from further damage, and keep a record of your expenses necessary to protect the Covered Property, for consideration in the settlement of the claim. This will not increase the Limit of Insurance. However, we will not pay for any subsequent loss or damage resulting from a cause of loss that is not a Covered Cause of Loss. Also, if feasible, set the damaged property aside and in the best possible order for examination.

**(5)** At our request, give us complete inventories of the damaged and undamaged property. Include quantities, costs, values and amount of loss claimed.

**(6)** As often as may be reasonably required, permit us to inspect the property proving the loss or damage and examine your books and records.

Also, permit us to take samples of damaged and undamaged property for inspection, testing and analysis, and permit us to make copies from your books and records.

**(7)** Send us a signed, sworn proof of loss containing the information we request to investigate the claim. You must do this within 60 days after our request. We will supply you with the necessary forms.

**(8)** Cooperate with us in the investigation or settlement of the claim.

**b.** We may examine any insured under oath, while not in the presence of any other insured and at such times as may be reasonably required, about any matter relating to this insurance or the claim, including an insured's books and records. In the event of an examination, an insured's answers must be signed.

**4. Loss Payment**

**a.** In the event of loss or damage covered by this Coverage Form, at our option, we will either:

**(1)** Pay the value of lost or damaged property;

**(2)** Pay the cost of repairing or replacing the lost or damaged property, subject to **b.** below;

**(3)** Take all or any part of the property at an agreed or appraised value; or

**(4)** Repair, rebuild or replace the property with other property of like kind and quality, subject to **b.** below.

We will determine the value of lost or damaged property, or the cost of its repair or replacement, in accordance with the applicable terms of the Valuation Condition in this Coverage Form or any applicable provision which amends or supersedes the Valuation Condition.

**b.** The cost to repair, rebuild or replace does not include the increased cost attributable to enforcement of or compliance with any ordinance or law regulating the construction, use or repair of any property.

**c.** We will give notice of our intentions within 30 days after we receive the sworn proof of loss.

**d.** We will not pay you more than your financial interest in the Covered Property.

**e.** We may adjust losses with the owners of lost or damaged property if other than you. If we pay the owners, such payments will satisfy your claims against us for the owners' property. We will not pay the owners more than their financial interest in the Covered Property.

**f.** We may elect to defend you against suits arising from claims of owners of property. We will do this at our expense.

**g.** We will pay for covered loss or damage within 30 days after we receive the sworn proof of loss, if you have complied with all of the terms of this Coverage Part, and:

**(1)** We have reached agreement with you on the amount of loss; or

**(2)** An appraisal award has been made.

 © Insurance Services Office, Inc., 2011 

Electronically Filed - STODDARD - November 11, 2024 - 11:15 AM

**h.** A party wall is a wall that separates and is common to adjoining buildings that are owned by different parties. In settling covered losses involving a party wall, we will pay a proportion of the loss to the party wall based on your interest in the wall in proportion to the interest of the owner of the adjoining building. However, if you elect to repair or replace your building and the owner of the adjoining building elects not to repair or replace that building, we will pay you the full value of the loss to the party wall, subject to all applicable policy provisions including Limits of Insurance, the Valuation and Coinsurance Conditions and all other provisions of this Loss Payment Condition. Our payment under the provisions of this paragraph does not alter any right of subrogation we may have against any entity, including the owner or insurer of the adjoining building, and does not alter the terms of the Transfer Of Rights Of Recovery Against Others To Us Condition in this policy.

**5. Recovered Property**

If either you or we recover any property after loss settlement, that party must give the other prompt notice. At your option, the property will be returned to you. You must then return to us the amount we paid to you for the property. We will pay recovery expenses and the expenses to repair the recovered property, subject to the Limit of Insurance.

**6. Vacancy**

**a. Description Of Terms**

**(1)** As used in this Vacancy Condition, the term building and the term vacant have the meanings set forth in **(1)(a)** and **(1)(b)** below:

**(a)** When this policy is issued to a tenant, and with respect to that tenant's interest in Covered Property, building means the unit or suite rented or leased to the tenant. Such building is vacant when it does not contain enough business personal property to conduct customary operations.

**(b)** When this policy is issued to the owner or general lessee of a building, building means the entire building. Such building is vacant unless at least 31% of its total square footage is:

**(i)** Rented to a lessee or sublessee and used by the lessee or sublessee to conduct its customary operations; and/or

**(ii)** Used by the building owner to conduct customary operations.

**(2)** Buildings under construction or renovation are not considered vacant.

**b. Vacancy Provisions**

If the building where loss or damage occurs has been vacant for more than 60 consecutive days before that loss or damage occurs:

**(1)** We will not pay for any loss or damage caused by any of the following, even if they are Covered Causes of Loss:

**(a)** Vandalism;

**(b)** Sprinkler leakage, unless you have protected the system against freezing;

**(c)** Building glass breakage;

**(d)** Water damage;

**(e)** Theft; or

**(f)** Attempted theft.

**(2)** With respect to Covered Causes of Loss other than those listed in **b.(1)(a)** through **b.(1)(f)** above, we will reduce the amount we would otherwise pay for the loss or damage by 15%.

**7. Valuation**

We will determine the value of Covered Property in the event of loss or damage as follows:

**a.** At actual cash value as of the time of loss or damage, except as provided in **b., c., d.** and **e.** below.

**b.** If the Limit of Insurance for Building satisfies the Additional Condition, Coinsurance, and the cost to repair or replace the damaged building property is $2,500 or less, we will pay the cost of building repairs or replacement.

 © Insurance Services Office, Inc., 2011 

Electronically Filed - STODDARD - November 11, 2024 - 11:15 AM

The cost of building repairs or replacement does not include the increased cost attributable to enforcement of or compliance with any ordinance or law regulating the construction, use or repair of any property.

However, the following property will be valued at the actual cash value, even when attached to the building:

**(1)** Awnings or floor coverings;

**(2)** Appliances for refrigerating, ventilating, cooking, dishwashing or laundering; or

**(3)** Outdoor equipment or furniture.

**c.** "Stock" you have sold but not delivered at the selling price less discounts and expenses you otherwise would have had.

**d.** Glass at the cost of replacement with safety-glazing material if required by law.

**e.** Tenants' Improvements and Betterments at:

**(1)** Actual cash value of the lost or damaged property if you make repairs promptly.

**(2)** A proportion of your original cost if you do not make repairs promptly. We will determine the proportionate value as follows:

**(a)** Multiply the original cost by the number of days from the loss or damage to the expiration of the lease; and

**(b)** Divide the amount determined in **(a)** above by the number of days from the installation of improvements to the expiration of the lease.

If your lease contains a renewal option, the expiration of the renewal option period will replace the expiration of the lease in this procedure.

**(3)** Nothing if others pay for repairs or replacement.

## F. Additional Conditions

The following conditions apply in addition to the Common Policy Conditions and the Commercial Property Conditions:

### 1. Coinsurance

If a Coinsurance percentage is shown in the Declarations, the following condition applies:

**a.** We will not pay the full amount of any loss if the value of Covered Property at the time of loss times the Coinsurance percentage shown for it in the Declarations is greater than the Limit of Insurance for the property.

Instead, we will determine the most we will pay using the following steps:

**(1)** Multiply the value of Covered Property at the time of loss by the Coinsurance percentage;

**(2)** Divide the Limit of Insurance of the property by the figure determined in Step **(1);**

**(3)** Multiply the total amount of loss, before the application of any deductible, by the figure determined in Step **(2);** and

**(4)** Subtract the deductible from the figure determined in Step **(3).**

We will pay the amount determined in Step **(4)** or the Limit of Insurance, whichever is less. For the remainder, you will either have to rely on other insurance or absorb the loss yourself.

**Example 1 (Underinsurance)**

| | | |
|---|---|---|
| When: | The value of the property is: | $ 250,000 |
| | The Coinsurance percentage for it is: | 80% |
| | The Limit of Insurance for it is: | $ 100,000 |
| | The Deductible is: | $ 250 |
| | The amount of loss is: | $ 40,000 |

Step **(1):** $250,000 x 80% = $200,000
(the minimum amount of insurance to meet your Coinsurance requirements)

Step **(2):** $100,000 ÷ $200,000 = .50

Step **(3):** $40,000 x .50 = $20,000

Step **(4):** $20,000 – $250 = $19,750

We will pay no more than $19,750. The remaining $20,250 is not covered.

**Example 2 (Adequate Insurance)**

| | | |
|---|---|---|
| When: | The value of the property is: | $ 250,000 |
| | The Coinsurance percentage for it is: | 80% |
| | The Limit of Insurance for it is: | $ 200,000 |
| | The Deductible is: | $ 250 |
| | The amount of loss is: | $ 40,000 |

The minimum amount of insurance to meet your Coinsurance requirement is $200,000 ($250,000 x 80%). Therefore, the Limit of Insurance in this example is adequate, and no penalty applies. We will pay no more than $39,750 ($40,000 amount of loss minus the deductible of $250).

 © Insurance Services Office, Inc., 2011 

Electronically Filed - STODDARD - November 11, 2024 - 11:15 AM

**b.** If one Limit of Insurance applies to two or more separate items, this condition will apply to the total of all property to which the limit applies.

**Example 3**

| | | |
|---|---|---|
| When: | The value of the property is: | |
| | Building at Location 1: | $ 75,000 |
| | Building at Location 2: | $ 100,000 |
| | Personal Property at Location 2: | $ 75,000 |
| | | $ 250,000 |
| | The Coinsurance percentage for it is: | 90% |
| | The Limit of Insurance for Buildings and Personal Property at Locations 1 and 2 is: | $ 180,000 |
| | The Deductible is: | $ 1,000 |
| | The amount of loss is: | |
| | Building at Location 2: | $ 30,000 |
| | Personal Property at Location 2: | $ 20,000 |
| | | $ 50,000 |

| | |
|---|---|
| Step **(1):** | $250,000 x 90% = $225,000 (the minimum amount of insurance to meet your Coinsurance requirements and to avoid the penalty shown below) |
| Step **(2):** | $180,000 ÷ $225,000 = .80 |
| Step **(3):** | $50,000 x .80 = $40,000 |
| Step **(4):** | $40,000 – $1,000 = $39,000 |

We will pay no more than $39,000. The remaining $11,000 is not covered.

**2. Mortgageholders**

**a.** The term mortgageholder includes trustee.

**b.** We will pay for covered loss of or damage to buildings or structures to each mortgageholder shown in the Declarations in their order of precedence, as interests may appear.

**c.** The mortgageholder has the right to receive loss payment even if the mortgageholder has started foreclosure or similar action on the building or structure.

**d.** If we deny your claim because of your acts or because you have failed to comply with the terms of this Coverage Part, the mortgageholder will still have the right to receive loss payment if the mortgageholder:

**(1)** Pays any premium due under this Coverage Part at our request if you have failed to do so;

**(2)** Submits a signed, sworn proof of loss within 60 days after receiving notice from us of your failure to do so; and

**(3)** Has notified us of any change in ownership, occupancy or substantial change in risk known to the mortgageholder.

All of the terms of this Coverage Part will then apply directly to the mortgageholder.

**e.** If we pay the mortgageholder for any loss or damage and deny payment to you because of your acts or because you have failed to comply with the terms of this Coverage Part:

**(1)** The mortgageholder's rights under the mortgage will be transferred to us to the extent of the amount we pay; and

**(2)** The mortgageholder's right to recover the full amount of the mortgageholder's claim will not be impaired.

At our option, we may pay to the mortgageholder the whole principal on the mortgage plus any accrued interest. In this event, your mortgage and note will be transferred to us and you will pay your remaining mortgage debt to us.

**f.** If we cancel this policy, we will give written notice to the mortgageholder at least:

**(1)** 10 days before the effective date of cancellation if we cancel for your nonpayment of premium; or

**(2)** 30 days before the effective date of cancellation if we cancel for any other reason.

**g.** If we elect not to renew this policy, we will give written notice to the mortgageholder at least 10 days before the expiration date of this policy.

**G. Optional Coverages**

If shown as applicable in the Declarations, the following Optional Coverages apply separately to each item:

**1. Agreed Value**

**a.** The Additional Condition, Coinsurance, does not apply to Covered Property to which this Optional Coverage applies. We will pay no more for loss of or damage to that property than the proportion that the Limit of Insurance under this Coverage Part for the property bears to the Agreed Value shown for it in the Declarations.

 © Insurance Services Office, Inc., 2011 

Electronically Filed - STODDARD - November 11, 2024 - 11:15 AM

**b.** If the expiration date for this Optional Coverage shown in the Declarations is not extended, the Additional Condition, Coinsurance, is reinstated and this Optional Coverage expires.

**c.** The terms of this Optional Coverage apply only to loss or damage that occurs:

**(1)** On or after the effective date of this Optional Coverage; and

**(2)** Before the Agreed Value expiration date shown in the Declarations or the policy expiration date, whichever occurs first.

**2. Inflation Guard**

**a.** The Limit of Insurance for property to which this Optional Coverage applies will automatically increase by the annual percentage shown in the Declarations.

**b.** The amount of increase will be:

**(1)** The Limit of Insurance that applied on the most recent of the policy inception date, the policy anniversary date, or any other policy change amending the Limit of Insurance, times

**(2)** The percentage of annual increase shown in the Declarations, expressed as a decimal (example: 8% is .08), times

**(3)** The number of days since the beginning of the current policy year or the effective date of the most recent policy change amending the Limit of Insurance, divided by 365.

**Example**

| | | |
|---|---|---|
| If: | The applicable Limit of Insurance is: | $ 100,000 |
| | The annual percentage increase is: | 8% |
| | The number of days since the beginning of the policy year (or last policy change) is: | 146 |
| | The amount of increase is: $100,000 x .08 x 146 ÷ 365 = | $ 3,200 |

**3. Replacement Cost**

**a.** Replacement Cost (without deduction for depreciation) replaces Actual Cash Value in the Valuation Loss Condition of this Coverage Form.

**b.** This Optional Coverage does not apply to:

**(1)** Personal property of others;

**(2)** Contents of a residence;

**(3)** Works of art, antiques or rare articles, including etchings, pictures, statuary, marbles, bronzes, porcelains and bric-a-brac; or

**(4)** "Stock", unless the Including "Stock" option is shown in the Declarations.

Under the terms of this Replacement Cost Optional Coverage, tenants' improvements and betterments are not considered to be the personal property of others.

**c.** You may make a claim for loss or damage covered by this insurance on an actual cash value basis instead of on a replacement cost basis. In the event you elect to have loss or damage settled on an actual cash value basis, you may still make a claim for the additional coverage this Optional Coverage provides if you notify us of your intent to do so within 180 days after the loss or damage.

**d.** We will not pay on a replacement cost basis for any loss or damage:

**(1)** Until the lost or damaged property is actually repaired or replaced; and

**(2)** Unless the repair or replacement is made as soon as reasonably possible after the loss or damage.

With respect to tenants' improvements and betterments, the following also apply:

**(3)** If the conditions in **d.(1)** and **d.(2)** above are not met, the value of tenants' improvements and betterments will be determined as a proportion of your original cost, as set forth in the Valuation Loss Condition of this Coverage Form; and

**(4)** We will not pay for loss or damage to tenants' improvements and betterments if others pay for repairs or replacement.

**e.** We will not pay more for loss or damage on a replacement cost basis than the least of **(1), (2)** or **(3),** subject to **f.** below:

**(1)** The Limit of Insurance applicable to the lost or damaged property;

**(2)** The cost to replace the lost or damaged property with other property:

**(a)** Of comparable material and quality; and

**(b)** Used for the same purpose; or

**(3)** The amount actually spent that is necessary to repair or replace the lost or damaged property.

If a building is rebuilt at a new premises, the cost described in **e.(2)** above is limited to the cost which would have been incurred if the building had been rebuilt at the original premises.

 © Insurance Services Office, Inc., 2011 

Electronically Filed - STODDARD - November 11, 2024 - 11:15 AM

**f.** The cost of repair or replacement does not include the increased cost attributable to enforcement of or compliance with any ordinance or law regulating the construction, use or repair of any property.

**4. Extension Of Replacement Cost To Personal Property Of Others**

**a.** If the Replacement Cost Optional Coverage is shown as applicable in the Declarations, then this Extension may also be shown as applicable. If the Declarations show this Extension as applicable, then Paragraph **3.b.(1)** of the Replacement Cost Optional Coverage is deleted and all other provisions of the Replacement Cost Optional Coverage apply to replacement cost on personal property of others.

**b.** With respect to replacement cost on the personal property of others, the following limitation applies:

If an item(s) of personal property of others is subject to a written contract which governs your liability for loss or damage to that item(s), then valuation of that item(s) will be based on the amount for which you are liable under such contract, but not to exceed the lesser of the replacement cost of the property or the applicable Limit of Insurance.

**H. Definitions**

**1.** "Fungus" means any type or form of fungus, including mold or mildew, and any mycotoxins, spores, scents or by-products produced or released by fungi.

**2.** "Pollutants" means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

**3.** "Stock" means merchandise held in storage or for sale, raw materials and in-process or finished goods, including supplies used in their packing or shipping.


© Insurance Services Office, Inc., 2011

Electronically Filed - STODDARD - November 11, 2024 - 11:15 AM



# CAUSES OF LOSS – BROAD FORM

Words and phrases that appear in quotation marks have special meaning. Refer to Section **F.** Definitions.

## A. Covered Causes Of Loss

When Broad is shown in the Declarations, Covered Causes of Loss means the following:

**1.** Fire.

**2.** Lightning.

**3.** Explosion, including the explosion of gases or fuel within the furnace of any fired vessel or within the flues or passages through which the gases of combustion pass. This cause of loss does not include loss or damage by:

**a.** Rupture, bursting or operation of pressure-relief devices; or

**b.** Rupture or bursting due to expansion or swelling of the contents of any building or structure, caused by or resulting from water.

**4.** Windstorm or Hail, but not including:

**a.** Frost or cold weather;

**b.** Ice (other than hail), snow or sleet, whether driven by wind or not;

**c.** Loss or damage to the interior of any building or structure, or the property inside the building or structure, caused by rain, snow, sand or dust, whether driven by wind or not, unless the building or structure first sustains wind or hail damage to its roof or walls through which the rain, snow, sand or dust enters; or

**d.** Loss or damage by hail to lawns, trees, shrubs or plants which are part of a vegetated roof.

**5.** Smoke causing sudden and accidental loss or damage. This cause of loss does not include smoke from agricultural smudging or industrial operations.

**6.** Aircraft or Vehicles, meaning only physical contact of an aircraft, a spacecraft, a self-propelled missile, a vehicle or an object thrown up by a vehicle with the described property or with the building or structure containing the described property. This cause of loss includes loss or damage by objects falling from aircraft.

We will not pay for loss or damage caused by or resulting from vehicles you own or which are operated in the course of your business.

**7.** Riot or Civil Commotion, including:

**a.** Acts of striking employees while occupying the described premises; and

**b.** Looting occurring at the time and place of a riot or civil commotion.

**8.** Vandalism, meaning willful and malicious damage to, or destruction of, the described property.

We will not pay for loss or damage caused by or resulting from theft, except for building damage caused by the breaking in or exiting of burglars.

**9.** Sprinkler Leakage, meaning leakage or discharge of any substance from an Automatic Sprinkler System, including collapse of a tank that is part of the system.

If the building or structure containing the Automatic Sprinkler System is Covered Property, we will also pay the cost to:

**a.** Repair or replace damaged parts of the Automatic Sprinkler System if the damage:

**(1)** Results in sprinkler leakage; or

**(2)** Is directly caused by freezing.

**b.** Tear out and replace any part of the building or structure to repair damage to the Automatic Sprinkler System that has resulted in sprinkler leakage.

Automatic Sprinkler System means:

**(1)** Any automatic fire-protective or extinguishing system, including connected:

**(a)** Sprinklers and discharge nozzles;

**(b)** Ducts, pipes, valves and fittings;

**(c)** Tanks, their component parts and supports; and

**(d)** Pumps and private fire protection mains.

**(2)** When supplied from an automatic fire-protective system:

**(a)** Non-automatic fire-protective systems; and

**(b)** Hydrants, standpipes and outlets.

 © Insurance Services Office, Inc., 2011 

Electronically Filed - STODDARD - November 11, 2024 - 11:15 AM

**10.** Sinkhole Collapse, meaning loss or damage caused by the sudden sinking or collapse of land into underground empty spaces created by the action of water on limestone or dolomite. This cause of loss does not include:

**a.** The cost of filling sinkholes; or

**b.** Sinking or collapse of land into man-made underground cavities.

**11.** Volcanic Action, meaning direct loss or damage resulting from the eruption of a volcano when the loss or damage is caused by:

**a.** Airborne volcanic blast or airborne shock waves;

**b.** Ash, dust or particulate matter; or

**c.** Lava flow.

With respect to coverage for Volcanic Action as set forth in **11.a., 11.b.** and **11.c.,** all volcanic eruptions that occur within any 168-hour period will constitute a single occurrence.

This cause of loss does not include the cost to remove ash, dust or particulate matter that does not cause direct physical loss or damage to the described property.

**12. Falling Objects**

But we will not pay for loss or damage to:

**a.** Personal property in the open; or

**b.** The interior of a building or structure, or property inside a building or structure, unless the roof or an outside wall of the building or structure is first damaged by a falling object.

**13. Weight Of Snow, Ice Or Sleet**

But we will not pay for loss or damage to personal property outside of buildings or structures, or for loss or damage to lawns, trees, shrubs or plants which are part of a vegetated roof.

**14. Water Damage**

**a.** Water Damage, meaning accidental discharge or leakage of water or steam as the direct result of the breaking apart or cracking of a plumbing, heating, air conditioning or other system or appliance, that is located on the described premises and contains water or steam.

However, Water Damage does not include:

**(1)** Discharge or leakage from:

**(a)** An Automatic Sprinkler System;

**(b)** A sump or related equipment and parts, including overflow due to sump pump failure or excessive volume of water; or

**(c)** Roof drains, gutters, downspouts or similar fixtures or equipment;

**(2)** The cost to repair any defect that caused the loss or damage;

**(3)** Loss or damage caused by or resulting from continuous or repeated seepage or leakage of water, or the presence or condensation of humidity, moisture or vapor, that occurs over a period of 14 days or more; or

**(4)** Loss or damage caused by or resulting from freezing, unless:

**(a)** You do your best to maintain heat in the building or structure; or

**(b)** You drain the equipment and shut off the water supply if the heat is not maintained.

**b.** If coverage applies subject to **a.** above, and the building or structure containing the system or appliance is Covered Property, we will also pay the cost to tear out and replace any part of the building or structure to repair damage to the system or appliance from which the water or steam escapes. But we will not pay the cost to repair any defect that caused the loss or damage.

**B. Exclusions**

**1.** We will not pay for loss or damage caused directly or indirectly by any of the following. Such loss or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss.

**a. Ordinance Or Law**

The enforcement of or compliance with any ordinance or law:

**(1)** Regulating the construction, use or repair of any property; or

**(2)** Requiring the tearing down of any property including the cost of removing its debris.

This exclusion, Ordinance Or Law, applies whether the loss results from:

**(a)** An ordinance or law that is enforced even if the property has not been damaged; or

 © Insurance Services Office, Inc., 2011 

Electronically Filed - STODDARD - November 11, 2024 - 11:15 AM

**(b)** The increased costs incurred to comply with an ordinance or law in the course of construction, repair, renovation, remodeling or demolition of property, or removal of its debris, following a physical loss to that property.

**b. Earth Movement**

**(1)** Earthquake, including tremors and aftershocks and any earth sinking, rising or shifting related to such event;

**(2)** Landslide, including any earth sinking, rising or shifting related to such event;

**(3)** Mine subsidence, meaning subsidence of a man-made mine, whether or not mining activity has ceased;

**(4)** Earth sinking (other than sinkhole collapse), rising or shifting including soil conditions which cause settling, cracking or other disarrangement of foundations or other parts of realty. Soil conditions include contraction, expansion, freezing, thawing, erosion, improperly compacted soil and the action of water under the ground surface.

But if Earth Movement, as described in **b.(1)** through **(4)** above, results in fire or explosion, we will pay for the loss or damage caused by that fire or explosion.

**(5)** Volcanic eruption, explosion or effusion. But if volcanic eruption, explosion or effusion results in fire, building glass breakage or Volcanic Action, we will pay for the loss or damage caused by that fire, building glass breakage or Volcanic Action.

This exclusion applies regardless of whether any of the above, in Paragraphs **(1)** through **(5),** is caused by an act of nature or is otherwise caused.

**c. Governmental Action**

Seizure or destruction of property by order of governmental authority.

But we will pay for loss or damage caused by or resulting from acts of destruction ordered by governmental authority and taken at the time of a fire to prevent its spread, if the fire would be covered under this Coverage Part.

**d. Nuclear Hazard**

Nuclear reaction or radiation, or radioactive contamination, however caused.

But if nuclear reaction or radiation, or radioactive contamination, results in fire, we will pay for the loss or damage caused by that fire.

**e. Utility Services**

The failure of power, communication, water or other utility service supplied to the described premises, however caused, if the failure:

**(1)** Originates away from the described premises; or

**(2)** Originates at the described premises, but only if such failure involves equipment used to supply the utility service to the described premises from a source away from the described premises.

Failure of any utility service includes lack of sufficient capacity and reduction in supply.

Loss or damage caused by a surge of power is also excluded, if the surge would not have occurred but for an event causing a failure of power.

But if the failure or surge of power, or the failure of communication, water or other utility service, results in a Covered Cause of Loss, we will pay for the loss or damage caused by that Covered Cause of Loss.

Communication services include but are not limited to service relating to Internet access or access to any electronic, cellular or satellite network.

**f. War And Military Action**

**(1)** War, including undeclared or civil war;

**(2)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**(3)** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**g. Water**

**(1)** Flood, surface water, waves (including tidal wave and tsunami), tides, tidal water, overflow of any body of water, or spray from any of these, all whether or not driven by wind (including storm surge);

**(2)** Mudslide or mudflow;

Electronically Filed - STODDARD - November 11, 2024 - 11:15 AM

**(3)** Water that backs up or overflows or is otherwise discharged from a sewer, drain, sump, sump pump or related equipment;

**(4)** Water under the ground surface pressing on, or flowing or seeping through:

**(a)** Foundations, walls, floors or paved surfaces;

**(b)** Basements, whether paved or not; or

**(c)** Doors, windows or other openings; or

**(5)** Waterborne material carried or otherwise moved by any of the water referred to in Paragraph **(1), (3)** or **(4),** or material carried or otherwise moved by mudslide or mudflow.

This exclusion applies regardless of whether any of the above, in Paragraphs **(1)** through **(5),** is caused by an act of nature or is otherwise caused. An example of a situation to which this exclusion applies is the situation where a dam, levee, seawall or other boundary or containment system fails in whole or in part, for any reason, to contain the water.

But if any of the above, in Paragraphs **(1)** through **(5),** results in fire, explosion or sprinkler leakage, we will pay for the loss or damage caused by that fire, explosion or sprinkler leakage (if sprinkler leakage is a Covered Cause of Loss).

**h. "Fungus", Wet Rot, Dry Rot And Bacteria**

Presence, growth, proliferation, spread or any activity of "fungus", wet or dry rot or bacteria.

But if "fungus", wet or dry rot or bacteria result in a Covered Cause of Loss, we will pay for the loss or damage caused by that Covered Cause of Loss.

This exclusion does not apply:

**(1)** When "fungus", wet or dry rot or bacteria result from fire or lightning; or

**(2)** To the extent that coverage is provided in the Additional Coverage, Limited Coverage For "Fungus", Wet Rot, Dry Rot And Bacteria, with respect to loss or damage by a cause of loss other than fire or lightning.

Exclusions **B.1.a.** through **B.1.h.** apply whether or not the loss event results in widespread damage or affects a substantial area.

**2.** We will not pay for loss or damage caused by or resulting from:

**a.** Artificially generated electrical, magnetic or electromagnetic energy that damages, disturbs, disrupts or otherwise interferes with any:

**(1)** Electrical or electronic wire, device, appliance, system or network; or

**(2)** Device, appliance, system or network utilizing cellular or satellite technology.

For the purpose of this exclusion, electrical, magnetic or electromagnetic energy includes but is not limited to:

**(a)** Electrical current, including arcing;

**(b)** Electrical charge produced or conducted by a magnetic or electromagnetic field;

**(c)** Pulse of electromagnetic energy; or

**(d)** Electromagnetic waves or microwaves.

But if fire results, we will pay for the loss or damage caused by that fire.

**b.** Explosion of steam boilers, steam pipes, steam engines or steam turbines owned or leased by you, or operated under your control.

But if explosion of steam boilers, steam pipes, steam engines or steam turbines results in fire or combustion explosion, we will pay for the loss or damage caused by that fire or combustion explosion.

**c.** Mechanical breakdown, including rupture or bursting caused by centrifugal force.

But if mechanical breakdown results in a Covered Cause of Loss, we will pay for the loss or damage caused by that Covered Cause of Loss.

**d.** Neglect of an insured to use all reasonable means to save and preserve property from further damage at and after the time of loss.

**3. Special Exclusions**

The following provisions apply only to the specified Coverage Forms:

**a. Business Income (And Extra Expense) Coverage Form, Business Income (Without Extra Expense) Coverage Form, Or Extra Expense Coverage Form**

We will not pay for:

**(1)** Any loss caused by or resulting from:

**(a)** Damage or destruction of "finished stock"; or

 © Insurance Services Office, Inc., 2011 

Electronically Filed - STODDARD - November 11, 2024 - 11:15 AM

**(b)** The time required to reproduce "finished stock".

This exclusion does not apply to Extra Expense.

**(2)** Any loss caused by or resulting from direct physical loss or damage to radio or television antennas (including satellite dishes) and their lead-in wiring, masts or towers.

**(3)** Any increase of loss caused by or resulting from:

**(a)** Delay in rebuilding, repairing or replacing the property or resuming "operations", due to interference at the location of the rebuilding, repair or replacement by strikers or other persons; or

**(b)** Suspension, lapse or cancellation of any license, lease or contract. But if the suspension, lapse or cancellation is directly caused by the "suspension" of "operations", we will cover such loss that affects your Business Income during the "period of restoration" and any extension of the "period of restoration" in accordance with the terms of the Extended Business Income Additional Coverage and the Extended Period Of Indemnity Optional Coverage or any variation of these.

**(4)** Any Extra Expense caused by or resulting from suspension, lapse or cancellation of any license, lease or contract beyond the "period of restoration".

**(5)** Any other consequential loss.

**b. Leasehold Interest Coverage Form**

**(1)** Paragraph **B.1.a.,** Ordinance Or Law, does not apply to insurance under this Coverage Form.

**(2)** We will not pay for any loss caused by:

**(a)** Your cancelling the lease;

**(b)** The suspension, lapse or cancellation of any license; or

**(c)** Any other consequential loss.

**c. Legal Liability Coverage Form**

**(1)** The following exclusions do not apply to insurance under this Coverage Form:

**(a)** Paragraph **B.1.a.** Ordinance Or Law;

**(b)** Paragraph **B.1.c.** Governmental Action;

**(c)** Paragraph **B.1.d.** Nuclear Hazard;

**(d)** Paragraph **B.1.e.** Utility Services; and

**(e)** Paragraph **B.1.f.** War And Military Action.

**(2)** The following additional exclusions apply to insurance under this Coverage Form:

**(a) Contractual Liability**

We will not defend any claim or "suit", or pay damages that you are legally liable to pay, solely by reason of your assumption of liability in a contract or agreement. But this exclusion does not apply to a written lease agreement in which you have assumed liability for building damage resulting from an actual or attempted burglary or robbery, provided that:

**(i)** Your assumption of liability was executed prior to the accident; and

**(ii)** The building is Covered Property under this Coverage Form.

**(b) Nuclear Hazard**

We will not defend any claim or "suit", or pay any damages, loss, expense or obligation, resulting from nuclear reaction or radiation, or radioactive contamination, however caused.

**C. Additional Coverage – Collapse**

The coverage provided under this Additional Coverage, Collapse, applies only to an abrupt collapse as described and limited in **C.1.** through **C.7.**

**1.** For the purpose of this Additional Coverage, Collapse, abrupt collapse means an abrupt falling down or caving in of a building or any part of a building with the result that the building or part of the building cannot be occupied for its intended purpose.

 © Insurance Services Office, Inc., 2011 

Electronically Filed - STODDARD - November 11, 2024 - 11:15 AM

**2.** We will pay for direct physical loss or damage to Covered Property, caused by abrupt collapse of a building or any part of a building that is insured under this Coverage Form or that contains Covered Property insured under this Coverage Form, if such collapse is caused by one or more of the following:

**a.** Fire; lightning; explosion; windstorm or hail; smoke; aircraft or vehicles; riot or civil commotion; vandalism; leakage from fire-extinguishing equipment; sinkhole collapse; volcanic action; breakage of building glass; falling objects; weight of snow, ice or sleet; water damage, meaning accidental discharge or leakage of water or steam as the direct result of the breaking apart or cracking of a plumbing, heating, air conditioning or other system or appliance (other than a sump system including its related equipment and parts), that is located on the described premises and contains water or steam; all only as insured against in this Coverage Part;

**b.** Building decay that is hidden from view, unless the presence of such decay is known to an insured prior to collapse;

**c.** Insect or vermin damage that is hidden from view, unless the presence of such damage is known to an insured prior to collapse;

**d.** Weight of people or personal property;

**e.** Weight of rain that collects on a roof;

**f.** Use of defective material or methods in construction, remodeling or renovation if the abrupt collapse occurs during the course of the construction, remodeling or renovation. However, if such collapse occurs after construction, remodeling or renovation is complete and is caused in part by a cause of loss listed in **2.a.** through **2.e.,** we will pay for the loss or damage even if use of defective material or methods, in construction, remodeling or renovation, contributes to the collapse.

This Additional Coverage, Collapse, does not limit the coverage otherwise provided under this Causes Of Loss form for the causes of loss listed in **2.a.**

**3.** This **Additional Coverage – Collapse** does **not** apply to:

**a.** A building or any part of a building that is in danger of falling down or caving in;

**b.** A part of a building that is standing, even if it has separated from another part of the building; or

**c.** A building that is standing or any part of a building that is standing, even if it shows evidence of cracking, bulging, sagging, bending, leaning, settling, shrinkage or expansion.

**4.** With respect to the following property:

**a.** Outdoor radio or television antennas (including satellite dishes) and their lead-in wiring, masts or towers;

**b.** Awnings, gutters and downspouts;

**c.** Yard fixtures;

**d.** Outdoor swimming pools;

**e.** Fences;

**f.** Piers, wharves and docks;

**g.** Beach or diving platforms or appurtenances;

**h.** Retaining walls; and

**i.** Walks, roadways and other paved surfaces;

if an abrupt collapse is caused by a cause of loss listed in **2.b.** through **2.f.** we will pay for loss or damage to that property only if:

**(1)** Such loss or damage is a direct result of the abrupt collapse of a building insured under this Coverage Form; and

**(2)** The property is Covered Property under this Coverage Form.

**5.** If personal property abruptly falls down or caves in and such collapse is **not** the result of abrupt collapse of a building, we will pay for loss or damage to Covered Property caused by such collapse of personal property only if:

**a.** The collapse of personal property was caused by a cause of loss listed in **2.a.** through **2.f.** above;

**b.** The personal property which collapses is inside a building; and

**c.** The property which collapses is not of a kind listed in **4.,** regardless of whether that kind of property is considered to be personal property or real property.

The coverage stated in this Paragraph **5.** does not apply to personal property if marring and/or scratching is the only damage to that personal property caused by the collapse.

**6.** This Additional Coverage, Collapse, does not apply to personal property that has not abruptly fallen down or caved in, even if the personal property shows evidence of cracking, bulging, sagging, bending, leaning, settling, shrinkage or expansion.

 © Insurance Services Office, Inc., 2011 

Electronically Filed - STODDARD - November 11, 2024 - 11:15 AM

**7.** This Additional Coverage, Collapse, will not increase the Limits of Insurance provided in this Coverage Part.

**8.** The term Covered Cause of Loss includes the Additional Coverage, Collapse, as described and limited in **C.1.** through **C.7.**

**D. Additional Coverage – Limited Coverage For "Fungus", Wet Rot, Dry Rot And Bacteria**

**1.** The coverage described in **D.2.** and **D.6.** only applies when the "fungus", wet or dry rot or bacteria are the result of one or more of the following causes that occur during the policy period and only if all reasonable means were used to save and preserve the property from further damage at the time of and after that occurrence:

**a.** A Covered Cause of Loss other than fire or lightning; or

**b.** Flood, if the Flood Coverage Endorsement applies to the affected premises.

This Additional Coverage does not apply to lawns, trees, shrubs or plants which are part of a vegetated roof.

**2.** We will pay for loss or damage by "fungus", wet or dry rot or bacteria. As used in this Limited Coverage, the term loss or damage means:

**a.** Direct physical loss or damage to Covered Property caused by "fungus", wet or dry rot or bacteria, including the cost of removal of the "fungus", wet or dry rot or bacteria;

**b.** The cost to tear out and replace any part of the building or other property as needed to gain access to the "fungus", wet or dry rot or bacteria; and

**c.** The cost of testing performed after removal, repair, replacement or restoration of the damaged property is completed, provided there is a reason to believe that "fungus", wet or dry rot or bacteria are present.

**3.** The coverage described under **D.2.** of this Limited Coverage is limited to $15,000. Regardless of the number of claims, this limit is the most we will pay for the total of all loss or damage arising out of all occurrences of Covered Causes of Loss (other than fire or lightning) and Flood which take place in a 12-month period (starting with the beginning of the present annual policy period). With respect to a particular occurrence of loss which results in "fungus", wet or dry rot or bacteria, we will not pay more than a total of $15,000 even if the "fungus", wet or dry rot or bacteria continue to be present or active, or recur, in a later policy period.

**4.** The coverage provided under this Limited Coverage does not increase the applicable Limit of Insurance on any Covered Property. If a particular occurrence results in loss or damage by "fungus", wet or dry rot or bacteria, and other loss or damage, we will not pay more, for the total of all loss or damage, than the applicable Limit of Insurance on the affected Covered Property.

If there is covered loss or damage to Covered Property, not caused by "fungus", wet or dry rot or bacteria, loss payment will not be limited by the terms of this Limited Coverage, except to the extent that "fungus", wet or dry rot or bacteria cause an increase in the loss. Any such increase in the loss will be subject to the terms of this Limited Coverage.

**5.** The terms of this Limited Coverage do not increase or reduce the coverage provided under Paragraph **b.** of Covered Cause Of Loss **9.** Sprinkler Leakage, or Paragraph **b.** of Covered Causes Of Loss **14.** Water Damage, or under the Additional Coverage, Collapse.

**6.** The following, **6.a.** or **6.b.,** applies only if Business Income and/or Extra Expense Coverage applies to the described premises and only if the "suspension" of "operations" satisfies all terms and conditions of the applicable Business Income and/or Extra Expense Coverage Form:

**a.** If the loss which resulted in "fungus", wet or dry rot or bacteria does not in itself necessitate a "suspension" of "operations", but such "suspension" is necessary due to loss or damage to property caused by "fungus", wet or dry rot or bacteria, then our payment under Business Income and/or Extra Expense is limited to the amount of loss and/or expense sustained in a period of not more than 30 days. The days need not be consecutive.

Electronically Filed - STODDARD - November 11, 2024 - 11:15 AM

**b.** If a covered "suspension" of "operations" was caused by loss or damage other than "fungus", wet or dry rot or bacteria but remediation of "fungus", wet or dry rot or bacteria prolongs the "period of restoration", we will pay for loss and/or expense sustained during the delay (regardless of when such a delay occurs during the "period of restoration"), but such coverage is limited to 30 days. The days need not be consecutive.

**E. Limitation**

We will pay for loss of animals only if they are killed or their destruction is made necessary.

**F. Definitions**

"Fungus" means any type or form of fungus, including mold or mildew, and any mycotoxins, spores, scents or by-products produced or released by fungi.

 © Insurance Services Office, Inc., 2011 

Electronically Filed - STODDARD - November 11, 2024 - 11:15 AM



# BUSINESS INCOME (AND EXTRA EXPENSE) COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy, the words "you" and "your" refer to the Named Insured shown in the Declarations. The words "we", "us" and "our" refer to the company providing this insurance.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section **F.** Definitions.

## A. Coverage

### 1. Business Income

Business Income means the:

**a.** Net Income (Net Profit or Loss before income taxes) that would have been earned or incurred; and

**b.** Continuing normal operating expenses incurred, including payroll.

For manufacturing risks, Net Income includes the net sales value of production.

Coverage is provided as described and limited below for one or more of the following options for which a Limit Of Insurance is shown in the Declarations:

**(1)** Business Income Including "Rental Value".

**(2)** Business Income Other Than "Rental Value".

**(3)** "Rental Value".

If option **(1)** above is selected, the term Business Income will include "Rental Value". If option **(3)** above is selected, the term Business Income will mean "Rental Value" only.

If Limits of Insurance are shown under more than one of the above options, the provisions of this Coverage Part apply separately to each.

We will pay for the actual loss of Business Income you sustain due to the necessary "suspension" of your "operations" during the "period of restoration". The "suspension" must be caused by direct physical loss of or damage to property at premises which are described in the Declarations and for which a Business Income Limit Of Insurance is shown in the Declarations. The loss or damage must be caused by or result from a Covered Cause of Loss. With respect to loss of or damage to personal property in the open or personal property in a vehicle, the described premises include the area within 100 feet of such premises.

With respect to the requirements set forth in the preceding paragraph, if you occupy only part of a building, your premises means:

**(a)** The portion of the building which you rent, lease or occupy;

**(b)** The area within 100 feet of the building or within 100 feet of the premises described in the Declarations, whichever distance is greater (with respect to loss of or damage to personal property in the open or personal property in a vehicle); and

**(c)** Any area within the building or at the described premises, if that area services, or is used to gain access to, the portion of the building which you rent, lease or occupy.

### 2. Extra Expense

**a.** Extra Expense Coverage is provided at the premises described in the Declarations only if the Declarations show that Business Income Coverage applies at that premises.

**b.** Extra Expense means necessary expenses you incur during the "period of restoration" that you would not have incurred if there had been no direct physical loss or damage to property caused by or resulting from a Covered Cause of Loss.

We will pay Extra Expense (other than the expense to repair or replace property) to:

**(1)** Avoid or minimize the "suspension" of business and to continue operations at the described premises or at replacement premises or temporary locations, including relocation expenses and costs to equip and operate the replacement location or temporary location.

 © Insurance Services Office, Inc., 2011 

Electronically Filed - STODDARD - November 11, 2024 - 11:15 AM

**(2)** Minimize the "suspension" of business if you cannot continue "operations".

We will also pay Extra Expense to repair or replace property, but only to the extent it reduces the amount of loss that otherwise would have been payable under this Coverage Form.

**3. Covered Causes Of Loss, Exclusions And Limitations**

See applicable Causes Of Loss form as shown in the Declarations.

**4. Additional Limitation – Interruption Of Computer Operations**

**a.** Coverage for Business Income does not apply when a "suspension" of "operations" is caused by destruction or corruption of electronic data, or any loss or damage to electronic data, except as provided under the Additional Coverage, Interruption Of Computer Operations.

**b.** Coverage for Extra Expense does not apply when action is taken to avoid or minimize a "suspension" of "operations" caused by destruction or corruption of electronic data, or any loss or damage to electronic data, except as provided under the Additional Coverage, Interruption Of Computer Operations.

**c.** Electronic data means information, facts or computer programs stored as or on, created or used on, or transmitted to or from computer software (including systems and applications software), on hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other repositories of computer software which are used with electronically controlled equipment. The term computer programs, referred to in the foregoing description of electronic data, means a set of related electronic instructions which direct the operations and functions of a computer or device connected to it, which enable the computer or device to receive, process, store, retrieve or send data.

**d.** This Additional Limitation does not apply when loss or damage to electronic data involves only electronic data which is integrated in and operates or controls a building's elevator, lighting, heating, ventilation, air conditioning or security system.

**5. Additional Coverages**

**a. Civil Authority**

In this Additional Coverage, Civil Authority, the described premises are premises to which this Coverage Form applies, as shown in the Declarations.

When a Covered Cause of Loss causes damage to property other than property at the described premises, we will pay for the actual loss of Business Income you sustain and necessary Extra Expense caused by action of civil authority that prohibits access to the described premises, provided that both of the following apply:

**(1)** Access to the area immediately surrounding the damaged property is prohibited by civil authority as a result of the damage, and the described premises are within that area but are not more than one mile from the damaged property; and

**(2)** The action of civil authority is taken in response to dangerous physical conditions resulting from the damage or continuation of the Covered Cause of Loss that caused the damage, or the action is taken to enable a civil authority to have unimpeded access to the damaged property.

Civil Authority Coverage for Business Income will begin 72 hours after the time of the first action of civil authority that prohibits access to the described premises and will apply for a period of up to four consecutive weeks from the date on which such coverage began.

Civil Authority Coverage for Extra Expense will begin immediately after the time of the first action of civil authority that prohibits access to the described premises and will end:

**(1)** Four consecutive weeks after the date of that action; or

**(2)** When your Civil Authority Coverage for Business Income ends;

whichever is later.

 © Insurance Services Office, Inc., 2011 

Electronically Filed - STODDARD - November 11, 2024 - 11:15 AM

**b. Alterations And New Buildings**

We will pay for the actual loss of Business Income you sustain and necessary Extra Expense you incur due to direct physical loss or damage at the described premises caused by or resulting from any Covered Cause of Loss to:

**(1)** New buildings or structures, whether complete or under construction;

**(2)** Alterations or additions to existing buildings or structures; and

**(3)** Machinery, equipment, supplies or building materials located on or within 100 feet of the described premises and:

**(a)** Used in the construction, alterations or additions; or

**(b)** Incidental to the occupancy of new buildings.

If such direct physical loss or damage delays the start of "operations", the "period of restoration" for Business Income Coverage will begin on the date "operations" would have begun if the direct physical loss or damage had not occurred.

**c. Extended Business Income**

**(1) Business Income Other Than "Rental Value"**

If the necessary "suspension" of your "operations" produces a Business Income loss payable under this policy, we will pay for the actual loss of Business Income you incur during the period that:

**(a)** Begins on the date property (except "finished stock") is actually repaired, rebuilt or replaced and "operations" are resumed; and

**(b)** Ends on the earlier of:

**(i)** The date you could restore your "operations", with reasonable speed, to the level which would generate the business income amount that would have existed if no direct physical loss or damage had occurred; or

**(ii)** 60 consecutive days after the date determined in **(1)(a)** above.

However, Extended Business Income does not apply to loss of Business Income incurred as a result of unfavorable business conditions caused by the impact of the Covered Cause of Loss in the area where the described premises are located.

Loss of Business Income must be caused by direct physical loss or damage at the described premises caused by or resulting from any Covered Cause of Loss.

**(2) "Rental Value"**

If the necessary "suspension" of your "operations" produces a "Rental Value" loss payable under this policy, we will pay for the actual loss of "Rental Value" you incur during the period that:

**(a)** Begins on the date property is actually repaired, rebuilt or replaced and tenantability is restored; and

**(b)** Ends on the earlier of:

**(i)** The date you could restore tenant occupancy, with reasonable speed, to the level which would generate the "Rental Value" that would have existed if no direct physical loss or damage had occurred; or

**(ii)** 60 consecutive days after the date determined in **(2)(a)** above.

However, Extended Business Income does not apply to loss of "Rental Value" incurred as a result of unfavorable business conditions caused by the impact of the Covered Cause of Loss in the area where the described premises are located.

Loss of "Rental Value" must be caused by direct physical loss or damage at the described premises caused by or resulting from any Covered Cause of Loss.

**d. Interruption Of Computer Operations**

**(1)** Under this Additional Coverage, electronic data has the meaning described under Additional Limitation – Interruption Of Computer Operations.

Electronically Filed - STODDARD - November 11, 2024 - 11:15 AM

**(2)** Subject to all provisions of this Additional Coverage, you may extend the insurance that applies to Business Income and Extra Expense to apply to a "suspension" of "operations" caused by an interruption in computer operations due to destruction or corruption of electronic data due to a Covered Cause of Loss. However, we will not provide coverage under this Additional Coverage when the Additional Limitation – Interruption Of Computer Operations does not apply based on Paragraph **A.4.d.** therein.

**(3)** With respect to the coverage provided under this Additional Coverage, the Covered Causes of Loss are subject to the following:

**(a)** If the Causes Of Loss – Special Form applies, coverage under this Additional Coverage, Interruption Of Computer Operations, is limited to the "specified causes of loss" as defined in that form and Collapse as set forth in that form.

**(b)** If the Causes Of Loss – Broad Form applies, coverage under this Additional Coverage, Interruption Of Computer Operations, includes Collapse as set forth in that form.

**(c)** If the Causes Of Loss form is endorsed to add a Covered Cause of Loss, the additional Covered Cause of Loss does not apply to the coverage provided under this Additional Coverage, Interruption Of Computer Operations.

**(d)** The Covered Causes of Loss include a virus, harmful code or similar instruction introduced into or enacted on a computer system (including electronic data) or a network to which it is connected, designed to damage or destroy any part of the system or disrupt its normal operation. But there is no coverage for an interruption related to manipulation of a computer system (including electronic data) by any employee, including a temporary or leased employee, or by an entity retained by you or for you to inspect, design, install, maintain, repair or replace that system.

**(4)** The most we will pay under this Additional Coverage, Interruption Of Computer Operations, is $2,500 (unless a higher limit is shown in the Declarations) for all loss sustained and expense incurred in any one policy year, regardless of the number of interruptions or the number of premises, locations or computer systems involved. If loss payment relating to the first interruption does not exhaust this amount, then the balance is available for loss or expense sustained or incurred as a result of subsequent interruptions in that policy year. A balance remaining at the end of a policy year does not increase the amount of insurance in the next policy year. With respect to any interruption which begins in one policy year and continues or results in additional loss or expense in a subsequent policy year(s), all loss and expense is deemed to be sustained or incurred in the policy year in which the interruption began.

**(5)** This Additional Coverage, Interruption Of Computer Operations, does not apply to loss sustained or expense incurred after the end of the "period of restoration", even if the amount of insurance stated in **(4)** above has not been exhausted.

**6. Coverage Extension**

If a Coinsurance percentage of 50% or more is shown in the Declarations, you may extend the insurance provided by this Coverage Part as follows:

**Newly Acquired Locations**

**a.** You may extend your Business Income and Extra Expense Coverages to apply to property at any location you acquire other than fairs or exhibitions.

**b.** The most we will pay under this Extension, for the sum of Business Income loss and Extra Expense incurred, is $100,000 at each location, unless a higher limit is shown in the Declarations.

**c.** Insurance under this Extension for each newly acquired location will end when any of the following first occurs:

**(1)** This policy expires;

 © Insurance Services Office, Inc., 2011 

Electronically Filed - STODDARD - November 11, 2024 - 11:15 AM

**(2)** 30 days expire after you acquire or begin to construct the property; or

**(3)** You report values to us.

We will charge you additional premium for values reported from the date you acquire the property.

The Additional Condition, Coinsurance, does not apply to this Extension.

**B. Limits Of Insurance**

The most we will pay for loss in any one occurrence is the applicable Limit Of Insurance shown in the Declarations.

Payments under the following coverages will not increase the applicable Limit of Insurance:

**1.** Alterations And New Buildings;

**2.** Civil Authority;

**3.** Extra Expense; or

**4.** Extended Business Income.

The amounts of insurance stated in the Interruption Of Computer Operations Additional Coverage and the Newly Acquired Locations Coverage Extension apply in accordance with the terms of those coverages and are separate from the Limit(s) Of Insurance shown in the Declarations for any other coverage.

**C. Loss Conditions**

The following conditions apply in addition to the Common Policy Conditions and the Commercial Property Conditions:

**1. Appraisal**

If we and you disagree on the amount of Net Income and operating expense or the amount of loss, either may make written demand for an appraisal of the loss. In this event, each party will select a competent and impartial appraiser.

The two appraisers will select an umpire. If they cannot agree, either may request that selection be made by a judge of a court having jurisdiction. The appraisers will state separately the amount of Net Income and operating expense or amount of loss. If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:

**a.** Pay its chosen appraiser; and

**b.** Bear the other expenses of the appraisal and umpire equally.

If there is an appraisal, we will still retain our right to deny the claim.

**2. Duties In The Event Of Loss**

**a.** You must see that the following are done in the event of loss:

**(1)** Notify the police if a law may have been broken.

**(2)** Give us prompt notice of the direct physical loss or damage. Include a description of the property involved.

**(3)** As soon as possible, give us a description of how, when and where the direct physical loss or damage occurred.

**(4)** Take all reasonable steps to protect the Covered Property from further damage, and keep a record of your expenses necessary to protect the Covered Property, for consideration in the settlement of the claim. This will not increase the Limit of Insurance. However, we will not pay for any subsequent loss or damage resulting from a cause of loss that is not a Covered Cause of Loss. Also, if feasible, set the damaged property aside and in the best possible order for examination.

**(5)** As often as may be reasonably required, permit us to inspect the property proving the loss or damage and examine your books and records.

Also permit us to take samples of damaged and undamaged property for inspection, testing and analysis, and permit us to make copies from your books and records.

**(6)** Send us a signed, sworn proof of loss containing the information we request to investigate the claim. You must do this within 60 days after our request. We will supply you with the necessary forms.

**(7)** Cooperate with us in the investigation or settlement of the claim.

**(8)** If you intend to continue your business, you must resume all or part of your "operations" as quickly as possible.

**b.** We may examine any insured under oath, while not in the presence of any other insured and at such times as may be reasonably required, about any matter relating to this insurance or the claim, including an insured's books and records. In the event of an examination, an insured's answers must be signed.

 © Insurance Services Office, Inc., 2011 

Electronically Filed - STODDARD - November 11, 2024 - 11:15 AM

**3. Loss Determination**

**a.** The amount of Business Income loss will be determined based on:

**(1)** The Net Income of the business before the direct physical loss or damage occurred;

**(2)** The likely Net Income of the business if no physical loss or damage had occurred, but not including any Net Income that would likely have been earned as a result of an increase in the volume of business due to favorable business conditions caused by the impact of the Covered Cause of Loss on customers or on other businesses;

**(3)** The operating expenses, including payroll expenses, necessary to resume "operations" with the same quality of service that existed just before the direct physical loss or damage; and

**(4)** Other relevant sources of information, including:

**(a)** Your financial records and accounting procedures;

**(b)** Bills, invoices and other vouchers; and

**(c)** Deeds, liens or contracts.

**b.** The amount of Extra Expense will be determined based on:

**(1)** All expenses that exceed the normal operating expenses that would have been incurred by "operations" during the "period of restoration" if no direct physical loss or damage had occurred. We will deduct from the total of such expenses:

**(a)** The salvage value that remains of any property bought for temporary use during the "period of restoration", once "operations" are resumed; and

**(b)** Any Extra Expense that is paid for by other insurance, except for insurance that is written subject to the same plan, terms, conditions and provisions as this insurance; and

**(2)** Necessary expenses that reduce the Business Income loss that otherwise would have been incurred.

**c. Resumption Of Operations**

We will reduce the amount of your:

**(1)** Business Income loss, other than Extra Expense, to the extent you can resume your "operations", in whole or in part, by using damaged or undamaged property (including merchandise or stock) at the described premises or elsewhere.

**(2)** Extra Expense loss to the extent you can return "operations" to normal and discontinue such Extra Expense.

**d.** If you do not resume "operations", or do not resume "operations" as quickly as possible, we will pay based on the length of time it would have taken to resume "operations" as quickly as possible.

**4. Loss Payment**

We will pay for covered loss within 30 days after we receive the sworn proof of loss, if you have complied with all of the terms of this Coverage Part, and:

**a.** We have reached agreement with you on the amount of loss; or

**b.** An appraisal award has been made.

**D. Additional Condition**

**COINSURANCE**

If a Coinsurance percentage is shown in the Declarations, the following condition applies in addition to the Common Policy Conditions and the Commercial Property Conditions.

We will not pay the full amount of any Business Income loss if the Limit of Insurance for Business Income is less than:

**1.** The Coinsurance percentage shown for Business Income in the Declarations; times

**2.** The sum of:

**a.** The Net Income (Net Profit or Loss before income taxes), and

**b.** Operating expenses, including payroll expenses,

that would have been earned or incurred (had no loss occurred) by your "operations" at the described premises for the 12 months following the inception, or last previous anniversary date, of this policy (whichever is later).

 © Insurance Services Office, Inc., 2011 

Electronically Filed - STODDARD - November 11, 2024 - 11:15 AM

Instead, we will determine the most we will pay using the following steps:

Step **(1):** Multiply the Net Income and operating expense for the 12 months following the inception, or last previous anniversary date, of this policy by the Coinsurance percentage;

Step **(2):** Divide the Limit of Insurance for the described premises by the figure determined in Step **(1);** and

Step **(3):** Multiply the total amount of loss by the figure determined in Step **(2).**

We will pay the amount determined in Step **(3)** or the limit of insurance, whichever is less. For the remainder, you will either have to rely on other insurance or absorb the loss yourself.

In determining operating expenses for the purpose of applying the Coinsurance condition, the following expenses, if applicable, shall be deducted from the total of all operating expenses:

**(1)** Prepaid freight – outgoing;

**(2)** Returns and allowances;

**(3)** Discounts;

**(4)** Bad debts;

**(5)** Collection expenses;

**(6)** Cost of raw stock and factory supplies consumed (including transportation charges);

**(7)** Cost of merchandise sold (including transportation charges);

**(8)** Cost of other supplies consumed (including transportation charges);

**(9)** Cost of services purchased from outsiders (not employees) to resell, that do not continue under contract;

**(10)** Power, heat and refrigeration expenses that do not continue under contract (if Form **CP 15 11** is attached);

**(11)** All payroll expenses or the amount of payroll expense excluded (if Form **CP 15 10** is attached); and

**(12)** Special deductions for mining properties (royalties unless specifically included in coverage; actual depletion commonly known as unit or cost depletion – not percentage depletion; welfare and retirement fund charges based on tonnage; hired trucks).

**Example 1 (Underinsurance)**

| | | |
|---|---|---|
| When: | The Net Income and operating expenses for the 12 months following the inception, or last previous anniversary date, of this policy at the described premises would have been: | $ 400,000 |
| | The Coinsurance percentage is: | 50% |
| | The Limit of Insurance is: | $ 150,000 |
| | The amount of loss is: | $ 80,000 |
| Step **(1):** | $400,000 x 50% = $200,000 (the minimum amount of insurance to meet your Coinsurance requirements) | |
| Step **(2):** | $150,000 ÷ $200,000 = .75 | |
| Step **(3):** | $80,000 x .75 = $60,000 | |

We will pay no more than $60,000. The remaining $20,000 is not covered.

**Example 2 (Adequate Insurance)**

| | | |
|---|---|---|
| When: | The Net Income and operating expenses for the 12 months following the inception, or last previous anniversary date, of this policy at the described premises would have been: | $ 400,000 |
| | The Coinsurance percentage is: | 50% |
| | The Limit of Insurance is: | $ 200,000 |
| | The amount of loss is: | $ 80,000 |

The minimum amount of insurance to meet your Coinsurance requirement is $200,000 ($400,000 x 50%). Therefore, the Limit of Insurance in this example is adequate and no penalty applies. We will pay no more than $80,000 (amount of loss).

This condition does not apply to Extra Expense Coverage.

**E. Optional Coverages**

If shown as applicable in the Declarations, the following Optional Coverages apply separately to each item.

**1. Maximum Period Of Indemnity**

**a.** The Additional Condition, Coinsurance, does not apply to this Coverage Form at the described premises to which this Optional Coverage applies.

Electronically Filed - STODDARD - November 11, 2024 - 11:15 AM

**b.** The most we will pay for the total of Business Income loss and Extra Expense is the lesser of:

**(1)** The amount of loss sustained and expenses incurred during the 120 days immediately following the beginning of the "period of restoration"; or

**(2)** The Limit Of Insurance shown in the Declarations.

**2. Monthly Limit Of Indemnity**

**a.** The Additional Condition, Coinsurance, does not apply to this Coverage Form at the described premises to which this Optional Coverage applies.

**b.** The most we will pay for loss of Business Income in each period of 30 consecutive days after the beginning of the "period of restoration" is:

**(1)** The Limit of Insurance, multiplied by

**(2)** The fraction shown in the Declarations for this Optional Coverage.

**Example**

| | | |
|---|---|---|
| When: | The Limit of Insurance is: | $ 120,000 |
| | The fraction shown in the Declarations for this Optional Coverage is: | 1/4 |
| | The most we will pay for loss in each period of 30 consecutive days is: | $ 30,000 |
| | ($120,000 x 1/4 = $30,000) | |
| | If, in this example, the actual amount of loss is: | |
| | Days 1–30: | $ 40,000 |
| | Days 31–60: | $ 20,000 |
| | Days 61–90: | $ 30,000 |
| | | $ 90,000 |
| | We will pay: | |
| | Days 1–30: | $ 30,000 |
| | Days 31–60: | $ 20,000 |
| | Days 61–90: | $ 30,000 |
| | | $ 80,000 |
| | The remaining $10,000 is not covered. | |

**3. Business Income Agreed Value**

**a.** To activate this Optional Coverage:

**(1)** A Business Income Report/Work Sheet must be submitted to us and must show financial data for your "operations":

**(a)** During the 12 months prior to the date of the Work Sheet; and

**(b)** Estimated for the 12 months immediately following the inception of this Optional Coverage.

**(2)** The Declarations must indicate that the Business Income Agreed Value Optional Coverage applies, and an Agreed Value must be shown in the Declarations. The Agreed Value should be at least equal to:

**(a)** The Coinsurance percentage shown in the Declarations; multiplied by

**(b)** The amount of Net Income and operating expenses for the following 12 months you report on the Work Sheet.

**b.** The Additional Condition, Coinsurance, is suspended until:

**(1)** 12 months after the effective date of this Optional Coverage; or

**(2)** The expiration date of this policy;

whichever occurs first.

**c.** We will reinstate the Additional Condition, Coinsurance, automatically if you do not submit a new Work Sheet and Agreed Value:

**(1)** Within 12 months of the effective date of this Optional Coverage; or

**(2)** When you request a change in your Business Income Limit of Insurance.

**d.** If the Business Income Limit of Insurance is less than the Agreed Value, we will not pay more of any loss than the amount of loss multiplied by:

**(1)** The Business Income Limit of Insurance; divided by

**(2)** The Agreed Value.

**Example**

| | | |
|---|---|---|
| When: | The Limit of Insurance is: | $ 100,000 |
| | The Agreed Value is: | $ 200,000 |
| | The amount of loss is: | $ 80,000 |
| Step **(1)**: | $100,000 ÷ $200,000 = .50 | |
| Step **(2)**: | .50 x $80,000 = $40,000 | |

We will pay $40,000. The remaining $40,000 is not covered.

**4. Extended Period Of Indemnity**

Under Paragraph **A.5.c., Extended Business Income,** the number 60 in Subparagraphs **(1)(b)** and **(2)(b)** is replaced by the number shown in the Declarations for this Optional Coverage.

 © Insurance Services Office, Inc., 2011 

Electronically Filed - STODDARD - November 11, 2024 - 11:15 AM

**F. Definitions**

**1.** "Finished stock" means stock you have manufactured.

"Finished stock" also includes whiskey and alcoholic products being aged, unless there is a Coinsurance percentage shown for Business Income in the Declarations.

"Finished stock" does not include stock you have manufactured that is held for sale on the premises of any retail outlet insured under this Coverage Part.

**2.** "Operations" means:

**a.** Your business activities occurring at the described premises; and

**b.** The tenantability of the described premises, if coverage for Business Income Including "Rental Value" or "Rental Value" applies.

**3.** "Period of restoration" means the period of time that:

**a.** Begins:

**(1)** 72 hours after the time of direct physical loss or damage for Business Income Coverage; or

**(2)** Immediately after the time of direct physical loss or damage for Extra Expense Coverage;

caused by or resulting from any Covered Cause of Loss at the described premises; and

**b.** Ends on the earlier of:

**(1)** The date when the property at the described premises should be repaired, rebuilt or replaced with reasonable speed and similar quality; or

**(2)** The date when business is resumed at a new permanent location.

"Period of restoration" does not include any increased period required due to the enforcement of or compliance with any ordinance or law that:

**(1)** Regulates the construction, use or repair, or requires the tearing down, of any property; or

**(2)** Requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants".

The expiration date of this policy will not cut short the "period of restoration".

**4.** "Pollutants" means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

**5.** "Rental Value" means Business Income that consists of:

**a.** Net Income (Net Profit or Loss before income taxes) that would have been earned or incurred as rental income from tenant occupancy of the premises described in the Declarations as furnished and equipped by you, including fair rental value of any portion of the described premises which is occupied by you; and

**b.** Continuing normal operating expenses incurred in connection with that premises, including:

**(1)** Payroll; and

**(2)** The amount of charges which are the legal obligation of the tenant(s) but would otherwise be your obligations.

**6.** "Suspension" means:

**a.** The slowdown or cessation of your business activities; or

**b.** That a part or all of the described premises is rendered untenantable, if coverage for Business Income Including "Rental Value" or "Rental Value" applies.

Electronically Filed - STODDARD - November 11, 2024 - 11:15 AM

Electronically Filed - STODDARD - November 11, 2024 - 11:15 AM



**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# MISSOURI – CALCULATION OF ADDITIONAL PREMIUM

This endorsement modifies insurance provided under the following:

COMMERCIAL PROPERTY COVERAGE PART
STANDARD PROPERTY POLICY

**A.** If changes are made to this policy after the beginning of the current policy period, and such changes require an additional premium, the additional premium will be pro rated to recognize the actual period of coverage.

**B. Changes To A Covered Location**

If changes are made to a location that was covered at the beginning of the current policy period, and those changes require additional premium (e.g., an increase in the limit of insurance), we will calculate the additional premium using the rates and rules which were in effect on the effective date of the current policy period.

**C. Additional Locations**

**1.** If a location(s) is added to the policy after the beginning of the current policy period, we will calculate the premium for that location(s), including all coverages, options and causes of loss at that location(s), using the rates and rules which are in effect when the location(s) is added.

**2.** If changes are subsequently made to a location(s) described in **C.1.** above, and those changes require additional premium, we will calculate the additional premium using the rates and rules which were in effect when the location(s) was added.

**D.** Any additional premium calculated in accordance with this endorsement will be charged in full, whether or not we applied a policywriting minimum premium in developing the premium that was charged at the beginning of the current policy period.

 Copyright, Insurance Services Office, Inc., 2000 

Electronically Filed - STODDARD - November 11, 2024 - 11:15 AM

Electronically Filed - STODDARD - November 11, 2024 - 11:15 AM



**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION OF LOSS DUE TO VIRUS OR BACTERIA

This endorsement modifies insurance provided under the following:

COMMERCIAL PROPERTY COVERAGE PART
STANDARD PROPERTY POLICY

**A.** The exclusion set forth in Paragraph **B.** applies to all coverage under all forms and endorsements that comprise this Coverage Part or Policy, including but not limited to forms or endorsements that cover property damage to buildings or personal property and forms or endorsements that cover business income, extra expense or action of civil authority.

**B.** We will not pay for loss or damage caused by or resulting from any virus, bacterium or other microorganism that induces or is capable of inducing physical distress, illness or disease.

However, this exclusion does not apply to loss or damage caused by or resulting from "fungus", wet rot or dry rot. Such loss or damage is addressed in a separate exclusion in this Coverage Part or Policy.

**C.** With respect to any loss or damage subject to the exclusion in Paragraph **B.,** such exclusion supersedes any exclusion relating to "pollutants".

**D.** The following provisions in this Coverage Part or Policy are hereby amended to remove reference to bacteria:

1. Exclusion of "Fungus", Wet Rot, Dry Rot And Bacteria; and
2. Additional Coverage – Limited Coverage for "Fungus", Wet Rot, Dry Rot And Bacteria, including any endorsement increasing the scope or amount of coverage.

**E.** The terms of the exclusion in Paragraph **B.,** or the inapplicability of this exclusion to a particular loss, do not serve to create coverage for any loss that would otherwise be excluded under this Coverage Part or Policy.

 © ISO Properties, Inc., 2006 

Electronically Filed - STODDARD - November 11, 2024 - 11:15 AM

Electronically Filed - STODDARD - November 11, 2024 - 11:15 AM



**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# MULTIPLE DEDUCTIBLE FORM

**(FIXED DOLLAR DEDUCTIBLES)**

This endorsement modifies insurance provided under the following:

BUILDERS RISK COVERAGE FORM
BUILDING AND PERSONAL PROPERTY COVERAGE FORM
CONDOMINIUM ASSOCIATION COVERAGE FORM
CONDOMINIUM COMMERCIAL UNIT-OWNERS COVERAGE FORM
STANDARD PROPERTY POLICY
TOBACCO SALES WAREHOUSES COVERAGE FORM

## SCHEDULE

The Deductibles applicable to any one occurrence are shown below:

| Premises Number | Building Number | Deductible | Covered Cause(s) Of Loss* |
|---|---|---|---|
| 001 | 001 | $2,500<br>$5,000 | (2)<br>(5) |

*For each deductible listed in this Schedule, enter the number corresponding to the Covered Cause(s) of Loss to which that deductible applies (or enter the description):

**(1)** All Covered Causes of Loss

**(2)** All Covered Causes of Loss **except** Windstorm Or Hail

**(3)** All Covered Causes of Loss **except** Theft

**(4)** All Covered Causes of Loss **except** Windstorm Or Hail and Theft

**(5)** Windstorm Or Hail

**(6)** Theft

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

 © Insurance Services Office, Inc., 2017 

Electronically Filed - STODDARD - November 11, 2024 - 11:15 AM

The following is added to the **Deductible** section:

**A.** In the event that loss or damage occurs to Covered Property at more than one building location as a result of one occurrence, the largest applicable deductible for that Covered Cause of Loss, shown in the Schedule above or in the Declarations, will apply.

**B.** The terms of this endorsement do not apply to any Windstorm Or Hail Percentage Deductible provided elsewhere in this policy.

**C.** This policy does not cover Earthquake or Flood unless such causes of loss are added to the policy as covered causes of loss. If Earthquake and/or Flood are added to this policy as covered causes of loss, the terms of this endorsement do not apply to Earthquake or Flood and corresponding deductibles will be shown elsewhere in this policy and identified as such.

 © Insurance Services Office, Inc., 2017 

Original

Electronically Filed - STODDARD - November 11, 2024 - 11:15 AM



**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# CYBER INCIDENT EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL PROPERTY COVERAGE PART
STANDARD PROPERTY POLICY

**A.** The following exclusion is added to Paragraph **B. Exclusions:**

We will not pay for loss or damage caused directly or indirectly by the following. Such loss or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss.

**Cyber Incident**

**1.** Unauthorized access to or use of any computer system (including electronic data).

**2.** Malicious code, virus or any other harmful code that is directed at, enacted upon or introduced into any computer system (including electronic data) and is designed to access, alter, corrupt, damage, delete, destroy, disrupt, encrypt, exploit, use or prevent or restrict access to or the use of any part of any computer system (including electronic data) or otherwise disrupt its normal functioning or operation.

**3.** Denial of service attack which disrupts, prevents or restricts access to or use of any computer system, or otherwise disrupts its normal functioning or operation.

**B. Exceptions And Limitations**

**1. Fire Or Explosion**

If a cyber incident as described in Paragraphs **A.1.** through **A.3.** of this exclusion results in fire or explosion, we will pay for the loss or damage caused by that fire or explosion.

**2. Additional Coverage**

The exclusion in Paragraph **A.** does not apply to the extent that coverage is provided in the:

**a.** Additional Coverage – Electronic Data; or

**b.** Additional Coverage – Interruption Of Computer Operations.

**3. Electronic Commerce Endorsement**

The exclusion in Paragraph **A.** does not apply to the Electronic Commerce (E-Commerce) endorsement when attached to your policy.

**C. Vandalism**

The following is added to Vandalism, if Vandalism coverage is not otherwise excluded under the Standard Property Policy or the Causes Of Loss – Basic, Broad or Special Forms and if applicable to the premises described in the Declarations:

Vandalism does not include a cyber incident as described in Paragraph **A.**

 © Insurance Services Office, Inc., 2020 

Electronically Filed - STODDARD - November 11, 2024 - 11:15 AM

Electronically Filed - STODDARD - November 11, 2024 - 11:15 AM

POLICY NUMBER: 0378468 25-650556

**COMMERCIAL PROPERTY**
**CP 12 18 10 12**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# LOSS PAYABLE PROVISIONS

This endorsement modifies insurance provided under the following:

BUILDERS' RISK COVERAGE FORM
BUILDING AND PERSONAL PROPERTY COVERAGE FORM
CONDOMINIUM ASSOCIATION COVERAGE FORM
CONDOMINIUM COMMERCIAL UNIT-OWNERS COVERAGE FORM
STANDARD PROPERTY POLICY

**SCHEDULE**

| | | |
|---|---|---|
| **Location Number:** | **Building Number:** | **Applicable Clause (Enter C.1., C.2., C.3. or C.4.):** |
| **Description Of Property:** See Schedule<br><br>**Loss Payee Name:**<br><br>**Loss Payee Address:** | | |
| **Location Number:** | **Building Number:** | **Applicable Clause (Enter C.1., C.2., C.3. or C.4.):** |
| **Description Of Property:**<br><br>**Loss Payee Name:**<br><br>**Loss Payee Address:** | | |
| **Location Number:** | **Building Number:** | **Applicable Clause (Enter C.1., C.2., C.3. or C.4.):** |
| **Description Of Property:**<br><br>**Loss Payee Name:**<br><br>**Loss Payee Address:** | | |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. | | |


© Insurance Services Office, Inc., 2011

Electronically Filed - STODDARD - November 11, 2024 - 11:15 AM

**A.** When this endorsement is attached to the Standard Property Policy **CP 00 99,** the term Coverage Part in this endorsement is replaced by the term Policy.

**B.** Nothing in this endorsement increases the applicable Limit of Insurance. We will not pay any Loss Payee more than their financial interest in the Covered Property, and we will not pay more than the applicable Limit of Insurance on the Covered Property.

**C.** The following is added to the **Loss Payment** Loss Condition, as indicated in the Declarations or in the Schedule:

**1. Loss Payable Clause**

For Covered Property in which both you and a Loss Payee shown in the Schedule or in the Declarations have an insurable interest, we will:

**a.** Adjust losses with you; and

**b.** Pay any claim for loss or damage jointly to you and the Loss Payee, as interests may appear

**2. Lender's Loss Payable Clause**

**a.** The Loss Payee shown in the Schedule or in the Declarations is a creditor, including a mortgageholder or trustee, whose interest in Covered Property is established by such written instruments as:

**(1)** Warehouse receipts;

**(2)** A contract for deed;

**(3)** Bills of lading;

**(4)** Financing statements; or

**(5)** Mortgages, deeds of trust, or security agreements.

**b.** For Covered Property in which both you and a Loss Payee have an insurable interest:

**(1)** We will pay for covered loss or damage to each Loss Payee in their order of precedence, as interests may appear.

**(2)** The Loss Payee has the right to receive loss payment even if the Loss Payee has started foreclosure or similar action on the Covered Property.

**(3)** If we deny your claim because of your acts or because you have failed to comply with the terms of the Coverage Part, the Loss Payee will still have the right to receive loss payment if the Loss Payee:

**(a)** Pays any premium due under this Coverage Part at our request if you have failed to do so;

**(b)** Submits a signed, sworn proof of loss within 60 days after receiving notice from us of your failure to do so; and

**(c)** Has notified us of any change in ownership, occupancy or substantial change in risk known to the Loss Payee.

All of the terms of this Coverage Part will then apply directly to the Loss Payee.

**(4)** If we pay the Loss Payee for any loss or damage and deny payment to you because of your acts or because you have failed to comply with the terms of this Coverage Part:

**(a)** The Loss Payee's rights will be transferred to us to the extent of the amount we pay; and

**(b)** The Loss Payee's rights to recover the full amount of the Loss Payee's claim will not be impaired.

At our option, we may pay to the Loss Payee the whole principal on the debt plus any accrued interest. In this event, you will pay your remaining debt to us.

**c.** If we cancel this policy, we will give written notice to the Loss Payee at least:

**(1)** 10 days before the effective date of cancellation if we cancel for your nonpayment of premium; or

**(2)** 30 days before the effective date of cancellation if we cancel for any other reason.

**d.** If we elect not to renew this policy, we will give written notice to the Loss Payee at least 10 days before the expiration date of this policy.

 © Insurance Services Office, Inc., 2011 

Electronically Filed - STODDARD - November 11, 2024 - 11:15 AM

**3. Contract Of Sale Clause**

**a.** The Loss Payee shown in the Schedule or in the Declarations is a person or organization you have entered into a contract with for the sale of Covered Property.

**b.** For Covered Property in which both you and the Loss Payee have an insurable interest, we will:

**(1)** Adjust losses with you; and

**(2)** Pay any claim for loss or damage jointly to you and the Loss Payee, as interests may appear.

**c.** The following is added to the **Other Insurance** Condition:

For Covered Property that is the subject of a contract of sale, the word "you" includes the Loss Payee.

**4. Building Owner Loss Payable Clause**

**a.** The Loss Payee shown in the Schedule or in the Declarations is the owner of the described building in which you are a tenant.

**b.** We will adjust losses to the described building with the Loss Payee. Any loss payment made to the Loss Payee will satisfy your claims against us for the owner's property.

**c.** We will adjust losses to tenants' improvements and betterments with you, unless the lease provides otherwise.

 © Insurance Services Office, Inc., 2011 

Electronically Filed - STODDARD - November 11, 2024 - 11:15 AM

**SCHEDULE**

**Location Number:** 001 **Building Number:** 001 **Applicable Clause:** C.2.

**Description Of Property:** CHURCH
621 N HICKORY ST
DEXTER, MO 63841-1329

**Description:**

**Limit of Insurance:** $762,570

**Deductible:**

**Other Causes of Loss Deductible:** $2,500

**Special Form Theft Deductible:** $2,500

**Windstorm or Hail Deductible:** $5,000

**Cause of Loss:** Broad

**Earthquake:** Does Not Apply

**Flood:** Does Not Apply

**Policy Effective Date:** 01/10/2024

**Policy Expiration Date:** 01/10/2025

**Loss Payee Name:** SOUTHERN BANK

**Loss Payee Address:** PO Box 520
Poplar Bluff, MO 63902-0520

 © Insurance Services Office, Inc., 2011 

Electronically Filed - STODDARD - November 11, 2024 - 11:15 AM



**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# MISSOURI CHANGES – POLLUTANT CLEAN-UP AND REMOVAL

This endorsement modifies insurance provided under the following:

Camps and Conference Centers – Core Property Enhancement Endorsement
Camps and Conference Centers – Choice Property Enhancement Endorsement
Camps and Conference Centers – Plus Property Enhancement Endorsement
Educational Institutions – Core Property Enhancement Endorsement
Educational Institutions – Choice Property Enhancement Endorsement
Educational Institutions – Plus Property Enhancement Endorsement
Nonprofit and Human Services – Core Property Enhancement Endorsement
Nonprofit and Human Services – Choice Property Enhancement Endorsement
Nonprofit and Human Services – Plus Property Enhancement Endorsement
Property Enhancement Endorsement
Religious Institutions – Core Property Enhancement Endorsement
Religious Institutions – Choice Property Enhancement Endorsement
Religious Institutions – Plus Property Enhancement Endorsement
Senior Living– Core Property Enhancement Endorsement
Senior Living– Choice Property Enhancement Endorsement
Senior Living– Plus Property Enhancement Endorsement

This endorsement is subject to the provisions of your policy which means that it is subject to all terms, conditions, limitations and exclusions applicable to the coverage parts attached to and forming a part of this policy, unless specifically deleted, replaced or modified by this endorsement. This endorsement applies only to the extent the forms named above are included in this policy.

On the following endorsements:

Camps and Conference Centers – Core Property Enhancement Endorsement
Camps and Conference Centers – Choice Property Enhancement Endorsement
Camps and Conference Centers – Plus Property Enhancement Endorsement
Educational Institutions – Core Property Enhancement Endorsement
Educational Institutions – Choice Property Enhancement Endorsement
Educational Institutions – Plus Property Enhancement Endorsement
Nonprofit and Human Services – Core Property Enhancement Endorsement
Nonprofit and Human Services – Choice Property Enhancement Endorsement
Nonprofit and Human Services – Plus Property Enhancement Endorsement


Copyright, CM Insurance, 2022
Includes copyrighted material of Insurance Services Office with its permission.
© Insurance Services Office, Inc., 2012

Electronically Filed - STODDARD - November 11, 2024 - 11:15 AM

Property Enhancement Endorsement
Senior Living– Core Property Enhancement Endorsement
Senior Living– Choice Property Enhancement Endorsement
Senior Living– Plus Property Enhancement Endorsement

**Section II – Building And Personal Property Coverage Form, A. Coverage,** paragraph **7. Pollution and Clean-Up And Removal** – **Increased Limits** is deleted.

On the following endorsements:

Religious Institutions – Core Property Enhancement Endorsement
Religious Institutions – Choice Property Enhancement Endorsement
Religious Institutions – Plus Property Enhancement Endorsement

**Section II – Building And Personal Property Coverage Form, A. Coverage,** paragraph **8. Pollution and Clean-Up And Removal** – **Increased Limits** is deleted.


Copyright, CM Insurance, 2022
Includes copyrighted material of Insurance Services Office with its permission.
© Insurance Services Office, Inc., 2012

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# RELIGIOUS INSTITUTIONS - CHOICE PROPERTY ENHANCEMENT ENDORSEMENT

This endorsement modifies insurance provided under the following:

BUILDING AND PERSONAL PROPERTY COVERAGE FORM
CAUSE OF LOSS - SPECIAL FORM
BUSINESS INCOME (AND EXTRA EXPENSE) COVERAGE FORM

This endorsement is subject to the provisions of your policy which means that it is subject to all terms, conditions, limitations and exclusions applicable to the coverage parts attached to and forming a part of this policy, unless specifically deleted, replaced or modified by this endorsement. This endorsement applies only to the extent the forms named above are included in this policy.

## SCHEDULE

The following Schedule is a general description of the amended coverages and Limits of Insurance provided by this endorsement. Read all the provisions of this endorsement and the rest of your policy carefully to determine rights, duties and what is and is not covered.

| DESCRIPTION OF COVERAGE | LIMIT OF INSURANCE / TERM |
|---|---|
| **BUILDING AND PERSONAL PROPERTY COVERAGE FORM (CP 00 10)** | |
| **Covered Property** | |
| • Premise - Expanded Area For Building Or Structures | 1,000 feet |
| • Premise - Expanded Area For Business Personal Property | 1,000 feet |
| • Premise - Expanded Area For Personal Property Of Others | 1,000 feet |
| • Antennas Attached To Building | Included |
| **Additional Coverages** | |
| • Debris Removal - Increased Limit<br>o Percent of Deductible Plus Loss<br>o Each Location<br>o Additional Each Location Per Occurrence | <br>25%<br>$25,000<br>$50,000 |
| • Preservation Of Property - Increased Days | 90 days |
| • Fire Department Service Charge - Increased Limit | $25,000 |
| • Pollutant Clean-up And Removal - Increased Limit | $50,000 |
| • Ordinance Or Law<br>o Coverage A: Undamaged Portion<br>o Coverage B and Coverage C: Combined Limit Per Occurrence | <br>Building Limit<br>$500,000 |
| • Electronic Data | $10,000 |
| • Preservation Of Property Expense | $10,000 |
| • Lost Key / Security Card Expense | $25,000 |
| • Proof Of Loss Expense | $25,000 |
| • Contract Penalty Expense | $25,000 |


Copyright, CM Insurance, 2019
Includes copyrighted material of Insurance Services Office with its permission.
© Insurance Services Office, Inc., 2011

Electronically Filed - STODDARD - November 11, 2024 - 11:15 AM

| DESCRIPTION OF COVERAGE | LIMIT OF INSURANCE / TERM |
|---|---|
| • Recharge Of Fire Extinguisher Equipment | Actual Expenses |
| • Rewards Payments<br>o In Any One Occurrence | <br>$25,000 |
| • Expediting Cost Coverage | $2,500 |
| • Unintentional Property Errors | $250,000 |
| • Emergency Vacating Expense<br>o Deductible | $10,000<br>$1,000 |
| • Temporary Meeting Space | $10,000 |
| • Professional Extermination Fees And Expenses<br>o In Any One Occurrence<br>o Aggregate Per Policy Period<br>o Deductible | <br>$5,000<br>$10,000<br>$1,000 |
| **Coverage Extensions** | |
| • Premises - Expanded Area | 1,000 feet |
| • Newly Acquired Or Constructed Property<br>o Building<br>o Your Business Personal Property<br>o Period Of Coverage | <br>$1,000,000<br>$1,000,000<br>180 days |
| • Personal Effects And Property Of Others | $10,000 |
| • Business Personal Property Off-premises | $50,000 |
| • Outdoor Property<br>o Any One Tree, Shrub, Lawn Or Plant<br>o In Any One Occurrence | <br>$500<br>$5,000 |
| • Nonowned Detached Trailers | $10,000 |
| • Business Personal Property Temporarily In Portable Storage Units - Expanded Area<br>o Premises - Expanded Area<br>o In Any One Occurrence | <br>1,000 feet<br>$25,000 |
| • Undamaged Leasehold Improvements | $10,000 |
| • Tenant Building Glass Coverage<br>o Per Pane, Unit Or Panel<br>o In Any One Occurrence | <br>$1,000<br>$5,000 |
| • Unscheduled Buildings or Structures | $15,000 |
| • Off Premise Utility Failure | $25,000 |
| • Underground Pipes, Flues Or Drains | $10,000 |
| • Business Personal Property of Your Clergy | $15,000 |
| • Personal Tools and Equipment of Others<br>o Per Item<br>o Per Occurrence | <br>$1,000<br>$5,000 |
| • Retaining Walls | $5,000 |
| • Outdoor Signs<br>o In Any One Occurrence | <br>$5,000 |
| **CAUSE OF LOSS - SPECIAL FORM (CP 10 30)** | |
| • Asbestos Presence, Release, Discharge Or Dispersal | $25,000 |
| • Premise - Expanded Area | 1,000 feet |


Copyright, CM Insurance, 2019
Includes copyrighted material of Insurance Services Office with its permission.
© Insurance Services Office, Inc., 2011

Electronically Filed - STODDARD - November 11, 2024 - 11:15 AM

| DESCRIPTION OF COVERAGE | LIMIT OF INSURANCE / TERM |
|---|---|
| • Furs | $5,000 |
| • Jewelry and Precious Metals | $10,000 |
| • Limited Coverage For Fungus, Wet Rot, Dry Rot And Bacteria | $50,000 |
| • Property In Transit - Expanded Area | 1,000 feet |
| • Spoilage | $25,000 |
| • Interior Water Damage | $10,000 |
| • Back-up Of Sewers Or Drains | $50,000 |
| • Clergy Temporary Living Expenses | $2,500 |
| **BUSINESS INCOME (AND EXTRA EXPENSE) (CP 00 30)** | |
| • Interruption Of Computer Operations | $5,000 |
| • Civil Authority (Including Ingress And Egress) | Included |
| • Newly Acquired Locations | $250,000 |
| • Communicable Disease<br>o Deductible | $15,000<br>$1,000 |
| • Off Premises Utility Failure | $25,000 |

**SECTION I - ENDORSEMENT CONDITIONS**

**1. Applicable Causes Of Loss**

**SECTION II - Building and Personal Property Coverage Form** applies to all locations on your policy.

**SECTION III - Causes Of Loss - Special Form** only applies to the premises where the Causes Of Loss - Special Form is applicable as described and indicated in the Declarations.

**SECTION IV - Business Income (And Extra Expense) Coverage Form** only applies to the premises where Business Income (And Extra Expense) is applicable as described and indicated in the Declarations.

**2. Limits Of Insurance**

When this endorsement is attached to the Building and Personal Property Coverage Form CP 00 10 with or without the Causes Of Loss - Special Form CP 10 30, any Limit Of Insurance or Term shown in the Schedule of this endorsement replaces the Limit Of Insurance or Term accordingly for the indicated Coverage.

This Limit Of Insurance or Term is in addition to any other insurance provided by the coverage form and is the most we will apply for loss or damage for the indicated Coverage.

**3. Two or More Coverages or Limits of Insurance Apply**

If coverage for loss or damage is covered under this endorsement and covered elsewhere in this policy, the amount payable under this endorsement will apply in excess over that amount payable elsewhere in this policy. We will not pay more than the actual amount of the covered loss or damage.

**4. Deductible**

The applicable property deductible for the premises, as described in the Declarations, will apply to the coverages provided by this endorsement unless a different deductible amount is stated within this endorsement.

**Examples**

No deductible applies to the following Additional Coverages:

**a.** Fire Department Service Charge;

**b.** Lost Key / Security Card Expense;

**c.** Recharge Of Fire Extinguisher Equipment; or

**d.** Expediting Cost Coverage.

**e.** Temporary Meeting Space


Copyright, CM Insurance, 2019
Includes copyrighted material of Insurance Services Office with its permission.
© Insurance Services Office, Inc., 2011

Electronically Filed - STODDARD - November 11, 2024 - 11:15 AM

**5. Premises or Locations**

This endorsement only applies to the premises or locations described in the Declarations unless specifically stated in this endorsement. If the premises are not described in the Declarations, refer to the Statement of Values.

**SECTION II - BUILDING AND PERSONAL PROPERTY COVERAGE FORM**

The **Building And Personal Property Coverage Form** is amended as follows:

**A. Coverage**

**1. Building**

The following is added to Paragraph **1.a. Building** of Subsection **1. Covered Property** in Section **A. Coverage:**

**(6)** Signs on or away from the described premises;

**(7)** Stained glass windows including protective covering;

**(8)** Electric sound amplification equipment and accessories;

**(9)** Permanently installed seats, desks and tables; and

**(10)** Steeples, pews, baptistries, pulpits, railings, altars, lecterns, clocks, bells and organs.

**2. Premises - Expanded Area**

**a.** Subparagraph **(5)(b)** of Paragraph **a. Building** of Subsection **1. Covered Property** in Section **A. Coverage** is deleted and replaced with the following:

**(b)** Materials, equipment, supplies and temporary structures, on or within 1,000 feet of the described premises, used for making additions, alterations or repairs to the building or structure.

**b.** The first paragraph of Subsection **b. Your Business Personal Property** is deleted and replaced with the following;

**b. Your Business Personal Property** consists of the following property located in or on the building or structure described in the Declarations or in the open (or in a vehicle) within 1,000 feet of the building or structure or within 1,000 feet of the premises described in the Declarations, whichever distance is greater:

**c.** Subparagraph **(2)** of Paragraph **c. Personal Property Of Others** of Subsection **1. Coverage Property** in Section **A. Coverage** is deleted and replaced with the following:

**(2)** Located in or on the building or structure described in the Declarations or in the open (or in a vehicle) within 1,000 feet of the building or structure or within 1,000 feet of the premises described in the Declarations, whichever distance is greater.

**3. Antennas**

The following is added to Subparagraph **(5)** of Paragraph **a. Building** of Subsection **1. Covered Property** in Section **A. Coverage:**

Antennas (including dish-shaped antennas) and their lead-in wiring, masts or towers on the building.

**4. Property Not Covered**

Paragraphs **l.**, **m.** and **q.(2)** of Subsection **2. Property Not Covered** in Section **A. Coverage** are deleted and replaced with the following;

**l.** Retaining walls that are not part of a building, except as provided in the Coverage Extension for Retaining Walls within this Endorsement.

**m.** Underground pipes, flues or drains, except as provided in the Coverage Extension for Underground Pipes, Flues Or Drains within this Endorsement.

**q. (2)** Fences, antennas (including dish-shaped antennas) and their lead-in wiring, masts or towers not on the building, trees, shrubs, lawns or plants (other than trees, shrubs, lawns or plants which are "stock" or are part of a vegetated roof), all except as provided in the Coverage Extensions.

**5. Debris Removal**

**a.** Subparagraph **(2)(e)** of Paragraph **a. Debris Removal** of Subsection **4. Additional Coverages** in Section **A. Coverage** is deleted and replaced with the following:

**(e)** Remove deposits of mud or earth from the grounds, outside of buildings, of the described premises;


Copyright, CM Insurance, 2019
Includes copyrighted material of Insurance Services Office with its permission.
© Insurance Services Office, Inc., 2011

Electronically Filed - STODDARD - November 11, 2024 - 11:15 AM

**b.** Subparagraph **(3)(b)** of Paragraph **a. Debris Removal** of Subsection **4. Additional Coverages** in Section **A. Coverage** is deleted and replaced with the following:

**(b)** Subject to **(a)** above, the amount we will pay for debris removal expense is limited to 25% of the sum of the deductible plus the amount that we pay for direct physical loss or damage to the Covered Property that has sustained loss or damage. However, if no Covered Property has sustained direct physical loss or damage, the most we will pay for removal of debris of other property (if such removal is covered under this Additional Coverage) is $25,000 at each location.

**c.** The first paragraph of Subparagraph **(4)** Paragraph **a. Debris Removal** of Subsection **4. Additional Coverages** in Section **A. Coverage** is deleted and replaced with the following:

**(4)** We will pay up to an additional $50,000 for debris removal expense, for each location, in any one occurrence of physical loss or damage to Covered Property, if one or both of the following circumstances apply:

**6. Preservation Of Property - Increased Days**

Subparagraph **(2)** of Paragraph **b. Preservation Of Property** of Subsection **4. Additional Coverages** in Section **A. Coverage** is deleted and replaced with the following:

**(2)** Only if the loss or damage occurs within 90 days after the property is first moved.

**7. Fire Department Service Charge - Increased Limit**

Paragraph **c. Fire Department Service Charge** of Subsection **4. Additional Coverages** in Section **A. Coverage** is deleted and replaced with the following:

**c. Fire Department Service Charge**

When the fire department is called to save or protect Covered Property from a Covered Cause of Loss, we will pay up to $25,000 for service at each premises described in the Declarations, unless a higher limit is shown in the Declarations. Such limit is the most we will pay regardless of the number of responding fire departments or fire units, and regardless of the number or type of services performed.

This Additional Coverage applies to your liability for fire department service charges:

**(1)** Assumed by contract or agreement prior to loss; or

**(2)** Required by local ordinance.

No Deductible applies to this Additional Coverage.

**8. Pollutant Clean-Up And Removal - Increased Limit**

Paragraph **d. Pollutant Clean-up And Removal** of Subsection **4. Additional Coverages** in Section **A. Coverage** is deleted and replaced with the following:

**d. Pollutant Clean-up And Removal**

We will pay your expense to extract "pollutants" from land or water at the described premises if the discharge, dispersal, seepage, migration, release or escape of the "pollutants" is caused by or results from a Covered Cause of Loss that occurs during the policy period. The expenses will be paid only if they are reported to us in writing within 180 days of the date on which the Covered Cause of Loss occurs.

This Additional Coverage does not apply to costs to test for, monitor or assess the existence, concentration or effects of "pollutants". But we will pay for testing which is performed in the course of extracting the "pollutants" from the land or water.

The most we will pay under this Additional Coverage for each described premises are $50,000 for the sum of all covered expenses arising out of Covered Causes of Loss occurring during each separate 12-month period of this policy.

**9. Ordinance Or Law**

Paragraph **e. Increased Cost Of Construction** of Subsection **4. Additional Coverages** in Section **A. Coverage** is deleted and replaced with the following:

**e. Ordinance Or Law**

The terms of this additional coverage, as described in Paragraphs **(1), (2), (3)** and **(4)** below, is the most we will pay for all losses in any one occurrence.

**(1) Application Of Coverage(s)**


Copyright, CM Insurance, 2019
Includes copyrighted material of Insurance Services Office with its permission.
© Insurance Services Office, Inc., 2011

Electronically Filed - STODDARD - November 11, 2024 - 11:15 AM

The Coverage(s) provided by this additional coverage only applies to buildings to which the Replacement Cost Optional Coverage applies.

The Coverage(s) provided by this additional coverage applies with respect to an ordinance or law that regulates the demolition, construction or repair of buildings, or establishes zoning or land use requirements at the described premises, subject to the following:

**(a) Ordinance Or Law Requirements**

**(i)** The requirements of the ordinance or law are:

**aa.** In force at the time of loss; or

**bb.** Is promulgated or revised after the loss but prior to commencement of reconstruction or repair and provided that such ordinance or law requires compliance as a condition precedent to obtaining a building permit or certificate of occupancy.

**(ii)** Coverage under this additional coverage applies only in response to the minimum requirements of the ordinance or law. Losses and costs incurred in complying with recommended actions or standards that exceed actual requirements are not covered under this additional coverage.

**(b) Direct Physical Damage Of Building**

Coverage under this additional coverage applies only if:

**(i)** The building sustains only direct physical damage that is covered under this policy and as a result of such damage, you are required to comply with the ordinance or law; or

**(ii)** The building sustains both direct physical damage that is covered under this policy and direct physical damage that is not covered under this policy, and as a result of the building damage in its entirety, you are required to comply with the ordinance or law.

However, there is no coverage under this additional coverage if the building sustains direct physical damage that is not covered under this policy, and such damage is the subject of the ordinance or law, even if the building has also sustained covered direct physical damage.

**(c) Amount Of Loss**

**(i)** If coverage applies under this additional coverage based on the terms described under Paragraph **(b) Direct Physical Damage Of Building**, we will not pay the full amount of loss otherwise payable under the terms of Coverages **A, B,** and/or **C** of this additional coverage. Instead, we will pay a proportion of such loss, meaning the proportion that the covered direct physical damage bears to the total direct physical damage.

However, if the covered direct physical damage, alone, would have resulted in a requirement to comply with the ordinance or law, then we will pay the full amount of loss otherwise payable under the terms of Coverages **A, B** and/or **C** of this additional coverage.

**(ii)** We will not pay under this additional coverage for:

**aa.** Enforcement of or compliance with any ordinance or law which requires the demolition, repair, replacement, reconstruction, remodeling or remediation of property due to contamination by "pollutants" or due to the presence, growth, proliferation, spread or any activity of "fungus", wet or dry rot or bacteria;

**bb.** The costs associated with the enforcement of or compliance with any ordinance or law which requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to or assess the effects of "pollutants", "fungus", wet or dry rot or bacteria; or

**cc.** Any loss in value or any cost incurred due to an ordinance or law that you were required to comply with before the time of the current loss, even in the absence of building damage, if you failed to comply.

**(iii)** Example of proportionate loss payment for Ordinance Or Law coverage losses as set forth in Paragraph **(c)(i)** above.

Assume:

- Wind is a Covered Cause of Loss; Flood is an excluded Cause of Loss.
- The building has a value of $200,000.
- Total direct physical damage to building: $100,000


Copyright, CM Insurance, 2019
Includes copyrighted material of Insurance Services Office with its permission.
© Insurance Services Office, Inc., 2011

Electronically Filed - STODDARD - November 11, 2024 - 11:15 AM

- The ordinance of law in this jurisdiction is enforced when building damage equals or exceeds 50% of the building's value.
- Portion of direct physical damage that is covered (caused by wind): $30,000
- Portion of direct physical damage that is not covered (caused by flood): $70,000
- Loss under Ordinance Or Law Coverage **C** of this additional coverage: $60,000

**Step 1:** Determine the proportion that the covered direct physical damage bears to the total direct physical damage.
$30,000 divided by $100,000 = .30

**Step 2:** Apply that proportion to the Ordinance or Law loss.
$60,000 X .30 = $18,000

In this example, the most we will pay under this additional coverage for the Coverage **C** loss is $18,000, subject to the applicable Limit of Insurance and any other applicable provisions.

**NOTE:** The same procedure applies to losses under Coverage **A** and Coverage **B** of this additional coverage.

**(2) Coverage(s)**

**(a) Coverage A - Coverage For Loss To The Undamaged Portion Of The Building**

With respect to the building that has sustained covered direct physical damage, we will pay under Coverage **A** for the loss in value of the undamaged portion of the building as a consequence of a requirement to comply with an ordinance or law that requires demolition of undamaged parts of the same building.

Coverage **A** is included within the Limit Of Insurance applicable to such building as shown in the Declarations or addressed elsewhere in this policy. Coverage **A** does not increase the Limit of Insurance. Refer to Paragraph **(3) Loss Payment** for additional loss payment provisions.

**(b) Coverage B - Demolition Cost Coverage**

With respect to the building that has sustained covered direct physical damage, we will pay the cost to demolish and clear the site of undamaged parts of the same building as a consequence of a requirement to comply with an ordinance or law that requires demolition of such undamaged property.

The Coinsurance Additional Condition does not apply to Demolition Cost Coverage.

**(c) Coverage C - Increased Cost Of Construction**

**(i)** With respect to the building that has sustained covered direct physical damage, we will pay the increased cost to:

**aa.** Repair or reconstruct damaged portions of that building; and/or

**bb.** Reconstruct or remodel undamaged portions of that building, whether or not demolition is required; when the increased cost is a consequence of a requirement to comply with the minimum standards of the ordinance or law.

However:

**aa.** This coverage applies only if the restored or remodeled property is intended for similar occupancy as the current property, unless such occupancy is not permitted by zoning or land use ordinance or law.

**bb.** We will not pay for the increased cost of construction if the building is not repaired, reconstructed or remodeled.

**cc.** The Coinsurance Additional Condition does not apply to Increased Cost of Construction Coverage.

**(ii)** When a building is damaged or destroyed and Coverage **C** applies to that building in accordance with Paragraph **(2)(c)(i)** above, coverage for the increased cost of construction also applies to repair or reconstruction of the following, subject to the same conditions stated in Paragraph **(2)(c)(i)** above:

**aa.** The cost of excavations, grading, backfilling and filling;

**bb.** Foundation of the building;

**cc.** Pilings; and


Copyright, CM Insurance, 2019
Includes copyrighted material of Insurance Services Office with its permission.
© Insurance Services Office, Inc., 2011

Electronically Filed - STODDARD - November 11, 2024 - 11:15 AM

**dd.** Underground pipes, flues and drains.

The items listed in Paragraphs **(ii)aa.** through **(ii)dd.** above are deleted from Property Not Covered, but only with respect to the coverage described in this provision, **(2)(c)(ii).**

**(d) Combined Limit Of Insurance - Coverage B and Coverage C**

The most we will pay for all covered losses in any one occurrence for **Coverage B - Demolition Cost** and **Coverage C - Increased Cost Of Construction** is $500,000.

Refer to Section **(3) Loss Payment** for additional loss payment provisions.

**(3) Loss Payment**

The following loss payment provisions are subject to the apportionment procedures set forth in Paragraph **(1)(c) Amount Of Loss**.

**(a)** When there is a loss in value of an undamaged portion of a building to which Coverage **A** applies, the loss payment for that building, including damaged or undamaged portions, will be determined as follows:

**(i)** If the Replacement Cost Coverage Option applies and such building is being repaired or replaced, on the same or another premises, we will not pay more than the lesser of:

**aa.** The amount you would actually spend to repair, rebuild or reconstruct such building, but not for more than the amount it would cost to restore the building on the same premises and to the same height, floor area, style and comparable quality of the original property insured; or

**bb.** The Limit Of Insurance applicable to such building as shown in the Declarations or addressed elsewhere in this policy. (If this policy is endorsed to cover Earthquake and/or Flood as a Covered Cause of Loss, the Limit of Insurance applicable to the building in the event of damage by such Covered Cause of Loss may be lower than the Limit of Insurance that otherwise would apply.)

**(ii)** If the Replacement Cost Coverage Option applies and such building is **not** repaired or replaced, or if the Replacement Cost Coverage Option does **not** apply, we will not pay more than the lesser of:

**aa.** The actual cash value of such building at the time of loss; or

**bb.** The Limit Of Insurance applicable to such building as shown in the Declarations or addressed elsewhere in this policy. (If this policy is endorsed to cover Earthquake and/or Flood as a Covered Cause of Loss, the Limit of Insurance applicable to the building in the event of damage by such Covered Cause of Loss may be lower than the Limit of Insurance that otherwise would apply.)

**(b)** If a Combined Limit Of Insurance is shown for Coverages **B** and **C**, the following loss payment provisions apply:

The most we will pay, for the total of all covered losses for Demolition Cost and Increased Cost of Construction, is the Combined Limit Of Insurance shown for Coverages **B** and **C** in Paragraph **e.(2)(d) Combined Limit Of Insurance - Coverage B and Coverage C**. Subject to this **Combined Limit of Insurance**, the following loss payment provisions apply:

**(i)** For Demolition Cost, we will not pay more than the amount you actually spend to demolish and clear the site of the described premises.

**(ii)** With respect to the Increased Cost of Construction:

**aa.** We will not pay for the increased cost of construction:

**i.** Until the building is actually repaired or replaced, at the same or another premises; and

**ii.** Unless the repair or replacement is made as soon as reasonably possible after the loss or damage, not to exceed two years. We may extend this period in writing during the two years.

**bb.** If the building is repaired or replaced at the same premises, or if you elect to rebuild at another premises, the most we will pay for the increased cost of construction is the increased cost of construction at the same premises.


Copyright, CM Insurance, 2019
Includes copyrighted material of Insurance Services Office with its permission.
© Insurance Services Office, Inc., 2011

Electronically Filed - STODDARD - November 11, 2024 - 11:15 AM

**cc.** If the ordinance or law requires relocation to another premises, the most we will pay for the increased cost of construction is the increased cost of construction at the new premises.

**(c)** With respect to **Coverage B - Demolition Cost Coverage**, we will not pay more than the amount you actually spend to demolish and clear the site of the described premises.

**(d)** With respect to **Coverage C - Increased Cost Of Construction**:

**(i)** We will not pay for the increased cost of construction until the property is actually repaired or replaced, at the same or another premises.

**(ii)** The repair or replacement must be made as soon as reasonably possible after the loss or damage, not to exceed two years. However, we may extend this period in writing during the two years.

**(iii)** If the building is repaired or replaced at the same premises, or if you elect to rebuild at another premises, the most we will pay for the increased cost of construction is the increased cost of construction at the same premises.

**(iv)** If the ordinance or law requires relocation to another premises, the most we will pay for the increased cost of construction is the increased cost of construction at the new premises.

**(4) Exclusions**

**(a)** We will not pay under this additional coverage for:

**(i)** Enforcement of or compliance with any ordinance or law which requires the demolition, repair, replacement, reconstruction, remodeling or remediation of property due to contamination by "pollutants" or due to the presence, growth, proliferation, spread or any activity of "fungus", wet or dry rot or bacteria;

**(ii)** The costs associated with the enforcement of or compliance with any ordinance or law which requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants", "fungus", wet or dry rot or bacteria; or

**(iii)** Any loss in value or any cost incurred due to an ordinance or law that you were required to comply with before the time of the current loss, even in the absence of building damage, if you failed to comply.

**10. Electronic Data**

Subparagraph **(4)** of Paragraph **f. Electronic Data** of Subsection **4. Additional Coverages** in Section **A. Coverage** is deleted and replaced with the following:

**(4)** The most we will pay under this Additional Coverage, Electronic Data, is $10,000 (unless a higher limit is shown in the Declarations) for all loss or damage sustained in any one policy year, regardless of the number of occurrences of loss or damage or the number of premises, locations or computer systems involved. If loss payment on the first occurrence does not exhaust this amount, then the balance is available for subsequent loss or damage sustained in but not after that policy year. With respect to an occurrence which begins in one policy year and continues or results in additional loss or damage in a subsequent policy year(s), all loss or damage is deemed to be sustained in the policy year in which the occurrence began.

**11. Additional Coverages**

The following are added to Subsection **4. Additional Coverage** in Section **A. Coverage**:

**a. Preservation Of Property Expense**

We will pay the necessary expenses incurred to move or store Covered Property to preserve it from loss or damage by a Covered Cause of Loss. The most we will pay under this Additional Coverage is $10,000 per occurrence. This Additional Coverage shall not exceed 90 days from the time the Covered Property is first moved.

**b. Lost Key / Security Card Expense**

We will pay the expense you incur following the direct physical loss of or damage to keys or security cards from theft, mysterious disappearance or any other Covered Cause of Loss if such loss places the security of a building at a premise described in the Declarations at risk. This coverage includes payment for:

**(1)** The cost of replacement keys or security cards, and


Copyright, CM Insurance, 2019
Includes copyrighted material of Insurance Services Office with its permission.
© Insurance Services Office, Inc., 2011

Electronically Filed - STODDARD - November 11, 2024 - 11:15 AM

**(2)** The cost of lock rekeying, adjustment or replacement including installation and removal made necessary by the loss of keys, or

**(3)** The cost of reprogramming a security system that utilizes security cards.

The most we will pay under this Additional Coverage is $25,000 on an annual aggregate basis for the sum of all covered expenses. The amount payable under this Additional Coverage is additional insurance.

No Deductible applies to this Additional Coverage.

**c. Proof Of Loss Expense**

In the event of loss or damage, upon our request for a sworn proof of loss, we will pay for the actual and necessary expenses you incur in support of your claim.

We will pay for:

**(1)** Preparing the actual proof of loss with required attachments;

**(2)** Filing or obtaining a necessary report from police, fire or other public departments having authority;

**(3)** Recordkeeping of the damage or loss;

**(4)** Completion of an inventory;

**(5)** Making copies of books and records;

**(6)** Completing professional appraisals; however, if we and you enter into the appraisal process as provided for in Section **E. Loss Conditions,** the provisions of that condition will apply;

**(7)** A forensic accountant or auditor to determine any income loss or extra expense paid; or

**(8)** Services of an accredited Architect or Engineer.

We will not pay for:

**(1)** Attorney services;

**(2)** Insurance agent or broker services; or

**(3)** Public adjuster services.

You will provide to us Proof Of Loss Expenses to be paid under this coverage within 30 days from invoice to you. If payment is made to you under this coverage, we will still retain our right to deny the claim. You may use this coverage for the preparation of a proof of loss for business income or extra expense if provided.

The most we will pay under this Additional Coverage is $25,000 for the sum of all expenses arising from each occurrence. The amount payable under this Additional Coverage is additional insurance.

**d. Contract Penalty Expense**

We will pay the monetary penalties that you are legally obligated to compensate customers or clients due to your failure to provide products or services on a timely basis or other breach of a written contract if:

**(1)** Breach of a written contract is due to your direct physical loss of or damage to Covered Property by a Covered Cause of Loss at premises described in the Declarations; and

**(2)** The contract must have been executed prior to your direct physical loss of or damage to Covered Property; and

**(3)** The breach of contract is the cause of the failure to provide your products or services on a timely basis or other breach.

The most we will pay under this Additional Coverage, irrespective of the number of contracts in force at the time of loss, is $25,000 in any one occurrence. The amount payable under this Additional Coverage is additional insurance.

**e. Recharge Of Fire Extinguisher Equipment**

We will pay the reasonable and necessary expenses you incur to recharge your fire protection equipment:

**(1)** If you use your equipment, or the equipment automatically discharges, to protect your Covered Property as a result of a Covered Cause of Loss; or

**(2)** Due to accidental discharge.


Copyright, CM Insurance, 2019
Includes copyrighted material of Insurance Services Office with its permission.
© Insurance Services Office, Inc., 2011

Electronically Filed - STODDARD - November 11, 2024 - 11:15 AM

However, we will not pay for:

**(1)** Any costs resulting from the enforcement of any ordinance or law that regulates the recharging, repair or replacement of such fire extinguishing device, or firefighting suppressing or controlling substance;

**(2)** Halon;

**(3)** Recharge of any device used for demonstration or testing purposes; or

**(4)** Recharge due to maintenance of any device or system.

No Deductible applies to this Additional Coverage.

We will pay under this Additional Coverage the actual expenses you incur to recharge your fire protection equipment.

**f. Rewards Payments**

**(1)** We will reimburse you for rewards paid as follows:

**(a)** Up to $25,000 per occurrence to an eligible person for information leading to the arrest and conviction of any person(s) committing a crime resulting in loss to Covered Property from a Covered Cause of Loss. However, we will pay no more than the lesser of the following amounts:

**(i)** Replacement Cost of the Covered Property at the time of loss or damage, but not more than the amount required to repair or replace it; or

**(ii)** The amount determined by the loss settlement procedure applicable to the Covered Property.

**(b)** Up to $25,000 per occurrence to an eligible person for the return of stolen Covered Property when loss by theft. However, we will pay no more than the lesser of the following amounts:

**(i)** Replacement Cost based on the condition of the Covered Property at the time it is returned but not more than the amount required to repair or replace it; or

**(ii)** The amount determined by the loss settlement procedure applicable to the Covered Property returned.

**(2)** This Additional Coverage applies subject to the following conditions:

**(a)** An eligible person means that person designated by a law enforcement agency as being first to voluntarily provide the necessary information or return the stolen Covered Property, and who is not:

**(i)** You or any family member;

**(ii)** Your employee or any of his or her family members;

**(iii)** An employee of a law enforcement agency;

**(iv)** An employee of a business engaged in property protection;

**(v)** Any person who had custody of the Covered Property at the time the theft was committed; or

**(vi)** Any person involved in the crime.

**(b)** There will be no reimbursement for a reward paid unless and until the person(s) committing the crime are convicted or the Covered Property is returned.

**(c)** The amount of the reward is the most we will reimburse under this Additional Coverage for loss in any one occurrence.

**(d)** The insured must have posted public notice of the reward prior to the person having been first to voluntarily provide the necessary information or return the stolen Covered Property.

**g. Expediting Cost Coverage**

With respect to loss or damage to Covered Property from a Covered Cause of Loss, we will pay for the extra cost you necessarily incur to:

**(1)** Make temporary repairs; and

**(2)** Expedite the permanent repairs or replacement of the damaged property.

The most we will pay under this Additional Coverage is $2,500 per occurrence.


Copyright, CM Insurance, 2019
Includes copyrighted material of Insurance Services Office with its permission.
© Insurance Services Office, Inc., 2011

Electronically Filed - STODDARD - November 11, 2024 - 11:15 AM

No Deductible applies to this Additional Coverage.

**h. Unintentional Property Errors**

**(1)** If you unintentionally failed to report or describe a location to us, coverage provided by this policy will not be invalid. However, you must report such errors or omission to us in writing as soon as you discover them. You also agree to pay the additional premium that would have been earned by us if the location was correctly reported to us.

**(2)** This additional coverage only applies to direct loss or damage caused by a Covered Cause of Loss at the omitted location and does not include coverage for the perils of flood or earthquake.

**(3)** You must provide reasonable documentation and clear and convincing evidence explaining the cause of the oversight.

**(4)** For any location you have failed to report to us, the coverage will end when any of the following first occurs:

**(a)** This policy expires; or

**(b)** You report values to us.

**(5)** The most we will pay for any loss or damage under this Additional Coverage in any one policy period regardless of the number of occurrences or reporting errors or omissions is $250,000.

**(6)** This Additional Coverage does not apply to a loss that is covered by Newly Acquired or Constructed Property coverage.

**i. Emergency Vacating Expenses**

We will pay for the reasonable expenses that you incur in the vacating of the described premises if vacating:

**(1)** Is in response to an imminent danger of injury or loss of life to persons; or

**(2)** Is required by civil authority.

This Additional Coverage only applies if there is actual or threatened loss to Covered Property caused by or resulting from a Covered Cause of Loss.

We will not pay for expenses caused by or resulting from the following:

**(1)** A strike, bomb threat or false fire alarm, unless vacating is ordered by a civil authority;

**(2)** A planned vacating drill;

**(3)** The vacating of one or more guests, residents or clients that is due and confined to their individual medical condition; or

**(4)** Expense you incur when a local, state or federal Board of Health having jurisdiction over your operations orders that a described premise be evacuated, decontaminated or disinfected due directly to an outbreak of a communicable disease at the described premises.

The most we will pay under this Additional Coverage is $10,000.

A $1,000 per occurrence deductible applies to this Additional Coverage.

**j. Temporary Meeting Space**

We will reimburse you for rental of meeting space which is necessitated by the temporary unavailability of your primary office space due to the failure of a climate control system or leakage of a hot water heater during the policy period. Coverage will exist only for the renting of temporary meeting space required for meeting with parties who are not insured under this policy.

The most we will pay in total in any 12-month policy period under this Additional Coverage is $10,000.

No Deductible applies to this Additional Coverage.

**k. Professional Extermination Fees And Expenses**

If Covered Property at a premise described in the Declarations is infested by Culicidae (Bed Bugs), Pediculus Humanus Capitis (Lice) or Ctenocephalides (Fleas),

**(1)** We will pay costs incurred by you to hire a licensed professional exterminator to:

**(a)** Treat the infested Covered Property;

**(b)** Seal off and treat immediately adjacent Covered Property to prevent further infestation during treatment; and


Copyright, CM Insurance, 2019
Includes copyrighted material of Insurance Services Office with its permission.
© Insurance Services Office, Inc., 2011

Electronically Filed - STODDARD - November 11, 2024 - 11:15 AM

**(c)** Properly dispose of infested Covered Property, as necessary.

**(2)** We will pay to replace your infested Business Personal Property, as described in Subparagraph **b. Your Business Personal Property** of Paragraph **1. Covered Property** under Section **A. Coverage**, that must necessarily be disposed of after all infestation at the premises has been eradicated by a licensed professional exterminator.

**(3)** We will not pay:

**(a)** Costs to exterminate your premises as part of any routine or ongoing maintenance of such premises; or

**(b)** To replace Personal Property Of Others as described in Subparagraph **c. Personal Property Of Others** of Paragraph **1. Covered Property** under Section **A. Coverage.**

**(4)** The most we will pay in any one occurrence is $5,000.

**(5)** The most we will pay in total in any 12-month policy period under this Additional Coverage is $10,000.

**(6)** A $1,000 per occurrence deductible applies to this Additional Coverage.

**12. Coverage Extensions**

The first paragraph of Subsection **5. Coverage Extensions** in Section **A. Coverage** is deleted and replaced with the following:

Except as otherwise provided, the following Extensions apply to property located in or on the building described in the Declarations or in the open (or in a vehicle) within 1,000 feet of the described premises.

**13. Newly Acquired Or Constructed Property**

**Paragraph** a. Newly Acquired Or Constructed Property **of Subsection** 5. Coverage Extensions **in Section** A. Coverage **is deleted and replaced by the following:**

**a. Newly Acquired Or Constructed Property**

**(1) Buildings**

If this policy covers buildings, you may extend that insurance to apply to:

**(a)** Your new buildings while being built on the described premises; and

**(b)** Buildings you acquire at locations, other than the described premises, intended for:

**(i)** Similar use as the building described in the Declarations; or

**(ii)** Use as a warehouse.

The most we will pay for loss or damage under this Extension is $1,000,000 at each building.

**(2) Your Business Personal Property**

**(a)** If this policy covers your Business Personal Property, you may extend that insurance to apply to:

**(i)** Business Personal Property, including such property that you newly acquire, at any location you acquire other than at fairs, trade shows or exhibitions;

**(ii)** Business Personal Property, including such property that you newly acquire, located at your newly constructed or acquired buildings at the location described in the Declarations; or

**(iii)** Business Personal Property that you newly acquire located at the described premises in the Declarations.

The most we will pay for loss or damage under this Extension is $1,000,000 at each building.

**(b)** This Extension does not apply to:

**(i)** Personal property of others that is temporarily in your possession in the course of installing or performing work on such property; or

**(ii)** Personal property of others that is temporarily in your possession in the course of your manufacturing or wholesaling activities.

**(3) Period Of Coverage**

With respect to insurance provided under this Coverage Extension for Newly Acquired Or Constructed Property, coverage will end when any of the following first occurs:


Includes copyrighted material of Insurance Services Office with its permission.
© Insurance Services Office, Inc., 2011

Electronically Filed - STODDARD - November 11, 2024 - 11:15 AM

**(a)** This policy expires;

**(b)** 180 days expire after you acquire the property or begin construction of that part of the building that would qualify as Covered Property; or

**(c)** You report values to us.

We will charge you additional premium for values reported from the date you acquire the property or begin construction of that part of the building that would qualify as Covered Property.

**14. Personal Effects And Property Of Others**

Paragraph **b. Personal Effects And Property Of Others** of Subsection **5. Coverage Extensions** in Section **A. Coverage** is deleted and replaced by the following:

**b. Personal Effects And Property Of Others**

You may extend the insurance that applies to Your Business Personal Property to apply to:

**(1)** Personal effects owned by you, your officers, your partners or members, your managers or your employees. This Extension does not apply to loss by theft.

**(2)** Personal property of others in your care, custody or control.

This Extension does not apply to business personal property of clergy employed by you or personal tools and equipment of others.

The most we will pay for loss or damage under this Extension is $10,000 at each described premises. Our payment for loss of or damage to personal property of others will only be for the account of the owner of the property.

**15. Property Off-premises**

Paragraph **d. Property Off-premises** of Subsection **5. Coverage Extensions** in Section **A. Coverage** is deleted and replaced by the following:

**d. Business Personal Property Off-premises**

**(1)** The Coverage Territory, and this insurance, is extended for Business Personal Property temporarily located 1,000 feet or more away from your premises, to anywhere in the world you do not own, lease or operate. However, this coverage extension does not apply to:

**(a)** Property in transit; or

**(b)** Property located in any country or jurisdiction which is subject to trade or other economic sanction or embargo by the United States of America.

This Additional Coverage applies only to the extent permitted by the country or jurisdiction in which the property is located.

**(2)** The most we will pay under this coverage extension is $50,000 U.S. currency, at the prevailing exchange rate at the time of loss or damage, per each occurrence,

**(3)** Any disputes between you and us as to whether there is coverage under this Coverage Form must be filed in the courts of the United States of America (including its territories or possessions), Puerto Rico or Canada.

**16. Outdoor Property**

Paragraph **e. Outdoor Property** of Subsection **5. Coverage Extensions** in Section **A. Coverage** is deleted and replaced by the following:

**e. Outdoor Property**

You may extend the insurance that is provided by this Coverage Form to the items listed in Paragraphs **(1)** and **(2)** below.

**(1)** We will pay for direct physical loss or damage by a Covered Cause of Loss to your property in the open within 1,000 feet of the premises described in the Declarations for:

**(a)** Outdoor fences;

**(b)** Antennas (including dish-shaped antennas) and their lead-in wiring, masts or towers not on the building; or

**(c)** Passive solar panels and their lead-in wiring, connections, masts or towers not on the building;

including debris removal**.**



Copyright, CM Insurance, 2019
Includes copyrighted material of Insurance Services Office with its permission.
© Insurance Services Office, Inc., 2011

Electronically Filed - STODDARD - November 11, 2024 - 11:15 AM

**(2)** We will pay for direct physical loss or damage to your trees, shrubs, lawns and plants (other than trees, shrubs, lawns or plants which are "stock" or are part of a vegetated roof) caused by or resulting from the following causes of loss if they are Covered Causes of Loss:

**(a)** Fire;

**(b)** Lightning;

**(c)** Explosion;

**(d)** Riot or Civil Commotion;

**(e)** Aircraft;

**(f)** Vehicle Damage; or

**(g)** Vandalism and Malicious Mischief;

including debris removal.

The most we will pay for loss or damage under this Extension is $5,000, but not more than $500 for any one tree, shrub, lawn or plant. These limits apply to any one occurrence, regardless of the types or number of items lost or damaged in that occurrence.

Subject to all aforementioned terms and limitations of coverage, this Coverage Extension includes the expense of removing from the described premises the debris of trees, shrubs, lawns and plants which are the property of others, except in the situation in which you are the tenant and such property is owned by the landlord of the described premises.

**17. Nonowned Detached Trailers**

Subparagraph **(3)** of Paragraph **f. Nonowned Detached Trailers** of subsection **5. Coverage Extensions** in Section **A. Coverage** is deleted and replaced by the following:

**(3)** The most we will pay for loss or damage under this Extension is $10,000, unless a higher limit is shown in the Declarations.

**18. Business Personal Property Temporarily In Portable Storage Units**

Subparagraphs **(1)** and **(4)** of Paragraph **g. Business Personal Property Temporarily In Portable Storage Units** of Subsection **5. Coverage Extensions** in Section **A. Coverage** are deleted and replaced by the following:

**(1)** You may extend the insurance that applies to Your Business Personal Property to apply to such property while temporarily stored in a portable storage unit (including a detached trailer) located within 1,000 feet of the building or structure described in the Declarations or within 1,000 feet of the premises described in the Declarations, whichever distance is greater.

**(4)** Under this Extension, the most we will pay for the total of all loss or damage to business personal property is $25,000 (unless a higher limit is shown in the Declarations for such extension) regardless of the number of storage units. Such limit is part of, not in addition to, the applicable Limit of Insurance on Your Business Personal Property. Therefore, payment under this Extension will not increase the applicable Limit of Insurance on Your Business Personal Property.

**19. Additional Coverage Extensions**

The following are added to Subsection **5. Coverage Extensions** in Section **A. Coverage**:

**a. Undamaged Leasehold Improvements**

If your lease is cancelled in accordance with a valid lease provision as the result of direct physical loss or damage, by a Covered Cause of Loss, to property at the location in which you are a tenant, and you cannot legally remove your "tenants improvements and betterments", we will extend Your Business Personal Property coverage to apply to the unamortized value of such "tenants improvements and betterments".

The most we will pay for loss or damage under this Extension is $10,000.

**b. Tenant Building Glass Coverage**

**(1)** You may extend Your Business Personal Property coverage to apply to loss or damage resulting from or caused by a Covered Cause of Loss to building glass.

**(2)** This Coverage Extension applies when you are a tenant and have a contractual obligation to insure building glass. However, we will not pay for loss or damage under this Coverage Extension when such a contract requires you to insure the building.


Includes copyrighted material of Insurance Services Office with its permission.
© Insurance Services Office, Inc., 2011

Electronically Filed - STODDARD - November 11, 2024 - 11:15 AM

**(3)** Building glass is considered the glass that is part of the building, including solar panels, glass building blocks, skylights, glass doors and windows and their encasement frames, alarm tape, lettering and ornamentation. It does not include art glass, half tone screens, lenses, memorial windows, mosaic art, rotogravure screens or any stained glass.

The most we will pay for loss or damage in any one occurrence under this Extension is $5,000, but not more than $1,000 per pane, unit or panel. These limits apply to any one occurrence, regardless of the types or number of items lost or damaged in that occurrence.

The Tenant Building Glass Coverage Extension is subject to the applicable personal property deductible at the described premises.

**c. Unscheduled Building or Structures**

You may extend the insurance that applies to Building to apply to direct physical loss or damage by a Covered Cause Of Loss to unscheduled buildings or structures that are incidental to the described premises shown in the Declarations but not specifically described in the Declarations.

Unscheduled buildings or structures include, but are not limited to:

**(1)** Garages;

**(2)** Pavilions;

**(3)** Carports;

**(4)** Maintenance, service or storage buildings;

**(5)** Crosses, statuary, and similar religious structures; and

**(6)** Other free-standing buildings or structures owned by you.

The most we will pay for loss or damage in any one occurrence under this Extension is $15,000. This limit applies to any one occurrence, regardless of the types or number of buildings or structures lost or damaged in that occurrence.

**d. Off Premises Utility Failure**

We will extend the insurance provided by this Coverage Form to apply to loss of or damage to your Covered Property caused by the interruption of service to the premises described in the Declarations. The interruption in utility services, described in Subparagraphs **(1)**, **(2)** and **(3)** below, must result from direct physical loss or damage by a Covered Cause of Loss**.**

Coverage for loss or damage to Covered Property does not apply to loss of or damage to electronic data, including destruction or corruption of electronic data. Under this Additional Coverage Extension, electronic data has the meaning described in Paragraph **n.** of Subsection **2. Property Not Covered** under Section **A. Coverage**.

Utility services include:

**(1)** Water supply services, meaning the following types of property supplying water to the described premises:

**(a)** Pumping stations; and

**(b)** Water mains.

**(2)** Communication supply services, meaning property supplying communications services, including, but not limited to, telephone, radio, microwave or television services to the described premises, such as:

**(a)** Communication transmission lines;

**(b)** Coaxial cables; and

**(c)** Microwave radio relays, except satellites.

Coverage for loss or damage to above ground transmission lines is included.

**(3)** Power supply services, meaning the following types of property supplying electricity, steam or gas to the described premises:

**(a)** Utility generating plants;

**(b)** Switching stations;

**(c)** Substations;

**(d)** Transformers; and


Copyright, CM Insurance, 2019
Includes copyrighted material of Insurance Services Office with its permission.
© Insurance Services Office, Inc., 2011

Electronically Filed - STODDARD - November 11, 2024 - 11:15 AM

**(e)** Transmission lines.

Coverage for loss or damage to above ground transmission lines is included.

As used in this Extension, the term transmission lines includes all lines which serve to transmit communication service or power, including all lines which may be identified as distribution lines.

The most we will pay for loss or damage under this Extension is $25,000. This Extension limit does not increase the applicable Limit of Insurance at the described premises.

**e. Underground Pipes, Flues Or Drains**

We will extend the insurance that applies to buildings for direct physical loss or damage to underground pipes, flues and drains from a Covered Cause of Loss located on the premises described in the Declarations.

The most we will pay for loss or damage under this Extension is $10,000 per occurrence.

**f. Business Personal Property of Your Clergy**

You may extend Your Business Personal Property coverage to apply to loss or damage resulting from or caused by a Covered Cause of Loss to business personal property of clergy employed by you.

The most we will pay for all loss or damage under this Extension is $15,000 at or away from the described premises. Our payment for loss or damage will only be for the account of the owner of the property.

This Extension is excess over any other insurance provided for such property.

**g. Personal Tools and Equipment of Others**

**(1)** You may extend Your Business Personal Property to apply to loss or damage resulting from or caused by a Covered Cause of Loss to personal tools and equipment of your volunteers, officers, trustees, employees, members and guests.

**(2)** This Extension applies only when the personal tools and equipment are used for the construction, renovation or repair at the described premises to which this Coverage Form applies, as shown in the Declarations.

**(3)** The most we will pay under this Extension is $5,000 per occurrence, but not more than $1,000 per item.

**(4)** If there is other insurance covering the same loss or damage, we will pay only for the amount of covered loss or damage in excess of the amount due from the other insurance, whether you can collect on it or not. But we will not pay more than the applicable Limit of Insurance.

**(5)** Our payment for loss of or damage to construction tools and equipment:

**(a)** Will only be for the owner of the property; and

**(b)** Will not exceed the actual cash value of the property.

**h. Retaining Walls**

We will extend the insurance that applies to buildings for direct physical loss or damage to retaining walls from a Covered Cause of Loss located on the premises described in the Declarations.

The most we will pay for loss or damage under this Extension is $5,000 per occurrence.

**C. Limits Of Insurance**

Section **C. Limits Of Insurance** is deleted and replaced by the following:

**C. Limits Of Insurance**

The most we will pay for loss or damage in any one occurrence is the applicable Limit of Insurance shown in the Declarations.

The most we will pay for loss or damage to outdoor signs, whether or not the sign is attached to the building, is $5,000 per sign in any one occurrence.

The amounts of insurance stated in the following Additional Coverages apply in accordance with the terms of such coverages and are separate from the Limit(s) Of Insurance shown in the Declarations for any other coverage:

**1.** Fire Department Service Charge;

**2.** Pollutant Clean-up And Removal;


Copyright, CM Insurance, 2019
Includes copyrighted material of Insurance Services Office with its permission.
© Insurance Services Office, Inc., 2011

Electronically Filed - STODDARD - November 11, 2024 - 11:15 AM

**3.** Ordinance Or Law;

**4.** Electronic Data;

**5.** Lost Key / Security Card Expense;

**6.** Proof Of Loss Expense;

**7.** Contract Penalty Expense;

**8.** Recharge Of Fire Extinguisher Equipment;

**9.** Rewards Payments;

**10.** Expediting Cost Coverage; and

**11.** Unintentional Property Errors.

Payments under the Preservation of Property Additional Coverage or the Preservation Of Property Expense Additional Coverage will not increase the applicable Limit of Insurance.

**H. Definitions**

The following definition is added to Section **H. Definitions**:

"Tenants improvements and betterments" means fixtures, alterations, installations or additions:

**1.** Made a part of a building you occupy, but do not own; and

**2.** You acquired or made at your expense but cannot legally remove.

**SECTION III - CAUSES OF LOSS - SPECIAL FORM**

The **Causes Of Loss - Special Form** is amended as follows:

**B. Exclusions**

**1.** Subparagraph **(5)** of Paragraph **d.** of Subsection **2.** in Section **B. Exclusions** is deleted and replaced by the following:

**(5)** Nesting or infestation, or discharge or release of waste products or secretions, by insects other than Cimicidae (Bed Bugs), Pediculus Humanus Capitis (Lice) or Ctenocephalides (Fleas), birds, rodents or other animals.

**2.** Paragraph **l.** of Subsection **2.** in Section **B. Exclusions** is deleted and replaced by the following:

Paragraph **l.**, regarding asbestos presence, release, discharge or dispersal, of Subsection **2.** in Section **B. Exclusions** is deleted and replaced by the following:

**l.** **(1)** Discharge, dispersal, seepage, migration, release or escape of "pollutants" unless the discharge, dispersal, seepage, migration, release or escape is itself caused by any of the "specified causes of loss". But if the discharge, dispersal, seepage, migration, release or escape of "pollutants" results in a "specified cause of loss", we will pay for the loss or damage caused by that "specified cause of loss".

**(2)** This exclusion, **l.**, does not apply to damage to glass caused by chemicals applied to the glass.

**(3)** Subject to Paragraph **(1)** above, the most we will pay for all premises for asbestos expense is $25,000.

Asbestos expense means the sum of all covered expenses arising out of discharge, dispersal, seepage, migration, release or escape of "pollutants" caused by any of the "specified cause of loss" occurring during each separate 12-month period of this policy.

The covered expenses will be paid only if they are reported to us within 180 days of the date of the direct physical loss or the expiration date of this policy, whichever comes first.

**C. Limitations**

**1.** Subparagraph **(1)** of Paragraph **c.** of Subsection **2.** in Section **C. Limitations** is deleted and replaced with the following:

**(1)** If the property is located on or within 1,000 feet of the described premises, unless the premises is insured under the Builders' Risk Coverage Form; or

**2.** Paragraph **a.** of Subsection **3.** in Section **C. Limitations** is deleted and replaced with the following:

**a.** $5,000 for furs, fur garments and garments trimmed with fur.

**3.** Paragraph **b.** of Subsection **3.** in Section **C. Limitations** is deleted and replaced with the following:


Copyright, CM Insurance, 2019
Includes copyrighted material of Insurance Services Office with its permission.
© Insurance Services Office, Inc., 2011

Electronically Filed - STODDARD - November 11, 2024 - 11:15 AM

**b.** $10,000 for jewelry, watches, watch movements, jewels, pearls, precious and semiprecious stones, bullion, gold, silver, platinum and other precious alloys or metals. This limit does not apply to jewelry and watches worth $100 or less per item.

**E. Additional Coverage - Limited Coverage For "Fungus", Wet Rot, Dry Rot And Bacteria**

Subsection **3.** in Section **E. Additional Coverage - Limited Coverage For "Fungus", Wet Rot, Dry Rot And Bacteria** is deleted and replaced with the following:

**3.** The coverage described under **E.2.** of this Limited Coverage is limited to $50,000. Regardless of the number of claims, this limit is the most we will pay for the total of all loss or damage arising out of all occurrences of "specified causes of loss" (other than fire or lightning) and Flood which take place in a 12-month period (starting with the beginning of the present annual policy period). With respect to a particular occurrence of loss which results in "fungus", wet or dry rot or bacteria, we will not pay more than a total of $50,000 even if the "fungus", wet or dry rot or bacteria continue to be present or active, or recur, in a later policy period.

**F. Additional Coverage Extensions**

**1.** Paragraph **a.** in Subsection **1. Property In Transit** in Section **F. Additional Coverage Extensions** in deleted and replaced with the following:

**a.** You may extend the insurance provided by this Coverage Part to apply to your personal property (other than property in the care, custody or control of your salespersons) in transit more than 1,000 feet from the described premises. Property must be in or on a motor vehicle you own, lease or operate while between points in the coverage territory.

**2.** The following are added to Section **F. Additional Coverage Extensions:**

**a. Spoilage**

We will pay for loss of or damage to your "perishable goods", caused by a power outage, meaning change in temperature or humidity resulting from complete or partial interruption of electrical power, either on or off the described premises, due to conditions beyond your control.

**(1)** Only the following Exclusions in Paragraph **B.1.** of the Causes of Loss Form Special Form are applicable to this Additional Coverage Extension:

**(a)** Earth Movement;

**(b)** Governmental Action;

**(c)** Nuclear Hazard;

**(d)** War And Military Action; and

**(e)** Water.

**(2)** In addition, the following Exclusions apply to this Additional Coverage Extension:

We will not pay for loss or damage caused by or resulting from:

**(a)** The disconnection of any refrigerating, cooling or humidity control system from the source of power.

**(b)** The deactivation of electrical power caused by the manipulation of any switch or other device used to control the flow of electrical power or current.

**(c)** The inability of an Electrical Utility Company or other power source to provide sufficient power due to:

**(i)** Lack of fuel; or

**(ii)** Governmental order.

**(d)** The inability of a power source at the described premises to provide sufficient power due to lack of generating capacity to meet demand.

**(e)** Breaking of any glass that is a permanent part of any refrigerating, cooling or humidity control unit.

The most we will pay for loss or damage under this Additional Coverage Extension is $25,000 at the premises described in the Declarations.

**b. Interior Water Damage**

We will pay for direct loss or damage to:


Copyright, CM Insurance, 2019
Includes copyrighted material of Insurance Services Office with its permission.
© Insurance Services Office, Inc., 2011

Electronically Filed - STODDARD - November 11, 2024 - 11:15 AM

**(1)** The interior of any building or structure; or

**(2)** To personal property in the building or structure caused by or resulting from rain, snow, sleet, or ice, all whether wind driven or not, at premises as described in the Declarations.

The most we will for loss or damage under this Additional Coverage Extension is $10,000 in any one occurrence.

**c. Back-up Of Sewers Or Drains**

We will pay for direct physical loss or damage to Covered Property solely caused by water or other materials that back up from a sewer or drain.

We will not pay for any loss or damage caused by water or other materials that back up from a sewer or drain when such back up is caused by any flood. Flood means accumulation of surface water, waves, tides, tidal waves, overflow of any body of water, or their spray, all whether wind driven or not.

The most we will pay for loss or damage in any one occurrence under this Additional Coverage Extension is $50,000.

**d. Clergy Temporary Living Expenses.**

We will pay temporary living expenses should the premises of your clergy become uninhabitable due to a Covered Cause of Loss.

The most we will pay in any one occurrence under this Additional Coverage Extension is $2,500.

**G. Definitions**

The following definition is added to Section **G. Definitions:**

"Perishable goods" means **Your Business Personal Property** or **Personal Property Of Others** that is in your care, custody or control:

**a.** Maintained under controlled conditions for its preservation; and

**b.** Susceptible to loss or damage if the controlled conditions change.

**SECTION IV - BUSINESS INCOME (AND EXTRA EXPENSE) COVERAGE FORM**

The **Business Income (And Extra Expense) Coverage Form** is amended as follows:

**A.** Subparagraph **(4)** of Paragraph **d. Interruption Of Computer Operations** of Subsection **5. Additional Coverages** in Section **A. Coverage** is deleted and replaced with the following:

**(4)** The most we will pay under this Additional Coverage, Interruption Of Computer Operations, is $5,000 (unless a higher limit is shown in the Declarations) for all loss sustained and expense incurred in any one policy year, regardless of the number of interruptions or the number of premises, locations or computer systems involved. If loss payment relating to the first interruption does not exhaust this amount, then the balance is available for loss or expense sustained or incurred as a result of subsequent interruptions in that policy year. A balance remaining at the end of a policy year does not increase the amount of insurance in the next policy year. With respect to any interruption which begins in one policy year and continues or results in additional loss or expense in a subsequent policy year(s), all loss and expense is deemed to be sustained or incurred in the policy year in which the interruption began.

**B.** Paragraph **a. Civil Authority** of Subsection **5. Additional Coverages** in Section **A. Coverage** is deleted and replaced with the following:

**a. Civil Authority (Including Ingress And Egress)**

In this Additional Coverage, Civil Authority (Including Ingress And Egress), the described premises are premises to which this Coverage Form applies, as shown in the Declarations.

We will pay for the actual loss of Business Income you sustain and necessary Extra Expense you incur, caused by either of the following situations:

**(1)** Access to the described premises is prohibited by action of civil authority due to damage causes by a Covered Cause of Loss to property other than property at the described premises, resulting in the necessary "suspension" of your "operations" at the described premises provided that both of the following apply:

**(a)** Access to the area immediately surrounding the damaged property is prohibited by civil authority as a result of the damage, and the described premises are not more than one mile from the damaged property; and



Copyright, CM Insurance, 2019
Includes copyrighted material of Insurance Services Office with its permission.
© Insurance Services Office, Inc., 2011

Electronically Filed - STODDARD - November 11, 2024 - 11:15 AM

**(b)** The action of civil authority is taken in response to dangerous physical conditions resulting from the damage or continuation of the Covered Cause of Loss that caused the damage, or the action is taken to enable a civil authority to have unimpeded access to the damaged property, or

**(2)** Access to the described premises is prevented due to a Covered Cause of Loss, resulting in the necessary "suspension" of your "operations" at the described premises, even in the absence of physical loss of or damage to property at the described premises.

Coverage for Business Income will begin 72 hours after the time when access is first prevented or prohibited and will apply for a period of up to four consecutive weeks from the date on which such coverage began.

Coverage for Extra Expense will begin immediately after the time when access first prevented or prohibited and will apply for a period of up to four consecutive weeks from that date or until the related Business Income coverage ends, whichever date is later.

**C.** Paragraph **b.** of Subsection **6. Coverage Extension (Newly Acquired Locations)** in Section **A. Coverage** is deleted and replaced with the following:

**b.** The most we will pay under this Extension, for the sum of Business Income loss and Extra Expense incurred is $250,000 at each location, unless a higher limit is shown in the Declarations.

**D.** The following are added to Subsection **5. Additional Coverages** in Section **A. Coverage**:

**1. Communicable Disease Extra Expense**

We will pay the extra expense you incur when a local, state or federal Board of Health having jurisdiction over your "operations" orders that a described premise be evacuated, decontaminated or disinfected due directly to an outbreak of a communicable disease at that described premises. Extra Expense coverage under this Additional Coverage includes but is not limited to the necessary costs to:

**a.** Evacuate the described premises;

**b.** Provide required medical tests, blood tests, doctor's care, inoculations, vaccinations, antibiotics and/or hospitalization for infected persons other than your employees;

**c.** Clean your equipment and disinfect the described premises in accordance with the jurisdictional Board of Health requirements;

**d.** Replace consumable goods declared contaminated by the jurisdictional Board of Health;

**e.** Test the described premises to confirm the elimination of the communicable disease; or

**f.** Obtain extra advertising to restore your business reputation.

However, we will not pay for:

**a.** Fines or penalties of any kind;

**b.** Any resulting loss of Business Income;

**c.** Any Extra Expense caused by or resulting from the suspension, lapse or cancellation of any license, lease or contract; or

**d.** Any expense that is covered elsewhere under this Endorsement, policy or any other policy issued to you by us or any of our affiliates.

The most we will pay under this Additional Coverage for any one outbreak of a communicable disease is $15,000.

A $1,000 per occurrence deductible applies to this Additional Coverage.

**2. Off Premises Utility Failure**

**a.** Your coverage for Business Income and/or Extra Expense is extended to apply to a "suspension" of "operations" at the described premises caused by an interruption in utility service to that premises. The interruption in utility service must result from direct physical loss or damage by a Covered Cause of Loss to the following property not on your premises but used to supply you with utility services:

**(1)** Water Supply Property, meaning the following types of property supplying water to the described premises:

**(a)** Pumping stations; and

**(b)** Water mains.

**(2)** Wastewater Removal Property, meaning a utility system for removing wastewater and sewage from the described premises, other than a system designed primarily for draining storm water. The utility


Copyright, CM Insurance, 2019
Includes copyrighted material of Insurance Services Office with its permission.
© Insurance Services Office, Inc., 2011

Electronically Filed - STODDARD - November 11, 2024 - 11:15 AM

property includes sewer mains, pumping stations and similar equipment for moving the effluent to a holding, treatment or disposal facility, and includes such facilities. Coverage under this Coverage Extension does not apply to interruption in service caused by or resulting from a discharge of water or sewage due to heavy rainfall or flooding.

**(3)** Communication Supply Property, meaning property supplying communications services, including telephone, radio, microwave or television services, to the described premises, such as:

**(a)** Communication transmission lines, including optic fiber transmission lines;

**(b)** Coaxial cables; and

**(c)** Microwave radio relays, except satellites.

Above-ground transmission lines are included.

**(4)** Power Supply Property, meaning the following types of property supplying electricity, steam, or gas to the described premises:

**(a)** Utility generating plants;

**(b)** Switching stations;

**(c)** Substations;

**(d)** Transformers; and

**(e)** Transmission lines.

Above-ground transmission lines are included.

**b.** As used in this Coverage Extension, the term transmission lines includes all lines which serve to transmit communication service or power, including lines which may be identified as distribution lines.

**c.** Coverage under this Coverage Extension does not apply to Business Income loss or Extra Expense related to interruption in utility service which causes loss or damage to "electronic data", including destruction or corruption of "electronic data".

**d.** **T**he most we will pay is $25,000 for loss you incur after the number of hours following direct physical loss or damage by a Covered Cause of Loss that disrupted the services provided by the utility services described above.


Copyright, CM Insurance, 2019
Includes copyrighted material of Insurance Services Office with its permission.
© Insurance Services Office, Inc., 2011

Electronically Filed - STODDARD - November 11, 2024 - 11:15 AM



**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ THIS CAREFULLY.**

# MISSOURI IDENTITY RECOVERY COVERAGE ENDORSEMENT

This endorsement modifies insurance provided under the following:

BUILDING AND PERSONAL PROPERTY COVERAGE FORM

This endorsement is subject to the provisions of your policy which means that it is subject to all terms, conditions, limitations and exclusions applicable to the coverage parts attached to and forming a part of this policy, unless specifically deleted, replaced or modified by this endorsement. This endorsement applies only to the extent the forms named above are included in this policy.

**SCHEDULE**

| **Coverage** | **Limit Of Insurance** |
|---|---|
| Identity Recovery Limit - Aggregate Per Insured | $25,000 |
| **Identity Recovery Sublimit** | |
| Lost Wages and Child or Elder Care Costs | $5,000 |
| Mental Health Counseling | $1,000 |
| Miscellaneous Expense | $1,000 |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. | |

**A. Identity Recovery Coverage**

The following is added to Paragraph **A. Coverage**:

We will provide "Case Management Services" and "Expense Reimbursement" to the "identity recovery insured" if all of the following requirements are met:

1. There has been an "identity theft" involving the personal identity of an "identity recovery insured" under this policy; and
2. Such "identity theft" is first discovered by the "identity recovery insured" during the policy period for which this Identity Recovery Coverage is applicable; and
3. Such "identity theft" is reported to us within a reasonable period of time after it is first discovered by the "identity recovery insured".

**B. Exclusions And Limitations**

The following additional exclusions apply to this Additional Coverage. These exclusions apply to both "Case Management Service" and "Expense Reimbursement".

We do not cover loss or expense arising from any of the following:

1. The theft of a professional or business identity.
2. Any fraudulent, dishonest or criminal act by an "identity recovery insured" or any person aiding or abetting an "identity recovery insured", or by any authorized representative of an "identity recovery insured", whether acting alone or in collusion with others. However, this exclusion shall not apply to the interests of an "identity recovery insured" who has no knowledge of or involvement in such fraud, dishonesty or criminal act.
3. An "identity theft" that is not reported in writing to the police.


Copyright CM Insurance, 2020
© 2020, The Hartford Steam Boiler Inspection and Insurance Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.
© Insurance Services Office, Inc., 2011

Electronically Filed - STODDARD - November 11, 2024 - 11:15 AM

**C. Limits Of Insurance**

The coverage provided under this endorsement will not increase any amount or Limit Of Insurance that is otherwise provided in this Policy.

**1.** "Case Management Service" is available as needed for any one "identity theft" for up to 12 consecutive months from the inception of the service. Expenses we incur to provide "Case Management Service" do not reduce the limit of insurance available for "Expense Reimbursement".

**2.** "Expense Reimbursement" is subject to an Identity Recovery Limit per "identity recovery insured" as shown in the Schedule of this endorsement.

**3.** The Identity Recovery Limit shown in the Schedule of this endorsement is the most we will pay regardless of the number of:

**a.** "Identity recovery insureds";

**b.** Claims made; or

**c.** "Identity thefts".

4. If an "identity theft" is first discovered during the policy period and continues into the following policy period, all loss and expense arising from such "identity theft" will be subject to the Identity Recovery Limit applicable to the policy period when the "identity theft" was first discovered.

**5.** The following sublimits are part of, and not in addition to, the Identity Recovery Limit**.** These sublimits are shown in the Schedule of this endorsement.

**a.** Lost Wages and Child or Elder Care Costs

**b.** Mental Health Counseling

**c.** Miscellaneous Expense

These coverages are limited to costs and services incurred within 12 months after the first discovery of the "identity theft" by the "identity recovery insured".

**D. Deductible**

No deductible applies to the Identity Recovery Coverage.

**E. Additional Conditions**

The following Additional Conditions are added to Paragraph **F. Additional Conditions**:

**1. Assistance and Claims**

For assistance, the "identity recovery insured" should call the **Identity Recovery Help Line** at **1-844-863-4646**.

The **Identity Recovery Help Line** can provide the "identity recovery insured" with:

**a.** Information and advice for how to respond to a possible "identity theft"; and

**b.** Instructions for how to submit a service request for "Case Management Service" and/or a claim form for "Expense Reimbursement".

In some cases, we may provide "Case Management Services" at our expense to an "identity recovery insured" prior to a determination that a covered "identity theft" has occurred. Our provision of such services is not an admission of liability under the policy. We reserve the right to deny further coverage or service if, after investigation, we determine that a covered "identity theft" has not occurred.

As respects "Expense Reimbursement", the "identity recovery insured" must send to us, within a reasonable period of time after our request, receipts, bills or other records that support his or her claim for "identity recovery expenses".

**2. Services**

The following conditions apply as respects any services provided by us or our designees to any "identity recovery insured" under this endorsement:

**a.** Our ability to provide services in the event of an "identity theft" depends on the cooperation, permission and assistance of the "identity recovery insured".



Copyright CM Insurance, 2020
© 2020, The Hartford Steam Boiler Inspection and Insurance Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.
© Insurance Services Office, Inc., 2011.

Electronically Filed - STODDARD - November 11, 2024 - 11:15 AM

**b.** All services may not be available or applicable to all individuals. For example, "identity recovery insureds" who are minors or foreign nationals may not have credit records that can be provided or monitored. Service in Canada will be different from service in the United States and Puerto Rico in accordance with local conditions.

**c.** We do not warrant or guarantee that our services will end or eliminate all problems associated with an "identity theft" or prevent future "identity thefts".

**F. Definitions**

The following definitions apply in addition to the definitions provided in the Coverage Form to which this Endorsement applies:

**1.** **"**Case Management Service" means services of an "identity recovery case manager" as needed to respond to the "identity theft".

**2.** "Expense Reimbursement" means reimbursement of necessary and reasonable "identity recovery expenses" incurred as a direct result of the "identity theft".

**3.** "Identity recovery case manager" means one or more individuals assigned by us to assist an "identity recovery insured" with communications we deem necessary for re-establishing the integrity of the personal identity of the "identity recovery insured". This includes, with the permission and cooperation of the "identity recovery insured", written and telephone communications with law enforcement authorities, governmental agencies, credit agencies and individual creditors and businesses.

**4.** "Identity recovery expenses" means the following when they are reasonable and necessary expenses that are incurred as a direct result of an "identity theft":

**a.** Costs for refiling applications for loans, grants or other credit instruments that are rejected solely as a result of an "identity theft".

**b.** Costs for notarizing affidavits or other similar documents, long distance telephone calls and postage solely as a result of your efforts to report an "identity theft" or amend or rectify records as to your true name or identity as a result of an "identity theft".

**c.** Costs for credit reports from established credit bureaus.

**d.** Legal costs include fees and expenses for an attorney approved by us for the following:

**(1)** The defense of any civil suit brought against an "identity recovery insured";

**(2)** The removal of any civil judgment wrongfully entered against an "identity recovery insured";

**(3)** Legal assistance for an "identity recovery insured" at an audit or hearing by a governmental agency;

**(4)** Legal assistance in challenging the accuracy of the "identity recovery insured's" consumer credit report; or

**(5)** The defense of any criminal charges brought against an "identity recovery insured" arising from the actions of a third party using the personal identity of the "identity recovery insured".

**e.** Actual lost wages of the "identity recovery insured" for time reasonably and necessarily taken away from work and away from the work premises. Time away from work includes partial or whole work days. Actual lost wages may include payment for vacation days, discretionary days, floating holidays and paid personal days. Actual lost wages do not include sick days or any loss arising from time taken away from self-employment. Necessary time off does not include time off to do tasks that could reasonably have been done during nonworking hours.

**f.** Actual costs for Child or Elder Care Expenses, including supervision of children or elderly or infirm relatives or dependents of the "identity recovery insured" during time reasonably and necessarily taken away from such supervision. Such care must be provided by a professional care provider who is not a relative of the "identity recovery insured".

**g.** Actual costs for Mental Health Counseling from a licensed mental health professional. Such care must be provided by a professional care provider who is not a relative of the "identity recovery insured".

**h.** Any other Miscellaneous Expense including reasonable costs necessarily incurred by an "identity recovery insured" as a direct result of the "identity theft".

Such costs include:

**(1)** Costs by the "identity recovery insured" to recover control over his or her personal identity; or


Copyright CM Insurance, 2020
© 2020, The Hartford Steam Boiler Inspection and Insurance Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.
© Insurance Services Office, Inc., 2011

Electronically Filed - STODDARD - November 11, 2024 - 11:15 AM

**(2)** Deductibles or service fees from financial institutions.

**(3)** Such costs do not include:

**(a)** Costs to avoid, prevent or detect "identity theft" or other loss;

**(b)** Money lost or stolen; or

**(c)** Costs that are restricted or excluded elsewhere in this endorsement or policy.

**5.** "Identity recovery insured" means the following

**a.** When the entity insured under this policy is a religious institution, school or college, camp or senior living facility the "identity recovery insureds" are:

**(1)** All clergy employed by such entity; and

**(2)** The religious institution business administrator, the head school or college administrator, camp director, non-profit or senior living administrator of such entity.

**b.** "Identity recovery insured" also includes residents of the household of anyone qualifying as an "identity recovery insured" under Section **a.** above, provided such individuals are:

**(1)** Relatives of the person qualifying as an "identity recovery insured" under Section **a.** above; or

**(2)** Under the age of 21 and in the care of the person qualifying as an "identity recovery insured" under Section **a.** above.

**c.** When the entity insured under this policy is not a religious institution, school or college, camp, non-profit or senior living facility, then the definition of "identity recovery insured" depends on the ownership structure of the entity as follows:

**(1)** When the entity insured under this policy is a sole proprietorship, the "identity recovery insured" is the individual person who is the sole proprietor of the insured entity.

**(2)** When the entity insured under this policy is a partnership, the "identity recovery insureds" are the current partners.

**(3)** When the entity insured under this policy is a corporation or other organization, the "identity recovery insureds" are all individuals having an ownership position of 20% or more of the insured entity. However, if and only if there is no one who has such an ownership position, then the "identity recovery insured" shall be the executive director of the insured entity.

An "identity recovery insured" must always be an individual person. The entity insured under this policy is not an "identity recovery insured".

**6.** "Identity theft" means the fraudulent use of the social security number or other method of identifying an insured. This includes the fraudulent use of the personal identity of an insured to establish credit accounts, secure loans, enter into contracts or commit crimes.

"Identity theft" does not include the fraudulent use of a business name, d/b/a or any other method of identifying a business activity.



Copyright CM Insurance, 2020
© 2020, The Hartford Steam Boiler Inspection and Insurance Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.
© Insurance Services Office, Inc., 2011.

Electronically Filed - STODDARD - November 11, 2024 - 11:15 AM



**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EQUIPMENT BREAKDOWN COVERAGE ENDORSEMENT

This endorsement modifies insurance provided under the following:

BUILDING AND PERSONAL PROPERTY COVERAGE FORM
CAUSES OF LOSS - BASIC FORM
CAUSES OF LOSS - BROAD FORM
CAUSES OF LOSS - SPECIAL FORM
COMMERCIAL PROPERTY CONDITIONS
COMMON POLICY CONDITIONS

## SCHEDULE

| **Additional Coverages** | **Limit Of Insurance** |
|---|---|
| Equipment Breakdown | Follows Property |
| Business Income And Extra Expense | Follows Business Income and Extra Expense |
| **Coverage Extensions** | |
| Data Restoration | $25,000 |
| Equipment Mounted On A Vehicle | $25,000 |
| Expediting Expenses | $25,000 |
| Future Loss Avoidance | 10% of Eligible Equipment Breakdown Payment with $10,000 Maximum |
| "Fungus", Wet Rot, Dry Rot And Bacteria | $15,000 |
| Hazardous Substances | $25,000 |
| Off Premises Equipment Breakdown | $25,000 |
| Public Relations | 50% of Business Income with $25,000 Maximum |
| Resultant Damage to Animals | $25,000 |
| Service Interruption | |
| Spoilage And Consequential Damage<br>Refrigerant Contamination | $25,000 |

**Deductible Options**

☐ **Combined Deductible For All Coverages**

☐ **Direct Coverages Deductible**

**Indirect Coverages Deductible**

☐

☐ **Hours**

☐ **x Average Daily Value**

☐ **Spoilage Deductible** **or** **% of Loss**


Copyright CM Insurance, 2020
© 2020, The Hartford Steam Boiler Inspection and Insurance Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.
© Insurance Services Office, Inc., 2011

Electronically Filed - STODDARD - November 11, 2024 - 11:15 AM

| ADDITIONAL CONDITIONS |
|---|
| **Description of Additional Conditions:** |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. |

**A. Additional Coverages**

The following is added as an Additional Coverage to the **CAUSES OF LOSS - BASIC FORM**, **CAUSES OF LOSS - BROAD FORM** or **CAUSES OF LOSS - SPECIAL FORM**.

The term Covered Cause of Loss includes the Additional Coverage - Equipment Breakdown as described and limited below.

**1. Equipment Breakdown**

We will pay for direct physical damage to Covered Property that is the direct result of an "accident" or "electronic circuitry impairment". We will consider "electronic circuitry impairment" to be physical damage to "covered equipment".

Without an "accident" or "electronic circuitry impairment", there is no Additional Coverage - Equipment Breakdown.

**2. Business Income And Extra Expense**

**a.** Any insurance provided under the coverage part for Business Income or Extra Expense is extended to the coverage provided by this endorsement. However, if a deductible is shown in the Schedule of this endorsement, then with respect to this endorsement only, the "period of restoration" will begin immediately after the "accident" or "electronic circuitry impairment", and the deductible shown in the Schedule of this endorsement will apply.

**b.** The most we will pay for loss or expense under this coverage is the applicable limit for Business Income and Extra Expense, unless otherwise shown in the Schedule of this endorsement.

**B. Coverage Extensions**

The following is added to Paragraph **A.5. Coverage Extensions**:

The following Coverage Extensions also apply to the direct result of an "accident" or "electronic circuitry impairment". These Coverage Extensions do not provide additional amounts of insurance.

**1. Data Restoration**

**a.** We will pay for your reasonable and necessary cost to research, replace and restore lost "data".

**b.** The most we will pay for loss or expense under this Coverage Extension, including actual loss of Business Income you sustain and necessary Extra Expense you incur, if shown as covered, is $25,000 unless otherwise shown in the Schedule of this endorsement.

**2. Equipment Mounted On A Vehicle**

**a.** We will pay for physical damage to "equipment mounted on a vehicle" whether or not such equipment is at a covered location.

**b.** We will also pay for your loss and expense as defined under Business Income coverage and Extra Expense coverage that is the result of Paragraph **a.** above, if such coverage is otherwise applicable under this policy. This coverage is included within and subject to your Equipment Mounted On A Vehicle Limit.

**c.** We will also pay for your loss and expense as defined under Data Restoration coverage that is a result of Paragraph **a.** above, if such coverage is otherwise applicable under this endorsement. This Coverage Extension is included within and subject to your Equipment Mounted On A Vehicle Limit.

**d.** The most we will pay for loss, damage or expense under this Coverage Extension, including actual loss of Business Income you sustain and necessary Extra Expense you incur, if shown as covered, is $25,000 unless otherwise shown in the Schedule of this endorsement.


Copyright CM Insurance, 2020
© 2020, The Hartford Steam Boiler Inspection and Insurance Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.
© Insurance Services Office, Inc., 2011

Electronically Filed - STODDARD - November 11, 2024 - 11:15 AM

**3. Expediting Expenses**

**a.** With respect to your damaged Covered Property, we will pay the reasonable and necessary extra cost to:

**(1)** Make temporary repairs; and

**(2)** Expedite permanent repairs or replacement.

**b.** The most we will pay for loss or expense under this Coverage Extension is $25,000 unless otherwise shown in the Schedule of this endorsement.

**4. Future Loss Avoidance**

**a.** This Coverage Extension only applies if you have received a loss payment under this endorsement.

**b.** We will pay your costs to purchase and install protective equipment at the location of the loss as follows:

**(1)** Electrical surge protection or single-phase protection equipment.

**(2)** Other protective equipment if we agree that such equipment would reasonably reduce the likelihood of a future "accident" or "electronic circuitry impairment" similar to the one for which you have received payment from us. We will not unreasonably withhold such agreement.

**(3)** As used in this Coverage Extension, protective equipment means a permanently-installed physical device with the principal function of safeguarding one or more pieces of "covered equipment" from physical damage or loss.

**c.** We must receive your invoices for any purchase and installation costs no later than 180 days after the date you receive payment for the loss from us.

**d.** With respect to any "one equipment breakdown" the most we will pay is the lesser of the following:

**(1)** 10% of our eligible equipment breakdown payment to you prior to any payment under this Future Loss Avoidance Coverage Extension, or

**(2)** $10,000.

**e.** As used in this Coverage Extension, eligible equipment breakdown payment means our total equipment breakdown payment to you not including any of the following:

**(1)** Any deductible or coinsurance amount;

**(2)** Any payment made under Off Premises Equipment Breakdown or Service Interruption; or

**(3)** Any payment made after this policy has been cancelled or nonrenewed.

**5. "Fungus", Wet Rot, Dry Rot And Bacteria**

**a.** We will pay your additional cost to repair or replace Covered Property because of contamination by "fungus", wet rot, dry rot or bacteria. This includes the additional costs to clean up or dispose of such property. This does not include "spoilage and consequential damage" of personal property that is "perishable goods" to the extent that such "spoilage and consequential damage" is covered under the Spoilage And Consequential Damage Coverage Extension.

**b.** As used in this coverage, additional costs mean those beyond what would have been payable under this Additional Coverage - Equipment Breakdown had no "fungus", wet rot, dry rot or bacteria been involved.

**c.** We will also pay the cost of testing performed after repair or replacement of the damaged Covered Property is completed only to the extent that there is reason to believe there is the presence of "fungus", wet rot, dry rot or bacteria.

**d.** This Coverage Extension does not apply to lawns, trees, shrubs or plants which are part of a vegetated roof.

**e.** The most we will pay in any "one equipment breakdown" for loss, damage or expense under this Coverage Extension, including actual loss of Business Income you sustain and necessary Extra Expense you incur, if shown as covered, is $15,000 unless otherwise shown in the Schedule of this endorsement even if the "fungus", wet rot, dry rot or bacteria continues to be present or active or recurs in a later policy period.

**6. Hazardous Substances**

**a.** We will pay your additional cost to repair or replace Covered Property because of contamination by a "hazardous substance". This includes the additional expenses to clean up or dispose of such property.



Copyright CM Insurance, 2020
© 2020, The Hartford Steam Boiler Inspection and Insurance Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.
© Insurance Services Office, Inc., 2011

Electronically Filed - STODDARD - November 11, 2024 - 11:15 AM

**b.** This Coverage Extension does not apply to testing, clean up or disposal of land, water or any other property that is not Covered Property.

**c.** This does not include contamination of "perishable goods" by refrigerant, including but not limited to ammonia, which is addressed in Paragraph **12.b. Refrigerant Contamination** below. As used in this Coverage Extension, additional costs mean those beyond what would have been payable under this Additional Coverage - Equipment Breakdown had no "hazardous substance" been involved.

**d.** The most we will pay for loss, damage or expense under this Coverage Extension, including actual loss of Business Income you sustain and necessary Extra Expense you incur, if shown as covered, is $25,000 unless otherwise shown in the Schedule of this endorsement.

**7. Off Premises Equipment Breakdown**

**a.** We will pay for physical damage to portable "covered equipment" that, at the time of the "accident" or "electronic circuitry impairment", is not at a covered location. This Coverage Extension does not apply to "equipment mounted on a vehicle". With respect to this Off Premises Additional Coverage - Equipment Breakdown Extension only, the "accident" or "electronic circuitry impairment" may occur in any country except one in which the United States has imposed sanctions, embargoes or similar restrictions on the provision of insurance.

**b.** We will also pay for your reasonable and necessary cost to research, replace and restore lost "data" contained within portable "covered equipment" as described under Paragraph **a.** above. This amount may not exceed the limit applicable to the Data Restoration Coverage Extension.

**c.** The most we will pay for loss, damage or expense under this Coverage Extension, including actual loss of Business Income you sustain and necessary Extra Expense you incur, if shown as covered, and Data Restoration as described in Paragraph **b.** above is $25,000 unless otherwise shown in the Schedule of this endorsement. Our payment under this Coverage Extension includes:

**(1)** The actual loss of Business Income you sustain and necessary Extra Expense you incur, if shown as covered; and

**(2)** Data Restoration as described in Paragraph **b.** above.

**8. Public Relations**

**a.** This Coverage Extension only applies if you have sustained an actual loss of Business Income covered under this endorsement.

**b.** We will pay for your reasonable costs for professional services to create and disseminate communications, when the need for such communications arises directly from the interruption of your business. This communication must be directed to one or more of the following:

**(1)** The media;

**(2)** The public; or

**(3)** Your customers, clients or members.

**c.** Such costs must be incurred during the "period of restoration" or up to 30 days after the "period of restoration" has ended.

As respects any "one equipment breakdown", the most we will pay is the lesser of the following:

**(1)** 50% of our Business Income payment to you; or

**(2)** $25,000.

**9.** Resultant Damage To Animals

**a.** Any insurance provided under the coverage part for "animals" is extended to the coverage provided by this endorsement.

**b.** The most we will pay for loss, damage or expense under this Coverage Extension, including actual loss of Business Income you sustain and necessary Extra Expense you incur, if shown as covered, is $25,000.

**10. Resultant Loss From A Cyber Event**

All coverages under this Additional Coverage - Equipment Breakdown are extended to an "accident" or "electronic circuitry impairment" caused by or resulting from a "cyber event".


Copyright CM Insurance, 2020
© 2020, The Hartford Steam Boiler Inspection and Insurance Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.
© Insurance Services Office, Inc., 2011

Electronically Filed - STODDARD - November 11, 2024 - 11:15 AM

**11. Service Interruption**

**a.** Any insurance provided for Business Income, Extra Expense, Data Restoration or Spoilage And Consequential Damage is extended to apply to your loss, damage or expense caused by a failure or disruption of service. The failure or disruption of service must be caused by an "accident" or "electronic circuitry impairment" to equipment, including overhead transmission lines, that is owned by a utility, landlord, a landlord's utility or other supplier who provides you with any of the following services: electrical power, waste disposal, air conditioning, refrigeration, heating, natural gas, compressed air, water, steam, Internet access, telecommunications services, "cloud or outsourced computing services", wide area networks or data transmission. The equipment must meet the definition of "covered equipment" except that it is not Covered Property.

**b.** "Cloud or outsourced computing services" must be provided by a professional provider with whom you have a contract.

**c.** With respect to the Data Restoration portion of this Service Interruption Coverage Extension, coverage will also apply to "data" stored in the equipment of a provider of "cloud or outsourced computing services".

**d.** Unless otherwise shown in the Schedule of this endorsement, the Service Interruption Coverage Extension will not apply unless the failure or disruption of service exceeds 24 hours immediately following the "accident" or "electronic circuitry impairment". If the interruption exceeds 24 hours, coverage will begin at the time of the interruption, and the applicable deductible will apply.

**e.** The most we will pay in any "one equipment breakdown" for loss, damage or expense under this Coverage Extension is the applicable limit for Business Income, Extra Expense, Data Restoration or Spoilage And Consequential Damage, unless a limit is shown in the Schedule of this endorsement for Service Interruption, then that limit will apply to Business Income and Extra Expense loss under this Coverage Extension.

**12. Spoilage And Consequential Damage**

**a.** We will pay for physical damage to "perishable goods" due to "spoilage and consequential damage".

**b.** Refrigerant Contamination

We will also pay for physical damage to "perishable goods" due to contamination from the release of refrigerant, including but not limited to ammonia. If a separate limit is indicated for Refrigeration Contamination, this amount is part of, and not in addition to, your Spoilage And Consequential Damage Limit.

**c.** We will also pay any necessary expenses you incur during the "period of restoration" to reduce the amount of loss under this Spoilage And Consequential Damage Coverage Extension. However, we will not pay more than the amount that would otherwise have been payable under this Spoilage And Consequential Damage Coverage Extension.

**d.** If you are unable to replace the "perishable goods" before its anticipated sale, the amount of our payment will be determined on the basis of the sales price of the "perishable goods" at the time of the "accident" or "electronic circuitry impairment", less discounts and expenses you otherwise would have had. Otherwise our payment will be determined in accordance with the Valuation Condition.

**e.** The most we will pay for loss, damage or expense under this Coverage Extension is $25,000 unless otherwise shown in the Schedule of this endorsement.

**C. Exclusions**

All exclusions in the applicable Causes of Loss form apply except as modified below and to the extent that coverage is specifically provided by this endorsement.

**1.** The following exclusions are modified:

**a.** If the Causes Of Loss - Basic Form or Causes Of Loss - Broad Form applies, the following is added to Exclusion **B.2.**:

Depletion, deterioration, corrosion (including pinhole leaks), erosion, settling, wear and tear or other gradually developing conditions. However, if an "accident" or "electronic circuitry impairment" results, we will pay for the resulting loss, damage or expense caused by that "accident" or "electronic circuitry impairment".


Copyright CM Insurance, 2020
© 2020, The Hartford Steam Boiler Inspection and Insurance Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.
© Insurance Services Office, Inc., 2011

Electronically Filed - STODDARD - November 11, 2024 - 11:15 AM

**b.** If the Causes Of Loss - Special Form applies, with respect to this endorsement only, the last paragraph of Exclusion **B.2.d.** is deleted and replaced with the following:

But if an excluded cause of loss that is listed in Exclusions **B.2.d.(1)** through **B.2.d.(7)** results in an "accident" or "electronic circuitry impairment", we will pay for the loss, damage or expense caused by that "accident" or "electronic circuitry impairment".

**2.** The following exclusions are added:

**a.** We will not pay for loss, damage or expense caused directly or indirectly by any of the following, whether or not caused by or resulting from an "accident" or "electronic circuitry impairment":

**(1)** Fire, including smoke from a fire.

**(2)** Explosion of gas or unconsumed fuel within the furnace of any boiler or fired vessel or within the passages from that furnace to the atmosphere.

**(3)** Any other explosion, except as specifically covered under this endorsement.

**(4)** Earthquake, earth sinking, landslide, sinkhole collapse, subsidence, tsunami, volcanic action, or any other earth movement, all whether natural or caused by human activity;

**(5)** Flood; mudslide or mudflow; overflow of any body of water; storm surge; tidal waves; tides; surface water; water that discharges, overflows or backs up from a drain, sump or sewer; waves or spray associated with any of the foregoing without regard to whether or not such event is caused or exacerbated by wind, whether natural or caused by human activity.

However, if electrical "covered equipment" requires drying out because of the above, we will pay for the amount you actually expend to dry out such equipment, subject to the applicable Limit of Insurance and deductible for Building or Business Personal Property, whichever applies. We will not pay more than the "actual cash value" of the affected electrical "covered equipment". We will not pay to replace such equipment or for any other damage, loss or expense.

**(6)** Vandalism, meaning a malicious act that causes damage or destruction. However, this exclusion does not apply to acts committed through electronic systems such as hacking or the deployment of malware.

**(7)** Any "cyber event", except as specifically provided in **B.10. Resultant Loss From A Cyber Event**.

**(8)** Your failure to use all reasonable means to protect Covered Property from damage following an "accident" or "electronic circuitry impairment".

**(9)** Freeze caused by cold weather.

**(10)** Discharge of molten material from equipment, including the heat from such discharged material.

**b.** None of the following is an "accident" or "electronic circuitry impairment", however caused and without regard to whether such condition or event is normal and expected or unusual and unexpected. However, this exclusion does not apply to an "accident" or "electronic circuitry impairment", that results from any condition or event listed in **(1)** through **(3)** below.

**(1)** Any defect, error or shortcoming in design or installation;

**(2)** Any defect, programming error, programming limitation, loss of "data", loss of access, loss of use, loss of functionality or other condition within or involving "data" or "media" of any kind;

**(3)** Contamination by a "hazardous substance";

**(4)** Misalignment, miscalibration, tripping off-line or any condition which can be corrected by:

**(a)** Resetting, tightening, adjusting or cleaning;

**(b)** Normal maintenance, including but not limited to replacing expendable parts, recharging batteries or cleaning;

**(c)** Rebooting, reloading or updating software or firmware; or

**(d)** Providing necessary power or supply.

**c.** Coverage under this endorsement does not apply to an "accident" or "electronic circuitry impairment" caused by or resulting from:

**(1)** Lightning;

**(2)** Windstorm or hail. However, this exclusion does not apply when:


Copyright CM Insurance, 2020
© 2020, The Hartford Steam Boiler Inspection and Insurance Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.
© Insurance Services Office, Inc., 2011

Electronically Filed - STODDARD - November 11, 2024 - 11:15 AM

**(a)** "Covered equipment" located within a building or structure suffers an "accident" or "electronic circuitry impairment" that results from wind-blown rain, snow, sand or dust; and

**(b)** The building or structure did not first sustain wind or hail damage to its roof or walls through which the rain, snow, sand or dust entered.

**(3)** Collision or any physical contact caused by a "vehicle". However, this exclusion does not apply to any unlicensed "vehicles" owned by you or operated in the normal course of your business.

**(4)** Smoke; aircraft or vehicles, riot or civil commotion; sprinkler leakage or elevator collision.

**(5)** Weight of snow, ice or sleet.

**(6)** Collapse.

**(7)** Falling objects. However, this exclusion does not apply to:

**(a)** Personal property located outside the walls of a structure or building; or

**(b)** Damage or loss to property located within a structure or building, unless a falling object first damages the roof or exterior wall of the structure or building.

**(8)** A hydrostatic, pneumatic or gas pressure test of any boiler or pressure vessel, or an electrical insulation breakdown test of any type of electrical equipment.

**(9)** Any means, whether or not successful, intended to extinguish a fire. This includes, but is not limited to, the spraying of water.

**d.** With respect to Business Income, Extra Expense and Service Interruption Coverage Extensions, we will also not pay for any increase in loss resulting from an agreement between you and your customer, supplier or contractor.

**e.** Except as specifically provided under **B.5. "Fungus", Wet Rot, Dry Rot And Bacteria**, we will not pay for loss, damage or expense caused directly or indirectly by the following, whether or not caused by or resulting from an "accident" or "electronic circuitry impairment": Any "fungus", wet rot, dry rot or bacteria, including any presence, growth, proliferation, spread or any activity of "fungus", wet rot, dry rot or bacteria. This includes, but is not limited to, costs arising from clean up, removal, or abatement of such "fungus", wet rot, dry rot or bacteria. However, this exclusion does not apply to "spoilage and consequential damage" of personal property that is "perishable goods", to the extent that such "spoilage and consequential damage" is covered under the Spoilage And Consequential Damage Coverage Extension.

**f.** Except as specifically provided under **B.1. Data Restoration**, or **B.9. Resultant Damage To Animals**, we will not pay for loss, damage or expense caused directly or indirectly by the following, whether or not caused by or resulting from an "accident" or "electronic circuitry impairment":

**(1)** Physical loss or damage to "animals";

**(2)** Loss, interruption or compromise of any research, test or study involving "animals"; or

**(3)** Loss of income or extra expense resulting from **(1)** or **(2)** above.

**g.** We will not pay for damage or loss to any catalyst or molecular sieve, whether or not caused by an "accident" or "electronic circuitry impairment".

**h.** We will not pay for damage or loss to any artifacts, fossils, relics, or any rare items of cultural, historical or scientific interest, whether or not caused by an "accident" or "electronic circuitry impairment".

**3.** Exclusions **2.c.(1)** through **2.c.(7)** above shall not apply if:

**a.** The excluded cause of loss occurs away from any covered location and causes an electrical surge or other electrical disturbance;

**b.** Such surge or disturbance is transmitted through utility service transmission lines to the covered location and results in an "accident" or "electronic circuitry impairment"; and

**c.** The loss, damage or expense caused by such surge or disturbance is not covered elsewhere under the policy.

**4.** Any cause of loss set forth in Exclusions **2.c.(5)** through **2.c.(7)** above that is not a Covered Cause of Loss in this coverage part shall be excluded only as respects the Service Interruption Coverage Extension.


Copyright CM Insurance, 2020
© 2020, The Hartford Steam Boiler Inspection and Insurance Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.
© Insurance Services Office, Inc., 2011

Electronically Filed - STODDARD - November 11, 2024 - 11:15 AM

**D. Limits Of Insurance**

1. Any payment made under this Additional Coverage - Equipment Breakdown will not be increased if multiple insureds are shown in the Declarations or if you are comprised of more than one legal entity.
2. The most we will pay for loss, damage or expense arising from any "one equipment breakdown" is the applicable Limit of Insurance in the Declarations unless otherwise shown in the Schedule of this endorsement.
3. Coverage provided under this endorsement is part of, not in addition to, the Limits of Insurance shown in the Declarations.
4. Loss arising from any "one equipment breakdown" may continue to be present or recur in a later policy period. This includes, but is not limited to, loss arising from mold, fungus, mildew or yeast as covered under the "Fungus", Wet Rot, Dry Rot And Bacteria Coverage Extension. In such a case, the most we will pay for all damage, loss or expense arising out of any "one equipment breakdown" is the coverage limit at the time of the "accident" or "electronic circuitry impairment".
5. If two or more coverage limits apply to the same loss or portion of a loss, we will pay only the smallest of the applicable limits for that loss or portion of that loss.

**E. Deductible**

The applicable deductible for this endorsement is the Deductible shown in the Declarations unless otherwise shown in the Schedule of this endorsement. If a Deductible is shown in the Schedule of this endorsement, the following applies.

The Building And Personal Property Coverage Form is modified as follows:

Only with regard to the Additional Coverage - Equipment Breakdown, provision **D. Deductible** is deleted and replaced with the following:

1. Deductibles For Each Coverage
   a. Unless the Schedule of this endorsement indicates that your deductible is combined for all coverages, multiple deductibles may apply to any "one equipment breakdown".
   b. We will not pay for loss, damage or expense under any coverage until the amount of the covered loss, damage or expense exceeds the Deductible amount indicated for that coverage in the Schedule of this endorsement. We will then pay the amount of loss, damage or expense in excess of the applicable deductible amount, subject to the applicable limit.
   c. If deductibles vary by type of "covered equipment" and more than one type of "covered equipment" is involved in any "one equipment breakdown", only the highest deductible for each coverage will apply.
2. **Direct And Indirect Coverages**
   a. Direct Coverages Deductibles and Indirect Coverages Deductibles may be indicated in the Schedule of this endorsement.
   b. Unless more specifically indicated in the Schedule of this endorsement:
      (1) Direct Coverages Deductibles apply to all loss, damage or expense covered by this endorsement with the exception of Business Income and Extra Expense loss, regardless of where such Business Income and Extra Expense coverage is provided in this endorsement.
      (2) Indirect Coverages Deductibles apply to Business Income and Extra Expense loss, regardless of where such coverage is provided in this endorsement; and
      (3) Business Income Deductibles apply to Business Income loss only, regardless of where such coverage is provided in this endorsement.
3. **Application Of Deductibles**
   a. **Dollar Deductibles**

      We will not pay for loss, damage or expense resulting from any "one equipment breakdown" until the amount of loss, damage or expense exceeds the applicable deductible shown in the Schedule of this endorsement. We will then pay the amount of loss, damage or expense in excess of the applicable deductible or deductibles, up to the applicable Limit of Insurance.


Copyright CM Insurance, 2020
© 2020, The Hartford Steam Boiler Inspection and Insurance Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.
© Insurance Services Office, Inc., 2011

Electronically Filed - STODDARD - November 11, 2024 - 11:15 AM

**b. Time Deductible**

If a time deductible is shown in the Schedule of this endorsement, we will not be liable for any loss occurring during the specified number of hours or days immediately following the "accident" or "electronic circuitry impairment". If a time deductible is expressed in days, each day shall mean twenty-four consecutive hours.

**c. Multiple Of Average Daily Value (ADV)**

If a deductible is expressed as a number times ADV, that amount will be calculated as follows:

The ADV (Average Daily Value) will be the Business Income (as defined in any Business Income coverage that is part of this policy) that would have been earned during the period of interruption of business had no "accident" or "electronic circuitry impairment" occurred, divided by the number of working days in that period. No reduction shall be made for the Business Income not being earned, or in the number of working days, because of the "accident" or "electronic circuitry impairment" or any other scheduled or unscheduled shutdowns during the period of interruption. The ADV applies to the Business Income value of the entire location, whether or not the loss affects the entire location. If more than one location is included in the valuation of the loss, the ADV will be the combined value of all affected locations. For purposes of this calculation, the period of interruption may not extend beyond the "period of restoration". The number indicated in the Schedule of this endorsement will be multiplied by the ADV as determined above. The result shall be used as the applicable deductible.

**d. Percentage Of Loss Deductibles**

If a deductible is expressed as a percentage of loss, we will not be liable for the indicated percentage of the gross amount of loss, damage or expense (prior to any applicable deductible or coinsurance) insured under the applicable coverage. If the dollar amount of such percentage is less than the indicated minimum deductible, the minimum deductible will be the applicable deductible.

**F. Additional Conditions**

**1.** The following conditions are in addition to the Conditions in the Building And Personal Property Coverage Form, the Commercial Property Conditions and the Common Policy Conditions.

**a. Suspension**

Whenever "covered equipment" is found to be in, or exposed to a dangerous condition, any of our representatives may immediately suspend the insurance against loss from an "accident" or "electronic circuitry impairment" to that "covered equipment". This can be done by mailing or delivering a written notice of suspension to:

**(1)** Your last known address; or

**(2)** The address where the "covered equipment" is located.

Once suspended in this way, your insurance can be reinstated only by an endorsement for that "covered equipment". If we suspend your insurance, you will get a pro rata refund of premium for that "covered equipment" for the period of suspension. But the suspension will be effective even if we have not yet made or offered a refund.

**b. Jurisdictional Inspections**

If any property that is "covered equipment" under this endorsement requires inspection to comply with state or municipal boiler and pressure vessel regulations, we agree to perform such inspection on your behalf. We do not warrant that conditions are safe or healthful.

**2.** With respect to this endorsement only, the Valuation Condition in the Building And Personal Property Coverage Form is deleted and replaced with the following:

**Valuation**

We will determine the value of Covered Property as follows:

**a.** Except as specified otherwise, our payment for damaged Covered Property will be the smallest of:

**(1)** The cost to repair the damaged property;

**(2)** The cost to replace the damaged property on the same site; or

**(3)** The amount you spend that is necessary to repair or replace the damaged property.

**b.** The amount of our payment will be based on the most cost-effective means to replace the function, capacity and remaining useful life of the damaged property. This may include the use of generic, used


Copyright CM Insurance, 2020
© 2020, The Hartford Steam Boiler Inspection and Insurance Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.
© Insurance Services Office, Inc., 2011

Electronically Filed - STODDARD - November 11, 2024 - 11:15 AM

or reconditioned parts, equipment or property. This will not include costs to research or correct defects, errors or shortcomings in the design or installation of the Covered Property.

**c.** Except as described in Paragraph **d.** below, you must pay the extra cost of replacing damaged property with property of a better kind or quality or of a different size or capacity.

**d. Environmental, Safety And Efficiency Improvements**

If "covered equipment" requires replacement due to an "accident" or "electronic circuitry impairment", we will pay your additional cost to replace with equipment that is better for the environment, safer for people or more energy or water efficient than the equipment being replaced. However, we will not pay to increase the size or capacity of the equipment and we will not pay more than 150% of what the cost would have been to replace with like kind and quality. This provision does not apply to the replacement of component parts or to any property to which "actual cash value" applies and does not increase any of the applicable limits.

**e. Consequential Loss to Undamaged Stock**

Our payment for damaged Covered Property will include compensation for undamaged stock that loses market value or requires additional expense because of the damage to the Covered Property.

**f.** The following property will be valued on an "actual cash value" basis:

**(1)** Any property that does not currently serve a useful or necessary function for you;

**(2)** Any Covered Property that you do not repair or replace within 24 months after the date of the "accident" or "electronic circuitry impairment"; and

**(3)** Any Covered Property for which "actual cash value" coverage is specified in the Schedule of this endorsement.

"Actual cash value" includes deductions for depreciation.

**g.** If any one of the following conditions is met, property held for sale by you will be valued at the sales price as if no loss or damage had occurred, less any discounts and expenses that otherwise would have applied:

**(1)** The property was manufactured by you;

**(2)** The sales price of the property is less than the replacement cost of the property; or

**(3)** You are unable to replace the property before its anticipated sale.

**h.** Except as specifically provided for under the Data Restoration Coverage Extension, "data" and "media" will be valued on the following basis:

**(1)** For mass-produced and commercially available software, at the replacement cost.

**(2)** For all other "data" and "media", at the cost of blank "media" for reproducing the records. We will not pay for "data" representing financial records based on the face value of such records.

**G. Definitions**

With regard to the coverage provided by this Endorsement, the following definitions apply in addition to the definitions provided in the Coverage Form to which this Endorsement applies:

**1.** "Accident" means a fortuitous event that causes direct physical damage to "covered equipment". The event must be one of the following:

**a.** Mechanical breakdown, including physical damage caused by centrifugal force.

**b.** Artificially generated electrical current, including electrical arcing, that damages electrical devices, appliances or wires.

**c.** Explosion, other than combustion explosion, of steam boilers, steam engines, steam pipes or steam turbines.

**d.** Sudden physical damage not otherwise excluded occurring inside steam boilers, steam engines, steam pipes or steam turbines.

**e.** Sudden physical damage not otherwise excluded occurring inside hot water boilers or other equipment used to heat water.

**f.** Bursting, cracking or splitting, but not including any bursting, cracking or splitting associated with an explosion.


Copyright CM Insurance, 2020

© 2020, The Hartford Steam Boiler Inspection and Insurance Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.
© Insurance Services Office, Inc., 2011

Electronically Filed - STODDARD - November 11, 2024 - 11:15 AM

**2.** "Actual cash value" means the replacement cost for parts, equipment or other property less depreciation.

However, the "actual cash value" will not be less than 25% of the actual replacement cost.

As used above, depreciation means the ratio of the age of the property at the time of loss to its expected useful life.

Depreciation will not be applied to labor or other costs necessary to complete the repair or replacement.

**3.** "Animal"

**a.** "Animal" means any creature of the kingdom Animalia. This includes, but is not limited to, amphibians, birds, fish, insects, mammals, reptiles, and worms.

**b.** "Animal" does not mean or include any human being.

**4.** "Boilers and vessels" means:

**a.** Boilers;

**b.** Piping, valves or fittings that:

**(1)** Convey steam; or

**(2)** Are part of a closed loop system connected to a boiler.

**c.** Condensate tanks; and

**d.** Fired or unfired vessels which during normal usage, operate under vacuum or pressure, other than the weight of contents.

This term does not appear elsewhere in this endorsement but may appear in the Schedule of this endorsement.

**5.** "Buried vessels or piping":

**a.** "Buried vessels or piping" means any piping, valve, fitting, or vessel that is buried or encased in the earth, concrete or other material, whether above or below grade, or in an enclosure which does not allow access for inspection and repair. Such equipment will be considered "buried vessels or piping" if any substantial portion is buried or encased, whether or not the entire piece of equipment is buried or encased and whether or not the equipment is connected to other equipment that is not buried or encased.

**b.** None of the following are "buried vessels or piping":

**(1)** Any piping, valve, fitting, or vessel within a building. However, such equipment will not be considered within a building if it is partly or entirely beneath the building's foundation.

**(2)** Any piping, valve, fitting, or vessel within a tunnel through which people can pass and that connects two or more buildings.

**(3)** A pressure vessel used as the cylinder of a hydraulic elevator.

**6.** "Cloud or outsourced computing services" means professional, on-demand, self-service data storage or data processing services provided through the Internet or over telecommunications lines. This includes services known as IaaS (infrastructure as a service), PaaS (platform as a service), SaaS (software as a service) and NaaS (network as a service). This includes business models known as public clouds, community clouds and hybrid clouds. "Cloud or outsourced computing services" include private clouds if such services are owned and operated by a third party.

**7.** "Covered equipment"

**a.** "Covered equipment" means, unless otherwise specified in the Schedule of this endorsement, Covered Property:

**(1)** That generates, transmits or utilizes energy; or

**(2)** Which, during normal usage, operates under vacuum or pressure, other than the weight of its contents.

"Covered equipment" may utilize conventional design and technology or new or newly commercialized design and technology.

**b.** None of the following is "covered equipment":

**(1)** Structure, including but not limited to the structural portions of buildings, towers or scaffolding;



Copyright CM Insurance, 2020
© 2020, The Hartford Steam Boiler Inspection and Insurance Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.
© Insurance Services Office, Inc., 2011

Electronically Filed - STODDARD - November 11, 2024 - 11:15 AM

**(2)** Foundation;

**(3)** Cabinet, compartment, conduit or ductwork;

**(4)** Insulating material, refractory material or glass lining;

**(5)** Die, pattern or form;

**(6)** "Buried vessels or piping";

**(7)** Waste drainage or sewer piping;

**(8)** Piping, valves or fittings forming a part of a sprinkler or fire suppression system;

**(9)** Piping, valves or fittings used to convey water, unless such piping, valves or fittings are part of a closed loop used to conduct heat or cooling from a boiler or an air conditioning or refrigeration system or unless such piping, valves or fittings are used solely to convey water to or from a boiler or air conditioning or refrigeration system;

**(10)** "Vehicle";

**(11)** Satellite, spacecraft or any equipment mounted on a satellite or spacecraft;

**(12)** Dragline, excavation or construction equipment;

**(13)** Equipment manufactured by you for sale;

**(14)** Equipment of others that you modify, maintain or test as a professional service; or

**(15)** "Data".

**8.** "Cyber Event" means a hostile, illegal or transgressive act committed through electronic systems. This includes, but is not limited to, hacking, a denial of service attack or the deployment of malware. However, this does not include any such act committed as an act of war, whether or not officially declared.

**9.** "Data" means information or instructions stored in digital code capable of being processed by machinery.

**10.** "Electrical generating equipment"

**a.** "Electrical generating equipment" means equipment which converts any other form of energy into electricity. This includes, but is not limited to, the following:

**(1)** Boilers used primarily to provide steam for one or more turbine-generator units;

**(2)** Turbine-generators (including steam, gas, water or wind turbines);

**(3)** Engine-generators;

**(4)** Fuel cells or other alternative electrical generating equipment;

**(5)** Electrical transformers, switchgear and power lines used to convey the generated electricity; and

**(6)** Associated equipment necessary for the operation of any of the equipment listed in **(1)** through **(5)** above.

**b.** "Electrical generating equipment" does not mean:

**(1)** Elevator or hoist motors that generate electricity when releasing cable; or

**(2)** Equipment intended to generate electricity solely on an emergency, back-up basis.

This term does not appear elsewhere in this coverage form, but may appear in the Schedule of this endorsement.

**11.** "Electronic circuitry" means microelectronic components, including but not limited to circuit boards, integrated circuits, computer chips and disk drives.

**12.** "Electronic circuitry impairment":

**a.** "Electronic circuitry impairment" means a fortuitous event involving "electronic circuitry" within "covered equipment" that causes the "covered equipment" to suddenly lose its ability to function as it had been functioning immediately before such event. This definition is subject to the conditions specified in Paragraphs **b.** and **c.** below.

**b.** We will determine that the reasonable and appropriate remedy to restore such "covered equipment's" ability to function is the replacement of one or more "electronic circuitry" components of the "covered equipment".

**c.** None of the following is an "electronic circuitry impairment":



Copyright CM Insurance, 2020
© 2020, The Hartford Steam Boiler Inspection and Insurance Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.
© Insurance Services Office, Inc., 2011

Electronically Filed - STODDARD - November 11, 2024 - 11:15 AM

**(1)** Any condition caused by or related to:

**(a)** Incompatibility of the "covered equipment" with any software or equipment installed, introduced or networked within the prior 30 days; or

**(b)** Insufficient size, capability or capacity of the "covered equipment".

**(2)** Exposure to adverse environmental conditions, including but not limited to change in temperature or humidity, unless such conditions result in an observable loss of functionality. Loss of warranty will not be considered an observable loss of functionality.

**13.** "Equipment mounted on a vehicle"

**a.** "Equipment mounted on a vehicle" means "covered equipment" that has been installed in or attached to a "vehicle" when such equipment serves a function independent of the "vehicle". Examples of "equipment mounted on a vehicle" include, but are not limited to, "covered equipment" used for shredding paper in a shredding truck, used for cooking in a food truck, and used for medical procedures in a medical trailer.

**b.** "Equipment mounted on a vehicle" does not mean any equipment that is part of an inherent system of the "vehicle". Inherent systems include, but are not limited to, drivetrain, hydraulic or other drives of movable components, seating, lighting, security, heating and air conditioning, entertainment and guidance.

**14.** "Excavation costs"

**a.** "Excavation costs" means the additional cost to repair or replace Covered Property because of the need to dig a hole, trench or tunnel. This includes the costs to dig and refill the hole, trench or tunnel. This also includes the costs to repair damage to roads, walkways, landscaping or other property caused by such excavation.

**b.** "Excavation costs" include your additional loss and expense as defined under Business Income coverage and Extra Expense coverage that is the result of **(a)** above, if such coverage is otherwise applicable under this coverage part.

This term does not appear elsewhere in this coverage form, but may appear in the Schedule of this endorsement.

**15.** "Hazardous substance" means any substance that is hazardous to health or has been declared to be hazardous to health by a governmental agency.

**16.** "Media" means material on which "data" is recorded, such as solid-state drives, hard disks, optical disks, flash drives or magnetic tapes.

**17.** "Medical equipment" means imaging, laboratory or therapeutic equipment or any other equipment used to cure, diagnose, mitigate, monitor, prevent or treat disease or other conditions, or to affect the structure or appearance of the body. This includes such equipment used for all medical specialties, including veterinary services.

This term does not appear elsewhere in this endorsement, but may appear in the Schedule of this endorsement.

**18.** "Medical imaging equipment" means scanning or imaging equipment used to diagnose or monitor disease or other conditions. This includes, but is not limited to, CT, MRI, PET, ultrasound and x-ray devices. This includes such equipment used for all medical specialties, including veterinary services.

This term does not appear elsewhere in this coverage form, but may appear in the Schedule of this endorsement.

**19.** "One equipment breakdown" means: If an initial "accident" or "electronic circuitry impairment" causes other "accidents" or "electronic circuitry impairments", all will be considered "one equipment breakdown". All "accidents" or "electronic circuitry impairments" that are the result of the same "accident" or "electronic circuitry impairment" will be considered "one equipment breakdown".

**20.** "Period of restoration" means the period of time that:

**a.** Begins:

**(1)** 72 hours after the time of direct physical loss or damage for Business Income Coverage; or

**(2)** Immediately after the time of direct physical loss or damage for Extra Expense Coverage; caused by or resulting from any Covered Cause of Loss at the described premises; and


Copyright CM Insurance, 2020
© 2020, The Hartford Steam Boiler Inspection and Insurance Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.
© Insurance Services Office, Inc., 2011

Electronically Filed - STODDARD - November 11, 2024 - 11:15 AM

**b.** Ends on the earlier of:

**(1)** The date when the property at the described premises should be repaired, rebuilt or replaced with reasonable speed and similar quality; or

**(2)** The date when business is resumed at a new permanent location.

**c.** "Period of restoration" does not include any increased period required due to the enforcement of or compliance with any ordinance or law that:

**(1)** Regulates the construction, use or repair, or requires the tearing down, of any property; or

**(2)** Requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants".

The expiration date of this policy will not cut short the "period of restoration".

**21.** "Perishable goods" means any Covered Property subject to deterioration or impairment as a result of a change in conditions, including but not limited to, temperature, humidity or pressure.

**22.** "Production machinery" means any machine or apparatus that processes or produces a product intended for eventual sale. This includes all component parts of such machine or apparatus and any other equipment used exclusively with such machine or apparatus. However, "production machinery" does not mean any boiler, or fired or unfired pressure vessel.

This term does not appear elsewhere in this endorsement, but may appear in the Schedule of this endorsement.

**23.** "Spoilage and consequential damage" means any detrimental change in physical state. This includes, but is not limited to, thawing of frozen goods, warming of refrigerated goods, freezing of fresh goods, solidification of liquid or molten material and chemical reactions to material in process.

**24.** "Vehicle"

**a.** "Vehicle" means, as respects this endorsement only, any machine or apparatus that is used for transportation or moves under its own power. "Vehicle" includes, but is not limited to, any car, truck, bus, trailer, automated guided vehicle, train, aircraft, drone, watercraft, forklift, bulldozer, tractor or harvester.

**b.** None of the following is a "vehicle":

**(1)** Any property that is stationary, permanently installed at a covered location and that receives electrical power from an external power source. However, this exception shall not apply to an electrically-powered machine or apparatus that is being recharged.

**(2)** Any robot that might otherwise meet this definition of "vehicle" if it is directly used for manufacturing or assembly and solely used within a structure or building.

**(3)** Any "equipment mounted on a vehicle".



Copyright CM Insurance, 2020
© 2020, The Hartford Steam Boiler Inspection and Insurance Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.
© Insurance Services Office, Inc., 2011

Electronically Filed - STODDARD - November 11, 2024 - 11:15 AM



# COMMERCIAL GENERAL LIABILITY DECLARATIONS

| COMPANY NAME | PRODUCER NAME |
|---|---|
| Church Mutual Insurance Company, S.I. | MATTHEW WEISS<br>3000 SCHUSTER LN<br>MERRILL, WI 54452 |

NAMED INSURED DIMENSION CHURCH

MAILING ADDRESS 621 N HICKORY ST
DEXTER, MO 63841-1329

POLICY PERIOD: FROM 01/10/2024 TO 01/10/2025 AT 12:01 A.M. TIME AT YOUR MAILING ADDRESS SHOWN ABOVE

**IN RETURN FOR THE PAYMENT OF THE PREMIUM, AND SUBJECT TO ALL THE TERMS OF THIS POLICY, WE AGREE WITH YOU TO PROVIDE THE INSURANCE AS STATED IN THIS POLICY.**

**LIMITS OF INSURANCE**

| | | | |
|---|---|---|---|
| EACH OCCURRENCE LIMIT | $1,000,000 | | |
| DAMAGE TO PREMISES RENTED TO YOU LIMIT | $100,000 | Any one premises | |
| MEDICAL EXPENSE LIMIT | $10,000 | Any one person | |
| PERSONAL & ADVERTISING INJURY LIMIT | $1,000,000 | Any one person or organization | |
| GENERAL AGGREGATE LIMIT | | | $3,000,000 |
| PRODUCTS/COMPLETED OPERATIONS AGGREGATE LIMIT | | | $1,000,000 |

**RETROACTIVE DATE (CG 00 02 ONLY)**

THIS INSURANCE DOES NOT APPLY TO "BODILY INJURY", "PROPERTY DAMAGE" OR "PERSONAL AND ADVERTISING INJURY" WHICH OCCURS BEFORE THE RETROACTIVE DATE, IF ANY, SHOWN BELOW.

RETROACTIVE DATE: ____________________

(ENTER DATE OR "NONE" IF NO RETROACTIVE DATE APPLIES)

**DESCRIPTION OF BUSINESS**

FORM OF BUSINESS:

☐ INDIVIDUAL ☐ PARTNERSHIP ☐ JOINT VENTURE ☐ TRUST

☐ LIMITED LIABILITY COMPANY ☒ ORGANIZATION, INCLUDING A CORPORATION (BUT NOT INCLUDING A PARTNERSHIP, JOINT VENTURE OR LIMITED LIABILITY COMPANY)

BUSINESS DESCRIPTION: ____________________


© ISO Properties, Inc., 2000

Electronically Filed - STODDARD - November 11, 2024 - 11:15 AM

| ALL PREMISES YOU OWN, RENT OR OCCUPY | |
|---|---|
| LOC NO. | ADDRESS OF ALL PREMISES YOU OWN, RENT OR OCCUPY |
| 001-001 | CHURCH<br>621 N HICKORY ST<br>Stoddard<br>DEXTER, MO 63841-1329 |



© ISO Properties, Inc., 2000



Original

Electronically Filed - STODDARD - November 11, 2024 - 11:15 AM

## CLASSIFICATION AND PREMIUM

| LOC NO. | CLASSIFICATION | CODE NO. | PREMIUM BASE | RATE | | ADVANCE PREMIUM | |
|---|---|---|---|---|---|---|---|
| | | | | Prem/ Ops | Prod/Comp Ops | Prem/ Ops | Prod/Comp Ops |
| 001-001 | Churches or Other Houses of Worship<br>Products-completed operations are subject to the General Aggregate Limit<br>TERRITORY: 503 | 41650 | 6,554 Area | 31.411 | Incl. | $206 | Incl. |

Electronically Filed - STODDARD - November 11, 2024 - 11:15 AM

| CLASSIFICATION AND PREMIUM | | | | | | | |
|---|---|---|---|---|---|---|---|
| LOC NO. | CLASSIFICATION | CODE NO. | PREMIUM BASE | RATE | | ADVANCE PREMIUM | |
| | | | | Prem/ Ops | Prod/Comp Ops | Prem/ Ops | Prod/Comp Ops |
| | Counseling Services | | | | | $23 | |
| | Legal Defense | | | | | $15 | |
| | Terrorism - Certified Acts | | | | | $2 | |
| | Catastrophic Violence | | | | | $1 | |
| | Enhancement Endorsement | | | | | $20 | |
| | Sexual Misconduct | | | | | $56 | |


© ISO Properties, Inc., 2000

Original

Electronically Filed - STODDARD - November 11, 2024 - 11:15 AM

| | | |
|---|---|---|
| | STATE TAX OR OTHER (if applicable) | |
| | TOTAL PREMIUM (SUBJECT TO AUDIT) | $323 |
| PREMIUM SHOWN IS PAYABLE: | AT INCEPTION | |
| | AT EACH ANNIVERSARY | |
| | (IF POLICY PERIOD IS MORE THAN ONE YEAR AND PREMIUM IS PAID IN ANNUAL INSTALLMENTS) | |

| | | | | |
|---|---|---|---|---|
| AUDIT PERIOD (IF APPLICABLE) | ☐ ANNUALLY | ☐ SEMI-ANNUALLY | ☐ QUARTERLY | ☐ MONTHLY |

| ENDORSEMENTS |
|---|
| ENDORSEMENTS ATTACHED TO THIS POLICY: |
| See Schedule of Forms and Endorsements |

**THESE DECLARATIONS, TOGETHER WITH THE COMMON POLICY CONDITIONS AND COVERAGE FORM(S) AND ANY ENDORSEMENT(S), COMPLETE THE ABOVE NUMBERED POLICY.**

| | |
|---|---|
| Countersigned: | By: |
| (Date) | (Authorized Representative) |



© ISO Properties, Inc., 2000

Electronically Filed - STODDARD - November 11, 2024 - 11:15 AM

Electronically Filed - STODDARD - November 11, 2024 - 11:15 AM



# COMMERCIAL GENERAL LIABILITY COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations, and any other person or organization qualifying as a Named Insured under this policy. The words "we", "us" and "our" refer to the company providing this insurance.

The word "insured" means any person or organization qualifying as such under Section **II** – Who Is An Insured.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section **V** – Definitions.

**SECTION I – COVERAGES**

**COVERAGE A – BODILY INJURY AND PROPERTY DAMAGE LIABILITY**

**1. Insuring Agreement**

**a.** We will pay those sums that the insured becomes legally obligated to pay as damages because of "bodily injury" or "property damage" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "bodily injury" or "property damage" to which this insurance does not apply. We may, at our discretion, investigate any "occurrence" and settle any claim or "suit" that may result. But:

**(1)** The amount we will pay for damages is limited as described in Section **III** – Limits Of Insurance; and

**(2)** Our right and duty to defend ends when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages **A** or **B** or medical expenses under Coverage **C.**

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments – Coverages **A** and **B.**

**b.** This insurance applies to "bodily injury" and "property damage" only if:

**(1)** The "bodily injury" or "property damage" is caused by an "occurrence" that takes place in the "coverage territory";

**(2)** The "bodily injury" or "property damage" occurs during the policy period; and

**(3)** Prior to the policy period, no insured listed under Paragraph **1.** of Section **II** – Who Is An Insured and no "employee" authorized by you to give or receive notice of an "occurrence" or claim, knew that the "bodily injury" or "property damage" had occurred, in whole or in part. If such a listed insured or authorized "employee" knew, prior to the policy period, that the "bodily injury" or "property damage" occurred, then any continuation, change or resumption of such "bodily injury" or "property damage" during or after the policy period will be deemed to have been known prior to the policy period.

**c.** "Bodily injury" or "property damage" which occurs during the policy period and was not, prior to the policy period, known to have occurred by any insured listed under Paragraph **1.** of Section **II** – Who Is An Insured or any "employee" authorized by you to give or receive notice of an "occurrence" or claim, includes any continuation, change or resumption of that "bodily injury" or "property damage" after the end of the policy period.

**d.** "Bodily injury" or "property damage" will be deemed to have been known to have occurred at the earliest time when any insured listed under Paragraph **1.** of Section **II** – Who Is An Insured or any "employee" authorized by you to give or receive notice of an "occurrence" or claim:

**(1)** Reports all, or any part, of the "bodily injury" or "property damage" to us or any other insurer;

**(2)** Receives a written or verbal demand or claim for damages because of the "bodily injury" or "property damage"; or

**(3)** Becomes aware by any other means that "bodily injury" or "property damage" has occurred or has begun to occur.

**e.** Damages because of "bodily injury" include damages claimed by any person or organization for care, loss of services or death resulting at any time from the "bodily injury".

 © Insurance Services Office, Inc., 2012 

Electronically Filed - STODDARD - November 11, 2024 - 11:15 AM

**2. Exclusions**

This insurance does not apply to:

**a. Expected Or Intended Injury**

"Bodily injury" or "property damage" expected or intended from the standpoint of the insured. This exclusion does not apply to "bodily injury" resulting from the use of reasonable force to protect persons or property.

**b. Contractual Liability**

"Bodily injury" or "property damage" for which the insured is obligated to pay damages by reason of the assumption of liability in a contract or agreement. This exclusion does not apply to liability for damages:

**(1)** That the insured would have in the absence of the contract or agreement; or

**(2)** Assumed in a contract or agreement that is an "insured contract", provided the "bodily injury" or "property damage" occurs subsequent to the execution of the contract or agreement. Solely for the purposes of liability assumed in an "insured contract", reasonable attorneys' fees and necessary litigation expenses incurred by or for a party other than an insured are deemed to be damages because of "bodily injury" or "property damage", provided:

**(a)** Liability to such party for, or for the cost of, that party's defense has also been assumed in the same "insured contract"; and

**(b)** Such attorneys' fees and litigation expenses are for defense of that party against a civil or alternative dispute resolution proceeding in which damages to which this insurance applies are alleged.

**c. Liquor Liability**

"Bodily injury" or "property damage" for which any insured may be held liable by reason of:

**(1)** Causing or contributing to the intoxication of any person;

**(2)** The furnishing of alcoholic beverages to a person under the legal drinking age or under the influence of alcohol; or

**(3)** Any statute, ordinance or regulation relating to the sale, gift, distribution or use of alcoholic beverages.

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in:

**(a)** The supervision, hiring, employment, training or monitoring of others by that insured; or

**(b)** Providing or failing to provide transportation with respect to any person that may be under the influence of alcohol;

if the "occurrence" which caused the "bodily injury" or "property damage", involved that which is described in Paragraph **(1), (2)** or **(3)** above.

However, this exclusion applies only if you are in the business of manufacturing, distributing, selling, serving or furnishing alcoholic beverages. For the purposes of this exclusion, permitting a person to bring alcoholic beverages on your premises, for consumption on your premises, whether or not a fee is charged or a license is required for such activity, is not by itself considered the business of selling, serving or furnishing alcoholic beverages.

**d. Workers' Compensation And Similar Laws**

Any obligation of the insured under a workers' compensation, disability benefits or unemployment compensation law or any similar law.

**e. Employer's Liability**

"Bodily injury" to:

**(1)** An "employee" of the insured arising out of and in the course of:

**(a)** Employment by the insured; or

**(b)** Performing duties related to the conduct of the insured's business; or

**(2)** The spouse, child, parent, brother or sister of that "employee" as a consequence of Paragraph **(1)** above.

This exclusion applies whether the insured may be liable as an employer or in any other capacity and to any obligation to share damages with or repay someone else who must pay damages because of the injury.

This exclusion does not apply to liability assumed by the insured under an "insured contract".

Electronically Filed - STODDARD - November 11, 2024 - 11:15 AM

**f. Pollution**

**(1)** "Bodily injury" or "property damage" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants":

**(a)** At or from any premises, site or location which is or was at any time owned or occupied by, or rented or loaned to, any insured. However, this subparagraph does not apply to:

**(i)** "Bodily injury" if sustained within a building and caused by smoke, fumes, vapor or soot produced by or originating from equipment that is used to heat, cool or dehumidify the building, or equipment that is used to heat water for personal use, by the building's occupants or their guests;

**(ii)** "Bodily injury" or "property damage" for which you may be held liable, if you are a contractor and the owner or lessee of such premises, site or location has been added to your policy as an additional insured with respect to your ongoing operations performed for that additional insured at that premises, site or location and such premises, site or location is not and never was owned or occupied by, or rented or loaned to, any insured, other than that additional insured; or

**(iii)** "Bodily injury" or "property damage" arising out of heat, smoke or fumes from a "hostile fire";

**(b)** At or from any premises, site or location which is or was at any time used by or for any insured or others for the handling, storage, disposal, processing or treatment of waste;

**(c)** Which are or were at any time transported, handled, stored, treated, disposed of, or processed as waste by or for:

**(i)** Any insured; or

**(ii)** Any person or organization for whom you may be legally responsible; or

**(d)** At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations if the "pollutants" are brought on or to the premises, site or location in connection with such operations by such insured, contractor or subcontractor. However, this subparagraph does not apply to:

**(i)** "Bodily injury" or "property damage" arising out of the escape of fuels, lubricants or other operating fluids which are needed to perform the normal electrical, hydraulic or mechanical functions necessary for the operation of "mobile equipment" or its parts, if such fuels, lubricants or other operating fluids escape from a vehicle part designed to hold, store or receive them. This exception does not apply if the "bodily injury" or "property damage" arises out of the intentional discharge, dispersal or release of the fuels, lubricants or other operating fluids, or if such fuels, lubricants or other operating fluids are brought on or to the premises, site or location with the intent that they be discharged, dispersed or released as part of the operations being performed by such insured, contractor or subcontractor;

**(ii)** "Bodily injury" or "property damage" sustained within a building and caused by the release of gases, fumes or vapors from materials brought into that building in connection with operations being performed by you or on your behalf by a contractor or subcontractor; or

**(iii)** "Bodily injury" or "property damage" arising out of heat, smoke or fumes from a "hostile fire".

**(e)** At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations if the operations are to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants".

Electronically Filed - STODDARD - November 11, 2024 - 11:15 AM

**(2)** Any loss, cost or expense arising out of any:

**(a)** Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

**(b)** Claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

However, this paragraph does not apply to liability for damages because of "property damage" that the insured would have in the absence of such request, demand, order or statutory or regulatory requirement, or such claim or "suit" by or on behalf of a governmental authority.

**g. Aircraft, Auto Or Watercraft**

"Bodily injury" or "property damage" arising out of the ownership, maintenance, use or entrustment to others of any aircraft, "auto" or watercraft owned or operated by or rented or loaned to any insured. Use includes operation and "loading or unloading".

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the "occurrence" which caused the "bodily injury" or "property damage" involved the ownership, maintenance, use or entrustment to others of any aircraft, "auto" or watercraft that is owned or operated by or rented or loaned to any insured.

This exclusion does not apply to:

**(1)** A watercraft while ashore on premises you own or rent;

**(2)** A watercraft you do not own that is:

**(a)** Less than 26 feet long; and

**(b)** Not being used to carry persons or property for a charge;

**(3)** Parking an "auto" on, or on the ways next to, premises you own or rent, provided the "auto" is not owned by or rented or loaned to you or the insured;

**(4)** Liability assumed under any "insured contract" for the ownership, maintenance or use of aircraft or watercraft; or

**(5)** "Bodily injury" or "property damage" arising out of:

**(a)** The operation of machinery or equipment that is attached to, or part of, a land vehicle that would qualify under the definition of "mobile equipment" if it were not subject to a compulsory or financial responsibility law or other motor vehicle insurance law where it is licensed or principally garaged; or

**(b)** The operation of any of the machinery or equipment listed in Paragraph **f.(2)** or **f.(3)** of the definition of "mobile equipment".

**h. Mobile Equipment**

"Bodily injury" or "property damage" arising out of:

**(1)** The transportation of "mobile equipment" by an "auto" owned or operated by or rented or loaned to any insured; or

**(2)** The use of "mobile equipment" in, or while in practice for, or while being prepared for, any prearranged racing, speed, demolition, or stunting activity.

**i. War**

"Bodily injury" or "property damage", however caused, arising, directly or indirectly, out of:

**(1)** War, including undeclared or civil war;

**(2)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**(3)** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**j. Damage To Property**

"Property damage" to:

**(1)** Property you own, rent, or occupy, including any costs or expenses incurred by you, or any other person, organization or entity, for repair, replacement, enhancement, restoration or maintenance of such property for any reason, including prevention of injury to a person or damage to another's property;

**(2)** Premises you sell, give away or abandon, if the "property damage" arises out of any part of those premises;

**(3)** Property loaned to you;

 © Insurance Services Office, Inc., 2012 

Electronically Filed - STODDARD - November 11, 2024 - 11:15 AM

**(4)** Personal property in the care, custody or control of the insured;

**(5)** That particular part of real property on which you or any contractors or subcontractors working directly or indirectly on your behalf are performing operations, if the "property damage" arises out of those operations; or

**(6)** That particular part of any property that must be restored, repaired or replaced because "your work" was incorrectly performed on it.

Paragraphs **(1), (3)** and **(4)** of this exclusion do not apply to "property damage" (other than damage by fire) to premises, including the contents of such premises, rented to you for a period of seven or fewer consecutive days. A separate limit of insurance applies to Damage To Premises Rented To You as described in Section **III** – Limits Of Insurance.

Paragraph **(2)** of this exclusion does not apply if the premises are "your work" and were never occupied, rented or held for rental by you.

Paragraphs **(3), (4), (5)** and **(6)** of this exclusion do not apply to liability assumed under a sidetrack agreement.

Paragraph **(6)** of this exclusion does not apply to "property damage" included in the "products-completed operations hazard".

**k. Damage To Your Product**

"Property damage" to "your product" arising out of it or any part of it.

**l. Damage To Your Work**

"Property damage" to "your work" arising out of it or any part of it and included in the "products-completed operations hazard".

This exclusion does not apply if the damaged work or the work out of which the damage arises was performed on your behalf by a subcontractor.

**m. Damage To Impaired Property Or Property Not Physically Injured**

"Property damage" to "impaired property" or property that has not been physically injured, arising out of:

**(1)** A defect, deficiency, inadequacy or dangerous condition in "your product" or "your work"; or

**(2)** A delay or failure by you or anyone acting on your behalf to perform a contract or agreement in accordance with its terms.

This exclusion does not apply to the loss of use of other property arising out of sudden and accidental physical injury to "your product" or "your work" after it has been put to its intended use.

**n. Recall Of Products, Work Or Impaired Property**

Damages claimed for any loss, cost or expense incurred by you or others for the loss of use, withdrawal, recall, inspection, repair, replacement, adjustment, removal or disposal of:

**(1)** "Your product";

**(2)** "Your work"; or

**(3)** "Impaired property";

if such product, work, or property is withdrawn or recalled from the market or from use by any person or organization because of a known or suspected defect, deficiency, inadequacy or dangerous condition in it.

**o. Personal And Advertising Injury**

"Bodily injury" arising out of "personal and advertising injury".

**p. Electronic Data**

Damages arising out of the loss of, loss of use of, damage to, corruption of, inability to access, or inability to manipulate electronic data.

However, this exclusion does not apply to liability for damages because of "bodily injury".

As used in this exclusion, electronic data means information, facts or programs stored as or on, created or used on, or transmitted to or from computer software, including systems and applications software, hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment.

**q. Recording And Distribution Of Material Or Information In Violation Of Law**

"Bodily injury" or "property damage" arising directly or indirectly out of any action or omission that violates or is alleged to violate:

**(1)** The Telephone Consumer Protection Act (TCPA), including any amendment of or addition to such law;

**(2)** The CAN-SPAM Act of 2003, including any amendment of or addition to such law;

**(3)** The Fair Credit Reporting Act (FCRA), and any amendment of or addition to such law, including the Fair and Accurate Credit Transactions Act (FACTA); or

 © Insurance Services Office, Inc., 2012 

Electronically Filed - STODDARD - November 11, 2024 - 11:15 AM

**(4)** Any federal, state or local statute, ordinance or regulation, other than the TCPA, CAN-SPAM Act of 2003 or FCRA and their amendments and additions, that addresses, prohibits, or limits the printing, dissemination, disposal, collecting, recording, sending, transmitting, communicating or distribution of material or information.

Exclusions **c.** through **n.** do not apply to damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner. A separate limit of insurance applies to this coverage as described in Section **III** – Limits Of Insurance.

**COVERAGE B – PERSONAL AND ADVERTISING INJURY LIABILITY**

**1. Insuring Agreement**

**a.** We will pay those sums that the insured becomes legally obligated to pay as damages because of "personal and advertising injury" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "personal and advertising injury" to which this insurance does not apply. We may, at our discretion, investigate any offense and settle any claim or "suit" that may result. But:

**(1)** The amount we will pay for damages is limited as described in Section **III** – Limits Of Insurance; and

**(2)** Our right and duty to defend end when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages **A** or **B** or medical expenses under Coverage **C.**

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments – Coverages **A** and **B.**

**b.** This insurance applies to "personal and advertising injury" caused by an offense arising out of your business but only if the offense was committed in the "coverage territory" during the policy period.

**2. Exclusions**

This insurance does not apply to:

**a. Knowing Violation Of Rights Of Another**

"Personal and advertising injury" caused by or at the direction of the insured with the knowledge that the act would violate the rights of another and would inflict "personal and advertising injury".

**b. Material Published With Knowledge Of Falsity**

"Personal and advertising injury" arising out of oral or written publication, in any manner, of material, if done by or at the direction of the insured with knowledge of its falsity.

**c. Material Published Prior To Policy Period**

"Personal and advertising injury" arising out of oral or written publication, in any manner, of material whose first publication took place before the beginning of the policy period.

**d. Criminal Acts**

"Personal and advertising injury" arising out of a criminal act committed by or at the direction of the insured.

**e. Contractual Liability**

"Personal and advertising injury" for which the insured has assumed liability in a contract or agreement. This exclusion does not apply to liability for damages that the insured would have in the absence of the contract or agreement.

**f. Breach Of Contract**

"Personal and advertising injury" arising out of a breach of contract, except an implied contract to use another's advertising idea in your "advertisement".

**g. Quality Or Performance Of Goods – Failure To Conform To Statements**

"Personal and advertising injury" arising out of the failure of goods, products or services to conform with any statement of quality or performance made in your "advertisement".

**h. Wrong Description Of Prices**

"Personal and advertising injury" arising out of the wrong description of the price of goods, products or services stated in your "advertisement".

 © Insurance Services Office, Inc., 2012 

Electronically Filed - STODDARD - November 11, 2024 - 11:15 AM

**i. Infringement Of Copyright, Patent, Trademark Or Trade Secret**

"Personal and advertising injury" arising out of the infringement of copyright, patent, trademark, trade secret or other intellectual property rights. Under this exclusion, such other intellectual property rights do not include the use of another's advertising idea in your "advertisement".

However, this exclusion does not apply to infringement, in your "advertisement", of copyright, trade dress or slogan.

**j. Insureds In Media And Internet Type Businesses**

"Personal and advertising injury" committed by an insured whose business is:

**(1)** Advertising, broadcasting, publishing or telecasting;

**(2)** Designing or determining content of web sites for others; or

**(3)** An Internet search, access, content or service provider.

However, this exclusion does not apply to Paragraphs **14.a., b.** and **c.** of "personal and advertising injury" under the Definitions section.

For the purposes of this exclusion, the placing of frames, borders or links, or advertising, for you or others anywhere on the Internet, is not by itself, considered the business of advertising, broadcasting, publishing or telecasting.

**k. Electronic Chatrooms Or Bulletin Boards**

"Personal and advertising injury" arising out of an electronic chatroom or bulletin board the insured hosts, owns, or over which the insured exercises control.

**l. Unauthorized Use Of Another's Name Or Product**

"Personal and advertising injury" arising out of the unauthorized use of another's name or product in your e-mail address, domain name or metatag, or any other similar tactics to mislead another's potential customers.

**m. Pollution**

"Personal and advertising injury" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants" at any time.

**n. Pollution-related**

Any loss, cost or expense arising out of any:

**(1)** Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

**(2)** Claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

**o. War**

"Personal and advertising injury", however caused, arising, directly or indirectly, out of:

**(1)** War, including undeclared or civil war;

**(2)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**(3)** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**p. Recording And Distribution Of Material Or Information In Violation Of Law**

"Personal and advertising injury" arising directly or indirectly out of any action or omission that violates or is alleged to violate:

**(1)** The Telephone Consumer Protection Act (TCPA), including any amendment of or addition to such law;

**(2)** The CAN-SPAM Act of 2003, including any amendment of or addition to such law;

**(3)** The Fair Credit Reporting Act (FCRA), and any amendment of or addition to such law, including the Fair and Accurate Credit Transactions Act (FACTA); or

**(4)** Any federal, state or local statute, ordinance or regulation, other than the TCPA, CAN-SPAM Act of 2003 or FCRA and their amendments and additions, that addresses, prohibits, or limits the printing, dissemination, disposal, collecting, recording, sending, transmitting, communicating or distribution of material or information.

 © Insurance Services Office, Inc., 2012 

Electronically Filed - STODDARD - November 11, 2024 - 11:15 AM

**COVERAGE C – MEDICAL PAYMENTS**

**1. Insuring Agreement**

**a.** We will pay medical expenses as described below for "bodily injury" caused by an accident:

**(1)** On premises you own or rent;

**(2)** On ways next to premises you own or rent; or

**(3)** Because of your operations;

provided that:

**(a)** The accident takes place in the "coverage territory" and during the policy period;

**(b)** The expenses are incurred and reported to us within one year of the date of the accident; and

**(c)** The injured person submits to examination, at our expense, by physicians of our choice as often as we reasonably require.

**b.** We will make these payments regardless of fault. These payments will not exceed the applicable limit of insurance. We will pay reasonable expenses for:

**(1)** First aid administered at the time of an accident;

**(2)** Necessary medical, surgical, X-ray and dental services, including prosthetic devices; and

**(3)** Necessary ambulance, hospital, professional nursing and funeral services.

**2. Exclusions**

We will not pay expenses for "bodily injury":

**a. Any Insured**

To any insured, except "volunteer workers".

**b. Hired Person**

To a person hired to do work for or on behalf of any insured or a tenant of any insured.

**c. Injury On Normally Occupied Premises**

To a person injured on that part of premises you own or rent that the person normally occupies.

**d. Workers' Compensation And Similar Laws**

To a person, whether or not an "employee" of any insured, if benefits for the "bodily injury" are payable or must be provided under a workers' compensation or disability benefits law or a similar law.

**e. Athletics Activities**

To a person injured while practicing, instructing or participating in any physical exercises or games, sports, or athletic contests.

**f. Products-Completed Operations Hazard**

Included within the "products-completed operations hazard".

**g. Coverage A Exclusions**

Excluded under Coverage **A.**

**SUPPLEMENTARY PAYMENTS – COVERAGES A AND B**

**1.** We will pay, with respect to any claim we investigate or settle, or any "suit" against an insured we defend:

**a.** All expenses we incur.

**b.** Up to $250 for cost of bail bonds required because of accidents or traffic law violations arising out of the use of any vehicle to which the Bodily Injury Liability Coverage applies. We do not have to furnish these bonds.

**c.** The cost of bonds to release attachments, but only for bond amounts within the applicable limit of insurance. We do not have to furnish these bonds.

**d.** All reasonable expenses incurred by the insured at our request to assist us in the investigation or defense of the claim or "suit", including actual loss of earnings up to $250 a day because of time off from work.

**e.** All court costs taxed against the insured in the "suit". However, these payments do not include attorneys' fees or attorneys' expenses taxed against the insured.

**f.** Prejudgment interest awarded against the insured on that part of the judgment we pay. If we make an offer to pay the applicable limit of insurance, we will not pay any prejudgment interest based on that period of time after the offer.

 © Insurance Services Office, Inc., 2012 

Electronically Filed - STODDARD - November 11, 2024 - 11:15 AM

**g.** All interest on the full amount of any judgment that accrues after entry of the judgment and before we have paid, offered to pay, or deposited in court the part of the judgment that is within the applicable limit of insurance.

These payments will not reduce the limits of insurance.

**2.** If we defend an insured against a "suit" and an indemnitee of the insured is also named as a party to the "suit", we will defend that indemnitee if all of the following conditions are met:

**a.** The "suit" against the indemnitee seeks damages for which the insured has assumed the liability of the indemnitee in a contract or agreement that is an "insured contract";

**b.** This insurance applies to such liability assumed by the insured;

**c.** The obligation to defend, or the cost of the defense of, that indemnitee, has also been assumed by the insured in the same "insured contract";

**d.** The allegations in the "suit" and the information we know about the "occurrence" are such that no conflict appears to exist between the interests of the insured and the interests of the indemnitee;

**e.** The indemnitee and the insured ask us to conduct and control the defense of that indemnitee against such "suit" and agree that we can assign the same counsel to defend the insured and the indemnitee; and

**f.** The indemnitee:

**(1)** Agrees in writing to:

**(a)** Cooperate with us in the investigation, settlement or defense of the "suit";

**(b)** Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the "suit";

**(c)** Notify any other insurer whose coverage is available to the indemnitee; and

**(d)** Cooperate with us with respect to coordinating other applicable insurance available to the indemnitee; and

**(2)** Provides us with written authorization to:

**(a)** Obtain records and other information related to the "suit"; and

**(b)** Conduct and control the defense of the indemnitee in such "suit".

So long as the above conditions are met, attorneys' fees incurred by us in the defense of that indemnitee, necessary litigation expenses incurred by us and necessary litigation expenses incurred by the indemnitee at our request will be paid as Supplementary Payments. Notwithstanding the provisions of Paragraph **2.b.(2)** of Section **I** – Coverage **A** – Bodily Injury And Property Damage Liability, such payments will not be deemed to be damages for "bodily injury" and "property damage" and will not reduce the limits of insurance.

Our obligation to defend an insured's indemnitee and to pay for attorneys' fees and necessary litigation expenses as Supplementary Payments ends when we have used up the applicable limit of insurance in the payment of judgments or settlements or the conditions set forth above, or the terms of the agreement described in Paragraph **f.** above, are no longer met.

**SECTION II – WHO IS AN INSURED**

**1.** If you are designated in the Declarations as:

**a.** An individual, you and your spouse are insureds, but only with respect to the conduct of a business of which you are the sole owner.

**b.** A partnership or joint venture, you are an insured. Your members, your partners, and their spouses are also insureds, but only with respect to the conduct of your business.

**c.** A limited liability company, you are an insured. Your members are also insureds, but only with respect to the conduct of your business. Your managers are insureds, but only with respect to their duties as your managers.

**d.** An organization other than a partnership, joint venture or limited liability company, you are an insured. Your "executive officers" and directors are insureds, but only with respect to their duties as your officers or directors. Your stockholders are also insureds, but only with respect to their liability as stockholders.

**e.** A trust, you are an insured. Your trustees are also insureds, but only with respect to their duties as trustees.

Electronically Filed - STODDARD - November 11, 2024 - 11:15 AM

**2.** Each of the following is also an insured:

**a.** Your "volunteer workers" only while performing duties related to the conduct of your business, or your "employees", other than either your "executive officers" (if you are an organization other than a partnership, joint venture or limited liability company) or your managers (if you are a limited liability company), but only for acts within the scope of their employment by you or while performing duties related to the conduct of your business. However, none of these "employees" or "volunteer workers" are insureds for:

**(1)** "Bodily injury" or "personal and advertising injury":

**(a)** To you, to your partners or members (if you are a partnership or joint venture), to your members (if you are a limited liability company), to a co-"employee" while in the course of his or her employment or performing duties related to the conduct of your business, or to your other "volunteer workers" while performing duties related to the conduct of your business;

**(b)** To the spouse, child, parent, brother or sister of that co-"employee" or "volunteer worker" as a consequence of Paragraph **(1)(a)** above;

**(c)** For which there is any obligation to share damages with or repay someone else who must pay damages because of the injury described in Paragraph **(1)(a)** or **(b)** above; or

**(d)** Arising out of his or her providing or failing to provide professional health care services.

**(2)** "Property damage" to property:

**(a)** Owned, occupied or used by;

**(b)** Rented to, in the care, custody or control of, or over which physical control is being exercised for any purpose by;

you, any of your "employees", "volunteer workers", any partner or member (if you are a partnership or joint venture), or any member (if you are a limited liability company).

**b.** Any person (other than your "employee" or "volunteer worker"), or any organization while acting as your real estate manager.

**c.** Any person or organization having proper temporary custody of your property if you die, but only:

**(1)** With respect to liability arising out of the maintenance or use of that property; and

**(2)** Until your legal representative has been appointed.

**d.** Your legal representative if you die, but only with respect to duties as such. That representative will have all your rights and duties under this Coverage Part.

**3.** Any organization you newly acquire or form, other than a partnership, joint venture or limited liability company, and over which you maintain ownership or majority interest, will qualify as a Named Insured if there is no other similar insurance available to that organization. However:

**a.** Coverage under this provision is afforded only until the 90th day after you acquire or form the organization or the end of the policy period, whichever is earlier;

**b.** Coverage **A** does not apply to "bodily injury" or "property damage" that occurred before you acquired or formed the organization; and

**c.** Coverage **B** does not apply to "personal and advertising injury" arising out of an offense committed before you acquired or formed the organization.

No person or organization is an insured with respect to the conduct of any current or past partnership, joint venture or limited liability company that is not shown as a Named Insured in the Declarations.

## SECTION III – LIMITS OF INSURANCE

**1.** The Limits of Insurance shown in the Declarations and the rules below fix the most we will pay regardless of the number of:

**a.** Insureds;

**b.** Claims made or "suits" brought; or

**c.** Persons or organizations making claims or bringing "suits".

**2.** The General Aggregate Limit is the most we will pay for the sum of:

**a.** Medical expenses under Coverage **C;**

**b.** Damages under Coverage **A,** except damages because of "bodily injury" or "property damage" included in the "products-completed operations hazard"; and

**c.** Damages under Coverage **B.**

Electronically Filed - STODDARD - November 11, 2024 - 11:15 AM

**3.** The Products-Completed Operations Aggregate Limit is the most we will pay under Coverage **A** for damages because of "bodily injury" and "property damage" included in the "products-completed operations hazard".

**4.** Subject to Paragraph **2.** above, the Personal And Advertising Injury Limit is the most we will pay under Coverage **B** for the sum of all damages because of all "personal and advertising injury" sustained by any one person or organization.

**5.** Subject to Paragraph **2.** or **3.** above, whichever applies, the Each Occurrence Limit is the most we will pay for the sum of:

**a.** Damages under Coverage **A;** and

**b.** Medical expenses under Coverage **C**

because of all "bodily injury" and "property damage" arising out of any one "occurrence".

**6.** Subject to Paragraph **5.** above, the Damage To Premises Rented To You Limit is the most we will pay under Coverage **A** for damages because of "property damage" to any one premises, while rented to you, or in the case of damage by fire, while rented to you or temporarily occupied by you with permission of the owner.

**7.** Subject to Paragraph **5.** above, the Medical Expense Limit is the most we will pay under Coverage **C** for all medical expenses because of "bodily injury" sustained by any one person.

The Limits of Insurance of this Coverage Part apply separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the Declarations, unless the policy period is extended after issuance for an additional period of less than 12 months. In that case, the additional period will be deemed part of the last preceding period for purposes of determining the Limits of Insurance.

## SECTION IV – COMMERCIAL GENERAL LIABILITY CONDITIONS

### 1. Bankruptcy

Bankruptcy or insolvency of the insured or of the insured's estate will not relieve us of our obligations under this Coverage Part.

### 2. Duties In The Event Of Occurrence, Offense, Claim Or Suit

**a.** You must see to it that we are notified as soon as practicable of an "occurrence" or an offense which may result in a claim. To the extent possible, notice should include:

**(1)** How, when and where the "occurrence" or offense took place;

**(2)** The names and addresses of any injured persons and witnesses; and

**(3)** The nature and location of any injury or damage arising out of the "occurrence" or offense.

**b.** If a claim is made or "suit" is brought against any insured, you must:

**(1)** Immediately record the specifics of the claim or "suit" and the date received; and

**(2)** Notify us as soon as practicable.

You must see to it that we receive written notice of the claim or "suit" as soon as practicable.

**c.** You and any other involved insured must:

**(1)** Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the claim or "suit";

**(2)** Authorize us to obtain records and other information;

**(3)** Cooperate with us in the investigation or settlement of the claim or defense against the "suit"; and

**(4)** Assist us, upon our request, in the enforcement of any right against any person or organization which may be liable to the insured because of injury or damage to which this insurance may also apply.

**d.** No insured will, except at that insured's own cost, voluntarily make a payment, assume any obligation, or incur any expense, other than for first aid, without our consent.

### 3. Legal Action Against Us

No person or organization has a right under this Coverage Part:

**a.** To join us as a party or otherwise bring us into a "suit" asking for damages from an insured; or

**b.** To sue us on this Coverage Part unless all of its terms have been fully complied with.

A person or organization may sue us to recover on an agreed settlement or on a final judgment against an insured; but we will not be liable for damages that are not payable under the terms of this Coverage Part or that are in excess of the applicable limit of insurance. An agreed settlement means a settlement and release of liability signed by us, the insured and the claimant or the claimant's legal representative.

Electronically Filed - STODDARD - November 11, 2024 - 11:15 AM

**4. Other Insurance**

If other valid and collectible insurance is available to the insured for a loss we cover under Coverages **A** or **B** of this Coverage Part, our obligations are limited as follows:

**a. Primary Insurance**

This insurance is primary except when Paragraph **b.** below applies. If this insurance is primary, our obligations are not affected unless any of the other insurance is also primary. Then, we will share with all that other insurance by the method described in Paragraph **c.** below.

**b. Excess Insurance**

**(1)** This insurance is excess over:

**(a)** Any of the other insurance, whether primary, excess, contingent or on any other basis:

**(i)** That is Fire, Extended Coverage, Builder's Risk, Installation Risk or similar coverage for "your work";

**(ii)** That is Fire insurance for premises rented to you or temporarily occupied by you with permission of the owner;

**(iii)** That is insurance purchased by you to cover your liability as a tenant for "property damage" to premises rented to you or temporarily occupied by you with permission of the owner; or

**(iv)** If the loss arises out of the maintenance or use of aircraft, "autos" or watercraft to the extent not subject to Exclusion **g.** of Section **I** – Coverage **A** – Bodily Injury And Property Damage Liability.

**(b)** Any other primary insurance available to you covering liability for damages arising out of the premises or operations, or the products and completed operations, for which you have been added as an additional insured.

**(2)** When this insurance is excess, we will have no duty under Coverages **A** or **B** to defend the insured against any "suit" if any other insurer has a duty to defend the insured against that "suit". If no other insurer defends, we will undertake to do so, but we will be entitled to the insured's rights against all those other insurers.

**(3)** When this insurance is excess over other insurance, we will pay only our share of the amount of the loss, if any, that exceeds the sum of:

**(a)** The total amount that all such other insurance would pay for the loss in the absence of this insurance; and

**(b)** The total of all deductible and self-insured amounts under all that other insurance.

**(4)** We will share the remaining loss, if any, with any other insurance that is not described in this Excess Insurance provision and was not bought specifically to apply in excess of the Limits of Insurance shown in the Declarations of this Coverage Part.

**c. Method Of Sharing**

If all of the other insurance permits contribution by equal shares, we will follow this method also. Under this approach each insurer contributes equal amounts until it has paid its applicable limit of insurance or none of the loss remains, whichever comes first.

If any of the other insurance does not permit contribution by equal shares, we will contribute by limits. Under this method, each insurer's share is based on the ratio of its applicable limit of insurance to the total applicable limits of insurance of all insurers.

**5. Premium Audit**

**a.** We will compute all premiums for this Coverage Part in accordance with our rules and rates.

**b.** Premium shown in this Coverage Part as advance premium is a deposit premium only. At the close of each audit period we will compute the earned premium for that period and send notice to the first Named Insured. The due date for audit and retrospective premiums is the date shown as the due date on the bill. If the sum of the advance and audit premiums paid for the policy period is greater than the earned premium, we will return the excess to the first Named Insured.

**c.** The first Named Insured must keep records of the information we need for premium computation, and send us copies at such times as we may request.

**6. Representations**

By accepting this policy, you agree:

**a.** The statements in the Declarations are accurate and complete;

Electronically Filed - STODDARD - November 11, 2024 - 11:15 AM

**b.** Those statements are based upon representations you made to us; and

**c.** We have issued this policy in reliance upon your representations.

**7. Separation Of Insureds**

Except with respect to the Limits of Insurance, and any rights or duties specifically assigned in this Coverage Part to the first Named Insured, this insurance applies:

**a.** As if each Named Insured were the only Named Insured; and

**b.** Separately to each insured against whom claim is made or "suit" is brought.

**8. Transfer Of Rights Of Recovery Against Others To Us**

If the insured has rights to recover all or part of any payment we have made under this Coverage Part, those rights are transferred to us. The insured must do nothing after loss to impair them. At our request, the insured will bring "suit" or transfer those rights to us and help us enforce them.

**9. When We Do Not Renew**

If we decide not to renew this Coverage Part, we will mail or deliver to the first Named Insured shown in the Declarations written notice of the nonrenewal not less than 30 days before the expiration date.

If notice is mailed, proof of mailing will be sufficient proof of notice.

**SECTION V – DEFINITIONS**

**1.** "Advertisement" means a notice that is broadcast or published to the general public or specific market segments about your goods, products or services for the purpose of attracting customers or supporters. For the purposes of this definition:

**a.** Notices that are published include material placed on the Internet or on similar electronic means of communication; and

**b.** Regarding web sites, only that part of a web site that is about your goods, products or services for the purposes of attracting customers or supporters is considered an advertisement.

**2.** "Auto" means:

**a.** A land motor vehicle, trailer or semitrailer designed for travel on public roads, including any attached machinery or equipment; or

**b.** Any other land vehicle that is subject to a compulsory or financial responsibility law or other motor vehicle insurance law where it is licensed or principally garaged.

However, "auto" does not include "mobile equipment".

**3.** "Bodily injury" means bodily injury, sickness or disease sustained by a person, including death resulting from any of these at any time.

**4.** "Coverage territory" means:

**a.** The United States of America (including its territories and possessions), Puerto Rico and Canada;

**b.** International waters or airspace, but only if the injury or damage occurs in the course of travel or transportation between any places included in Paragraph **a.** above; or

**c.** All other parts of the world if the injury or damage arises out of:

**(1)** Goods or products made or sold by you in the territory described in Paragraph **a.** above;

**(2)** The activities of a person whose home is in the territory described in Paragraph **a.** above, but is away for a short time on your business; or

**(3)** "Personal and advertising injury" offenses that take place through the Internet or similar electronic means of communication;

provided the insured's responsibility to pay damages is determined in a "suit" on the merits, in the territory described in Paragraph **a.** above or in a settlement we agree to.

**5.** "Employee" includes a "leased worker". "Employee" does not include a "temporary worker".

**6.** "Executive officer" means a person holding any of the officer positions created by your charter, constitution, bylaws or any other similar governing document.

**7.** "Hostile fire" means one which becomes uncontrollable or breaks out from where it was intended to be.

**8.** "Impaired property" means tangible property, other than "your product" or "your work", that cannot be used or is less useful because:

**a.** It incorporates "your product" or "your work" that is known or thought to be defective, deficient, inadequate or dangerous; or

**b.** You have failed to fulfill the terms of a contract or agreement;

if such property can be restored to use by the repair, replacement, adjustment or removal of "your product" or "your work" or your fulfilling the terms of the contract or agreement.

 © Insurance Services Office, Inc., 2012 

Electronically Filed - STODDARD - November 11, 2024 - 11:15 AM

**9.** "Insured contract" means:

**a.** A contract for a lease of premises. However, that portion of the contract for a lease of premises that indemnifies any person or organization for damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner is not an "insured contract";

**b.** A sidetrack agreement;

**c.** Any easement or license agreement, except in connection with construction or demolition operations on or within 50 feet of a railroad;

**d.** An obligation, as required by ordinance, to indemnify a municipality, except in connection with work for a municipality;

**e.** An elevator maintenance agreement;

**f.** That part of any other contract or agreement pertaining to your business (including an indemnification of a municipality in connection with work performed for a municipality) under which you assume the tort liability of another party to pay for "bodily injury" or "property damage" to a third person or organization. Tort liability means a liability that would be imposed by law in the absence of any contract or agreement.

Paragraph **f.** does not include that part of any contract or agreement:

**(1)** That indemnifies a railroad for "bodily injury" or "property damage" arising out of construction or demolition operations, within 50 feet of any railroad property and affecting any railroad bridge or trestle, tracks, road-beds, tunnel, underpass or crossing;

**(2)** That indemnifies an architect, engineer or surveyor for injury or damage arising out of:

**(a)** Preparing, approving, or failing to prepare or approve, maps, shop drawings, opinions, reports, surveys, field orders, change orders or drawings and specifications; or

**(b)** Giving directions or instructions, or failing to give them, if that is the primary cause of the injury or damage; or

**(3)** Under which the insured, if an architect, engineer or surveyor, assumes liability for an injury or damage arising out of the insured's rendering or failure to render professional services, including those listed in **(2)** above and supervisory, inspection, architectural or engineering activities.

**10.** "Leased worker" means a person leased to you by a labor leasing firm under an agreement between you and the labor leasing firm, to perform duties related to the conduct of your business. "Leased worker" does not include a "temporary worker".

**11.** "Loading or unloading" means the handling of property:

**a.** After it is moved from the place where it is accepted for movement into or onto an aircraft, watercraft or "auto";

**b.** While it is in or on an aircraft, watercraft or "auto"; or

**c.** While it is being moved from an aircraft, watercraft or "auto" to the place where it is finally delivered;

but "loading or unloading" does not include the movement of property by means of a mechanical device, other than a hand truck, that is not attached to the aircraft, watercraft or "auto".

**12.** "Mobile equipment" means any of the following types of land vehicles, including any attached machinery or equipment:

**a.** Bulldozers, farm machinery, forklifts and other vehicles designed for use principally off public roads;

**b.** Vehicles maintained for use solely on or next to premises you own or rent;

**c.** Vehicles that travel on crawler treads;

**d.** Vehicles, whether self-propelled or not, maintained primarily to provide mobility to permanently mounted:

**(1)** Power cranes, shovels, loaders, diggers or drills; or

**(2)** Road construction or resurfacing equipment such as graders, scrapers or rollers;

**e.** Vehicles not described in Paragraph **a., b., c.** or **d.** above that are not self-propelled and are maintained primarily to provide mobility to permanently attached equipment of the following types:

**(1)** Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment; or

**(2)** Cherry pickers and similar devices used to raise or lower workers;

**f.** Vehicles not described in Paragraph **a., b., c.** or **d.** above maintained primarily for purposes other than the transportation of persons or cargo.

 © Insurance Services Office, Inc., 2012 

Electronically Filed - STODDARD - November 11, 2024 - 11:15 AM

However, self-propelled vehicles with the following types of permanently attached equipment are not "mobile equipment" but will be considered "autos":

**(1)** Equipment designed primarily for:

**(a)** Snow removal;

**(b)** Road maintenance, but not construction or resurfacing; or

**(c)** Street cleaning;

**(2)** Cherry pickers and similar devices mounted on automobile or truck chassis and used to raise or lower workers; and

**(3)** Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment.

However, "mobile equipment" does not include any land vehicles that are subject to a compulsory or financial responsibility law or other motor vehicle insurance law where it is licensed or principally garaged. Land vehicles subject to a compulsory or financial responsibility law or other motor vehicle insurance law are considered "autos".

**13.** "Occurrence" means an accident, including continuous or repeated exposure to substantially the same general harmful conditions.

**14.** "Personal and advertising injury" means injury, including consequential "bodily injury", arising out of one or more of the following offenses:

**a.** False arrest, detention or imprisonment;

**b.** Malicious prosecution;

**c.** The wrongful eviction from, wrongful entry into, or invasion of the right of private occupancy of a room, dwelling or premises that a person occupies, committed by or on behalf of its owner, landlord or lessor;

**d.** Oral or written publication, in any manner, of material that slanders or libels a person or organization or disparages a person's or organization's goods, products or services;

**e.** Oral or written publication, in any manner, of material that violates a person's right of privacy;

**f.** The use of another's advertising idea in your "advertisement"; or

**g.** Infringing upon another's copyright, trade dress or slogan in your "advertisement".

**15.** "Pollutants" mean any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

**16.** "Products-completed operations hazard":

**a.** Includes all "bodily injury" and "property damage" occurring away from premises you own or rent and arising out of "your product" or "your work" except:

**(1)** Products that are still in your physical possession; or

**(2)** Work that has not yet been completed or abandoned. However, "your work" will be deemed completed at the earliest of the following times:

**(a)** When all of the work called for in your contract has been completed.

**(b)** When all of the work to be done at the job site has been completed if your contract calls for work at more than one job site.

**(c)** When that part of the work done at a job site has been put to its intended use by any person or organization other than another contractor or subcontractor working on the same project.

Work that may need service, maintenance, correction, repair or replacement, but which is otherwise complete, will be treated as completed.

**b.** Does not include "bodily injury" or "property damage" arising out of:

**(1)** The transportation of property, unless the injury or damage arises out of a condition in or on a vehicle not owned or operated by you, and that condition was created by the "loading or unloading" of that vehicle by any insured;

**(2)** The existence of tools, uninstalled equipment or abandoned or unused materials; or

**(3)** Products or operations for which the classification, listed in the Declarations or in a policy Schedule, states that products-completed operations are subject to the General Aggregate Limit.

**17.** "Property damage" means:

**a.** Physical injury to tangible property, including all resulting loss of use of that property. All such loss of use shall be deemed to occur at the time of the physical injury that caused it; or

**b.** Loss of use of tangible property that is not physically injured. All such loss of use shall be deemed to occur at the time of the "occurrence" that caused it.

For the purposes of this insurance, electronic data is not tangible property.

Electronically Filed - STODDARD - November 11, 2024 - 11:15 AM

As used in this definition, electronic data means information, facts or programs stored as or on, created or used on, or transmitted to or from computer software, including systems and applications software, hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment.

**18.** "Suit" means a civil proceeding in which damages because of "bodily injury", "property damage" or "personal and advertising injury" to which this insurance applies are alleged. "Suit" includes:

**a.** An arbitration proceeding in which such damages are claimed and to which the insured must submit or does submit with our consent; or

**b.** Any other alternative dispute resolution proceeding in which such damages are claimed and to which the insured submits with our consent.

**19.** "Temporary worker" means a person who is furnished to you to substitute for a permanent "employee" on leave or to meet seasonal or short-term workload conditions.

**20.** "Volunteer worker" means a person who is not your "employee", and who donates his or her work and acts at the direction of and within the scope of duties determined by you, and is not paid a fee, salary or other compensation by you or anyone else for their work performed for you.

**21.** "Your product":

**a.** Means:

**(1)** Any goods or products, other than real property, manufactured, sold, handled, distributed or disposed of by:

**(a)** You;

**(b)** Others trading under your name; or

**(c)** A person or organization whose business or assets you have acquired; and

**(2)** Containers (other than vehicles), materials, parts or equipment furnished in connection with such goods or products.

**b.** Includes:

**(1)** Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your product"; and

**(2)** The providing of or failure to provide warnings or instructions.

**c.** Does not include vending machines or other property rented to or located for the use of others but not sold.

**22.** "Your work":

**a.** Means:

**(1)** Work or operations performed by you or on your behalf; and

**(2)** Materials, parts or equipment furnished in connection with such work or operations.

**b.** Includes:

**(1)** Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your work"; and

**(2)** The providing of or failure to provide warnings or instructions.

 © Insurance Services Office, Inc., 2012 

Electronically Filed - STODDARD - November 11, 2024 - 11:15 AM



**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# CATASTROPHIC VIOLENCE RESPONSE ENDORSEMENT

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

This endorsement broadens coverage. However, coverage for any injury, damage, or medical expenses described in any of the provisions of this endorsement may be excluded or limited by another endorsement to this Coverage Part, and the coverage broadening provisions do not apply to the extent that coverage is excluded or limited by such an endorsement.

**SCHEDULE**

| | |
|---|---|
| **Violent Incident Aggregate Limit:** | $300,000 |
| **Each Violent Incident Limit:** | $100,000 |
| **Per Person Limit:** | $50,000 |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. | |

**A.** The following is added to **Section I - Coverages**:

**Catastrophic Violent Incident Response Coverage**

**1. Insuring Agreement**

**a. Response Expenses**

We will reimburse the Named Insured for "response expenses" that result from a "violent incident" to which this insurance applies.

**b. Loss**

We will pay for "loss" that results from a "violent incident" to which this insurance applies.

**c.** The most we will reimburse for "response expenses" or pay for "loss" is limited as described in Paragraph **B.** of this endorsement.

**d.** This insurance applies to "response expenses" and "loss" resulting from a "violent incident" only if:

**(1)** The "violent incident" first commences during the policy period;

**(2)** The "violent incident" takes place in the "coverage territory" on premises that you own or lease, or during activities that you sponsor; and

**(3)** The "response expenses" or "loss" is incurred and reported to us within one year of the "violent incident".

**2. Exclusions**

This insurance does not apply to:

**a. Abuse or Sexual Misconduct**

"Response expenses" or "loss" arising directly or indirectly out of:

**(1)** Any actual or alleged "abuse" or "sexual misconduct"; or

**(2)** Any allegations relating to "abuse" or "sexual misconduct" that:


Copyright, CM Insurance, 2020
Includes copyrighted material of Insurance Services Office with its permission.
© Insurance Services Office, Inc., 2012

Electronically Filed - STODDARD - November 11, 2024 - 11:15 AM

**(a)** Any insured negligently employed, investigated, trained, supervised, reported to proper authorities or failed to so report, or retained a person whose conduct would be excluded by **(1)** above; or

**(b)** Are based on an alleged practice, custom or policy including, but not limited to, any allegation that a person's civil rights have been violated.

**b. Aircraft, Watercraft, Motorized Vehicles Or Equipment**

"Response expenses" or "loss" arising out of the ownership, maintenance, use or entrustment to others of any motorized vehicle or equipment including, but not limited to, any aircraft, watercraft, "auto", recreational vehicle, snowmobile, motorcycle, motorbike, golf cart, or self-propelled "mobile equipment".

**c. Defense Of A Claim**

The defense of any claim or "suit" against any insured for liability arising out of a "violent incident".

**d. Fungi Or Bacteria**

"Response expenses" or "loss" arising directly or indirectly out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to, or assessing the effects of, fungi or bacteria, by any insured or by any other person or entity. For the purposes of this exclusion, fungi means any type or form of fungus, including mold or mildew, any mycotoxins, spores, scents or byproducts produced or released by fungi.

**e. Governmental Services**

"Response expenses" or "loss" for any services provided by a governmental entity. This exclusion does not apply to services that are customarily charged by the providing governmental entity to the public.

**f. Nuclear, Biological Or Chemical Incidents**

"Response expenses" or "loss" arising directly or indirectly out of:

**(1)** A "violent incident" that is carried out by means of dispersal or application of radioactive material, or through the use of a nuclear weapon or device that involves or produces a nuclear reaction, nuclear radiation or radioactive contamination;

**(2)** A release of radioactive material, and it appears that one purpose of the "violent incident" was to release such material;

**(3)** A "violent incident" carried out by means of the dispersal or application of pathogenic or poisonous biological or chemical materials; or

**(4)** A release of pathogenic biological, poisonous biological or chemical materials, and it appears that one purpose of the "violent incident" was to release such materials.

**g. Perpetrators**

"Response expenses" or "loss" incurred by any perpetrator of, or any person participating in, the planning or execution of any "violent incident".

**h. Property Damage**

"Response expenses" or "loss" arising directly or indirectly out of damage to property including loss of use of property.

**i. Pollution, Asbestos, Lead Or Silica**

"Response expenses" or "loss" arising directly or indirectly out of any:

**(1)** Request, demand, order, statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants", asbestos, asbestos fibers, asbestos dust, lead or silica, including asbestos, lead or silica contained in goods, products or materials; or

**(2)** Claim or "suit" by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants", asbestos, asbestos fibers, asbestos dust, lead or silica, including asbestos, lead or silica contained in goods, products or materials.


Copyright, CM Insurance, 2020
Includes copyrighted material of Insurance Services Office with its permission.
© Insurance Services Office, Inc., 2012

Electronically Filed - STODDARD - November 11, 2024 - 11:15 AM

**j. Third-Party Damages, Fines And Penalties**

Any fines, penalties, punitive damages, exemplary damages, multiple damages, or other non-compensatory damages imposed upon the insured as a result of a "violent incident".

**k. War**

"Response expenses" or "loss" arising directly or indirectly out of:

**(1)** War, including undeclared or civil war;

**(2)** Warlike action by a military force, including action in hindering or defending against an actual or threatened attack, by any government, sovereign or other authority using military personnel or other agents; or

**(3)** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**l. Workers' Compensation And Similar Laws**

Any obligation of any insured under a workers' compensation, disability benefits or unemployment compensation law, or any similar law.

**B.** With respect to coverage provided by this endorsement, **Section III - Limits Of Insurance** is replaced by the following:

**SECTION III - LIMITS OF INSURANCE**

**1.** The limits shown in the Schedule of this endorsement and the rules below fix the most we will pay regardless of the number of:

**a.** Insureds;

**b.** Claims made;

**c.** Perpetrators; or

**d.** The number of policy periods over which the "violent incident" takes place. If the "violent incident" takes place over more than one policy period, the limits of insurance applicable when the "violent incident" first commenced will apply.

**2.** The Violent Incident Aggregate Limit shown in the Schedule of this endorsement is the most we will pay for the sum of all "response expenses" and "loss" arising out of all "violent incidents".

**3.** Subject to Paragraph **2.** above, the Each Violent Incident Limit shown in the Schedule of this endorsement is the most we will pay for the sum of all "response expenses" and "loss" arising out of any one "violent incident".

**4.** Subject to Paragraphs **2.** and **3.** above, the Per Person Limit shown in the Schedule of this endorsement is the most we will pay for the sum of all "loss" sustained by any one person.

**5.** The limits shown in the Schedule of this endorsement apply separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the Declarations, unless the policy is extended after issuance or an additional period of less than 12 months. In that case, the additional period will be deemed part of the last preceding period for purposes of determining the Limits of Insurance.

**6.** If it is likely that the Violent Incident Aggregate Limit shown in the Schedule of this endorsement, or the Each Violent Incident Limit, will be exhausted before all "responses expenses" or "loss" are paid:

**a.** "Response expenses" and "loss" stemming from a single "violent incident" will be prioritized and payable in the following order:

**(1)** Medical expenses;

**(2)** Funeral expenses;

**(3)** Personal counseling services for an insured who has sustained "serious bodily injury" or was held as a "hostage";

**(4)** Personal counseling services for the immediate family of an insured who has sustained "serious bodily injury" or was held as a "hostage";

**(5)** Group counseling services;

**(6)** "Loss of income";

**(7)** "Wages" of temporary personnel;


Copyright, CM Insurance, 2020
Includes copyrighted material of Insurance Services Office with its permission.
© Insurance Services Office, Inc., 2012

Electronically Filed - STODDARD - November 11, 2024 - 11:15 AM

**(8)** Rental of comparable substitute premises;

**(9)** Additional expense for the transportation of your students;

**(10)** Security services; and

**(11)** Public relations consultant and related media and communication costs.

**a.** "Violent incidents" will be recognized in the order that they are reported to us in accordance with Paragraph **D.** Below.

**b.** Subject to Paragraph **a.** above, "response expenses" and "loss" arising from a "violent incident" will be paid in the order that they are reported to us in accordance with Paragraph **D.** below.

**c.** "Response expenses" and "loss" reported on the same day will be prorated if a reduction in "response expenses" and "loss" is warranted because the Violent Incident Aggregate Limit, or the Each Violent Incident Limit will be exhausted.

**C.** With respect to coverage provided under this endorsement, Paragraph **2. Duties In The Event Of Occurrence, Offense, Claim Or Suit** of **Section IV - Commercial General Liability Conditions** is replaced by the following:

**2. Duties In The Event Of A Catastrophic Violent Incident**

**a.** You must see to it that we are notified as soon as practicable of a "violent incident" which may result in "response expenses" or "loss". To the extent possible, notice should include:

**(1)** How, when and where the "violent incident" took place;

**(2)** The names and addresses of any injured persons and witnesses;

**(3)** The nature and location of any injury arising out of the "violent incident"; and

**(4)** Copies of police reports.

**b.** You and any other involved insured must:

**(1)** Immediately send us copies of pertinent correspondence, demands or service invoices received in connection with "response expenses" or "loss";

**(2)** Authorize us to obtain records and other information; and

**(3)** Cooperate with us in the investigation of a "violent incident".

**D.** With respect to coverage provided under this endorsement, Paragraph **4. Other Insurance** of **Section IV - Commercial General Liability Conditions**, is replaced by the following:

**4. Other Insurance**

If other valid and collectible insurance is available to the insured for a "loss" or "response expense" we cover under this endorsement, our obligations is limited as follows:

**a. Primary Insurance**

This insurance is primary except when **b.** below applies. When this insurance is primary, our obligations are not affected unless any of the other insurance is also primary. Then, we will share with all that other insurance by the method described in c. below.

**b. Excess Insurance**

**(1)** This insurance is excess over:

**(a)** Any other insurance, whether primary, excess, contingent, or on any other basis;

**(b)** Medical expense insurance; or

**(c)** Insurance that covers rental of comparable substitute premises.

**(2)** When this insurance is excess over other insurance, we will pay only our share of the amount of the "loss" or "response expense", if any, that exceeds the sum of:

**(a)** The total amount that all such other insurance would pay for the loss in the absence of this insurance; and

**(b)** The total of all deductible and self-insured amounts under all such other insurance.

**(3)** We will share in the remaining loss, if any, with any other insurance that is not described in this Excess Insurance provision and was not bought specifically to apply in excess of the limits shown in the Schedule of this endorsement.


Copyright, CM Insurance, 2020
Includes copyrighted material of Insurance Services Office with its permission.
© Insurance Services Office, Inc., 2012

Electronically Filed - STODDARD - November 11, 2024 - 11:15 AM

**c. Method of Sharing**

If all of the other insurance permits contribution by equal shares, we will follow this method. Under this approach, each insurer contributes equal amounts until it has paid its applicable limit of insurance or none of the loss remains, whichever comes first.

If any of the other insurance does not permit contribution by equal shares, we will contribute by limits. Under this method, each insurer's share is based on the ratio of its applicable limit of insurance to the total applicable limits of insurance of all insurers.

**E.** With respect to coverage provided under this endorsement, the following is added to **Section IV - Commercial General Liability Conditions**:

**1. Liability Under Other Coverages Or Policies**

Payment of "response expenses" or "loss" under this endorsement is not an admission of liability under other coverages provided by this policy or other policies issued to you by us or our affiliates.

**2. Loss Payable**

All claims will be payable upon receipt and acceptance by us of the following:

**a.** For claims for "loss of income", written documentation provided by the employer of the person sustaining the "loss of income". If a person is self-employed, then such person must provide tax returns and other necessary records to document their "loss of income".

**b.** For claims for other "loss" and "response expenses", service invoices or other pertinent documentation.

**3. Concealment Or Fraud**

We will not provide coverage to you, or any other insured, who at any time:

**a.** Engaged in fraudulent concealment; or

**b.** Intentionally concealed or misrepresented a material fact concerning a "violent incident" or "loss" or "response expenses" incurred under this endorsement.

**F.** With respect to coverage provided under this endorsement, the **Definitions** section is amended as follows:

**1.** "Abuse" means any physical or nonphysical act of a nonsexual nature toward another person(s) which is committed with the intent to cause harm.

**2.** Care provider" means the "child", spouse, biological parent, foster parent, adoptive parent, stepparent or legal guardian who provides direct care to an insured.

**3.** "Child" means a biological child, adopted child, foster child, stepchild or legal ward.

**4.** "Hostage" means a person who is held captive by someone who threatens to inflict "serious bodily injury" and the circumstances of the threat are such that a reasonable person would conclude that the captive is at risk of "serious bodily injury".

**5.** "Loss" means:

**a.** Reasonable and necessary expenses incurred by or on behalf of the insured for:

**(1)** Personal counseling services for up to 90 days after a "violent incident" for any insured who has sustained "serious bodily injury" or was held as a "hostage".

**(2)** Personal counseling services for up to 90 days after a "violent incident" for the immediate family of any insured who has sustained "serious bodily injury" or was held as a "hostage".

**(3)** Medical expenses including:

**(a)** First aid administered at the time of the "violent incident";

**(b)** Necessary medical, surgical, x-ray and dental services, including physical therapy and prosthetic devices; and

**(c)** Necessary ambulance, including emergency airlift, hospital and professional nursing services.

**(4)** Funeral expenses for a deceased insured for funeral services, preparation for burial, and burial including, but not limited to, payment for any lands, services, supplies and equipment incidental to such funeral services, preparation for burial and burial.


Copyright, CM Insurance, 2020
Includes copyrighted material of Insurance Services Office with its permission.
© Insurance Services Office, Inc., 2012

Electronically Filed - STODDARD - November 11, 2024 - 11:15 AM

**b.** 60% of "loss of income" for:

**(1)** An insured who sustains "serious bodily injury"; or

**(2)** An insured held as a "hostage"; or

**(3)** The "care provider" of an insured described in Paragraph **(1)** or **(2)** above.

In the event that another policy, program or plan pays a portion of the "loss of income" but less than 60% of the "loss of income", then we will pay you the difference between that portion and the 60% of the "loss of income."

**6.** "Loss of income" means loss of actual gross income being paid on the date the person sustained "serious bodily injury" as a result of a "violent incident". "Loss of income" does not include:

**a.** Any loss after the date on which an injured person dies; or

**b.** Potential income that may have been received from overtime hours, on-call pay or similar types of compensation; or

**c.** Compensation for paid sick leave, short-term disability, long-term disability, or family leave that was utilized because of the "serious bodily injury".

**7.** "Response expenses" means reasonable and necessary expenses incurred by you for the following:

**a.** Public relations consultant and related media and communications costs for up to 30 days after a "violent incident";

**b.** Security services for up to 15 days after a "violent incident";

**c.** Security services and independent public relations consultant for up to 7 days before and/or 7 days after the first anniversary date of a "violent incident".

**d.** Group counseling services for an insured for up to 60 days after the "violent incident";

**e.** Group counseling services for an insured for up to 7 days before and/or 7 days after the first anniversary date of a "violent incident".

**f.** Costs associated with rental of an equivalent alternate facility for up to 30 days after the "violent incident".

**g.** "Wages" of temporary personnel hired to replace "employees" who have sustained "serious bodily injury" during a "violent incident" for up to 30 days after the "violent incident". Such "wages" shall not exceed the "wages" of the "employee" being replaced.

**8.** "Serious bodily injury" means:

**a.** Death of a person;

**b.** Other physical injury sustained by a person that causes serious impairment of body function, or permanent serious disfigurement. For the purpose of this definition, serious impairment of body function means an objectively manifested impairment of an important body function that affects the person's general ability to lead her or his normal life.

**9.** "Sexual misconduct" means any actual, alleged, or threatened conduct, whether permitted or unpermitted, by any person, acting in any capacity and under any circumstances, that is or is alleged to be, arises out of, results from, relates to, involves, or is in any way connected with any conduct that is of a sexual nature and includes, but is not limited to:

**a.** Molestation;

**b.** Sexual assault, sexual battery, sexual touching, sexual contact, sexual intercourse;

**c.** Harassment, sexual advances;

**d.** Victimization, exploitation, requests for sexual favors;

**e.** Coercion to engage in sexual activities;

**f.** Exhibitionism, voyeurism;

**g.** Verbal or non-verbal communication; or

**h.** Showing, distributing to others, or requesting any text, pictures, drawings, audio, video, or digital recording.



Copyright, CM Insurance, 2020
Includes copyrighted material of Insurance Services Office with its permission.
© Insurance Services Office, Inc., 2012

Electronically Filed - STODDARD - November 11, 2024 - 11:15 AM

**10.** "Temporary worker" is replaced by the following:

"Temporary worker" means a person who is furnished to you to substitute for a permanent "employee" on leave or to meet seasonal or short-term workload conditions. "Temporary worker" does not include a substitute teacher.

**11.** "Violent incident" means an incident that:

**a.** Is caused by an intentional or criminal act, or a series of related intentional or criminal acts;

**b.** Involves the use of a physical object, instrument, device, tool or weapon for the purpose of injuring any person; and

**c.** Results in two or more persons, other than the perpetrator, sustaining "serious bodily injury" or being held as "hostages".

A "violent incident" begins when the first act or the first of a series of related acts begins. A "violent incident" ends the earlier of the following times:

**a.** When the act is concluded;

**b.** When the last act in a series of acts is concluded; or

**c.** When the premises have been secured by proper civil authority.

**12.** "Wages" means compensation you pay an "employee" for his or her work, including the cost of pension or retirement benefit plans or welfare benefit plans.

**H. TERRORISM**

Any conditions, exclusions, or other provisions related to terrorism under the Commercial General Liability Coverage Part apply to "response expenses" and "loss" under this endorsement.


Copyright, CM Insurance, 2020
Includes copyrighted material of Insurance Services Office with its permission.
© Insurance Services Office, Inc., 2012

Electronically Filed - STODDARD - November 11, 2024 - 11:15 AM

Electronically Filed - STODDARD - November 11, 2024 - 11:15 AM



**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# RELIGIOUS INSTITUTIONS - GENERAL LIABILITY ENHANCEMENT ENDORSEMENT

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE FORM
COMMERCIAL GENERAL LIABILITY COVERAGE FORM (CLAIMS-MADE VERSION)

This endorsement broadens coverage. However, coverage for any injury, damage, or medical expenses described in any of the provisions of this endorsement may be excluded or limited by another endorsement to this Coverage Part, and the coverage broadening provisions do not apply to the extent that coverage is excluded or limited by such an endorsement.

**SCHEDULE**

The following Schedule is a general description of the amended coverages and limits of insurance provided by this endorsement. Read all the provisions of this endorsement and the rest of your policy carefully to determine rights, duties and what is and is not covered.

| DESCRIPTION OF COVERAGE | LIMIT OF INSURANCE / TERM |
|---|---|
| • Watercraft | |
| • Damage To Premise Rented To You - Fire, Lightning, Explosion, Smoke Or Leakage From Automatic Fire Protection Systems | Equal to the Each Occurrence Limit shown in the Declarations |
| • Personal And Advertising Injury For Insured's Media And Internet Type Businesses | |
| • Medical Payments Extension | |
| • Supplementary Payments - Coverages A And B<br>o Bail Bonds<br>o Earnings<br>o Loss To Property Of Others<br>o Each Occurrence | <br>Up to $2,500<br>Up to $500 per day<br><br>$1,000 |
| • Broaden Definition Of Named Insured<br>o Unnamed Subsidiaries<br>o Religious Leaders, Officers And Members | |
| • Automatic Additional Insureds<br>o Persons Or Organizations As Required By Written Contract Or Agreement<br>o Lessors Of Leased Equipment<br>o Mortgagees, Assignees Or Receivers<br>o Owners, Managers Or Lessors Of Premises<br>o Governmental Entities - Permits Or Authorizations Relating To Premise<br>o Governmental Entities - Permits Or Authorizations Relating To Operations | |
| • Incidental Medical Malpractice | |


Copyright, CM Insurance, 2019
Includes copyrighted material of Insurance Services Office with its permission.
© Insurance Services Office, Inc., 2012

Electronically Filed - STODDARD - November 11, 2024 - 11:15 AM

| DESCRIPTION OF COVERAGE | LIMIT OF INSURANCE / TERM |
|---|---|
| • Newly Formed Or Acquired Entities | 180th day |
| • Duties In The Event Of Occurrence, Claim Or Suit | |
| • Primary And Noncontributory - Other Insurance Condition | |
| • Waiver Of Right Of Recovery By Written Contract Or Agreement | |
| • Liberalization | |
| • Unintentional Failure To Disclose Hazards | |
| • Bodily Injury - Mental Anguish | |
| • Social Event Food Coverage | |

**A. Watercraft**

1. Provisions **(2)(a)** and **(2)(b)** of Exclusion **g. Aircraft, Auto or Watercraft** under Paragraph **2. Exclusions** of **Section I - Coverage A - Bodily Injury And Property Damage Liability,** are replaced by the following**:**

   This exclusion does not apply to:

   **(2)** A watercraft you do not own that is:

   **(a)** Less than 60 feet long; and

   **(b)** Not being used to carry persons or property for a charge.

2. The following is added to Exclusion **g. Aircraft, Auto or Watercraft:**

   This exclusion does not apply to:

   A rowing shell or scull, canoe, rowboat, or similar human-powered watercraft owned or used by or rented to the insured regardless of its length.

3. **Section II - Who Is An Insured** is amended to include as an insured any person or organization legally responsible for the use of any watercraft you own, provided the actual use is with your permission.

**B. Damage To Premises Rented To You - Fire, Lightning, Explosion, Smoke Or Leakage From Automatic Fire Protection Systems**

If Damage To Premises Rented To You is not otherwise excluded from this Coverage Part:

1. The fourth from the last paragraph of Exclusion **j. Damage To Property** under Paragraph **2. Exclusions** of **Section I - Coverage A - Bodily Injury And Property Damage Liability** is replaced by the following:

Paragraphs **(1), (3)** and **(4)** of this exclusion do not apply to "property damage" (other than damage by fire, lightning, explosion, smoke or leakage from automatic fire protection systems) to premises, including the contents of such premises, rented to you for a period of 30 or fewer consecutive days. A separate limit of insurance applies to Damage To Premises Rented To You as described in **Section III - Limits Of Insurance**.

2. The last paragraph of **2. Exclusions** of **Section I - Coverage A - Bodily Injury And Property Damage Liability** is replaced by the following:

   Exclusions **c.** through **n.** do not apply to damage by fire, lightning, explosion, smoke or leakage from automatic fire protection systems to premises while rented to you or temporarily occupied by you with permission of the owner. A separate limit of insurance applies to Damage To Premises Rented To You as described in **Section III - Limits Of Insurance**.

3. Paragraph **6**. under **Section III - Limits Of Insurance**, is replaced by the following:

**6.** Subject to Paragraph **5.** above, the Damage To Premises Rented To You Limit which is equal to the Each Occurrence Limit shown in the Declarations is the most we will pay under Coverage **A** for damages because of "property damage" to any one premises, while rented to you, or in the case of damage by fire, lightning, explosion, smoke or leakage from automatic protection systems, while rented to you or temporarily occupied by you with permission of the owner.


Copyright, CM Insurance, 2019
Includes copyrighted material of Insurance Services Office with its permission.
© Insurance Services Office, Inc., 2012

Electronically Filed - STODDARD - November 11, 2024 - 11:15 AM

4. Paragraph **a.** of "insured contract" in the **Definitions** section is replaced by the following:

   a. A contract for a lease of premises. However, that portion of the contract for a lease of premises that indemnifies any person or organization for damage by fire, lightning, explosion, smoke or leakage from automatic fire protection systems to premises while rented to you or temporarily occupied by you with permission of the owner is not an "insured contract";

**C. Personal And Advertising Injury**

1. Subparagraph **(1)** of Exclusion **j. Insureds in Media And Internet Type Businesses** under Paragraph **2. Exclusions** of **Section I - Coverages B - Personal Injury and Advertising Injury Liability** is deleted.

2. Exclusion **k. Electronic Chatrooms Or Bulletin Boards** under Paragraph **2. Exclusions** of **Section I - Coverage B - Personal and Advertising Injury Liability** is deleted and replaced with the following:

   "Personal and advertising injury" arising out of an electronic chatroom or bulletin board the insured hosts, owns, or over which the insured exercises control. However, this exclusion does not apply to internet instruction and coursework which is part of the Named Insured's curriculum over which the insured exercises control.

**D. Medical Payments Extension**

If **Coverage C - Medical Payments** is not otherwise excluded from this Coverage Part, then Subparagraph **a.(3)(b)** of Paragraph **1. Insuring Agreement** under **Section I - Coverage C - Medical Payments** is deleted and replaced by the following:

**(b)** The expenses are incurred and reported to us within three years of the date of the accident; and

**E. Supplementary Payments - Coverages A And B**

1. Paragraph **1.b.** of **Section I - Supplementary Payments - Coverages A and B** is deleted and replaced by the following:

   b. Up to the amount shown in the Schedule of this endorsement for cost of bail bonds required because of accidents or traffic law violations arising out of the use of any vehicle to which Bodily Injury Liability Coverage applies. We do not have to furnish these bonds.

2. Paragraph **1.d.** of **Section I - Supplementary Payments - Coverages A and B** is deleted and replaced by the following:

   d. All reasonable expenses incurred by the insured at our request to assist us in the investigation or defense of the claim or "suit", including actual loss of earning up to the per day amount shown in the Schedule of this endorsement because of time off from work.

3. The following is added to **Section I - Supplementary Payments - Coverages A and B**.

   We will pay for loss to property of others while in your temporary care, custody or control, not to exceed the Loss to Property of Others Each Occurrence limit shown in the Schedule of this endorsement caused by persons participating in an activity organized by you. Loss shall mean damage or destruction, but does not include disappearance, theft or loss of use. This insurance does not apply:

   a. If coverage is provided by the Property Coverage Part (if any) of this policy; or

   b. If the loss is covered by any other valid and collectible insurance.

**F. Broadened Definition Of Who Is An Insured**

1. **Unnamed Subsidiaries**

   a. The following is added to Paragraph **2.** of **Section II - Who Is An Insured:**

      Any of your subsidiaries, other than a partnership, joint venture or limited liability company, that is not shown as a Named Insured in the Declarations is an insured if:

      **(1)** You are the sole owner of, or maintain an ownership interest of more than 50% in, such subsidiary on the first day of the policy period; and

      **(2)** Such subsidiary is not an insured under similar other insurance.

      No such subsidiary is an insured for "bodily injury" or "property damage" that occurred, or "personal and advertising injury" caused by an offense committed:

      **(1)** Before you maintained an ownership interest of more than 50% in such subsidiary; or


Copyright, CM Insurance, 2019
Includes copyrighted material of Insurance Services Office with its permission.
© Insurance Services Office, Inc., 2012

Electronically Filed - STODDARD - November 11, 2024 - 11:15 AM

**(2)** After the date, if any, during the policy period that you no longer maintain an ownership interest of more than 50% in such subsidiary.

**b.** Subject to **1.a.** above, the following are also insureds:

**(1)** If the subsidiary is an organization, the subsidiary's "executive officers" and directors are insureds, but only with respect to their duties as the subsidiary's officers or directors. The subsidiary's stockholders are also insureds, but only with respect to their liability as stockholders.

**(2)** If the subsidiary is a trust, the subsidiary's trustees are also insureds, but only with respect to their duties as trustees.

**2. Religious Leaders, Officers And Members**

**a.** Paragraph **2.a., Exclusions** of **Section I - Coverage C - Medical Payments** is replaced by the following:

**2. Exclusions**

We will not pay expenses for "bodily injury":

**a. Any Insured**

To any insured, except members of your religious organization who are not paid a fee, salary or other compensation or "volunteer workers".

**b. Section II - Who Is An Insured** is amended to include the following as insureds:

**(1)** Any:

**(a)** Religious leaders; or

**(b)** Trustee, official or member of the board of governors of your religious organization;

but only with respect to their duties as such.

**(2)** Any member of your religious organization, but only with respect to their liability for your activities or activities they perform on your behalf.

**G. Automatic Additional Insured**

**Section II - Who Is An Insured** is amended to include the following as additional insureds:

**1. Persons Or Organizations As Required By Written Contract Or Agreement - Exception For Law Enforcement**

Any person or organization that is not otherwise an insured under this Coverage Part and that you have agreed in a written contract or agreement to include as an additional insured on this Coverage Part is an insured, but only with respect to liability for "bodily injury", "property damage" or "personal and advertising injury" that:

**a.** Occurs subsequent to the signing of that contract or agreement;

**b.** Is caused, in whole or in part, by your acts or omissions or the acts or omissions of any person or organization acting on your behalf; and

**c.** Arises out of your operations or the ownership, maintenance or use of premises you own or rent.

The most we will pay on behalf of the additional insured is the amount of insurance:

**a.** Required by the contract or agreement you have entered into with the additional insured; or

**b.** Available under the applicable limit of insurance;

whichever is less.

Coverage under this provision does not apply to any:

**a.** Law enforcement officer;

**b.** Public safety organization; or

**c.** Public entity;

that you contract with to enforce the law and protect persons or property for you or on your behalf.


Copyright, CM Insurance, 2019
Includes copyrighted material of Insurance Services Office with its permission.
© Insurance Services Office, Inc., 2012

Electronically Filed - STODDARD - November 11, 2024 - 11:15 AM

**2. Lessors Of Leased Equipment**

**a.** Any person(s) or organization(s) from whom you lease equipment when you and such person(s) or organization(s) have agreed in writing in a contract or agreement that such person(s) or organization(s) be added as an additional insured on your policy. Such person(s) or organization(s) is an insured only with respect to liability for "bodily injury", "property damage" or "personal and advertising injury" caused, in whole or in part, by your maintenance, operation or use of equipment leased to you by such person(s) or organization(s).

However, the insurance afforded to such additional insured:

**(1)** Only applies to the extent permitted by law; and

**(2)** Will not be broader than that which you are required by the contract or agreement to provide for such additional insured.

A person's or organization's status as an additional insured under this endorsement ends when their contract or agreement with you for such leased equipment ends.

**b.** With respect to the insurance afforded to these additional insureds, this insurance does not apply to any "occurrence" which takes place after the equipment lease expires.

**c.** With respect to the insurance afforded to these additional insureds, the following is added to **Section III - Limits Of Insurance:**

The most we will pay on behalf of the additional insured is the amount of insurance:

**(1)** Required by the contract or agreement you have entered into with the additional insured; or

**(2)** Available under the applicable limits of insurance;

whichever is less.

**3. Mortgagees, Assignees Or Receiver**

**a.** Any person(s) or organization(s) that is a mortgagee, assignee or receiver and that you have agreed in a written contract or agreement to include as an additional insured on this Coverage Part, but only with respect to their liability as mortgagee, assignee, or receiver and arising out of the ownership, maintenance, or use of the premises by you.

However:

**(1)** The insurance afforded to such additional insured only applies to the extent permitted by law; and

**(2)** If coverage provided to the additional insured is required by a contract or agreement, the insurance afforded to such additional insured will not be broader than that which you are required by the contract or agreement to provide for such additional insured.

**b.** This insurance does not apply to structural alterations, new construction and demolition operations performed by or for that person or organization.

**c.** With respect to the insurance afforded to these additional insureds, the following is added to **Section III - Limits Of Insurance**:

If coverage provided to the additional insured is required by a contract or agreement, the most we will pay on behalf of the additional insured is the amount of insurance:

**(1)** Required by the contract or agreement; or

**(2)** Available under the applicable limits of insurance;

whichever is less.

**4. Owners, Managers Or Lessors Of Premises**

**a.** Any person(s) or organization(s) that is a premises owner, manager or lessor, but only with respect to liability or "bodily injury", "property damage", or "personal and advertising injury" caused in whole or in part by your and those acting on your behalf in connection with the ownership, maintenance or use of that part of any premises leased to you and subject to the following additional exclusions:

This insurance does not apply to:

**(1)** Any "occurrence" which takes place after you cease to be a tenant in that premises.

**(2)** Structural alterations, new construction or demolition operations performed by or on behalf of the person(s) or organization(s) that is a premises owner, manager or lessor as describe above.


Copyright, CM Insurance, 2019
Includes copyrighted material of Insurance Services Office with its permission.
© Insurance Services Office, Inc., 2012

Electronically Filed - STODDARD - November 11, 2024 - 11:15 AM

However:

**(1)** The insurance afforded to such additional insured only applies to the extent permitted by law; and

**(2)** If coverage provided to the additional insured is required by a contract or agreement, the insurance afforded to such additional insured will not be broader than that which you are required by the contract or agreement to provide for such additional insured.

**b.** With respect to the insurance afforded to these additional insureds, the following is added to **Section III - Limits Of Insurance**:

If coverage provided to the additional insured is required by a contract or agreement, the most we will pay on behalf of the additional insured is the amount of insurance:

**(1)** Required by the contract or agreement; or

**(2)** Available under the applicable limits of insurance;

whichever is less.

**5. Governmental Entities - Permits Or Authorizations Relating To Premises**

**a.** Any state or governmental agency or subdivision or political subdivision that issued a permit or authorization with respect to premises owned or occupied by, or rented or loaned to you, subject to the following additional provision:

This insurance applies only with respect to the following hazards for which the state or governmental agency or subdivision or political subdivision has issued a permit or authorization in connection with premises you own, rent or control and to which this insurance applies:

**(1)** The existence, maintenance, repair, construction, erection or removal of advertising signs, awnings, canopies, cellar entrances, coal holes, driveways, manholes, marquees, hoist away openings, sidewalk vaults, street banners or decorations and similar exposures; or

**(2)** The construction, erection or removal of elevators; or

**(3)** The ownership, maintenance or use of any elevators covered by this insurance.

However:

**(1)** The insurance afforded to such additional insured only applies to the extent permitted by law; and

**(2)** If coverage provided to the additional insured is required by a contract or agreement, the insurance afforded to such additional insured will not be broader than that which you are required by the contract or agreement to provide for such additional insured.

**b.** With respect to the insurance afforded to these additional insureds, the following is added to **Section III - Limits Of Insurance**:

If coverage provided to the additional insured is required by a contract or agreement, the most we will pay on behalf of the additional insured is the amount of insurance:

**(1)** Required by the contract or agreement; or

**(2)** Available under the applicable limits of insurance;

whichever is less.

**6. Governmental Entities - Permits Or Authorizations Relating To Operations**

**a.** Any state or governmental agency or subdivision or political subdivision that has issued a permit or authorization with respect to operations performed by you or on your behalf, subject to the following provisions:

**(1)** This insurance applies only with respect to operations performed by you or on your behalf for which the state or governmental agency or subdivision or political subdivision has issued a permit or authorization.

However:

**(a)** The insurance afforded to such additional insured only applies to the extent permitted by law; and

**(b)** If coverage provided to the additional insured is required by a contract or agreement, the insurance afforded to such additional insured will not be broader than that which you are required by the contract or agreement to provide for such additional insured.



Copyright, CM Insurance, 2019
Includes copyrighted material of Insurance Services Office with its permission.
© Insurance Services Office, Inc., 2012

Electronically Filed - STODDARD - November 11, 2024 - 11:15 AM

**(2)** This insurance does not apply to:

**(a)** "Bodily injury", "property damage" or "personal and advertising injury" arising out of operations performed for the federal government, state or municipality; or

**(b)** "Bodily injury" or "property damage" included within the "products-completed operations hazard".

**b.** With respect to the insurance afforded to these additional insureds, the following is added to **Section III - Limits Of Insurance**:

If coverage provided to the additional insured is required by a contract or agreement, the most we will pay on behalf of the additional insured is the amount of insurance:

**(1)** Required by the contract or agreement; or

**(2)** Available under the applicable limits of insurance;

whichever is less.

The addition of the above automatic additional insureds shall not increase the applicable limits of insurance.

**H. Incidental Medical Malpractice**

**1.** The following is added to Paragraph **2.a.(1)** of **Section II - Who Is An Insured**.

Unless you are in the business or occupation of providing professional health care services, Paragraphs **2.a.(1)(a)** through **(d)** above do not apply to "bodily injury" arising out of providing or failing to provide:

**a.** "Incidental medical services" by any "employee" of yours who is a nurse, nurse assistant, emergency medical technician or paramedic; or

**b.** First aid, including first aid provided by a good Samaritan, by any of your "employees" or "volunteer workers", other than a doctor. Any such "employees" or "volunteer workers" providing or failing to provide first aid, including first aid provided by a Good Samaritan, during their work hours for you will be deemed to be acting within the scope of their employment or volunteer duties related to the conduct of your business.

**2.** The following is added to Subparagraph **(1)** of Paragraph **4.b., Excess Insurance,** under **Section IV - Commercial General Liability Conditions**:

**(1)** This insurance is excess over:

Any other valid and collectible insurance, whether primary, excess, contingent or on any other basis, that is available to any of your "employees" or "volunteer workers" for "bodily injury" that arises out of providing or failing to provide "incidental medical services" or first aid to any person.

**3.** With respect to Incidental Medical Malpractice, the following is added to “occurrence” of the **Definitions** section.

An act or omission committed in providing or failing to provide "incidental medical services" or first aid to a person, unless you are in the business or occupation of providing professional health care services. This includes first aid provided by a good Samaritan. All related acts or omissions committed in providing or failing to provide "incidental medical services" or first aid to any one person will be considered one "occurrence".

**4.** The following are added to the **Definitions** section**:**

"Incidental medical services" means:

**a.** Medical, surgical, dental, laboratory or nursing service or treatment, advice or instruction, or the related furnishing of food or beverages; or

**b.** The furnishing or dispensing of drugs or medical, dental, or surgical supplies or appliances.

**I. Newly Formed Or Acquired Entities**

**1.** Paragraph **3.a** of **Section II - Who Is An Insured** is replaced by the following:

**a.** Coverage under this provision is afforded only until the day shown in the Schedule of this endorsement after you acquire or form the organization or the end of the policy period, whichever is earlier;


Copyright, CM Insurance, 2019
Includes copyrighted material of Insurance Services Office with its permission.
© Insurance Services Office, Inc., 2012

Electronically Filed - STODDARD - November 11, 2024 - 11:15 AM

2. The following is added to Paragraph 3 of **Section II - Who Is An Insured**:

   Coverage under this provision is afforded only if you acquire or form the organization during the policy period.

**J. Duties In The Event Of Occurrence, Offense, Claim Or Suit**

The following is added to Paragraph **2.a.** of **Section IV - Commercial General Liability Conditions:**

This condition applies only when the "occurrence" or offense which may result in a claim is known to:

**(1)** You, if you are an individual;

**(2)** A partner, if you are a partnership; or

**(3)** An "executive officer" or insurance manager, if you are a corporation.

**K. Primary And Noncontributory - Other Insurance Condition**

The following is added to Paragraph **4. Other Insurance** of **Section IV - Commercial General Liability Conditions** and supersedes any provision to the contrary:

**Primary And Noncontributory Insurance**

This insurance is primary to and will not seek contribution from any other insurance available to an additional insured under your policy provided that:

1. The additional insured is a Named Insured under such other insurance; and
2. You have agreed in writing in a contract or agreement that this insurance would be primary and would not seek contribution from any other insurance available to the additional insured.

**L. Waiver Of Right Of Recovery By Written Contact Or Agreement**

The following is added to Paragraph **8. Transfer Of Rights Of Recovery Against Others To Us**, of **Section IV - Commercial General Liability Conditions:**

If the insured has agreed in a contract or agreement to waive that insured's right of recovery against any person or organization, we waive our right of recovery against that person or organization because of payments we make for injury or damage arising out of your ongoing operations or "your work" done under a contract with that person or organization and included in the "products-completed operations hazard" provided that the injury or damage occurs subsequent to the execution of the written contract or agreement.

**M. Additional Commercial General Liability Conditions**

The following conditions are added to **Section IV - Commercial General Liability Conditions:**

1. **Liberalization**

   If we adopt any revision that would broaden the coverage under this Coverage Part without additional premium within 45 days prior to or during the policy period, the broadened coverage will immediately apply to this Coverage Part.

2. **Unintentional Failure To Disclose Hazards**

   It is agreed that, based on our reliance on your representations as to existing hazards, if you should unintentionally fail to disclose all such hazards prior to the beginning of the policy period of this Coverage Part, we shall not deny coverage under this Coverage Part because of such failure.

**N. Definitions**

**Bodily Injury - Mental Anguish**

The definition of "bodily injury" in the **Definitions** section is deleted and replaced by the following:

"Bodily injury" means bodily injury, sickness or disease sustained by a person including mental anguish, humiliation or death resulting from bodily injury, sickness or disease.

**O. Social Event Food Coverage**

1. With respect to "bodily injury" or "property damage" arising out of "your products" manufactured, sold, handled or distributed, in connection with the conduct of any of the following operations, when conducted by you or on your behalf:
   **a.** A regularly-scheduled ministry social event for which food is provided free of charge;
   **b.** Any coffee shop, snack bar or other food-related operations that are provided on your premises free of charge;


Copyright, CM Insurance, 2019
Includes copyrighted material of Insurance Services Office with its permission.
© Insurance Services Office, Inc., 2012

Electronically Filed - STODDARD - November 11, 2024 - 11:15 AM

**c.** An incidental ministry fundraising project (lasting no more than two weeks);

**d.** Fair stand; or

**e.** A charitable food pantry or bank that is operated on your premises.

**2.** Paragraph **a.** of the definition of "Products-completed operations hazard" in the **Definitions** section is replaced by the following:

"Products-completed operations hazard":

**a.** Includes all "bodily injury" and "property damage" that arises out of "your products" if the "bodily injury" or "property damage" occurs after you have relinquished possession of those products.



Copyright, CM Insurance, 2019
Includes copyrighted material of Insurance Services Office with its permission.
© Insurance Services Office, Inc., 2012

Electronically Filed - STODDARD - November 11, 2024 - 11:15 AM

Electronically Filed - STODDARD - November 11, 2024 - 11:15 AM



**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION - ASBESTOS

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
LIQUOR LIABILITY COVERAGE PART

**A.** The following is added to Paragraph **2. Exclusions** of **Section I**:

**2. Exclusions:**

This insurance does not apply to:

**Asbestos**

**a.** Under any Liability Coverage, "bodily injury" or "property damage" arising out of the actual, alleged, threatened or suspected:

**(1)** Ingestion, inhalation, absorption, presence or exposure or threat of exposure to asbestos in any form or goods, products or structures containing any form of asbestos;

**(2)** Use of any form of asbestos in construction or manufacturing any goods, products or structures;

**(3)** Removal of any form of asbestos from any goods, products or structures;

**(4)** Discharge, dispersal, seepage, migration, release or escape of any form of asbestos; or

**(5)** Manufacture, intellectual development, sale, transportation, storage, or disposal of any form of asbestos or goods, products or structures containing any form of asbestos.

**b.** Any loss, cost or expense arising out of any:

**(1)** Request, demand, order or statutory or regulatory requirements that any insured or others identify, abate, test for, sample, monitor, clean up, remove, cover, contain, treat, detoxify, decontaminate, neutralize, or mitigate; or in any way respond to or assess the effects of any form of asbestos; or repair, replace or improve any property as a result of such effects; or

**(2)** Claim or "suit" by or on behalf of a government authority for damages because of identification of, abatement of, testing for, sampling, monitoring, clean up, removing, covering, containing, treating, detoxifying, decontaminating, neutralizing, mitigating, in any way responding to or assessing the effects of any form of asbestos or repairing, replacing or improving any property as a result of such effects.


Copyright, CM Insurance, 2019
Includes copyrighted material of Insurance Services Office with its permission.
© Insurance Services Office, Inc., 2019

Electronically Filed - STODDARD - November 11, 2024 - 11:15 AM

Electronically Filed - STODDARD - November 11, 2024 - 11:15 AM



**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION - LEAD

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
LIQUOR LIABILITY COVERAGE PART

**A.** The following is added to Paragraph **2. Exclusions** of **Section I**:

**2. Exclusions:**

This insurance does not apply to:

**Lead**

**a.** Under any Liability Coverage, "bodily injury" or "property damage" arising out of the actual, alleged, threatened or suspected:

**(1)** Ingestion, inhalation, absorption, presence or exposure or threat of exposure to any form of lead or goods, products or structures containing any form of any form of lead;

**(2)** Use of any form of lead in constructing or manufacturing any goods, products or structures;

**(3)** Removal of any form of lead from any goods, products or structures;

**(4)** Discharge, dispersal, seepage, migration, release or escape of any form of lead; or

**(5)** Manufacture, intellectual development, sale, transportation, storage or disposal of any form of lead or goods, products, or structures containing any form of lead.

**b.** Any loss, cost or expense arising out of any:

**(1)** Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to or assess the effects of, any form of lead;

**(2)** Claim or "suit" by or on behalf of a government authority for damages because of identification of, abatement of, testing for, sampling, monitoring, cleaning up, removing, covering, containing, treating, detoxifying, decontaminating, neutralizing, mitigating, in any way responding to or assessing the effects of any form of lead or repairing, replacing, or improving any property as a result of such effects.


Copyright, CM Insurance, 2019
Includes copyrighted material of Insurance Services Office with its permission.
© Insurance Services Office, Inc., 2019

Electronically Filed - STODDARD - November 11, 2024 - 11:15 AM

Electronically Filed - STODDARD - November 11, 2024 - 11:15 AM



**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION - RELIGIOUS INSTITUTIONS - AFFILIATED ENTITY PERSONAL AND ADVERTISING INJURY

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE FORM
COMMERCIAL GENERAL LIABILITY COVERAGE FORM (CLAIMS-MADE VERSION)

**A.** The following exclusion is added to Paragraph **2. Exclusions** of **Section I - Coverage B - Personal And Advertising Injury Liability**:

**2.** Exclusions:

This insurance does not apply to:

**Affiliated Entity Personal And Advertising Injury**

Injury, including consequential "bodily injury", arising out of one or more of the following offenses:

**a.** The wrongful eviction from, wrongful entry into, or invasion of the right of private occupancy of a room, dwelling or premises that a person occupies, committed by or on behalf of its owner, landlord or lessor, occupies, when such offense is alleged against an insured by an "affiliated entity"; or

**b.** Oral or written publication, in any manner, of material that slanders or libels a person or organization or disparages a person's or organization's goods, products or services, when such offense is alleged against an insured by an "affiliated entity".

**B.** The following definition is added to the **Definitions** section:

"Affiliated entity" means any Named Insured, or any other entity or organization with which the Named Insured is, has been, is claimed to be, or is claimed to have been affiliated or associated, or which any Named Insured governs or is governed by, owns or is owned by, or controls or is controlled by, including, but not limited to, any and all corporations, associations, partnerships, joint ventures, foundations, churches, congregations, trusts, educational institutions, day care facilities, group home facilities, denominations, dioceses, conventions, districts, synods, councils, camps, conference centers, and any other similar entity or organization. "Affiliated entity" includes all "insured persons", employees, members, or volunteers of such entity or organization and all "insured persons", employees, members, or volunteers of any Named Insured.

**C.** The definition of "executive officers and directors" in the **Definitions** section is replaced by the following:

"Executive officers and directors" means:

Any past, present or future:

**1.** Religious leaders;

**2.** Trustee, official, director or member of the board of governors of your religious organization; or

**3.** Person holding any of the officer positions created by your charter, constitution, bylaws or any other similar governing document

but only with respect to their duties as such.



Copyright, CM Insurance, 2019
Includes copyrighted material of Insurance Services Office with its permission.
© Insurance Services Office, Inc., 2012

Electronically Filed - STODDARD - November 11, 2024 - 11:15 AM

Electronically Filed - STODDARD - November 11, 2024 - 11:15 AM



**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION - ABUSIVE BEHAVIOR

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE FORM
COMMERCIAL GENERAL LIABILITY COVERAGE FORM (CLAIMS-MADE VERSION)

**A.** The following exclusion is added to Paragraph **2. Exclusions** of **Section I - Coverages**:

**2.** Exclusions:

This insurance does not apply to:

**Abusive Behavior**

Any liability, damages, loss, injury, demand, claim or "suit" arising out of, caused by, or allegedly caused by, in whole or in part by the:

**(1)** Actual, alleged, or threatened "abusive behavior" of any person; or

**(2)** Insured's negligent employment, investigation, supervision, retention, training, reporting to proper authorities, or failure to report to proper authorities of a person who committed "abusive behavior".

**B.** For the purposes of this endorsement, the following definition is added to the **Definitions** section:

"Abusive behavior" means any physical act of a nonsexual nature toward another person(s) which is committed with the intent to cause harm.


Copyright, CM Insurance, 2019
Includes copyrighted material of Insurance Services Office with its permission.
© Insurance Services Office, Inc., 2012

Electronically Filed - STODDARD - November 11, 2024 - 11:15 AM

Electronically Filed - STODDARD - November 11, 2024 - 11:15 AM



**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION - NONPHYSICAL ABUSIVE BEHAVIOR

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE FORM
COMMERCIAL GENERAL LIABILITY COVERAGE FORM (CLAIMS-MADE VERSION)

**A.** The following exclusion is added to Paragraph **2. Exclusions** of **Section I - Coverages**:

**2.** Exclusions:

This insurance does not apply to:

**Nonphysical Abuse**

Any liability, damages, loss, injury, demand, claim or "suit" arising out of, caused by, or allegedly caused by, in whole or in part by the:

**(1)** Actual, alleged, or threatened "nonphysical abusive behavior" of any person; or

**(2)** Insured's negligent employment, investigation, supervision, retention, training, reporting to proper authorities, or failure to report to proper authorities of a person who committed "nonphysical abusive behavior".

**B.** For the purposes of this endorsement, the following definition is added to the **Definitions** section:

"Nonphysical abusive behavior" means any nonphysical act of a nonsexual nature toward another person(s) which is committed with the intent to cause harm.


Copyright, CM Insurance, 2019
Includes copyrighted material of Insurance Services Office with its permission.
© Insurance Services Office, Inc., 2012

Electronically Filed - STODDARD - November 11, 2024 - 11:15 AM

Electronically Filed - STODDARD - November 11, 2024 - 11:15 AM



**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION - SEXUAL MISCONDUCT

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE FORM
COMMERCIAL GENERAL LIABILITY COVERAGE FORM (CLAIMS-MADE VERSION)

**A.** The following exclusion is added to Paragraph **2. Exclusions** of **Section I - Coverages**:

**2.** Exclusions:

This insurance does not apply to:

**Sexual Misconduct**

Any liability, damages, loss, injury, demand, claim or "suit" arising out of, caused by, or allegedly caused by, in whole or in part by the:

**(1)** Actual, alleged, or threatened "sexual misconduct" of any person; or

**(2)** Insured's negligent employment, investigation, supervision, retention, training, reporting to proper authorities, or failure to report to proper authorities of a person who committed "sexual misconduct".

**B.** For the purposes of this endorsement, the following definition is added to the **Definitions** section:

"Sexual misconduct" means any actual, alleged, or threatened conduct, whether permitted or unpermitted, by any person, acting in any capacity and under any circumstances, that is or is alleged to be, arises out of, results from, relates to, involves, or is in any way connected with any conduct that is of a sexual nature and includes, but is not limited to:

**a.** Molestation;

**b.** Sexual assault, sexual battery, sexual touching, sexual contact, sexual intercourse;

**c.** Harassment, sexual advances;

**d.** Victimization, exploitation, requests for sexual favors;

**e.** Coercion to engage in sexual activities;

**f.** Exhibitionism, voyeurism;

**g.** Verbal or non-verbal communication; or

**h.** Showing, distributing to others, or requesting any text, pictures, drawings, audio, video, or digital recording.


Copyright, CM Insurance, 2019
Includes copyrighted material of Insurance Services Office with its permission.
© Insurance Services Office, Inc., 2012

Electronically Filed - STODDARD - November 11, 2024 - 11:15 AM

Electronically Filed - STODDARD - November 11, 2024 - 11:15 AM



**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# MISSOURI CHANGES – POLLUTION EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

The following is added to Subparagraph **f., Pollution** of Paragraph **2., Exclusions** under **Section I – Coverage A – Bodily Injury And Property Damage Liability Coverage** and to Subparagraph **m., Pollution** of Paragraph **2., Exclusions** under **Section I – Coverage B – Personal And Advertising Injury Liability** or to any amendment to or replacement thereof:

This Pollution Exclusion applies even if such irritant or contaminant has a function in your business, operations, premises, site or location.

 © ISO Properties, Inc., 2003 

Electronically Filed - STODDARD - November 11, 2024 - 11:15 AM

Electronically Filed - STODDARD - November 11, 2024 - 11:15 AM



**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION – ACCESS OR DISCLOSURE OF CONFIDENTIAL OR PERSONAL INFORMATION AND DATA-RELATED LIABILITY – WITH LIMITED BODILY INJURY EXCEPTION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** Exclusion **2.p.** of **Section I – Coverage A – Bodily Injury And Property Damage Liability** is replaced by the following:

**2. Exclusions**

This insurance does not apply to:

**p. Access Or Disclosure Of Confidential Or Personal Information And Data-related Liability**

Damages arising out of:

**(1)** Any access to or disclosure of any person's or organization's confidential or personal information, including patents, trade secrets, processing methods, customer lists, financial information, credit card information, health information or any other type of nonpublic information; or

**(2)** The loss of, loss of use of, damage to, corruption of, inability to access, or inability to manipulate electronic data.

This exclusion applies even if damages are claimed for notification costs, credit monitoring expenses, forensic expenses, public relations expenses or any other loss, cost or expense incurred by you or others arising out of that which is described in Paragraph **(1)** or **(2)** above.

However, unless Paragraph **(1)** above applies, this exclusion does not apply to damages because of "bodily injury".

As used in this exclusion, electronic data means information, facts or programs stored as or on, created or used on, or transmitted to or from computer software, including systems and applications software, hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment.

**B.** The following is added to Paragraph **2. Exclusions** of **Section I – Coverage B – Personal And Advertising Injury Liability:**

**2. Exclusions**

This insurance does not apply to:

**Access Or Disclosure Of Confidential Or Personal Information**

"Personal and advertising injury" arising out of any access to or disclosure of any person's or organization's confidential or personal information, including patents, trade secrets, processing methods, customer lists, financial information, credit card information, health information or any other type of nonpublic information.

This exclusion applies even if damages are claimed for notification costs, credit monitoring expenses, forensic expenses, public relations expenses or any other loss, cost or expense incurred by you or others arising out of any access to or disclosure of any person's or organization's confidential or personal information.

 © Insurance Services Office, Inc., 2013 

Electronically Filed - STODDARD - November 11, 2024 - 11:15 AM

Electronically Filed - STODDARD - November 11, 2024 - 11:15 AM



**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# COMMUNICABLE DISEASE EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** The following exclusion is added to Paragraph **2. Exclusions** of Section **I – Coverage A – Bodily Injury And Property Damage Liability:**

**2. Exclusions**

This insurance does not apply to:

**Communicable Disease**

"Bodily injury" or "property damage" arising out of the actual or alleged transmission of a communicable disease.

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the:

**a.** Supervising, hiring, employing, training or monitoring of others that may be infected with and spread a communicable disease;

**b.** Testing for a communicable disease;

**c.** Failure to prevent the spread of the disease; or

**d.** Failure to report the disease to authorities.

**B.** The following exclusion is added to Paragraph **2**. **Exclusions** of Section **I – Coverage B – Personal And Advertising Injury Liability:**

**2. Exclusions**

This insurance does not apply to:

**Communicable Disease**

"Personal and advertising injury" arising out of the actual or alleged transmission of a communicable disease.

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the:

**a.** Supervising, hiring, employing, training or monitoring of others that may be infected with and spread a communicable disease;

**b.** Testing for a communicable disease;

**c.** Failure to prevent the spread of the disease; or

**d.** Failure to report the disease to authorities.


© Insurance Services Office, Inc., 2008

Electronically Filed - STODDARD - November 11, 2024 - 11:15 AM

Electronically Filed - STODDARD - November 11, 2024 - 11:15 AM



**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION OF OTHER ACTS OF TERRORISM COMMITTED OUTSIDE THE UNITED STATES; CAP ON LOSSES FROM CERTIFIED ACTS OF TERRORISM

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART
UNDERGROUND STORAGE TANK POLICY

**A.** The following exclusion is added:

This insurance does not apply to:

**TERRORISM**

"Any injury or damage" arising, directly or indirectly, out of an "other act of terrorism" that is committed outside of the United States (including its territories and possessions and Puerto Rico), but within the "coverage territory". However, this exclusion applies only when one or more of the following are attributed to such act:

**1.** The total of insured damage to all types of property exceeds $25,000,000 (valued in U.S. dollars). In determining whether the $25,000,000 threshold is exceeded, we will include all insured damage sustained by property of all persons and entities affected by the terrorism and business interruption losses sustained by owners or occupants of the damaged property. For the purpose of this provision, insured damage means damage that is covered by any insurance plus damage that would be covered by any insurance but for the application of any terrorism exclusions; or

**2.** Fifty or more persons sustain death or serious physical injury. For the purposes of this provision, serious physical injury means:

**a.** Physical injury that involves a substantial risk of death; or

**b.** Protracted and obvious physical disfigurement; or

**c.** Protracted loss of or impairment of the function of a bodily member or organ; or

**3.** The terrorism involves the use, release or escape of nuclear materials, or directly or indirectly results in nuclear reaction or radiation or radioactive contamination; or

**4.** The terrorism is carried out by means of the dispersal or application of pathogenic or poisonous biological or chemical materials; or

**5.** Pathogenic or poisonous biological or chemical materials are released, and it appears that one purpose of the terrorism was to release such materials.

With respect to this exclusion, Paragraphs **1.** and **2.** describe the thresholds used to measure the magnitude of an incident of an "other act of terrorism" and the circumstances in which the threshold will apply for the purpose of determining whether this exclusion will apply to that incident.

**B.** The following definitions are added:

**1.** For the purposes of this endorsement, "any injury or damage" means any injury or damage covered under any Coverage Part to which this endorsement is applicable, and includes but is not limited to "bodily injury", "property damage", "personal and advertising injury", "injury" or "environmental damage" as may be defined in any applicable Coverage Part.

 © Insurance Services Office, Inc., 2015 

Electronically Filed - STODDARD - November 11, 2024 - 11:15 AM

**2.** "Certified act of terrorism" means an act that is certified by the Secretary of the Treasury, in accordance with the provisions of the federal Terrorism Risk Insurance Act, to be an act of terrorism pursuant to such Act. The criteria contained in the Terrorism Risk Insurance Act for a "certified act of terrorism" include the following:

**a.** The act resulted in insured losses in excess of $5 million in the aggregate, attributable to all types of insurance subject to the Terrorism Risk Insurance Act;

**b.** The act resulted in damage:

**(1)** Within the United States (including its territories and possessions and Puerto Rico); or

**(2)** Outside of the United States in the case of:

**(a)** An air carrier (as defined in Section 40102 of title 49, United States Code) or United States flag vessel (or a vessel based principally in the United States, on which United States income tax is paid and whose insurance coverage is subject to regulation in the United States), regardless of where the loss occurs; or

**(b)** The premises of any United States mission; and

**c.** The act is a violent act or an act that is dangerous to human life, property or infrastructure and is committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

**3.** "Other act of terrorism" means a violent act or an act that is dangerous to human life, property or infrastructure that is committed by an individual or individuals and that appears to be part of an effort to coerce a civilian population or to influence the policy or affect the conduct of any government by coercion, and the act is not a "certified act of terrorism".

Multiple incidents of an "other act of terrorism" which occur within a seventy-two hour period and appear to be carried out in concert or to have a related purpose or common leadership shall be considered to be one incident.

**C.** The terms and limitations of any terrorism exclusion, or the inapplicability or omission of a terrorism exclusion, do not serve to create coverage for injury or damage that is otherwise excluded under this Coverage Part.

**D.** If aggregate insured losses attributable to terrorist acts certified under the federal Terrorism Risk Insurance Act exceed $100 billion in a calendar year and we have met our insurer deductible under the Terrorism Risk Insurance Act, we shall not be liable for the payment of any portion of the amount of such losses that exceeds $100 billion, and in such case insured losses up to that amount are subject to pro rata allocation in accordance with procedures established by the Secretary of the Treasury.


© Insurance Services Office, Inc., 2015

Electronically Filed - STODDARD - November 11, 2024 - 11:15 AM



**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION OF PUNITIVE DAMAGES RELATED TO A CERTIFIED ACT OF TERRORISM

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART
UNDERGROUND STORAGE TANK POLICY

**A.** The following exclusion is added:

This insurance does not apply to:

**TERRORISM PUNITIVE DAMAGES**

Damages arising, directly or indirectly, out of a "certified act of terrorism" that are awarded as punitive damages.

**B.** The following definition is added:

"Certified act of terrorism" means an act that is certified by the Secretary of the Treasury, in accordance with the provisions of the federal Terrorism Risk Insurance Act, to be an act of terrorism pursuant to such Act. The criteria contained in the Terrorism Risk Insurance Act for a "certified act of terrorism" include the following:

**1.** The act resulted in insured losses in excess of $5 million in the aggregate, attributable to all types of insurance subject to the Terrorism Risk Insurance Act; and

**2.** The act is a violent act or an act that is dangerous to human life, property or infrastructure and is committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

**C.** The terms and limitations of any terrorism exclusion, or the inapplicability or omission of a terrorism exclusion, do not serve to create coverage for injury or damage that is otherwise excluded under this Coverage Part.

 © Insurance Services Office, Inc., 2015 

Electronically Filed - STODDARD - November 11, 2024 - 11:15 AM

Electronically Filed - STODDARD - November 11, 2024 - 11:15 AM



**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# MISSOURI CHANGES – GUARANTY ASSOCIATION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
ELECTRONIC DATA LIABILITY COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCT WITHDRAWAL COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART
UNDERGROUND STORAGE TANK POLICY

**MISSOURI PROPERTY AND CASUALTY INSURANCE GUARANTY ASSOCIATION COVERAGE LIMITATIONS**

**A.** Subject to the provisions of the Missouri Property and Casualty Insurance Guaranty Association Act (to be referred to as the Act), if we are a member of the Missouri Property and Casualty Insurance Guaranty Association (to be referred to as the Association), the Association will pay claims covered under the Act if we become insolvent.

**B.** The Act contains various exclusions, conditions and limitations that govern a claimant's eligibility to collect payment from the Association and affect the amount of any payment. The following limitations apply subject to all other provisions of the Act:

**1.** Claims covered by the Association do not include a claim by or against an insured of an insolvent insurer, if the insured has a net worth of more than $25 million on the later of the end of the insured's most recent fiscal year or the December thirty-first of the year next preceding the date the insurer becomes insolvent; provided that an insured's net worth on such date shall be deemed to include the aggregate net worth of the insured and all of its affiliates as calculated on a consolidated basis.

**2.** Payments made by the Association for covered claims will include only that amount of each claim which is less than $300,000.

However, the Association will not:

**(1)** Pay an amount in excess of the applicable limit of insurance of the policy from which a claim arises; or

**(2)** Return to an insured any unearned premium in excess of $25,000.

These limitations have no effect on the coverage we will provide under this policy.

 © ISO Properties, Inc., 2004  □

Electronically Filed - STODDARD - November 11, 2024 - 11:15 AM

Electronically Filed - STODDARD - November 11, 2024 - 11:15 AM



**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# MISSOURI CHANGES – MEDICAL PAYMENTS

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

Paragraph **1.a.** of **Coverage C – Medical Payments** is replaced by the following:

**1. Insuring Agreement**

**a.** We will pay medical expenses as described below for "bodily injury" caused by an accident:

**(1)** On premises you own or rent;

**(2)** On ways next to premises you own or rent; or

**(3)** Because of your operations;

provided that:

**(a)** The accident takes place in the "coverage territory" and during the policy period;

**(b)** The expenses are incurred and reported to us within one year of the date of the accident. However, expenses reported to us after one year of the date of the accident will not be denied solely because of the late submission unless such late submission operates to prejudice our rights; and

**(c)** The injured person submits to examination, at our expense, by physicians of our choice as often as we reasonably require.

 © Insurance Services Office, Inc., 2012 

Electronically Filed - STODDARD - November 11, 2024 - 11:15 AM

Electronically Filed - STODDARD - November 11, 2024 - 11:15 AM



# LEGAL DEFENSE COVERAGE FORM - RELIGIOUS

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy, the words "you" and "your" refer to the Named Insured shown in the Declarations, and any other person or organization qualifying as a Named Insured under this policy. The words "we", "us" and "our" refer to the company providing this insurance.

The word "insured" means any person or organization qualifying as such under **Section II - Who Is An Insured**.

Other words and phrases that appear in quotation marks have special meaning. Refer to **Section V - Definitions**.

**SCHEDULE**

| | |
|---|---|
| **Legal Defense Aggregate Limit** | $15,000 |
| **Each Defensible Incident Limit** | $5,000 |
| **Deductible** | $250 |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. | |

**SECTION I - COVERAGE**

**1. Insuring Agreement**

**a**. We will reimburse the insured for "legal defense expenses" incurred to defend an insured against a "suit" to which this insurance applies. However, we have no duty to defend any insured against a "suit".

**b**. This coverage applies only when a claim is made against the insured and the insured's existing insurance coverage is denied or it is not applicable.

**c.** No other obligation or liability to pay sums or perform acts or services is covered**.**

**d**. The amount we will pay for "legal defense expenses" is limited as described in **Section III - Limit Of Insurance And Deductible**.

**e**. This insurance applies only if the "suit" is made within the coverage territory and during the policy period.

**f.** A "suit" will be deemed to have been made when notice of such "suit" is received and recorded by any insured or by us, whichever comes first.

**2. Exclusions**

This insurance does not apply:

**a.** To any "legal defense expenses" incurred because of:

**(1)** "Bodily injury" including mental or emotional distress;

**(2)** "Personal and advertising injury";

**(3)** Any actual or alleged act of "sexual misconduct ". This includes, but is not limited to, expenses related to any claim or "suit" arising out of or attributable to vicarious liability; negligence in hiring, employment, supervision, retention or transfer of any employee or volunteer workers; recommendation or referral of any person for employment or volunteer work; failure to protect or negligent supervision of any person (whether an adult or child), failure to warn, failure to investigate or failure to comply with any obligation to report and counseling;

**(4)** Any actual or alleged acts, errors or omissions in providing or failing to provide any professional service;

**(5)** "Property damage";

**(6)** A dispute involving this contract or any other contract issued by us;

**(7)** Any class action "suit";


Copyright, CM Insurance, 2019
Includes copyrighted material of Insurance Services Office with its permission.
© Insurance Services Office, Inc., 2012

Electronically Filed - STODDARD - November 11, 2024 - 11:15 AM

**(8)** Any obligation of the insured under a workers' compensation, disability benefits or unemployment compensation law or any similar law;

**(9**) Any dispute between the insured and us;

**(10)** Any actual or alleged claim or injury for which any insured is obligated to pay damages by reason of the assumption of liability in a contract or agreement;

**(11)** An "Affiliated Entity Dispute" with an "Affiliated Entity"; or

**(12)** Any proceedings before an ecclesiastical body.

**b**. If any "legal defense expenses" are:

**(1)** An obligation of ours or any other insurance company under any other insurance policy or endorsement; or

**(2)** An obligation of any other person, group or organization (other than an insured) even if the obligation is only a partial obligation; or

**(3)** Your obligation in the form of a deductible or retention under this policy or any other policy we or any other carrier issue to you.

**c.** To any damages.

**d.** To a claim arising out of :

**(1)** Any actual or alleged error, misstatement, misleading statement, neglect or breach of duty, omission or act by any former, present or future duly elected director or duly elected or appointed officer of your organization in their position or capacity for the organization, or any matter claimed against them solely by reason of their serving in such position or capacity in any entity other than the organization, even if the organization directed or requested the insured person to serve in such other position or capacity.

**(2)** Acts or omissions in the administration of your employee benefits program(s).

**(3)** Any wrongful termination, discharge or dismissal of employment, whether actual or constructive, employment discrimination, because of race, color, sex, age, national origin, religion, or disability, harassment, sexual harassment, wrongful failure to employ or promote, wrongful discipline or demotion, employment related false arrest, wrongful detention or imprisonment, malicious prosecution, libel, slander, defamation of character, or invasion of privacy, wrongful denial of training, wrongful deprivation of career opportunity or breach of employment contract, coercing an employee to commit an unlawful act or omission within the scope of that person's employment, verbal, physical, mental or emotional abuse arising from discrimination.

**(4)** Any alleged or actual error or misstatement; misleading statement; neglect or breach of duty; or act or omission in the scope of their duties for an educational entity.

**(5)** Any actual or alleged error or misstatement, misleading statement, neglect or breach of duty, or act or omission in the discharge of their duties for you as "executive officers and directors".

**(6)** Any other matter claimed against your "executive officers and directors" solely and exclusively as your "executive officers and directors".

**(7)** Any actual or alleged error, misstatement, misleading statement, neglect or breach of duty, omission or act by any former, present or future director, officer, trustee, employee, volunteer or member of the staff, faculty or any duly constituted committee of the organization in their position or capacity for the organization or any matter claimed against them solely by reason of their serving in such position or capacity.

**SECTION II - WHO IS AN INSURED**

**1.** If you are designated in the Declarations as:

**a.** An individual, you and your spouse are insureds, but only with respect to the conduct of a business of which you are the sole owner.

**b.** A partnership or joint venture, you are an insured. Your members, your partners, and their spouses are also insureds, but only with respect to the conduct of your business.

**c.** A limited liability company, you are an insured. Your members are also insureds, but only with respect to the conduct of your business. Your managers are insureds, but only with respect to their duties as your managers.

**d.** An organization other than a partnership, joint venture or limited liability company, you are an insured. Your "executive officers and directors" are insureds, but only with respect to their duties as your "executive officers and directors". Your stockholders are also insureds, but only with respect to their liability as stockholders.


Copyright, CM Insurance, 2019
Includes copyrighted material of Insurance Services Office with its permission.
© Insurance Services Office, Inc., 2012

Electronically Filed - STODDARD - November 11, 2024 - 11:15 AM

**e.** A trust, you are an insured. Your trustees are also insureds, but only with respect to their duties as trustees.

**2.** Each of the following is also an insured:

**a.** Your "volunteer workers" only while performing duties related to the conduct of your business, or your "employees", other than either your "executive officers" (if you are an organization other than a partnership, joint venture or limited liability company) or your managers (if you are a limited liability company), but only for acts within the scope of their employment by you or while performing duties related to the conduct of your business. However, none of these "employees" or "volunteer workers" are insureds for:

**(1)** "Bodily injury" or "personal and advertising injury":

**(a)** To you, to your partners or members (if you are a partnership or joint venture), to your members (if you are a limited liability company), to a co-"employee" while in the course of his or her employment or performing duties related to the conduct of your business, or to your other "volunteer workers" while performing duties related to the conduct of your business;

**(b)** To the spouse, child, parent, brother or sister of that co-"employee" or "volunteer worker" as a consequence of Paragraph **(1)(a)** above;

**(c)** For which there is any obligation to share damages with or repay someone else who must pay damages because of the injury described in Paragraph **(1)(a)** or **(b)** above; or

**(d)** Arising out of his or her providing or failing to provide professional health care services.

**(2)** "Property damage" to property:

**(a)** Owned, occupied or used by;

**(b)** Rented to, in the care, custody or control of, or over which physical control is being exercised for any purpose by;

you, any of your "employees", "volunteer workers", any partner or member (if you are a partnership or joint venture), or any member (if you are a limited liability company).

**b.** Any person (other than your "employee" or "volunteer worker"), or any organization while acting as your real estate manager.

**c.** Any person or organization having proper temporary custody of your property if you die, but only:

**(1)** With respect to liability arising out of the maintenance or use of that property; and

**(2)** Until your legal representative has been appointed.

**d.** Your legal representative if you die, but only with respect to duties as such. That representative will have all your rights and duties under this Coverage Form.

**3.** Any organization you newly acquire or form, other than a partnership, joint venture or limited liability company, and over which you maintain ownership or majority interest, will qualify as a Named Insured if there is no other similar insurance available to that organization. However, coverage under this provision is afforded only until the 90th day after you acquire or form the organization or the end of the policy period, whichever is earlier.

No person or organization is an insured with respect to the conduct of any current or past partnership, joint venture or limited liability company that is not shown as a Named Insured in the Declarations.

**SECTION III - LIMITS OF INSURANCE AND DEDUCTIBLE**

**1.** The limits of insurance shown in the Schedule of this Coverage Form and the rules below fix the most we will pay regardless of the number of:

**a.** Insureds;

**b**. "Suits" brought; or

**c**. Persons or organizations bringing "suits".

**2**. **Legal Defense Aggregate Limit**

The Legal Defense Aggregate Limit shown in the Schedule of this Coverage Form is the most we will pay as the sum of all "legal defense expenses" incurred as a result of all "suits" brought against any insured.


Copyright, CM Insurance, 2019
Includes copyrighted material of Insurance Services Office with its permission.
© Insurance Services Office, Inc., 2012

Electronically Filed - STODDARD - November 11, 2024 - 11:15 AM

**3. Each Defensible Incident Limit**

Subject to Paragraph **2.** above, the Each Defensible Incident Limit shown in the Schedule of this Coverage Form is the most we will pay as the sum of all "legal defense expenses" incurred as a result of all "suits" brought against any insured for any one "defensible incident".

**4. Deductible**

We will not reimburse the insured any "legal defense expenses" until the amount of the "legal defense expenses" exceeds the Deductible shown in the Schedule of this Coverage Form. We will then pay the amount of the "legal defense expenses" in excess of the Deductible shown in the Schedule of this Coverage Form up to the applicable limit of insurance.

The aggregate limit of insurance of this Coverage Form applies separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the Declarations, unless the policy period is extended after issuance for an additional period of less than 12 months. In that case, the additional period will be deemed part of the last preceding period for purposes of determining the limits of insurance.

**SECTION IV - CONDITIONS**

**1. Your Choice Of An Attorney**

You have the right to choose your own attorney, but your attorney must be licensed to provide legal services. Your attorney has the right to freely exercise his or her professional judgment in the defense of any "suit" against you.

**2. Bankruptcy**

Bankruptcy or insolvency of the insured or the insured's estate will not relieve us of our obligations under this Coverage Form.

**3. Duties In The Event Of A "Defensible Incident" Or "Suit"**

**a.** You must see to it that we are notified within 60 days of your becoming aware of any "defensible incident" that may result in a "suit". To the extent possible, notice should include:

**(1)** The nature of the "defensible incident"; and

**(2)** How, when, and where the "defensible incident" took place.

Notice of a "defensible incident" is not notice of a "suit".

**b.** If "suit" is brought against the insured, you must:

**(1)** Notify us within 60 days of the date the "suit" is brought against the insured.

**(2)** As soon as practicable, send us written notice of the "suit". This notice should include the nature of the "defensible incident" and how, when and where the "defensible incident" took place.

**(3)** Give us the name, address and other information sufficient to identify the attorney or firm who will be defending you in the "suit".

**4. Representations**

By accepting this endorsement, you agree:

**a.** The statements in the Declarations are accurate and complete;

**b.** Those statements are based upon representations you made to us; and

**c.** We have issued this endorsement in reliance upon your representation.

**5. Transfer Of Rights Of Recovery Against Others To Us**

If the insured has rights to recover all or part of any payment we have made under this Coverage Form, those rights are transferred to us. The insured must do nothing after the "suit" is brought to impair them. At our request, the insured will bring "suit" or transfer those rights to us and help us enforce them.



Copyright, CM Insurance, 2019
Includes copyrighted material of Insurance Services Office with its permission.
© Insurance Services Office, Inc., 2012

Electronically Filed - STODDARD - November 11, 2024 - 11:15 AM

**SECTION V - DEFINITIONS**

**1.** "Affiliated entity" means any Named Insured, or any other entity, or organization with which the Named Insured is, has been, is claimed to be, or is claimed to have been affiliated or associated, or which any Named Insured governs or is governed by, owns or is owned by, or controls or is controlled by, including, but not limited to, any and all corporations, associations, partnerships, joint ventures, foundations, churches, congregations, trusts, educational institutions, day care facilities, group home facilities, denominations, dioceses, conventions, districts, synods, councils, camps, conference centers, and any other similar entity or organization. "Affiliated entity" includes all "insured persons", employees, members, or volunteers of such entity or organization and all "insured persons", employees, members, or volunteers of any Named Insured.

**2.** "Affiliated entity dispute" means any "claim" arising out of, resulting from or in any way involving any allegation or "claim" made against an insured by or on behalf of any actual or alleged "affiliated entity" that arises out of one or more of the following:

**a.** Ownership, title, control, use, or return of real or personal property, donations, or financial assets;

**b.** The wrongful eviction from, wrongful entry into, or invasion of the right of private occupancy of a room, dwelling or premises that a person occupies;

**c.** Oral or written publication of material that slanders or libels a person or organization or disparages a person's or organization's goods, products or services;

**d.** Access to financial or other records;

**e.** The authority or control over business affairs of an insured;

**f.** The appointment or election of "insured persons" or other positions;

**g.** The interpretation or application of articles of incorporation, charters, association agreements, constitutions, bylaws or other governing documents, or any amendments thereto;

**h.** Ecclesiastical, doctrinal, religious or philosophical teachings, beliefs, practices, or policies.

However, "affiliated entity dispute" does not include any "claim" seeking monetary damages made against an insured by an employee, member or volunteer of the Named Insured who is not an "insured person".

**3.** "Bodily injury" means bodily injury, sickness or disease sustained by a person, including death resulting from any of these at any time.

**4.** "Coverage territory" means the United States of America (including its territories and possessions), Puerto Rico and Canada.

**5.** "Defensible incident" means any acts, omissions or failures of any insured. Every such act, omission or failure involving substantially the same general circumstances shall be considered one "defensible incident" subject to the Each Defensible Incident Limit Of Insurance in force at the time the first such "defensible incident" covered by this policy occurred.

"Defensible incident" includes, but is not limited to:

**a**. "Suits" resulting from:

**(1)** Spiritual or religious beliefs;

**(2)** Religious doctrine;

**(3)** Congregational worship;

**(4)** Denominational teachings;

**(5)** Particular practice(s), position, stance or course of action within your faith-based beliefs;

**(6)** Religious publications in printed or electronic format including email, internet websites or social media sites;

**(7)** Oral communication such as sermons, individual or group discussions and study groups;

**(8)** Federal, state, local or agency enforcement of directives or laws in direct conflict with the religious beliefs of the religious institution such as gender discrimination; or

**(9)** “Emotional injury”;

**b.** Governmental review of 501(c)3 corporation status; or

**c.** Participation in protests, rallies and other demonstrations supporting the religious beliefs of the religious institution.



Copyright, CM Insurance, 2019
Includes copyrighted material of Insurance Services Office with its permission.
© Insurance Services Office, Inc., 2012

Electronically Filed - STODDARD - November 11, 2024 - 11:15 AM

"Defensible incident" does not include:

**a.** Any deliberate acts, omissions or failures for purposes of causing a "suit" to be filed against you; or

**b.** Any act by person(s) who personally participated or alleged to have personally participated in any act of "sexual misconduct ".

**6.** “Emotional injury” means mental anguish or emotional distress, including but not limited to grief, suffering or mental injury sustained by a person other than as a result of a physical injury.

**7.** "Executive officers and directors" means:

**a.** Any past, present or future:

**(1)** Religious leaders;

**(2)** Trustee, official, director or member of the board of governors of your religious organization; or

**(3)** Person holding any of the officer positions created by your charter, constitution, bylaws or any other similar governing document

but only with respect to their duties as such.

**b.** In the event of death, incapacity or bankruptcy, the estate, heirs, legal representatives or assigns of the individual, but only with respect to their duties as such.

**8.** "Law enforcement inquiry" means an investigation undertaken by law enforcement officials and directed against a person suspected of committing a criminal offense under federal, state or local law, including any related prosecution for such alleged offense.

**9.** "Legal Defense Expenses" means the cost of reasonable and customary attorney's fees for legal services rendered in defending "suits" brought against you and includes attorney's expenses in relation to those services. Reasonable and customary attorney's fees and expenses means the rates which are actually paid by us to attorneys retained by us in the ordinary course of business in the defense of similar actions in the community where the claim arose or is being defended. We shall have the option to audit "legal defense expenses" on behalf of the insured.

**10.** "Occurrence" means an accident, including continuous or repeated exposure to substantially the same general harmful conditions.

**11.** "Personal and advertising injury" means injury, including consequential "bodily injury", arising out of one or more of the following offenses:

**a.** False arrest, detention or imprisonment;

**b.** Malicious prosecution;

**c.** The wrongful eviction from, wrongful entry into or invasion of the right of private occupancy of a room, dwelling or premises that a person occupies, committed by or on behalf of its owner, landlord or lessor;

**d.** Oral or written publication, in any manner, of material that slanders or libels a person or organization or disparages a person's or organization's goods, products or services;

**e.** Oral or written publication, in any manner, of material that violates a person's right of privacy;

**f.** The use of another's advertising idea in your "advertisement"; or

**g.** Infringing upon another's copyright, trade dress or slogan in your "advertisement".

**12.** "Property damage" means:

**a.** Physical injury to tangible property, including all resulting loss of use of that property. All such loss of use shall be deemed to occur at the time of the physical injury that caused it; or

**b.** Loss of use of tangible property that is not physically injured. All such loss of use shall be deemed to occur at the time of the "occurrence" that caused it.

**13.** "Sexual misconduct" means any actual, alleged, or threatened conduct, whether permitted or unpermitted, by any person, acting in any capacity and under any circumstances, that is or is alleged to be, arises out of, results from, relates to, involves, or is in any way connected with any conduct that is of a sexual nature and includes, but is not limited to:

**a.** Molestation;

**b.** Sexual assault, sexual battery, sexual touching, sexual contact, sexual intercourse;

**c.** Harassment, sexual advances;


Copyright, CM Insurance, 2019
Includes copyrighted material of Insurance Services Office with its permission.
© Insurance Services Office, Inc., 2012

Electronically Filed - STODDARD - November 11, 2024 - 11:15 AM

**d.** Victimization, exploitation, requests for sexual favors;

**e.** Coercion to engage in sexual activities;

**f.** Exhibitionism, voyeurism;

**g.** Verbal or non-verbal communication; or

**h.** Showing, distributing to others, or requesting any text, pictures, drawings, audio, video, or digital recording.

**14.** "Suit" means a proceeding in a court of proper jurisdiction. "Suit" includes:

**a.** A civil proceeding;

**b.** An arbitration proceeding to which you must submit or do submit with our consent;

**c.** Any other alternative dispute resolution proceeding to which you submit with our consent;

**d.** Any "law enforcement inquiry"; or

**e.** An administrative hearing to which you must submit or do submit with our consent.

All "suits", countersuits, counterclaims, "law enforcement inquiries" and similar proceedings substantially related to the same "defensible incident" shall be considered one "suit".


Copyright, CM Insurance, 2019
Includes copyrighted material of Insurance Services Office with its permission.
© Insurance Services Office, Inc., 2012

Electronically Filed - STODDARD - November 11, 2024 - 11:15 AM

Electronically Filed - STODDARD - November 11, 2024 - 11:15 AM



# SEXUAL MISCONDUCT COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations, and any other person or organization qualifying as a Named Insured under this policy. The words "we", "us" and "our" refer to the company providing this insurance.

The word "insured" means any person or organization qualifying as such under **Section II - Who Is An Insured**.

Words and phrases that appear in quotation marks have special meaning. Refer to **Section V - Definitions**.

Except to the extent that insurance is provided by this Sexual Misconduct Coverage Form, the Policy to which this Coverage Form is attached does not apply to nor do we have any duty to defend any claim or "suit" seeking damages based upon, attributable to or arising out of any actual or alleged "sexual misconduct".

**SCHEDULE**

| | |
|---|---|
| **Sexual Misconduct Each Claim Limit** | $300,000 |
| **Sexual Misconduct Aggregate Limit** | $300,000 |
| **Innocent Party Defense Expense Aggregate Limit** | $10,000 |
| **Public Image Restoration Expense Aggregate Limit** | $10,000 |
| **Sexual Misconduct Each Claim Deductible** | N/A |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. | |

## SECTION I - COVERAGES

### A. Sexual Misconduct Coverage

#### 1. Insuring Agreement

**a.** We will pay those sums the insured becomes legally obligated to pay as damages arising out of, resulting from, relating to, involving, or in any way connected with "sexual misconduct" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking such damages. However, we will have no duty to defend the insured against any "suit" seeking damages to which this insurance does not apply. We do not have a duty to defend or indemnify any insured who commits or is alleged to have taken part in the "sexual misconduct". We may, at our discretion, investigate and settle any claim or "suit" that may result. But:

**(1)** The amount we will pay for damages is limited as described in **Section III - Limits Of Insurance And Deductible**; and

**(2)** Our right and duty to defend ends when we have used up the applicable Limit of Insurance in the payment of judgments or settlements under Sexual Misconduct Coverage.

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments, Innocent Party Defense Expense Coverage or Public Image Restoration Expense Coverage.

**b.** This insurance applies to injury arising out of "sexual misconduct" only if the "sexual misconduct":

**(1)** Takes place in the "coverage territory";


Copyright, CM Insurance, 2019
Includes copyrighted material of Insurance Services Office with its permission.
© Insurance Services Office, Inc., 2012

Electronically Filed - STODDARD - November 11, 2024 - 11:15 AM

**(2)** Results from the insured's alleged negligent hiring or retention, investigation, supervision or training of an insured, reporting to the proper authorities or failure to report to the proper authorities' person(s) who committed "sexual misconduct", and

**(3)** First occurs during the policy period.

**c.** Multiple acts of "sexual misconduct" of any one person by one or more perpetrators will be deemed to have first occurred at the time of the first act of such "sexual misconduct" and shall be subject to the coverage and limits in effect at the time of the first act of "sexual misconduct".

**d.** All claims arising out of, resulting from, relating to, or in any way connected with any act of "sexual misconduct" or "related acts of sexual misconduct" will be treated as one claim and will be considered to have occurred on the date the first such act of "sexual misconduct" occurred.

**2. Exclusions**

This insurance does not apply to:

**a. Abusive Behavior**

Injury arising out of:

**(1)** The actual, alleged or threatened "abusive behavior" by anyone of any person; or

**(2)** The negligent:

**(a)** Employment;

**(b)** Investigation;

**(c)** Supervision;

**(d)** Reporting to the proper authorities, or failure to so report; or

**(e)** Retention;

of any person for whom any insured is or ever was legally responsible, and whose conduct would be excluded by Paragraph **(1)** above.

**b. Contractual Liability**

Damages the insured is obligated to pay by reason of the assumption of liability in any oral or written contract or agreement. This exclusion does not apply to liability for damages that the insured would have in the absence of the contract or agreement.

**c. Violation Of Law**

Any claim or injury based on, attributable to or arising out of any actual or alleged violation of a penal statute, regulation or ordinance committed by or with the knowledge or consent of any insured.

**d. Intentional Acts**

Any person who personally participated in any actual or alleged "sexual misconduct".

**e. Injunctive Or Other Non-Monetary Relief**

Any claim, cost or expense arising out of complying with any injunctive or other non-monetary relief or any agreement to provide such relief.

**f. Third Party Damages, Fines And Penalties**

Any fines, penalties, punitive damages, exemplary damages, multiple damages or other non-compensatory damages imposed upon any insured as a result of "sexual misconduct".

**g. Workers' Compensation And Similar Laws**

Any obligation of the insured under a workers' compensation, disability benefits or unemployment compensation law or any similar law.


Copyright, CM Insurance, 2019
Includes copyrighted material of Insurance Services Office with its permission.
© Insurance Services Office, Inc., 2012

Electronically Filed - STODDARD - November 11, 2024 - 11:15 AM

**h. Employer's Liability**

Any claim or injury based on, attributable to or arising out of injury to:

**(1)** An employee or co-employee of the insured arising out of and in the course of employment by any insured; or

**(2)** The spouse, child, parent, brother or sister of that employee as a consequence of **(1)** above.

This exclusion applies:

**(1)** Whether any insured may be liable as an employer or in any other capacity; and

**(2)** To any obligation to share damages with or repay someone else who must pay damages because of the injury.

**i. Employment**

Any claim or injury based on, attributable to or arising out of any:

**(1)** Refusal to employ;

**(2)** Termination of employment;

**(3)** Coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation, discrimination, "sexual misconduct" or other employment related practices policies, policies, acts, errors or omissions; or

**(4)** Consequential damages as a result of Paragraphs **i.(1)**, **i.(2)** or **i.(3)** above.

This exclusion applies where any insured is liable either as an employer or in any other capacity or there is an obligation to fully or partially reimburse a third party for damages arising out of Paragraphs **i.(1)**, **i.(2)**, **i.(3) or i.(4)** above.

**3. Supplementary Payments**

We will pay with respect to any claim we investigate or settle or any "suit" against an insured we defend:

**a.** All expenses we incur.

**b.** The cost of appeal bonds and bonds to release attachments, but only for bond amounts within the applicable limit of insurance. We do not have to furnish these bonds.

**c.** All reasonable expenses incurred by the insured at our request to assist us in the investigation or defense of the claim or "suit", including actual loss of earnings up to $500 per day because of time off from work.

**d.** All court costs taxed against the insured in the "suit." However, these payments do not include attorneys' fees or attorneys' expenses taxed against the insured.

**e.** All interest on the full amount of any judgment that accrues after entry of the judgment and before we have paid, offered to pay or deposited in court the part of the judgment that is within the applicable Limit of Insurance.

**f.** Prejudgment interest awarded against the insured on that part of the judgment we pay. If we make an offer to pay the applicable Limit of Insurance, we will not pay any prejudgment interest based on that period of time after the offer.

These payments will not reduce the Limits of Insurance.

**B. Innocent Party Defense Expense Coverage**

**1.** If we elect not to defend an "innocent party" against a "suit", we will only reimburse the "innocent party" for his or her "innocent party defense expenses" if there is a "final adjudication" in the "suit" that such "innocent party" did not commit, direct, participate in, have knowledge of, or consent to "sexual misconduct".

**2.** The amount we will pay for "innocent party defense expenses" is limited as described in **Section III - Limits Of Insurance And Deductibles**.

Our obligation to reimburse for "innocent party defense expenses" ends when the Innocent Party Defense Expense Aggregate Limit has been used up in the payment or reimbursement of "innocent party defense expenses".


Copyright, CM Insurance, 2019
Includes copyrighted material of Insurance Services Office with its permission.
© Insurance Services Office, Inc., 2012

Electronically Filed - STODDARD - November 11, 2024 - 11:15 AM

**C. Public Image Restoration Coverage**

We will reimburse you for the "public image restoration expenses" resulting directly from any "adverse publicity".

The amount we pay for "public image restoration expenses" is limited as described in **Section III - Limits Of Insurance And Deductibles**.

We will not pay for any "public image restoration expenses" incurred by any insured which are related to any legal action.

**SECTION II - WHO IS AN INSURED**

**1.** If you are designated in the Declarations as:

**a.** An individual, you and your spouse are insureds, but only with respect to the conduct of a business of which you are the sole owner.

**b.** A partnership or joint venture, you are an insured. Your members, your partners, and their spouses are also insureds, but only with respect to the conduct of your business.

**c.** A limited liability company, you are an insured. Your members are also insureds, but only with respect to the conduct of your business. Your managers are insureds, but only with respect to their duties as your managers.

**d.** An organization other than a partnership, joint venture or limited liability company, you are an insured. Your "executive officers" and directors are insureds, but only with respect to their duties as your officers or directors. Your stockholders are also insureds, but only with respect to their liability as stockholders.

**e.** A trust, you are an insured. Your trustees are also insureds, but only with respect to their duties as trustees.

**2.** Each of the following is also an insured:

**a.** Any of your past, present or future lawfully elected or appointed officials, commissioners, trustees, directors or "executive officers" of your boards, committees or commissions, but only with respect to their duties as such.

**b.** Any of your "employees", other than your "executive officers", but only for acts within the scope of their employment by you or while performing duties related to the conduct of your business. However, no "employee" is an insured for claims made or "suits" brought:

**(1)** By you, your partners or members (if you are a partnership or joint venture), or by a co-"employee" for damages arising out of and in the course of his or her employment or performing duties related to the conduct of your business;

**(2)** By the spouse, child, parent, brother or sister of that co-"employee" because of Paragraph **(1)** above; or

**(3)** For which there is any obligation to share damages with or repay someone else who must pay damages because of a claim or "suit" described in Paragraph **(1)** or **(2)** above.

**c.** With respect to the liability of insureds described above, the heirs, administrators, assigns and legal representatives of each insured in the event of death, incapacity or bankruptcy.

**d.** Any of your "volunteer workers", but only while acting at your direction and within the scope of their duties for you.

**3.** Any organization you newly acquire or form, other than a partnership, joint venture or limited liability company, and over which you maintain ownership or majority interest will qualify as a Named Insured if there is no other similar insurance available to that organization. However:

**a.** Coverage under this provision is afforded only until the 90th day after you acquire or form the organization or the end of the policy period, whichever is earlier;

**b.** Coverage does not apply to "sexual misconduct" that occurred before you acquired or formed the organization.

No person or organization is an insured with respect to the conduct of any current or past partnership, joint venture or limited liability company that is not shown as a Named Insured in the Declarations.


Copyright, CM Insurance, 2019
Includes copyrighted material of Insurance Services Office with its permission.
© Insurance Services Office, Inc., 2012

Electronically Filed - STODDARD - November 11, 2024 - 11:15 AM

No person is an insured for any claim or "suit" arising out of "sexual misconduct" that is committed with such person's knowledge, consent, direction or participation.

**SECTION III - LIMITS OF INSURANCE AND DEDUCTIBLE**

**1.** The Limits of Insurance shown in the Schedule of this Coverage Form and the rules below fix the most we will pay regardless of the number of:

**a.** Insureds;

**b.** Claims made or "suits" brought;

**c.** Persons or organizations making claims or bringing "suits";

**d.** Acts of "sexual misconduct" or period of time over which such acts occur;

**e.** Policies (whether concurrent or consecutive) issued by us during which such acts occur; or

**f.** Persons acted upon.

**2. Sexual Misconduct Aggregate Limit**

The Sexual Misconduct Aggregate Limit is the most we will pay under Sexual Misconduct Coverage for the sum of all damages arising from all "sexual misconduct".

**3. Sexual Misconduct Each Claim Limit**

Subject to Paragraph **2.** above, the Sexual Misconduct Each Claim Limit is the most we will pay under Sexual Misconduct Coverage for the sum of all damages arising out of, resulting from, relating to, or in any way connected with any one claim. All injuries arising out of, resulting from, relating to, or in any way connected with an act of "sexual misconduct" or "related acts of sexual misconduct" will be considered one claim.

**4. Innocent Party Defense Expense Aggregate Limit**

The Innocent Party Defense Expense Aggregate Limit is the most we will pay for the sum of all "innocent party defense expenses" to which this insurance applies.

**5. Public Image Restoration Expense Aggregate Limit**

The Public Image Restorage Expense Aggregate Limit is the most we will pay for the sum of all "public image restoration expenses" to which this insurance applies.

The Aggregate Limits of Insurance of this Coverage Form apply separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the Declarations, unless the policy period is extended after issuance for an additional period of less than 12 months. In that case, the additional period will be deemed part of the last preceding period for purposes of determining the Aggregate Limits of Insurance.

**6. Sexual Misconduct Each Claim Deductible**

**a.** Our obligation under the Sexual Misconduct Coverage to pay damages on your behalf applies only to the amount of damages in excess of the Sexual Misconduct Each Claim Deductible, if any, shown on the schedule of this Coverage Form. The Limits of Insurance will not be reduced by the amount of the such deductible.

**b.** Sexual Misconduct Each Claim Deductible applies to the sum of all damages arising out of any one claim. All injuries arising out of an act of "sexual misconduct" or "related acts of sexual misconduct" will be considered one claim.

**c.** The terms of this insurance, including those with respect to:

**(1)** Our right and duty to defend the insured against any "suit" seeking damages; and

**(2)** Your duties in the event of an incident, "sexual misconduct", claim or "suit"

apply irrespective of the application of the Sexual Misconduct Each Claim Deductible.

**d.** We may, at our sole discretion, pay any part or all of the Sexual Misconduct Each Claim Deductible to settle any claim or "suit" and, upon notification of the action taken, you must promptly reimburse us for such part of the Sexual Misconduct Each Claim Deductible as has been paid by us.

No other deductible will apply to the coverage provided by this Coverage Form.


Copyright, CM Insurance, 2019
Includes copyrighted material of Insurance Services Office with its permission.
© Insurance Services Office, Inc., 2012

Electronically Filed - STODDARD - November 11, 2024 - 11:15 AM

## SECTION IV - CONDITIONS

**1. Bankruptcy**

Bankruptcy or insolvency of the insured or of the insured's estate will not relieve us of our obligations under this Coverage Form.

**2. Duties In The Event Of Sexual Misconduct Claim Or Suit**

**a.** You must notify us as soon as practicable of "sexual misconduct" that may result in a claim or "suit". To the extent possible, notice should include:

**(1)** How, when and where the "sexual misconduct" took place;

**(2)** The names and addresses of any involved person(s) and witnesses;

**(3)** The nature of the harm resulting from the "sexual misconduct"; and

**(4)** Any other pertinent information about the "sexual misconduct".

**b.** If a claim is made or "suit" is brought against any insured, you must:

**(1)** Immediately record the specifics of the claim or "suit" and the date received; and

**(2)** Notify us in writing as soon as practicable.

**c.** You and any other involved insured must:

**(1)** Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the claim or "suit";

**(2)** Authorize us to obtain records and other information;

**(3)** Cooperate with us in the investigation or settlement of the claim or defense against the "suit"; and

**(4)** Assist us, upon our request, in the enforcement of any right against any person or organization which may be liable to the insured because of injury or damage to which this insurance may also apply.

**d.** No insureds will, except at their own cost, voluntarily make a payment, assume any obligation or incur any expense without our consent.

**3. Legal Action Against Us**

No person or organization has a right under this Coverage Form:

**a.** To join us as a party or otherwise bring us into a "suit" asking for damages from an insured; or

**b.** To sue us on this Coverage Form unless all of its terms have been fully complied with.

A person or organization may sue us to recover on an agreed settlement or on a final judgment against an insured, but we will not be liable for damages that are not payable under the terms of this Coverage Form or that are in excess of the applicable limit of insurance. An agreed settlement means a settlement and release of liability signed by us, the insured and the claimant or the claimant's legal representative.

**4. Other Insurance**

If other valid and collectible insurance is available to the insured for damages we cover under this Coverage Form, our obligations are limited as follows:

**a. Primary Insurance**

This insurance is primary except when Paragraph **b.** below applies. If this insurance is primary, our obligations are not affected unless any of the other insurance is also primary. Then, we will share with all that other insurance by the method described in Paragraph **c.** below.

**b. Excess Insurance**

**(1)** This insurance is excess over any other primary insurance:

**(a)** For which you have been added as an additional insured by attachment of an endorsement; and

**(b)** That is available to you covering liability for damages we cover under this Coverage Form.



Copyright, CM Insurance, 2019
Includes copyrighted material of Insurance Services Office with its permission.
© Insurance Services Office, Inc., 2012

Electronically Filed - STODDARD - November 11, 2024 - 11:15 AM

**(2)** When this insurance is excess, we will have no duty to defend the insured against any "suit" if any other insurer has a duty to defend the insured against that "suit". If no other insurer defends, we will undertake to do so, but we will be entitled to the insured's rights against all those other insurers.

**(3)** When this insurance is excess over other insurance, we will pay only our share of the amount of the loss, if any, that exceed the sum of:

**(a)** The total amount that all such other insurance would pay for loss in the absence of this insurance; and

**(b)** The total of all deductible and self-insured amounts under all that other insurance.

**(4)** We will share the remaining loss, if any, with any other insurance that is not described in this Paragraph **b.** and was not purchased specifically to apply in excess of the Limits of Insurance for this Coverage Form.

**c. Method Of Sharing**

**(1)** If all the other insurance permits contribution by equal shares, we will follow this method also. Under this approach, each insurer contributes equal amounts until it has paid its applicable limit of insurance or none of the loss remains, whichever comes first.

**(2)** If any of the other insurance does not permit contribution by equal shares, we will contribute by limits. Under this method, each insurer's share is based on the ratio of its applicable limit of insurance to the total applicable limits of insurance of all insurers.

**5. Premium Audit**

**a.** We will compute all premiums for this Coverage Form in accordance with our rules and rates.

**b.** Premium shown in this Coverage Form as advance premium is a deposit premium only. At the close of each audit period we may compute the earned premium for that period and send notice to the first Named Insured. The due date for audit and retrospective premiums is the date shown as the due date on the bill. If the sum of the advance and audit premiums paid for the policy period is greater than the earned premium, we will return the excess to the first Named Insured.

**c.** The first Named Insured must keep records of the information we need for premium computation and send us copies at such times as we may request.

**6. Representations**

By accepting this policy, you agree:

**a.** The statements in the Declarations are accurate and complete;

**b.** Those statements are based upon representations you made to us; and

**c.** We have issued this policy in reliance upon your representations.

**7. Separation of Insureds**

Except with respect to the Limits of Insurance, and any rights or duties specifically assigned in this Coverage Form to the first Named Insured, this insurance applies:

**a.** As if each Named Insured were the only Named Insured; and

**b.** Separately to each insured against whom claim is made or "suit" is brought.

**8. Transfer Of Rights Of Recovery Against Others To Us**

If the insured has rights to recover all or part of any payment we have made under this Coverage Form, those rights are transferred to us. The insured must do nothing after loss to impair them. At our request, the insured will bring "suit" or transfer those rights to us and help us enforce them.

**9. When We Do Not Renew**

If we decide not to renew this Coverage Form, we will mail or deliver to the first Named Insured shown in the Declarations written notice of the nonrenewal not less than 30 days before the expiration date.

If notice is mailed, proof of mailing will be sufficient proof of notice.

**SECTION V - DEFINITIONS**

**1.** "Abusive behavior" means any physical act of a nonsexual nature toward another person(s) which is committed with the intent to cause harm.


Copyright, CM Insurance, 2019
Includes copyrighted material of Insurance Services Office with its permission.
© Insurance Services Office, Inc., 2012

Electronically Filed - STODDARD - November 11, 2024 - 11:15 AM

**2.** "Adverse publicity" means a public report in the media of "sexual misconduct" by an individual under management control of the organization.

**3.** "Coverage territory" means:

**a.** The United States of America (including its territories and possessions), Puerto Rico and Canada;

**b.** International waters or airspace, but only if the injury or damage occurs in the course of travel or transportation between any places included in Paragraph **a.** above; or

**c.** All other parts of the world if the injury or damage arises out of the activities of a person whose home is in the territory described in Paragraph **a.** above, but is away for a short time on your business provided the insured's responsibility to pay damages is determined in a "suit" on the merits, in the territory described in Paragraph **a.** above or in a settlement we agree to.

**4.** "Employee" includes a "leased worker". "Employee" does not include a "temporary worker".

**5.** "Executive officer" means a person holding any of the officer positions created by your charter, constitution, bylaws or any other similar governing document.

**6.** "Final adjudication" means:

**a.** A plea of no contest; or

**b.** A dismissal of the suit; or

**c.** An actual trial involving the following:

**(1)** A finding of facts;

**(2)** A presentation of witnesses; and

**(3)** A final resolution on the merits in which all appeals are exhausted.

**7.** "Innocent party" means an insured who is an individual and was found to have not committed, directed, participated in, had knowledge of, or consented to "sexual misconduct".

**8.** "Innocent party defense expense" means those reasonable and necessary expenses that result from the defense of a claim or "suit" including:

**a.** Reasonable and customary attorney and paralegal fees and expenses;

**b.** Costs of legal proceedings;

**c.** All reasonable expenses incurred by the insured at our request to assist us in the investigation or defense of the claim or "suit", including actual loss of earnings up to $500 a day because of time off from work.

"Innocent party defense expenses" does not include salaries and expenses of our employees, including our employed attorneys; salaries and expense of the insured's employees; or fees and expenses of independent adjusters we hire.

Reasonable and customary attorney's fees and expenses means the rates which are actually paid by us to attorneys retained by us in the ordinary course of business in the defense of similar actions in the community where the claim arose or is being defended. We shall have the option to audit "innocent party defense expenses" on behalf of the insured.

**9.** "Leased worker" means a person leased to you by a labor leasing firm under an agreement between you and the labor leasing firm to perform duties related to the conduct of your business.

"Leased worker" does not include a "temporary worker".

**10.** "Public image restoration expenses" means reasonable and necessary costs and fees charged by a public relations or crisis management firm engaged by you to restore your reputation, goodwill and third-party confidence in your product, services or facilities.

**11.** "Related acts of sexual misconduct" means all act of "sexual misconduct" that:

**a.** Are causally connected by common facts, circumstances, transactions, events and/or decisions; or

**b.** The same person commits or is a participant in committing, or multiple persons acting together commit or are participants in committing, regardless of the number of times an act of "sexual misconduct" occurs to the same person or the number of persons that are subjected to an act of "sexual misconduct" by the same person(s).


Copyright, CM Insurance, 2019
Includes copyrighted material of Insurance Services Office with its permission.
© Insurance Services Office, Inc., 2012

Electronically Filed - STODDARD - November 11, 2024 - 11:15 AM

**12.** "Sexual misconduct" means any actual, alleged, or threatened conduct, whether permitted or unpermitted, by any person, acting in any capacity and under any circumstances, that is or is alleged to be, arises out of, results from, relates to, involves, or is in any way connected with any conduct that is of a sexual nature and includes, but is not limited to:

**a.** Molestation;

**b.** Sexual assault, sexual battery, sexual touching, sexual contact, sexual intercourse;

**c.** Harassment, sexual advances;

**d.** Victimization, exploitation, requests for sexual favors;

**e.** Coercion to engage in sexual activities;

**f.** Exhibitionism, voyeurism;

**g.** Verbal or non-verbal communication; or

**h.** Showing, distributing to others, or requesting any text, pictures, drawings, audio, video, or digital recording.

**13.** "Suit" means a civil proceeding in which damages because of injury to which this insurance applies are alleged. "Suit" includes:

**a.** An arbitration proceeding in which such damages are claimed and to which the insured must submit or does submit with our consent; or

**b.** Any other alternative dispute resolution proceeding in which such damages are claimed and to which the insured submits with our consent.

**14.** "Temporary worker" means a person who is furnished to you to substitute for a permanent "employee" on leave or to meet seasonal or short-term workload conditions.

**15.** "Volunteer worker" means a person who is not your "employee", and who donates his or her work and acts at the direction of and within the scope of duties determined by you, and is not paid a fee, salary or other compensation by you or anyone else for their work performed for you.


Copyright, CM Insurance, 2019
Includes copyrighted material of Insurance Services Office with its permission.
© Insurance Services Office, Inc., 2012

Electronically Filed - STODDARD - November 11, 2024 - 11:15 AM

Electronically Filed - STODDARD - November 11, 2024 - 11:15 AM



# COUNSELING SERVICES LIABILITY COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations, and any other person or organization qualifying as a Named Insured under this policy. The words "we", "us" and "our" refer to the company providing this insurance.

The word "insured" means any person or organization qualifying as such under **Section II - Who Is An Insured**.

Words and phrases that appear in quotation marks have special meaning. Refer to **Section V - Definitions**.

## SCHEDULE

| | |
|---|---|
| **Counseling Services Liability Each Claim Limit** | $1,000,000 |
| **Counseling Services Liability Aggregate Limit** | $3,000,000 |
| **Counseling Services Liability Each Claim Deductible** | |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. | |

## SECTION I - COVERAGES

## COUNSELING SERVICES LIABILITY COVERAGE

**1. Insuring Agreement**

**a.** We will pay those sums that the insured becomes legally obligated to pay as damages arising out of, resulting from, relating to, involving, or in any way connected with injury due to a "counseling incident" or "related counseling incidents" arising out of your business to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for injury to which this insurance does not apply. We may, at our discretion, investigate any "counseling incident" and settle any claim or "suit" that may result. But:

**(1)** The amount we will pay for damages is limited as described in **Section III - Limits Of Insurance**; and

**(2)** Our right and duty to defend ends when we have used up the applicable limit of insurance in the payment of judgments or settlements under this Coverage Form.

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments.

**b.** This insurance applies to injury caused by a "counseling incident" arising out of your business but only if:

**(1)** The "counseling incident" was committed in the "coverage territory" during the policy period;

**(2)** The counseling was performed by an insured as defined in **Section II - Who Is An Insured**; and

**(3)** Prior to the policy effective date, no insured listed under **Section II - Who Is An Insured** and no "employee" authorized by you to give or receive notice of a "counseling incident" or claim, knew that injury had occurred in whole or in part.

If such a listed insured or authorized "employee" knew, prior to the policy effective date that the injury occurred, then any continuation, change or resumption of the "counseling incident" during or after the policy period will be deemed to have been known prior to the policy period.

**2. Exclusions**

This insurance does not apply to:


Copyright, CM Insurance, 2020
Includes copyrighted material of Insurance Services Office with its permission.
© Insurance Services Office, Inc., 2012

Electronically Filed - STODDARD - November 11, 2024 - 11:15 AM

**a. Abuse or Sexual Misconduct**

Any liability, damages, loss, injury, demand, claim or "suit" arising out of, caused by, or allegedly caused by, in whole or in part:

**(1)** Actual, alleged, or threatened "abuse" or "sexual misconduct" of any person; or

**(2)** Insured's negligent employment, investigation, supervision, retention, training, reporting to proper authorities, or failure to report to proper authorities of a person who committed "abuse or "sexual misconduct".

**b. Accreditation And Professional Boards**

Injury arising out of your acts or omission as a member of a formal accreditation, board, committee or similar body.

**c. Aircraft, Auto Or Watercraft**

"Bodily injury" or "property damage" arising out of the ownership, maintenance, use or entrustment to others of any aircraft, "auto" or watercraft owned or operated by or rented or loaned to any insured. Use includes operation and "loading or unloading".

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the occurrence which caused the "bodily injury" or "property damage" involved the ownership, maintenance, use or entrustment to others of any aircraft, "auto" or watercraft that is owned or operated by or rented or loaned to any insured.

**d. Bodily Injury**

"Bodily injury" to:

**(1)** An employee of the insured arising out of and in the course of employment by the insured; or

**(2)** The spouse, child, parent, brother, or sister of that employee as a consequence of **(1)** above.

This Exclusion applies:

**(1)** Whether the insured may be liable as an employer or in any other capacity; and

**(2)** To any obligation to share damages with or repay someone else who must pay damages because of the injury.

**e. Commitment to Institution**

Injury arising out of the commitment of a person to an institution.

**f. Contractual Liability**

Damages the insured is obligated to pay by reason of the assumption of liability in any oral or written contract or agreement. This exclusion does not apply to liability for damages that the insured would have in the absence of the contract or agreement.

**g. Counseling, Guidance Or Professional Services**

Any injury sustained by any person arising out of or resulting from:

**(1)** Counseling or guidance of a person in exchange for a payment or fee;

**(2)** **"**Counseling services" that provide advice or assistance regarding charitable contributions, finance, insurance, investment, law, real estate or tax; or

**(3)** Professional activities conducted by a psychiatrist, psychologist or clinical social worker.

**h. Criminal Acts**

Injury arising out of a criminal act, including but not limited to "sexual misconduct" or fraud, committed by the insured or any person for whom the insured is legally responsible.

**i. Employer's Liability**

"Bodily injury" to:

**(1)** An "employee" of the insured arising out of and in the course of:

**(a)** Employment by the insured; or

**(b)** Performing duties related to the conduct of the insured's business; or

**(2)** The spouse, child, parent, brother or sister of that "employee" as a consequence of Paragraph **(1)** above.



Copyright, CM Insurance, 2020
Includes copyrighted material of Insurance Services Office with its permission.
© Insurance Services Office, Inc., 2012

Electronically Filed - STODDARD - November 11, 2024 - 11:15 AM

This exclusion applies whether the insured may be liable as an employer or in any other capacity and to any obligation to share damages with or repay someone else who must pay damages because of the injury.

This exclusion does not apply to liability assumed by the insured under an insured contract.

**j. Employment**

Any claim or injury based on, attributable to or arising out of any:

**(1)** Refusal to employ;

**(2)** Termination of employment;

**(3)** Coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation, discrimination, "sexual misconduct" or other employment related practices policies, policies, acts, errors or omissions; or

**(4)** Consequential damages as a result of Paragraphs **(1), (2)** or **(3)** above.

This exclusion applies where any insured is liable either as an employer or in any other capacity, or there is an obligation to fully or partially reimburse a third party for damages arising out of Paragraphs **(1), (2), (3)** or **(4)** above.

**k. Injunctive Or Other Non-Monetary Relief**

Any claim, cost or expense arising out of complying with any injunctive or other non-monetary relief or any agreement to provide such relief.

**l. Intoxication**

Any loss or "suit" caused by a person under the influence of intoxicants or narcotics.

**m. Professional Services**

Any claim based on or arising out of the actual or alleged rendering of or failure to render any professional service, including but not limited to:

**(1)** Medical;

**(2)** Radiological;

**(3)** Surgical;

**(4)** Dental;

**(5)** Nursing; or

**(6)** Pharmacological.

This exclusion does not apply to "counseling services".

**n. Punitive Or Exemplary Damages**

Any claim for punitive damages, exemplary damages, or the multiplied portions of any damages including trebling of damages, pursuant to any statute or regulations requiring such awards.

**o. Violation Of Law**

Any claim or injury based on, attributable to or arising out of any actual or alleged violation of a penal statute, regulation or ordinance committed by or with the knowledge or consent of any insured.

**p. Workers' Compensation And Similar Laws**

Any obligation of the insured under a workers' compensation, disability benefits or unemployment compensation law or any similar law.

**3. Supplementary Payments**

We will pay, with respect to any claim we investigate or settle, or any "suit" against an insured we defend:

**a.** All expenses we incur.

**b.** The cost of bonds to release attachments, but only for bond amounts within the applicable Limit of Insurance. We do not have to furnish these bonds.

**c.** All reasonable expenses incurred by the insured at our request to assist us in the investigation or defense of the claim or "suit", including actual loss of earnings up to $500 a day because of time off from work.

**d.** All court costs taxed against the insured in the "suit". However, these payments do not include attorneys' fees or attorneys' expenses taxed against the insured.


Copyright, CM Insurance, 2020
Includes copyrighted material of Insurance Services Office with its permission.
© Insurance Services Office, Inc., 2012

Electronically Filed - STODDARD - November 11, 2024 - 11:15 AM

**e.** Prejudgment interest awarded against the insured on that part of the judgment we pay. If we make an offer to pay the applicable Limit of Insurance, we will not pay any prejudgment interest based on that period of time after the offer.

**f.** All interest on the full amount of any judgment that accrues after entry of the judgment and before we have paid, offered to pay or deposited in court the part of the judgment that is within the applicable Limit of Insurance.

These payments will not reduce the Limits of Insurance.

**SECTION II - WHO IS AN INSURED**

Each of the following is an insured:

**1.** Any "counseling leaders" employed by you, but only with respect to "counseling services" provided by them within the scope of his or her duties for you.

**2.** Your "employee" or "volunteer worker", but only in acting under the direction and control of your "counseling leaders" and within the scope of his or her duties as your "employee" or "volunteer worker" in providing "counseling services".

**SECTION III - LIMITS OF INSURANCE AND DEDUCTIBLE**

**1.** The Limits of Insurance shown in the Schedule of this Coverage Form and the rules below fix the most we will pay regardless of the number of:

**a.** Insureds;

**b.** Claims made or "suits" brought; or

**c.** Persons or organizations making claims or bringing "suits".

**2. Counseling Services Liability Aggregate Limit**

The Counseling Services Liability Aggregate Limit is the most we will pay under Counseling Services Liability Coverage for the sum of all damages arising from all claims or "suits".

**3. Counseling Services Liability Each Claim Limit**

Subject to Paragraph **2.** above, the Counseling Services Liability Each Claim Limit is the most we will pay under Counseling Services Liability Coverage for the sum of all damages resulting from any "injuries" arising out of one claim. All injuries arising out of a "counseling incident" or "related counseling incidents", regardless of the number of "counseling incidents", period of time over which such counseling occurs, number of policies (whether concurrent or consecutive) issues by us during which such "counseling incident(s)" occur will be considered one claim. Counseling which occurs over time will be considered one "counseling incident", even if it takes place during more than one policy period.

**4.** The limits of this Coverage Form apply separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the Declarations unless the policy period is extended after issuance for an additional period of less than 12 months. In that case, the additional period will be deemed part of the last preceding period for purposes of determining the Limits of Insurance.

**5. Counseling Services Liability Each Claim Deductible**

**a.** Our obligation under the Counseling Services Liability Coverage to pay damages on your behalf applies only to the amount of damages in excess of the Counseling Services Liability Each Claim Deductible, if any, shown on the Schedule of this coverage form. The Limits of Insurance will not be reduced by the amount of the such deductible.

**b.** Counseling Services Liability Each Claim Deductible applies to the sum of all damages arising out of any one claim. All "injuries" arising out a "counseling incident" or "related counseling incidents", regardless of the number of "counseling incidents", period of time over which such counseling occurs, or number of policies (whether concurrent or consecutive) issued by us during which such "counseling incident(s)" occur will be considered one claim.

**c.** The terms of this insurance, including those with respect to:

**(1)** Our right and duty to defend the insured against any "suit" seeking damages; and

**(2)** Your duties in the event of a "counseling incident", claim or "suit"

apply irrespective of the application of the Counseling Services Liability Each Claim Deductible.



Copyright, CM Insurance, 2020
Includes copyrighted material of Insurance Services Office with its permission.
© Insurance Services Office, Inc., 2012

Electronically Filed - STODDARD - November 11, 2024 - 11:15 AM

**d.** We may, at our sole discretion, pay any part or all of the Counseling Services Liability Each Incident Deductible to settle any claim or "suit" and, upon notification of the action taken, you must promptly reimburse us for such part of the Counseling Services Liability Each Incident Deductible as has been paid by us.

**e.** No other deductible will apply to the coverage provided by this Coverage Form.

**SECTION IV - CONDITIONS**

**1. Bankruptcy**

Bankruptcy or insolvency of the insured or of the insured's estate will not relieve us of our obligations under this Coverage Form.

**2. Duties In The Event Of Any "Counseling Incident", Claim Or "Suit**

**a.** You must see to it that we are notified as soon as practicable of any "counseling incident" which may result in a claim or "suit". To the extent possible, notice should include:

**(1)** How, when and where the "counseling incident" took place;

**(2)** The names and addresses of any involved person(s) and witnesses;

**(3)** The nature of the injury resulting from the "counseling incident"; and

**(4)** Any other pertinent information about the "counseling incident".

**b.** If a claim is made or "suit" is brought against any insured, you must:

**(1)** Immediately record the specifics of the claim or "suit" and the date received; and

**(2)** Notify us in writing as soon as practicable.

You must see to it that we receive written notice of the claim or "suit" as soon as practicable.

**c.** You and any other involved insured must:

**(1)** Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the claim or "suit";

**(2)** Authorize us to obtain records and other information;

**(3)** Cooperate with us in the investigation, or settlement of the claim or defense against the "suit"; and

**(4)** Assist us, upon our request, in the enforcement of any right against any person or organization which may be liable to the insured because of injury or damage to which this insurance may also apply.

**d.** No insureds will, except at that insured's own cost, voluntarily make a payment, assume any obligation or incur any expense without our consent.

**e.** Notice of a "counseling incident" is not notice of a claim or "suit" and shall not relieve the insured of their duty to report any subsequent claim of "suit".

**3. Legal Action Against Us**

No person or organization has a right under this Coverage Form:

**a.** To join us as a party or otherwise bring us into a "suit" asking for damages from an insured; or

**b.** To sue us on this Coverage Form unless all of its terms have been fully complied with.

A person or organization may sue us to recover on an agreed settlement or on a final judgment against an insured; but we will not be liable for damages that are not payable under the terms of this Coverage Form or that are in excess of the applicable limit of insurance. An agreed settlement means a settlement and release of liability signed by us, the insured and the claimant or the claimant's legal representative.

**4. Other Insurance**

If other valid and collectible insurance is available to the insured for damages we cover under this Coverage Form, our obligations are limited as follows:

**a. Primary Insurance**

This insurance is primary except when Paragraph **b.** below applies. If this insurance is primary, our obligations are not affected unless any of the other insurance is also primary. Then, we will share with all that other insurance by the method described in Paragraph **c.** below.

**b. Excess Insurance**

**(1)** This insurance is excess over any other primary insurance:


Copyright, CM Insurance, 2020
Includes copyrighted material of Insurance Services Office with its permission.
© Insurance Services Office, Inc., 2012

Electronically Filed - STODDARD - November 11, 2024 - 11:15 AM

**(a)** For which you have been added as an additional insured by attachment of an endorsement; and

**(b)** That is available to you covering liability for damages we cover under this Coverage Form.

**(2)** When this insurance is excess, we will have no duty to defend the insured against any "suit" if any other insurer has a duty to defend the insured against that "suit". If no other insurer defends, we will undertake to do so, but we will be entitled to the insured's rights against all those other insurers.

**(3)** When this insurance is excess over other insurance, we will pay only our share of the amount of the loss, if any, that exceed the sum of:

**(a)** The total amount that all such other insurance would pay for loss in the absence of this insurance; and

**(b)** The total of all deductibles and self-insured amounts under all that other insurance.

**(4)** We will share the remaining damages, if any, with any other insurance that is not described in this Paragraph **b.** and was not purchased specifically to apply in excess of the Limits of Insurance for this Coverage Form.

**c. Method Of Sharing**

**(1)** If all the other insurance permits contribution by equal shares, we will follow this method also. Under this approach, each insurer contributes equal amounts until it has paid its applicable limit of insurance or none of the loss remains, whichever comes first.

**(2)** If any of the other insurance does not permit contribution by equal shares, we will contribute by limits. Under this method, each insurer's share is based on the ratio of its applicable limit of insurance to the total applicable limits of insurance of all insurers.

**5. Premium Audit**

**a.** We will compute all premiums for this Coverage Form in accordance with our rules and rates.

**b.** Premium shown in this Coverage Form as advance premium is a deposit premium only. At the close of each audit period we may compute the earned premium for that period and send notice to the first Named Insured. The due date for audit and retrospective premiums is the date shown as the due date on the bill. If the sum of the advance and audit premiums paid for the policy period is greater than the earned premium, we will return the excess to the first Named Insured.

**c.** The first Named Insured must keep records of the information we need for premium computation and send us copies at such times as we may request.

**6. Representations**

By accepting this policy, you agree:

**a.** The statements in the Declarations are accurate and complete;

**b.** Those statements are based upon representations you made to us; and

**c.** We have issued this policy in reliance upon your representations.

**7. Separation of Insureds**

Except with respect to the Limits of Insurance, and any rights or duties specifically assigned in this Coverage Form to the first Named Insured, this insurance applies:

**a.** As if each Named Insured were the only Named Insured; and

**b.** Separately to each insured against whom claim is made or "suit" is brought.

**8. Transfer Of Rights Of Recovery Against Others To Us**

If the insured has rights to recover all or part of any payment we have made under this Coverage Form, those rights are transferred to us. The insured must do nothing after loss to impair them. At our request, the insured will bring "suit" or transfer those rights to us and help us enforce them.

**9. When We Do Not Renew**

If we decide not to renew this Coverage Form, we will mail or deliver to the first Named Insured shown in the Declarations written notice of the nonrenewal not less than 30 days before the expiration date.

If notice is mailed, proof of mailing will be sufficient proof of notice.


Copyright, CM Insurance, 2020
Includes copyrighted material of Insurance Services Office with its permission.
© Insurance Services Office, Inc., 2012

Electronically Filed - STODDARD - November 11, 2024 - 11:15 AM

**10. Limitation of Coverage**

If this Coverage Form is part of a policy which has other liability insurance, that other liability insurance does not apply to any injury caused by any "counseling incident" covered by this Coverage Form.

**SECTION V - DEFINITIONS**

**1.** "Abuse" means any physical or nonphysical act of a nonsexual nature toward another person(s) which is committed with the intent to cause harm.

**2.** "Advertisement" means a notice that is broadcast or published to the general public or specific market segments about your goods, products or services for the purpose of attracting customers or supporters. For the purposes of this definition:

**a.** Notices that are published include material placed on the Internet or on similar electronic means of communication; and

**b.** Regarding web sites, only that part of a web site that is about your goods, products or services for the purposes of attracting customers or supporters is considered an advertisement.

**3.** "Bodily injury" means bodily injury, sickness or disease sustained by a person, including death resulting from any of these at any time. Bodily injury does not include emotional injury without corresponding bodily injury.

**4.** "Counseling incident" means any wrongful act or omission in the furnishing of “counseling services”.

**5.** "Counseling leader" means an individual given authority by the insured to organize and/or render the "counseling services" provided by the insured organization.

**6.** "Counseling services" means

**a.** Counseling or psychotherapy wherein knowledge and standards stemming from the disciplines of theology and the behavioral sciences are utilized in working with people, couples, families, other sets of people and cultural systems to reach a place of healing and development; or

**b.** The provision of assistance or guidance in resolving personal or social problems and difficulties.

"Counseling services" does not include:

**a.** Counseling provided in exchange for a payment or fee;

**b.** Professional activities conducted by a psychiatrist, psychologist or clinical social worker; or

**c.** The rendering of legal, medical, or financial advice.

**7.** "Coverage territory" means:

**a.** The United States of America (including its territories and possessions), Puerto Rico and Canada;

**b.** International waters or airspace, but only if the injury or damage occurs in the course of travel or transportation between any places included in Paragraph **a.** above; or

**c.** All other parts of the world if the injury or damage arises out of the activities of a person whose home is in the territory described in Paragraph **a.** above but is away for a short time on your business provided the insured's responsibility to pay damages is determined in a "suit" on the merits, in the territory described in Paragraph **a.** above or in a settlement we agree to.

**8.** "Employee" includes a "leased worker". "Employee" does not include a "temporary worker".

**9.** "Leased worker" means a person leased to you by a labor leasing firm under an agreement between you and the labor leasing firm, to perform duties related to the conduct of your business.

"Leased worker" does not include a "temporary worker".

**10.** "Property damage" means:

**a.** Physical injury to tangible property, including all resulting loss of use of that property. All such loss of use shall be deemed to occur at the time of the physical injury that caused it; or

**b.** Loss of use of tangible property that is not physically injured. All such loss of use shall be deemed to occur at the time of the occurrence that caused it.

For the purposes of this insurance, electronic data is not tangible property.

As used in this definition, electronic data means information, facts or programs stored as or on, created or used on, or transmitted to or from computer software, including systems and applications software, hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment.


Copyright, CM Insurance, 2020
Includes copyrighted material of Insurance Services Office with its permission.
© Insurance Services Office, Inc., 2012

Electronically Filed - STODDARD - November 11, 2024 - 11:15 AM

**11.** “Related counseling incidents” means all "counseling incidents" that:

**a.** Are causally connected by common facts, circumstances, transactions, events and/or decisions; and

**b.** Committed by one or more insureds.

**12.** "Sexual misconduct" means any actual, alleged, or threatened conduct, whether permitted or unpermitted, by any person, acting in any capacity and under any circumstances, that is or is alleged to be, arises out of, results from, relates to, involves, or is in any way connected with any conduct that is of a sexual nature and includes, but is not limited to:

**a.** Molestation;

**b.** Sexual assault, sexual battery, sexual touching, sexual contact, sexual intercourse;

**c.** Harassment, sexual advances;

**d.** Victimization, exploitation, requests for sexual favors;

**e.** Coercion to engage in sexual activities;

**f.** Exhibitionism, voyeurism;

**g.** Verbal or non-verbal communication; or

**h.** Showing, distributing to others, or requesting any text, pictures, drawings, audio, video, or digital recording.

**13.** "Suit" means a civil proceeding in which damages because of injury caused by a "counseling incident" to which this insurance applies are alleged. "Suit" includes:

**a.** An arbitration proceeding in which such damages are claimed and to which the insured must submit or does submit with our consent; or

**b.** Any other alternative dispute resolution proceeding in which such damages are claimed and to which the insured submits with our consent.

**14.** "Temporary worker" means a person who is furnished to you to substitute for a permanent "employee" on leave or to meet seasonal or short-term workload conditions.

**15.** "Volunteer worker" means a person who is not your "employee", and who donates his or her work and acts at the direction of and within the scope of duties determined by you, and is not paid a fee, salary or other compensation by you or anyone else for their work performed for you.


Copyright, CM Insurance, 2020
Includes copyrighted material of Insurance Services Office with its permission.
© Insurance Services Office, Inc., 2012

Electronically Filed - STODDARD - November 11, 2024 - 11:15 AM



# CRIME AND FIDELITY COVERAGE PART DECLARATIONS (COMMERCIAL ENTITIES)

The Crime And Fidelity Coverage Part (Commercial Entities) consists of this Declarations form and the Commercial Crime Coverage Form.

**Named Insured:**
DIMENSION CHURCH

Coverage is provided only if an amount is shown opposite an Insuring Agreement. If the amount is left blank or "Not Covered" is inserted, such Insuring Agreement and any other reference thereto in this Coverage Part will be deemed to be deleted therefrom.

| Insuring Agreements | | | Limit Of Insurance Per Occurrence | Deductible Amount Per Occurrence |
|---|---|---|---|---|
| **1.** | **Fidelity** | | | |
| | **a.** | **Employee Theft** | $2,500 | None |
| | **b.** | **ERISA Plan Official Dishonesty** | Not Covered | **N/A** |
| | **c.** | **Employee Theft Of Clients' Property** | Not Covered | |
| **2.** | **Forgery Or Alteration** | | | |
| | **a.** | **Forgery Of Negotiable Instruments** | Not Covered | |
| | **b.** | **Forgery Of Payment Card Instruments** | Not Covered | **N/A** |
| **3.** | **Inside The Premises – Theft Of Money And Securities** | | $2,000 | $250 |
| **4.** | **Inside The Premises – Robbery Or Safe Burglary Of Other Property** | | Not Covered | |
| **5.** | **Outside The Premises** | | $2,000 | $250 |
| **6.** | **Computer And Funds Transfer Fraud** | | Not Covered | |
| **7.** | **Fraudulent Impersonation** | | Not Covered | |
| **8.** | **Money Orders And Counterfeit Money** | | Not Covered | |

**If Added By Endorsement:**

| Insuring Agreement(s) Or Coverage(s) | Limit Of Insurance Per Occurrence | Deductible Amount Per Occurrence |
|---|---|---|
| Inside The Premises-Theft of Other Property | $104,000 | $2,500 |

**Percentage Of Deductible Amount Over Which Losses Must Be Reported:**

**Percentage Of Total Assets Applicable To Subsidiary Acquisitions:**


© Insurance Services Office, Inc., 2021

Electronically Filed - STODDARD - November 11, 2024 - 11:15 AM

## SCHEDULE - Insuring Agreement Added By Endorsement

| |
|---|
| **Endorsements Forming Part Of This Coverage Part When Issued:**<br><br>See Schedule of Forms and Endorsements |
| **Cancellation Of Prior Insurance Issued By Us:** |
| **By acceptance of this Coverage Part, you give us notice cancelling prior Policy Numbers**<br>**, the cancellation to be effective at the time this Coverage Part becomes effective.** |

 © Insurance Services Office, Inc., 2021 

Electronically Filed - STODDARD - November 11, 2024 - 11:15 AM



# COMMERCIAL CRIME COVERAGE FORM (LOSS SUSTAINED FORM)

Various provisions in this Policy restrict coverage. Read the entire Policy carefully to determine rights, duties and what is or is not covered.

Throughout this Policy:

**1.** The words "you" and "your" refer to:

**a.** The first Named Insured shown in the Declarations; and

**b.** Any "employee benefit plan", "subsidiary" or other entity that is named as an Insured in the Declarations or included as an Insured by endorsement.

The first Named Insured in Paragraph **a.** above will act for itself and for every other Insured for all purposes of this insurance.

**2.** The words "we", "us" and "our" refer to the company providing this insurance.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section **F.** Definitions.

## A. Insuring Agreements

Coverage is provided under the following Insuring Agreements for which a Limit Of Insurance is shown in the Declarations and applies to loss that you sustain resulting directly from an "occurrence" taking place during the Policy Period shown in the Declarations, except as provided in the Loss Sustained During Prior Insurance Conditions **E.1.l.** and **E.1.m.,** which is "discovered" by a "designated person" during the Policy Period shown in the Declarations or during the period of time provided in the Extended Period To Discover Loss Condition **E.1.h.:**

### 1. Fidelity

**a. Employee Theft**

We will pay for loss of or damage to "money", "securities" and "other property" resulting directly from "theft" committed by an "employee", whether identified or not, acting alone or in collusion with other persons.

For the purposes of this Insuring Agreement, "theft" includes forgery.

**b. ERISA Plan Official Dishonesty**

We will pay for loss of or damage to "money", "securities" and "other property" belonging to an "ERISA employee benefit plan" resulting directly from "fraud or dishonesty" committed by:

**(1)** An "ERISA plan official", whether identified or not; or

**(2)** You, but only if you are a sole proprietor;

acting alone or in collusion with other persons.

**c. Employee Theft Of Clients' Property**

We will pay for loss of or damage to "money", "securities" and "other property" sustained by your "client" resulting directly from "theft" committed by an identified "employee", acting alone or in collusion with other persons.

For the purposes of this Insuring Agreement, "theft" includes forgery.

### 2. Forgery Or Alteration

**a. Forgery Of Negotiable Instruments**

**(1)** We will pay for loss resulting directly from "forgery" or alteration of checks, drafts, promissory notes, or similar written promises, orders or directions to pay a sum certain in "money" that are:

**(a)** Made or drawn by or drawn upon you; or

 © Insurance Services Office, Inc., 2021 

Electronically Filed - STODDARD - November 11, 2024 - 11:15 AM

**(b)** Made or drawn by one acting as your agent;

or that are purported to have been so made or drawn.

For the purposes of this Insuring Agreement, a substitute check as defined in the Check Clearing for the 21st Century Act will be treated the same as the original it replaced.

**(2)** If you are sued for refusing to pay any instrument covered in Paragraph **(1)** above, on the basis that it has been forged or altered, and you have our written consent to defend against the suit, we will pay for any reasonable legal expenses that you incur and pay in that defense. The amount that we will pay for such legal expenses is in addition to the Limit of Insurance applicable to this Insuring Agreement.

**b. Forgery Of Payment Card Instruments**

We will pay for loss resulting directly from "forgery" of written instruments required in conjunction with any credit, debit or charge card issued to:

**(1)** You; or

**(2)** Any of your "employees" or "ERISA plan officials";

for business purposes.

**3. Inside The Premises – Theft Of Money And Securities**

We will pay for:

**a.** Loss of "money" and "securities" inside the "premises" or "financial institution premises":

**(1)** Resulting directly from "theft" committed by a person present inside such "premises" or "financial institution premises"; or

**(2)** Resulting directly from disappearance or destruction.

**b.** Loss from damage to the "premises" or its exterior resulting directly from an actual or attempted "theft" of "money" or "securities", if you are the owner of the "premises" or are liable for damage to it.

**c.** Loss of or damage to a locked safe, vault, cash register, cash box or cash drawer located inside the "premises" resulting directly from an actual or attempted "theft" of, or unlawful entry into, those containers.

**4. Inside The Premises – Robbery Or Safe Burglary Of Other Property**

We will pay for:

**a.** Loss of or damage to "other property":

**(1)** Inside the "premises" resulting directly from an actual or attempted "robbery" of a "custodian"; or

**(2)** Inside the "premises" in a safe or vault resulting directly from an actual or attempted "safe burglary".

**b.** Loss from damage to the "premises" or its exterior resulting directly from an actual or attempted "robbery" or "safe burglary" of "other property", if you are the owner of the "premises" or are liable for damage to it.

**c.** Loss of or damage to a locked safe or vault located inside the "premises" resulting directly from an actual or attempted "robbery" or "safe burglary".

**5. Outside The Premises**

We will pay for:

**a.** Loss of "money" and "securities" outside the "premises" in the care and custody of a "messenger" or an armored motor vehicle company resulting directly from "theft", disappearance or destruction.

**b.** Loss of or damage to "other property" outside the "premises" in the care and custody of a "messenger" or an armored motor vehicle company resulting directly from an actual or attempted "robbery".

**6. Computer And Funds Transfer Fraud**

We will pay for:

**a.** Loss resulting directly from a fraudulent:

**(1)** Entry of "electronic data" or "computer program" into; or

**(2)** Change of "electronic data" or "computer program" within;

 © Insurance Services Office, Inc., 2021 

Electronically Filed - STODDARD - November 11, 2024 - 11:15 AM

any "computer system", provided that the fraudulent entry or fraudulent change causes, with regard to Paragraphs **(1)** and **(2)** above:

**(a)** "Money", "securities" or "other property" to be transferred, paid or delivered to a person, entity or account beyond your control; or

**(b)** Your account at a "financial institution" to be debited or deleted;

without your knowledge or consent.

**b.** Loss resulting directly from a "financial institution" debiting your "transfer account" in reliance upon a "transfer instruction" purportedly issued by you directing the "financial institution" to transfer, pay or deliver "money" or "securities" from that account, but which "transfer instruction" proves to have been fraudulently issued by an imposter without your knowledge or consent.

**7. Fraudulent Impersonation**

We will pay for:

**a.** Loss resulting directly from you having acted upon a "transfer instruction" that was, in fact, issued by a "client" or "vendor", but in which the bank account information or wire transfer instructions of such "client" or "vendor" had been changed by you acting in good faith reliance upon a "change of account request" purportedly issued by an "authorized person" or the "client" or "vendor", but which "change of account request" proves to have been fraudulently issued by an imposter without the knowledge or consent of the "authorized person", "client" or "vendor" and the fraudulent act resulted in you transferring, paying or delivering "money" or "securities" to a person, entity or account beyond your control; or

**b.** Loss resulting directly from you having acted in good faith reliance upon a "transfer instruction" purportedly issued by an "authorized person", "client" or "vendor" and you transferred, paid or delivered "money" or "securities" to a person, entity or account beyond your control, but which "transfer instruction" proves to have been fraudulently issued by an imposter without the knowledge or consent of the "authorized person", "client" or "vendor".

**8. Money Orders And Counterfeit Money**

We will pay for loss resulting directly from you having accepted in good faith in exchange for merchandise, "money" or services:

**a.** Money orders issued by any post office, express company or "financial institution" that are not paid upon presentation; or

**b.** "Counterfeit money" that is acquired during the regular course of business.

**B. Limit Of Insurance**

The most we will pay for all loss resulting directly from an "occurrence" is the applicable Limit Of Insurance shown in the Declarations.

If any loss is covered under more than one Insuring Agreement or coverage, the most we will pay for such loss will not exceed the largest Limit of Insurance available under any one of those Insuring Agreements or coverages.

**C. Deductible**

We will not pay for loss resulting directly from an "occurrence", unless the amount of loss exceeds the Deductible Amount shown in the Declarations. We will then pay the amount of loss in excess of the Deductible Amount, up to the Limit of Insurance.

**D. Exclusions**

**1. Exclusions Applicable To All Insuring Agreements**

This insurance does not cover:

**a. Acts Committed By You, Your Partners Or Members**

Loss resulting from "theft" or any other fraudulent or dishonest act committed by:

**(1)** You; or

**(2)** Any of your partners or "members";

whether acting alone or in collusion with other persons, except when covered under Insuring Agreement **A.1.b.**

Electronically Filed - STODDARD - November 11, 2024 - 11:15 AM

**b. Acts Committed By Your Employees, ERISA Plan Officials, Managers, Directors, Trustees Or Representatives**

Loss resulting from "theft" or any other fraudulent or dishonest act committed by any of your "employees", "ERISA plan officials", "managers", directors, trustees or authorized representatives:

**(1)** Whether acting alone or in collusion with other persons; or

**(2)** While performing services for you or otherwise;

except when covered under Insuring Agreement **A.1.a., A.1.b.** or **A.1.c.**

**c. Acts Committed By Your Employees Or ERISA Plan Officials Prior To The Policy Period**

Loss caused by any "employee" or "ERISA plan official" if the "employee" or "ERISA plan official" had also committed "theft" or any other fraudulent or dishonest act prior to the effective date of this insurance and you or a "designated person", not in collusion with the "employee" or "ERISA plan official", learned of such "theft" or fraudulent or dishonest act prior to the Policy Period shown in the Declarations.

**d. Confidential Or Personal Information**

**(1)** The disclosure of your or another person's or entity's confidential or personal information; or

**(2)** The use of another person's or entity's confidential or personal information, except that this Paragraph **(2)** does not apply to loss otherwise covered under this insurance that results directly from the use of your or an "employee benefit plan" participant's confidential or personal information.

For the purposes of this exclusion, confidential or personal information includes, but is not limited to, patents, trade secrets, processing methods, "client", customer or "vendor" information, financial information, payment card information, health information, retirement or health savings account information or any other type of nonpublic information.

**e. Data Security Breach**

Fees, costs, fines, penalties and other expenses incurred by you, which are related to the access to or disclosure of another person's or entity's confidential or personal information including, but not limited to, patents, trade secrets, processing methods, "client", customer or "vendor" information, financial information, payment card information, health information, retirement or health savings account information or any other type of nonpublic information.

**f. Governmental Action**

Loss resulting from seizure or destruction of property by order of governmental authority.

**g. Indirect Loss**

Loss that is an indirect result of an "occurrence" covered by this insurance including, but not limited to, loss resulting from:

**(1)** Your inability to realize income that you would have realized had there been no loss of or damage to "money", "securities" or "other property";

**(2)** Payment of damages of any type for which you are legally liable. But, we will pay compensatory damages arising directly from a loss covered under this insurance; or

**(3)** Payment of costs, fees or other expenses you incur in establishing either the existence or the amount of loss under this insurance.

**h. Kidnap, Ransom, Extortion And Other Unlawful Demands**

**(1)** Loss resulting from the surrender of ransom in response to an unlawful demand including, but not limited to, an unlawful demand arising out of:

**(a)** An actual or alleged kidnap or threat to do bodily harm to any person, other than "robbery" covered under this insurance;

**(b)** A threat to do damage to any property or to contaminate, pollute or render substandard your products or goods;

**(c)** A threat to introduce a denial of service attack into any "computer system";

**(d)** A threat to introduce a virus or other malicious instruction into any "computer system", which would encrypt, damage, destroy or corrupt "electronic data" or "computer programs" stored within the "computer system"; or

 © Insurance Services Office, Inc., 2021 

Electronically Filed - STODDARD - November 11, 2024 - 11:15 AM

**(e)** A threat to access, download, disseminate, divulge or utilize:

**(i)** Your information or the information of any other natural person or entity; or

**(ii)** Weaknesses in the source code within any "computer system";

except when covered under Insuring Agreement **A.1.a.** or **A.1.b.**

**(2)** Loss resulting from payment of any kind in response to a denial of service attack, ransomware, virus or other malicious instruction introduced into any "computer system" that denies or restricts access, encrypts, downloads or otherwise damages, destroys or corrupts any "computer system", "electronic data" or "computer program", except when covered under Insuring Agreement **A.1.a.** or **A.1.b.**

**(3)** Fees, costs and expenses incurred by you arising out of any act or event in Paragraph **(1)** or **(2)** above.

**i. Legal Fees, Costs And Expenses**

Fees, costs and expenses incurred by you, which are related to any legal action, except when covered under Insuring Agreement **A.2.**

**j. Nuclear, Biological Or Chemical Hazard**

Loss or damage resulting from the dispersal or application of pathogenic or poisonous biological or chemical materials, nuclear reaction, nuclear radiation or radioactive contamination, or any related act or incident, however caused.

**k. Pollution**

Loss or damage caused by or resulting from pollution. Pollution means the discharge, dispersal, seepage, migration, release or escape of any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

**l. Virtual Currency**

Loss involving virtual currency of any kind, by whatever name known, whether actual or fictitious including, but not limited to, digital currency, cryptocurrency or any other type of electronic currency.

**m. War And Military Action**

Loss or damage resulting from:

**(1)** War, including undeclared or civil war;

**(2)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**(3)** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**2. Additional Exclusions Applicable To Specific Insuring Agreements**

**a.** Insuring Agreement **A.1.a.** does not cover:

**(1) ERISA Employee Benefit Plans**

Loss of property belonging to any "ERISA employee benefit plan".

**(2) Inventory Shortages**

Loss, or that part of any loss, the proof of which as to its existence or amount is dependent upon:

**(a)** An inventory computation; or

**(b)** A profit and loss computation.

However, where you establish wholly apart from such computations that you have sustained a loss, then you may offer your inventory records and actual physical count of inventory in support of the amount of loss claimed.

**(3) Trading**

Loss resulting from trading, whether in your name or in a genuine or fictitious account.

Electronically Filed - STODDARD - November 11, 2024 - 11:15 AM

**(4) Warehouse Receipts**

Loss resulting from the fraudulent or dishonest signing, issuing, cancelling or failing to cancel a warehouse receipt or any papers connected with it.

**b.** Insuring Agreement **A.1.b.** does not cover:

**Inventory Shortages**

Loss, or that part of any loss, the proof of which as to its existence or amount is dependent upon:

**(1)** An inventory computation; or

**(2)** A profit and loss computation.

However, where you establish wholly apart from such computations that you have sustained a loss, then you may offer your inventory records and actual physical count of inventory in support of the amount of loss claimed.

**c.** Insuring Agreement **A.1.c.** does not cover:

**(1) Inventory Shortages**

Loss, or that part of any loss, the proof of which as to its existence or amount is dependent upon:

**(a)** An inventory computation; or

**(b)** A profit and loss computation.

However, where your "client" establishes wholly apart from such computations that it has sustained a loss resulting from "theft" caused by an identified "employee", then you may offer your "client's" inventory records and actual physical count of inventory in support of the amount of loss claimed.

**(2) Trading**

Loss resulting from trading, whether in your "client's" name or in a genuine or fictitious account.

**(3) Warehouse Receipts**

Loss resulting from the fraudulent or dishonest signing, issuing, cancelling or failing to cancel a warehouse receipt or any papers connected with it.

**d.** Insuring Agreement **A.2.b.** does not cover:

**Non-compliance With Payment Card Issuer's Requirements**

Loss arising from any credit, debit or charge card if you have not complied fully with the provisions, conditions or other terms under which the card was issued.

**e.** Insuring Agreements **A.3., A.4.** and **A.5.** do not cover:

**(1) Accounting Or Arithmetical Errors Or Omissions**

Loss resulting from accounting or arithmetical errors or omissions.

**(2) Exchanges Or Purchases**

Loss resulting from the giving or surrendering of property in any exchange or purchase.

**(3) Fire**

Loss or damage resulting from fire, however caused, except:

**(a)** Loss of or damage to "money" and "securities"; and

**(b)** Loss from damage to a safe or vault.

**(4) Money Operated Devices**

Loss of property contained in any money operated device, unless the amount of "money" deposited in it is recorded by a continuous recording instrument in the device.

**(5) Motor Vehicles Or Equipment And Accessories**

Loss of or damage to motor vehicles, trailers or semitrailers or equipment and accessories attached to them.

**(6) Vandalism**

Loss from damage to the "premises" or its exterior, or to any safe, vault, cash register, cash box, cash drawer or "other property", by vandalism or malicious mischief.

Electronically Filed - STODDARD - November 11, 2024 - 11:15 AM

**(7) Voluntary Parting Of Title To Or Possession Of Property**

Loss resulting from your, or anyone else acting on your express or implied authority, being induced by any fraudulent or dishonest act to voluntarily part with title to or possession of any property.

**f.** Insuring Agreement **A.6.** does not cover:

**(1) Authorized Access**

Loss resulting from a fraudulent:

**(a)** Entry of "electronic data" or "computer program" into; or

**(b)** Change of "electronic data" or "computer program" within;

any "computer system" by an "employee" or other person or entity with authorized access to that "computer system".

**(2) Credit Card Transactions**

Loss resulting from the use or purported use of credit, debit, charge, access, convenience, identification or other cards, or the information contained on such cards.

**(3) Exchanges Or Purchases**

Loss resulting from the giving or surrendering of property in any exchange or purchase.

**(4) Fraudulent Instructions**

Loss resulting from an "employee" or other person or entity acting upon any kind of instruction to:

**(a)** Transfer, pay or deliver "money", "securities" or "other property"; or

**(b)** Debit or delete your account;

which instruction proves to be fraudulent, except for a "financial institution" acting upon an instruction to debit your "transfer account" when covered under Insuring Agreement **A.6.b.**

**(5) Inventory Shortages**

Loss, or that part of any loss, the proof of which as to its existence or amount is dependent upon:

**(a)** An inventory computation; or

**(b)** A profit and loss computation.

**E. Conditions**

The following conditions apply in addition to the Common Policy Conditions:

**1. Conditions Applicable To All Insuring Agreements**

**a. Additional Premises Or Employees**

If, while this insurance is in force, you establish any additional "premises" or hire additional "employees", other than through:

**(1)** Consolidation or merger with; or

**(2)** Purchase or acquisition of assets or liabilities of;

another entity, such "premises" and "employees" will automatically be covered under this insurance.

Notice to us of an increase in the number of "premises" or "employees" is not required and no additional premium will be charged for the remainder of the Policy Period shown in the Declarations.

**b. Cancellation Or Termination**

The following applies in addition to the Cancellation provision in the Common Policy Conditions:

**(1) Coverage Termination**

**(a)** This insurance terminates in its entirety immediately upon:

**(i)** The effective date of a "change of control" of the first Named Insured; or

**(ii)** The voluntary dissolution or liquidation of the first Named Insured.

**(b)** This insurance terminates as to any Insured, other than the first Named Insured, immediately upon:

**(i)** The effective date of a "change of control" of that Insured; or

 © Insurance Services Office, Inc., 2021 

Electronically Filed - STODDARD - November 11, 2024 - 11:15 AM

**(ii)** The voluntary dissolution or liquidation of that Insured.

If this insurance terminates for any reason specified in Paragraph **(a)** or **(b)** above, we will send the first Named Insured any premium refund due. The refund will be pro rata.

**(2) Individual Insured Or Coverage Cancellation**

We, or the first Named Insured shown in the Declarations, may cancel this insurance as to any Insured, or on any Insuring Agreement or coverage in accordance with the provisions of the Cancellation Common Policy Condition.

**(3) Termination Of Coverage As To Any Employee Or ERISA Plan Official**

This insurance terminates as to any "employee" or "ERISA plan official":

**(a)** As soon as:

**(i)** A "designated person"; or

**(ii)** An "employee" in your Human Resources Department or its equivalent;

not in collusion with the "employee" or "ERISA plan official", learns of "theft" or any other fraudulent or dishonest act committed by the "employee" or "ERISA plan official", whether before or after becoming employed by you; or

**(b)** On the date specified in a notice mailed to the first Named Insured. That date will be at least 30 days after the date of mailing.

We will mail or deliver our notice to the first Named Insured's last mailing address known to us. If notice is mailed, proof of mailing will be sufficient proof of notice.

**c. Concealment, Misrepresentation Or Fraud**

This insurance is void in any case of fraud by you as it relates to this insurance at any time. It is also void if you or any other Insured, at any time, intentionally conceals or misrepresents a material fact concerning:

**(1)** This insurance;

**(2)** The property covered under this insurance;

**(3)** Your interest in the property covered under this insurance; or

**(4)** A claim under this insurance.

**d. Consolidation – Merger – Acquisition**

**(1)** Except as provided in Paragraph **(2)** below, if you consolidate or merge with another entity where you are the surviving entity, or you purchase or acquire the assets or liabilities of another entity:

**(a)** You must give us written notice as soon as possible and obtain our written consent to extend the coverage provided by this insurance to such consolidated or merged entity or such purchased or acquired assets or liabilities. We may condition our consent by requiring payment of an additional premium; but

**(b)** For the first 90 days after the effective date of such consolidation, merger or purchase or acquisition of assets or liabilities, the coverage provided by this insurance will apply to such consolidated or merged entity or such purchased or acquired assets or liabilities, provided that all "occurrences" causing or contributing to loss involving such consolidation, merger or purchase or acquisition of assets or liabilities must take place after the effective date of such consolidation, merger or purchase or acquisition of assets or liabilities.

Any "employee benefit plan" acquired in such consolidation, merger or purchase or acquisition will automatically be included as an Insured under this insurance.

 © Insurance Services Office, Inc., 2021 

Electronically Filed - STODDARD - November 11, 2024 - 11:15 AM

**(2)** For "subsidiaries" you acquire in which you own greater than 50% of the voting stock or voting rights, the coverage provided by this insurance will automatically apply to loss sustained by such acquired "subsidiary" resulting directly from an "occurrence" taking place at any time which is "discovered" by a "designated person" during the Policy Period shown in the Declarations, except as provided in the Loss Sustained During Prior Insurance Conditions **E.1.l.** and **E.1.m.,** or during the period of time provided in the Extended Period To Discover Loss Condition **E.1.h.,** provided that:

**(a)** The assets of the acquired "subsidiary" do not exceed the Percentage Of Total Assets Applicable To Subsidiary Acquisitions shown in the Declarations, which is based on your total assets as reflected in your most recent fiscal year-end consolidated financial statements immediately preceding the effective date of this insurance; and

**(b)** The acquired "subsidiary" has not had any paid or reported claims of the type covered under this insurance for the three-year period prior to the date of such acquisition.

You are not required to provide notice of the acquisition to us and you are not required to pay any additional premium for the remainder of the Policy Period shown in the Declarations.

Any "employee benefit plan" of an acquired "subsidiary" will automatically be included as an Insured under this insurance.

**e. Cooperation**

You must cooperate with us in all matters pertaining to this insurance as stated in its terms and conditions.

**f. Duties In The Event Of Loss**

Upon "discovery" of loss or a situation that may result in loss of or damage to "money", "securities" or "other property":

**(1)** Except as provided in Paragraph **(2)** below, you must:

**(a)** Notify us as soon as possible;

**(b)** Give us a detailed, sworn proof of loss within 120 days;

**(c)** Cooperate with us in the investigation and settlement of any claim;

**(d)** Produce for our examination all pertinent records;

**(e)** Submit to examination under oath at our request and give us a signed statement of your answers; and

**(f)** Secure all of your rights of recovery against any person or entity responsible for the loss and do nothing to impair those rights.

**(2)** If a Deductible Amount applies to the loss and a percentage is shown in the Declarations as the Percentage Of Deductible Amount Over Which Losses Must Be Reported, you do not have to notify us if the amount of loss at the time of "discovery" does not exceed such percentage of the applicable Deductible Amount.

However, if you later learn that the amount of such loss exceeds, or may reasonably be expected to exceed, the percentage of the applicable Deductible Amount, then you must:

**(a)** Notify us no later than 15 days from the earliest of:

**(i)** The date you learned that such loss exceeded the percentage of the applicable Deductible Amount;

**(ii)** The effective date of termination or cancellation of this insurance; or

**(iii)** The termination of the period of time provided in the Extended Period To Discover Loss Condition **E.1.h.(1);**

**(b)** Give us a detailed, sworn proof of loss within 120 days from the date you gave us notice; and

**(c)** Comply with the requirements set forth in Paragraphs **(1)(c)** through **(1)(f)** above.

**(3)** If you have reason to believe that any loss (except for loss covered under Insuring Agreement **A.1.a., A.1.b., A.1.c.** or **A.2.**) involves a violation of law, you must notify the local law enforcement authorities.

Electronically Filed - STODDARD - November 11, 2024 - 11:15 AM

**g. Employee Benefit Plans**

Any payment we make for loss sustained by any "employee benefit plan" will be made to the plan sustaining the loss and will fully release us on account of such loss.

**h. Extended Period To Discover Loss**

We will pay for loss that you sustain prior to the effective date of cancellation or termination of this insurance in its entirety, as to any Insured or on any Insuring Agreement or coverage, which is "discovered" by a "designated person":

**(1)** Except as provided in Paragraph **(2)** below, no later than one year from the date of that cancellation or termination. However, this extended period to "discover" loss terminates immediately upon the effective date of any other insurance obtained by you or that Insured, whether from us or another insurer, which replaces in whole or in part the coverage afforded under this insurance, whether or not such other insurance provides coverage for loss sustained prior to its effective date.

**(2)** No later than one year from the date of that cancellation or termination with regard to any "ERISA employee benefit plan". However, this extended period to "discover" loss terminates immediately upon the effective date of any other insurance obtained by you or that "ERISA employee benefit plan", whether from us or another insurer, that provides, at a minimum, the same coverage afforded by Insuring Agreement **A.1.b.** in an amount that is no less than the minimum amount of coverage required under ERISA and which also provides that such coverage applies to loss sustained prior to its effective date.

**i. Joint Insured**

**(1)** If more than one Insured is named in the Declarations, the first Named Insured will act for itself and for every other Insured for all purposes of this insurance.

**(2)** If a "designated person" of any Insured has knowledge of any information relevant to this insurance, that knowledge is considered knowledge of every Insured.

**(3)** An "employee" of any Insured is considered to be an "employee" of every Insured.

**(4)** We will not pay more for loss sustained by more than one Insured than the amount we would pay if all such loss had been sustained by one Insured.

**(5)** Payment by us to the first Named Insured for loss sustained by any Insured, or payment by us to any "employee benefit plan" for loss sustained by that plan, will fully release us on account of such loss.

**j. Legal Action Against Us**

You may not bring any legal action against us involving loss:

**(1)** Unless you have complied with all the terms of this insurance;

**(2)** Until 90 days after you have filed proof of loss with us; and

**(3)** Unless brought within two years from the date the loss was "discovered".

If any limitation in this condition is prohibited by law, such limitation is amended so as to equal the minimum period of limitation provided by such law.

**k. Liberalization**

If we adopt any revision that would broaden the coverage under this insurance without additional premium within 45 days prior to or during the Policy Period shown in the Declarations, the broadened coverage will immediately apply to this insurance.

**l. Loss Sustained During Prior Insurance Issued By Us Or Any Affiliate**

**(1) Loss Sustained Partly During This Insurance And Partly During Prior Insurance**

If loss is "discovered" by a "designated person" during the Policy Period shown in the Declarations, resulting directly from an "occurrence" taking place:

**(a)** Partly during the Policy Period shown in the Declarations; and

 © Insurance Services Office, Inc., 2021 

Electronically Filed - STODDARD - November 11, 2024 - 11:15 AM

**(b)** Partly during the policy period(s) of any prior cancelled or terminated insurance that we or any affiliate issued to you or any predecessor in interest;

and this insurance became effective at the time of cancellation or termination of the prior insurance, we will first settle the amount of loss that you sustained during this Policy Period. We will then settle the remaining amount of loss that you sustained during the policy period(s) of the prior insurance.

**(2) Loss Sustained Entirely During Prior Insurance**

If loss is "discovered" by a "designated person" during the Policy Period shown in the Declarations, resulting directly from an "occurrence" taking place entirely during the policy period(s) of any prior cancelled or terminated insurance that we or any affiliate issued to you or any predecessor in interest, we will pay for the loss, provided that:

**(a)** This insurance became effective at the time of cancellation or termination of the prior insurance; and

**(b)** The loss would have been covered under this insurance had it been in effect at the time of the "occurrence".

We will first settle the amount of loss that you sustained during the most recent prior insurance. We will then settle any remaining amount of loss that you sustained during the policy period(s) of any other prior insurance.

**(3)** In settling loss under Paragraphs **(1)** and **(2)** above:

**(a)** The most we will pay for the entire loss is the highest single Limit of Insurance applicable during the period of loss, whether such limit was written under this insurance or was written under the prior insurance issued by us.

**(b)** We will apply the applicable Deductible Amount shown in the Declarations to the amount of loss sustained under this insurance. If no loss was sustained under this insurance, we will apply the Deductible Amount shown in the Declarations to the amount of loss sustained under the most recent prior insurance.

If the Deductible Amount is larger than the amount of loss sustained under this insurance, or the most recent prior insurance, we will apply the remaining Deductible Amount to the remaining amount of loss sustained during the prior insurance.

We will not apply any other deductible amount that may have been applicable to the loss.

**(4)** The following examples demonstrate how we will settle losses subject to this condition:

**Example Number 1**

The Insured sustained a covered loss of $10,000 resulting directly from an "occurrence" taking place during the terms of Policy **A** and Policy **B.**

**Policy A**

The current policy. Written at a Limit of Insurance of $50,000 and a Deductible Amount of $5,000.

**Policy B**

Issued prior to Policy **A.** Written at a Limit of Insurance of $50,000 and a Deductible Amount of $5,000.

**Settlement Of Loss**

The amount of loss sustained under Policy **A** is $2,500 and under Policy **B,** $7,500.

The highest single Limit of Insurance applicable to this entire loss is $50,000 written under Policy **A.** The Policy **A** Deductible Amount of $5,000 applies. The loss is settled as follows:

**(a)** The amount of loss sustained under Policy **A** ($2,500) is settled first. The amount we will pay is nil ($0.00) because the amount of loss is less than the Deductible Amount (i.e., $2,500 loss - $5,000 deductible = $0.00).

**(b)** The remaining amount of loss sustained under Policy **B** ($7,500) is settled next. The amount recoverable is $5,000 after the remaining Deductible Amount from Policy **A** of $2,500 is applied to the loss (i.e., $7,500 loss - $2,500 deductible = $5,000).

The most we will pay for this loss is $5,000.

 © Insurance Services Office, Inc., 2021 

Electronically Filed - STODDARD - November 11, 2024 - 11:15 AM

**Example Number 2**

The Insured sustained a covered loss of $250,000 resulting directly from an "occurrence" taking place during the terms of Policy **A** and Policy **B.**

**Policy A**

The current policy. Written at a Limit of Insurance of $125,000 and a Deductible Amount of $10,000.

**Policy B**

Issued prior to Policy **A.** Written at a Limit of Insurance of $150,000 and a Deductible Amount of $25,000.

**Settlement Of Loss**

The amount of loss sustained under Policy **A** is $175,000 and under Policy **B,** $75,000.

The highest single Limit of Insurance applicable to this entire loss is $150,000 written under Policy **B.** The Policy **A** Deductible Amount of $10,000 applies. The loss is settled as follows:

**(a)** The amount of loss sustained under Policy **A** ($175,000) is settled first. The amount we will pay is the Policy **A** limit of $125,000 because $175,000 loss **-** $10,000 deductible = $165,000, which is greater than the $125,000 policy limit.

**(b)** The remaining amount of loss sustained under Policy **B** ($75,000) is settled next. The amount we will pay is $25,000 (i.e., $150,000 Policy **B** limit **-** $125,000 paid under Policy **A** = $25,000).

The most we will pay for this loss is $150,000.

**Example Number 3**

The Insured sustained a covered loss of $2,000,000 resulting directly from an "occurrence" taking place during the terms of Policies **A, B, C** and **D.**

**Policy A**

The current policy. Written at a Limit of Insurance of $1,000,000 and a Deductible Amount of $100,000.

**Policy B**

Issued prior to Policy **A.** Written at a Limit of Insurance of $750,000 and a Deductible Amount of $75,000.

**Policy C**

Issued prior to Policy **B.** Written at a Limit of Insurance of $500,000 and a Deductible Amount of $50,000.

**Policy D**

Issued prior to Policy **C.** Written at a Limit of Insurance of $500,000 and a Deductible Amount of $50,000.

**Settlement Of Loss**

The amount of loss sustained under Policy **A** is $350,000; under Policy **B,** $250,000; under Policy **C,** $600,000; and under Policy **D,** $800,000.

The highest single Limit of Insurance applicable to this entire loss is $1,000,000 written under Policy **A.** The Policy **A** Deductible Amount of $100,000 applies. The loss is settled as follows:

**(a)** The amount of loss sustained under Policy **A** ($350,000) is settled first. The amount we will pay is $250,000 (i.e., $350,000 loss **-** $100,000 deductible = $250,000).

**(b)** The amount of loss sustained under Policy **B** ($250,000) is settled next. The amount we will pay is $250,000 (no deductible is applied).

**(c)** The amount of loss sustained under Policy **C** ($600,000) is settled next. The amount we will pay is $500,000, the policy limit (no deductible is applied).

**(d)** We will not make any further payment under Policy **D,** as the maximum amount payable under the highest single Limit of Insurance applying to the loss of $1,000,000 under Policy **A** has been satisfied.

The most we will pay for this loss is $1,000,000.

 © Insurance Services Office, Inc., 2021 

Electronically Filed - STODDARD - November 11, 2024 - 11:15 AM

**m. Loss Sustained During Prior Insurance Not Issued By Us Or Any Affiliate**

**(1)** If loss is "discovered" by a "designated person" during the Policy Period shown in the Declarations, resulting directly from an "occurrence" taking place during the policy period of any prior cancelled or terminated insurance that was issued to you or a predecessor in interest by another company, and the period of time to discover loss under that insurance had expired, we will pay for the loss under this insurance, provided that:

**(a)** This insurance became effective at the time of cancellation or termination of the prior insurance; and

**(b)** The loss would have been covered under this insurance had it been in effect at the time of the "occurrence".

**(2)** In settling loss subject to this condition:

**(a)** The most we will pay for the entire loss is the lesser of the Limits of Insurance applicable during the period of loss, whether such limit was written under this insurance or was written under the prior cancelled or terminated insurance.

**(b)** We will apply the applicable Deductible Amount shown in the Declarations to the amount of loss sustained under the prior cancelled or terminated insurance.

**(3)** The insurance provided under this condition is subject to the following:

**(a)** If loss covered under this condition is also partially covered under the Loss Sustained During Prior Insurance Issued By Us Or Any Affiliate Condition **E.1.l.,** the amount recoverable under this condition is part of, not in addition to, the amount recoverable under Condition **E.1.l.**

**(b)** For loss covered under this condition that is not subject to Paragraph **(a)** above, the amount recoverable under this condition is part of, not in addition to, the Limit of Insurance applicable to the loss covered under this insurance and is limited to the lesser of the amount recoverable under:

**(i)** This insurance as of its effective date; or

**(ii)** The prior cancelled or terminated insurance had it remained in effect.

**n. Other Insurance**

If other valid and collectible insurance is available to you for loss covered under this insurance, our obligations are limited as follows:

**(1) Primary Insurance**

When this insurance is written as primary insurance and:

**(a)** You have other insurance subject to the same terms and conditions as this insurance, we will pay our share of the covered loss. Our share is the proportion that the applicable Limit Of Insurance shown in the Declarations bears to the total limit of all insurance covering the same loss.

**(b)** You have other insurance covering the same loss other than that described in Paragraph **(a)** above, we will only pay for the amount of loss that exceeds:

**(i)** The limit of insurance and deductible amount of that other insurance, whether you can collect on it or not; or

**(ii)** The Deductible Amount shown in the Declarations;

whichever is greater. Our payment for loss is subject to the terms and conditions of this insurance.

**(2) Excess Insurance**

**(a)** When this insurance is written excess over other insurance, we will only pay for the amount of loss that exceeds the limit of insurance and deductible amount of that other insurance, whether you can collect on it or not. Our payment for loss is subject to the terms and conditions of this insurance.

**(b)** However, if loss covered under this insurance is subject to a deductible, we will reduce the Deductible Amount shown in the Declarations by the sum total of all such other insurance plus any deductible amount applicable to that other insurance.

Electronically Filed - STODDARD - November 11, 2024 - 11:15 AM

**o. Ownership Of Property; Interests Covered**

The property covered under this insurance is limited to property:

**(1)** That you own or lease;

**(2)** That is held by you in any capacity; or

**(3)** For which you are legally liable, provided that you were liable for the property prior to the time the loss was sustained.

However, this insurance is for your benefit only. It provides no rights or benefits to any other person or entity. Any claim for loss that is covered under this insurance must be presented by you.

**p. Records**

You must keep records of all property covered under this insurance so we can verify the amount of any loss.

**q. Recoveries**

**(1)** Any recoveries, whether effected before or after any payment under this insurance, whether made by us or by you, will be applied net of the expense of such recovery:

**(a)** First, to you in satisfaction of your covered loss in excess of the amount paid under this insurance;

**(b)** Second, to us in satisfaction of amounts paid in settlement of your claim;

**(c)** Third, to you in satisfaction of any Deductible Amount; and

**(d)** Fourth, to you in satisfaction of any loss not covered under this insurance.

**(2)** Recoveries do not include any recovery:

**(a)** From insurance, suretyship, reinsurance, security or indemnity taken for our benefit; or

**(b)** Of original "securities" after duplicates of them have been issued.

**r. Territory**

This insurance covers loss that you sustain resulting directly from an "occurrence" taking place anywhere in the world.

**s. Transfer Of Your Rights Of Recovery Against Others To Us**

You must transfer to us all your rights of recovery against any person or entity for any loss you sustained and for which we have paid or settled. You must also do everything necessary to secure those rights and do nothing after loss to impair them.

**t. Valuation – Settlement**

The value of any loss for purposes of coverage under this insurance will be determined as follows:

**(1) Money**

Loss of "money" but only up to and including its face value. We will, at your option, pay for loss of "money" issued by any country other than the United States of America:

**(a)** At face value in the "money" issued by that country; or

**(b)** In the United States of America dollar equivalent, determined by the rate of exchange published in The Wall Street Journal on the day the loss was "discovered".

**(2) Securities**

Loss of "securities" but only up to and including their value at the close of business on the day the loss was "discovered". We may, at our option:

**(a)** Pay the market value of such "securities" or replace them in kind, in which event you must assign to us all your rights, title and interest in and to those "securities"; or

**(b)** Pay the cost of any Lost Securities Bond required in connection with issuing duplicates of the "securities". However, we will be liable only for the payment of so much of the cost of the bond as would be charged for a bond having a penalty not exceeding the lesser of the:

**(i)** Market value of the "securities" at the close of business on the day the loss was "discovered"; or

 © Insurance Services Office, Inc., 2021 

Electronically Filed - STODDARD - November 11, 2024 - 11:15 AM

**(ii)** Limit of Insurance applicable to the "securities".

**(3) Property Other Than Money And Securities**

**(a)** Loss of or damage to property other than "money" and "securities" for the replacement cost of the property without deduction for depreciation. However, we will not pay more than the least of the following:

**(i)** The Limit of Insurance applicable to the lost or damaged property;

**(ii)** The cost to replace the lost or damaged property with property of comparable material and quality and used for the same purpose; or

**(iii)** The amount you actually spend that is necessary to repair or replace the lost or damaged property.

**(b)** We will not pay on a replacement cost basis for any loss or damage to property covered under Paragraph **(a)** above:

**(i)** Until the lost or damaged property is actually repaired or replaced; and

**(ii)** Unless the repair or replacement is made as soon as reasonably possible after the loss or damage occurred.

If the lost or damaged property is not repaired or replaced, we will pay on an actual cash value basis.

**(c)** We will, at your option, pay for loss or damage to such property:

**(i)** In the "money" of the country in which the loss or damage was sustained; or

**(ii)** In the United States of America dollar equivalent of the "money" of the country in which the loss or damage was sustained, determined by the rate of exchange published in The Wall Street Journal on the day the loss was "discovered".

**(d)** Any property that we pay for or replace becomes our property.

**2. Additional Conditions Applicable To Specific Insuring Agreements**

**a. Under Insuring Agreement A.1.b.**

**(1) Limit Of Insurance**

You are responsible for selecting a Limit of Insurance for "ERISA employee benefit plans" covered under Insuring Agreement **A.1.b.** that is equal to, or greater than, the minimum amounts of coverage required under ERISA as set forth in Paragraphs **(a)** and **(b)** below.

**(a)** For "ERISA employee benefit plans" holding no employer securities:

**(i)** 10% of the amount of funds handled as of the effective date of this insurance; or

**(ii)** $500,000;

whichever is less, but in no event less than $1,000.

**(b)** For "ERISA employee benefit plans" holding employer securities:

**(i)** 10% of the amount of funds handled as of the effective date of this insurance; or

**(ii)** $1,000,000;

whichever is less, but in no event less than $1,000.

If two or more "ERISA employee benefit plans" are covered under Insuring Agreement **A.1.b.,** the Limit of Insurance must be written in an amount sufficient to cover each plan as if they were separately insured.

If at the time of "discovery" of loss sustained by an "ERISA employee benefit plan", the Limit of Insurance for Insuring Agreement **A.1.b.** no longer complies with the minimum amount of coverage required for such plan, we will automatically increase the Limit of Insurance for such plan so as to equal such required minimum amount of coverage. You are not required to pay any additional premium for the increase in the Limit of Insurance.

If the minimum amounts of coverage required under ERISA are amended after the effective date of this insurance, the amended minimum amounts of coverage will automatically apply to the "ERISA employee benefit plans" covered under Insuring Agreement **A.1.b.** You are not required to pay any additional premium for the remainder of the Policy Period shown in the Declarations.

 © Insurance Services Office, Inc., 2021 

Electronically Filed - STODDARD - November 11, 2024 - 11:15 AM

**(2) Payment For Loss Sustained By Multiple Plans**

Any payment we make for loss:

**(a)** Sustained by two or more "ERISA employee benefit plans"; or

**(b)** Of commingled "money", "securities" or "other property" of two or more "ERISA employee benefit plans";

will be made to each such plan sustaining loss in the proportion that the amount of coverage required under ERISA for each such plan bears to the total amount of coverage on all plans sustaining loss.

**(3) Deductible Amount**

Section **C.** Deductible does not apply to loss sustained by an "ERISA employee benefit plan" covered under Insuring Agreement **A.1.b.**

**b. Under Insuring Agreement A.1.c.**

The **Ownership Of Property; Interests Covered** Condition **E.1.o.** is replaced by the following:

**Ownership Of Property; Interests Covered**

The property covered under this Insuring Agreement is limited to property:

**(1)** That your "client" owns or leases;

**(2)** That your "client" holds for others in any capacity; or

**(3)** For which your "client" is legally liable, provided that your "client" was liable for the property prior to the time the loss was sustained.

However, this insurance is for your benefit only. It provides no rights or benefits to any other person or entity, including your "client". Any claim for loss that is covered under this Insuring Agreement must be presented by you.

**c. Under Insuring Agreement A.2.**

**(1) Deductible Amount**

The Deductible Amount does not apply to legal expenses paid under Insuring Agreement **A.2.**

**(2) Electronic And Mechanical Signatures**

We will treat signatures that are produced or reproduced electronically, mechanically or by other means the same as handwritten signatures.

**(3) Proof Of Loss**

You must include with your proof of loss any instrument involved in that loss or, if that is not possible, an affidavit setting forth the amount and cause of loss.

**d. Condition Applicable To Insuring Agreement A.5.**

**Armored Motor Vehicle Companies**

We will only pay for the amount of loss you cannot recover:

**(1)** Under your contract with the armored motor vehicle company; and

**(2)** From any insurance or indemnity carried by, or for the benefit of customers of, the armored motor vehicle company.

**e. Under Insuring Agreement A.7.**

**(1) Change Of Account Requests**

You must make a reasonable effort to verify, but not through email, the authenticity of any "change of account request" with:

**(a)** The "client" or "vendor" purporting to have issued the "change of account request"; or

**(b)** An "authorized person", but not the "authorized person" purporting to have issued the "change of account request";

and contemporaneously document the result of your effort before transferring any property.

Electronically Filed - STODDARD - November 11, 2024 - 11:15 AM

**(2) Transfer Instructions**

You must make a reasonable effort to verify, but not through email, the authenticity of any "transfer instruction" with:

**(a)** The "client" or "vendor" purporting to have issued the "transfer instruction"; or

**(b)** An "authorized person", but not the "authorized person" purporting to have issued the "transfer instruction";

and contemporaneously document the result of your effort before transferring any property.

**F. Definitions**

**1.** "Authorized person" means:

**a.** Any "employee", partner, "member", "manager", director or trustee;

**b.** Any "ERISA plan official"; or

**c.** You (but only if you are a sole proprietor);

who, with regard to Paragraphs **a., b.** and **c.** above, has the authority to:

**(1)** Act upon "change of account requests" or direct others to act upon such requests**;** or

**(2)** Issue "transfer instructions" or direct others to issue such instructions.

**2.** "Change of account request" means an instruction received by you, which is transmitted:

**a.** By email, text message, instant message, telefacsimile, telephone or other electronic means; or

**b.** In writing;

directing you to change a "client's" or "vendor's" bank account information or wire transfer instructions.

**3.** "Change of control" means:

**a.** The acquisition of any Insured of more than 50% of its assets by an entity other than another Insured, or the merger or consolidation of any Insured into or with an entity other than another Insured, such that the acquired Insured is not the surviving entity; or

**b.** The obtaining by any person, entity or affiliated group of persons or entities of the right to:

**(1)** Elect, appoint or designate more than 50% of the board of directors, board of trustees or functional equivalent thereof, of any Insured; or

**(2)** Exercise a majority control of the board of directors, board of trustees or a functional equivalent thereof, of any Insured.

**4.** "Client" means any natural person or entity to whom you provide goods or services in exchange for a fee or pursuant to a written agreement.

**5.** "Computer program" means a set of related electronic instructions, which direct the operation and function of a computer or devices connected to it, which enables the computer or devices to receive, process, store or send "electronic data".

**6.** "Computer system" means:

**a.** Any computer, including transportable or handheld devices, electronic storage devices and related peripheral components;

**b.** Any systems and applications software; and

**c.** Any related telecommunications networks, including the Internet, connected to or used in conjunction with such computer or devices:

which, with regard to Paragraphs **a., b.** and **c.** above:

**(1)** Collects, transmits, processes, stores or retrieves "electronic data"; and

**(2)** Is:

**(a)** Owned, leased or operated by you;

**(b)** Owned and operated by an "employee" who has agreed in writing to your personal device use policy; or

**(c)** Operated by an authorized third party while performing services for you, but only with respect to your "electronic data".

Electronically Filed - STODDARD - November 11, 2024 - 11:15 AM

**7.** "Counterfeit money" means an imitation of "money", which is intended to deceive and to be taken as genuine.

**8.** "Custodian" means you, or any of your partners, "members" or "employees" while having care and custody of property inside the "premises", excluding any person while acting as a "watchperson" or janitor.

**9.** "Designated person" means:

**a.** Any insurance risk manager;

**b.** Any partner, "member", "manager", director or trustee;

**c.** Any elected, appointed or otherwise titled officer;

**d.** The highest-ranking "employee" at the "premises" where such "employee" performs the majority of his or her duties; or

**e.** Any administrator, fiduciary, director, trustee, officer or manager of an "employee benefit plan";

of any Insured.

**10.** "Discovery", "discover" or "discovered" means the time when a "designated person" first becomes aware of facts which would cause a reasonable person to assume that a loss of a type covered by this insurance has been or will be incurred, regardless of when the act or acts causing or contributing to such loss occurred, even though the exact amount or details of loss may not then be known.

"Discovery", "discover" or "discovered" also means the time when a "designated person" first receives notice of an actual or potential claim in which it is alleged that you are liable to a third party under circumstances which, if true, would constitute a loss under this insurance.

**11.** "Electronic data" means information, facts, images or sounds stored as or on, created or used on, or transmitted to or from computer software (including systems and applications software) on data storage devices, including hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment.

**12.** "Employee":

**a.** Means:

**(1)** Any natural person:

**(a)** While in your service and for the first 30 days immediately after termination of service, unless such termination is due to "theft" or any other fraudulent or dishonest act committed by the "employee";

**(b)** Whom you compensate directly by salary, wages or commissions; and

**(c)** Whom you have the right to direct and control while performing services for you;

**(2)** Any natural person who is furnished temporarily to you:

**(a)** To substitute for a permanent "employee" defined in Paragraph **(1)** above, who is on leave; or

**(b)** To meet seasonal or short-term workload conditions;

while that person is subject to your direction and control and performing services for you;

**(3)** Any natural person who is leased to you under a written agreement between you and a labor leasing firm to perform duties related to the conduct of your business, but does not mean a temporary "employee" defined in Paragraph **(2)** above;

**(4)** Any natural person who is:

**(a)** An administrator, director, trustee, manager or "employee", except an administrator or manager who is an independent contractor, of a "Non-ERISA employee benefit plan"; or

**(b)** A director, trustee or "employee" of an Insured sponsoring a "Non-ERISA employee benefit plan", while that person is engaged in handling "money", "securities" or "other property" of the plan;

**(5)** Any natural person who is a former "employee", partner, "member", "manager", director or trustee retained by you as a consultant while performing services for you;

**(6)** Any natural person who is a guest student or intern pursuing studies or duties;

**(7)** Any natural person employed by an entity merged or consolidated with you prior to the effective date of this insurance; and

 © Insurance Services Office, Inc., 2021 

Electronically Filed - STODDARD - November 11, 2024 - 11:15 AM

**(8)** Any natural person who is your "manager", director or trustee while:

**(a)** Performing acts within the scope of the usual duties of an "employee"; or

**(b)** Acting as a member of any committee duly elected or appointed by resolution of your board of directors, board of trustees or functional equivalent thereof, to perform specific, as distinguished from general, directorial acts on your behalf.

**b.** Does not mean:

Any agent, broker, factor, commission merchant, consignee, independent contractor or representative of the same general character not specified in Paragraph **a.** above.

**13.** "Employee benefit plan" means any "ERISA employee benefit plan" or "Non-ERISA employee benefit plan":

**a.** Shown in the Declarations as the first Named Insured; or

**b.** Included as an Insured and is sponsored:

**(1)** Solely by another Insured; or

**(2)** Jointly by another Insured and an employee organization, including a labor organization, solely for the benefit of that Insured's "employees".

**14.** "ERISA employee benefit plan" means any welfare or pension benefit plan that is subject to the Employee Retirement Income Security Act of 1974 (ERISA) and any amendments thereto.

**15.** "ERISA plan official":

**a.** Means any natural person who is:

**(1)** An administrator, fiduciary, director, trustee, manager or "employee" of an "ERISA employee benefit plan"; or

**(2)** A director, trustee or "employee" of an Insured sponsoring an "ERISA employee benefit plan", while that person is engaged in handling "money", "securities" or "other property" of such plan.

**b.** Does not mean:

Any agent, broker, financial institution, registered representative, investment advisor, independent contractor or representative of the same general character.

**16.** "Financial institution" means:

**a.** With regard to Insuring Agreement **A.3.:**

**(1)** A bank, savings bank, savings and loan association, trust company, credit union or similar depository institution; or

**(2)** An insurance company.

**b.** With regard to Insuring Agreement **A.6.:**

**(1)** A bank, savings bank, savings and loan association, trust company, credit union or similar depository institution;

**(2)** An insurance company; or

**(3)** A stock brokerage firm or investment company.

**c.** For Insuring Agreements other than Insuring Agreements **A.3.** and **A.6.,** any financial institution.

**17.** "Financial institution premises" means the interior of that portion of any building occupied by a "financial institution" listed in Paragraph **16.a.**

**18.** "Forgery" means the signing of the name of another person or entity with intent to deceive; it does not mean a signature which consists in whole or in part of one's own name signed with or without authority, in any capacity, for any purpose.

**19.** "Fraud or dishonesty" means larceny, theft, embezzlement, forgery, misappropriation, wrongful abstraction, wrongful conversion, willful misapplication or other fraudulent or dishonest act, including any act or arrangement prohibited by title 18, section 1954 of the U.S. Code.

**20.** "Manager" means a natural person serving in a directorial capacity for a limited liability company.

**21.** "Member" means an owner of a limited liability company represented by its membership interest who, if a natural person, may also serve as a "manager".

Electronically Filed - STODDARD - November 11, 2024 - 11:15 AM

**22.** "Messenger" means you, or your relative, or any of your partners, "members" or "employees" while having care and custody of property outside the "premises".

**23.** "Money" means:

**a.** Currency, coins and bank notes in current use and having a face value;

**b.** Traveler's checks and money orders held for sale to the public; and

**c.** In addition, includes:

**(1)** Under Insuring Agreements **A.1.a., A.1.b., A.1.c.** and **A.2.,** deposits in your account at any "financial institution"; and

**(2)** Under Insuring Agreement **A.6.,** deposits in your account at any "financial institution" listed in Paragraph **F.16.b.**

**24.** "Non-ERISA employee benefit plan" means any welfare or pension benefit plan other than an "ERISA employee benefit plan".

**25.** "Occurrence" means:

**a.** Under Insuring Agreements **A.1.a.** and **A.1.c.:**

**(1)** An individual act;

**(2)** The combined total of all separate acts, whether or not related; or

**(3)** A series of acts, whether or not related;

committed by an "employee" acting alone or in collusion with other persons, during the Policy Period shown in the Declarations, except as provided under the Loss Sustained During Prior Insurance Conditions **E.1.l.** and **E.1.m.**

**b.** Under Insuring Agreement **A.1.b.:**

**(1)** An individual act;

**(2)** The combined total of all separate acts, whether or not related; or

**(3)** A series of acts, whether or not related;

committed by an "ERISA plan official" acting alone or in collusion with other persons, during the Policy Period shown in the Declarations, except as provided under the Loss Sustained During Prior Insurance Conditions **E.1.l.** and **E.1.m.**

**c.** Under Insuring Agreement **A.2.:**

**(1)** An individual act;

**(2)** The combined total of all separate acts, whether or not related; or

**(3)** A series of acts, whether or not related;

committed by a person acting alone or in collusion with other persons, involving one or more instruments, during the Policy Period shown in the Declarations, except as provided under the Loss Sustained During Prior Insurance Conditions **E.1.l.** and **E.1.m.**

**d.** Under all other Insuring Agreements:

**(1)** An individual act or event;

**(2)** The combined total of all separate acts or events, whether or not related; or

**(3)** A series of acts or events, whether or not related;

committed by a person acting alone or in collusion with other persons, or not committed by any person, during the Policy Period shown in the Declarations, except as provided under the Loss Sustained During Prior Insurance Conditions **E.1.l.** and **E.1.m.**

**26.** "Other property" means any tangible property other than "money" and "securities" that has intrinsic value. "Other property" does not include "computer programs", "electronic data" or any property specifically excluded under this insurance.

**27.** "Premises" means the interior of that portion of any building you occupy in conducting your business.

**28.** "Robbery" means the unlawful taking of property from the care and custody of a person by one who has:

**a.** Caused or threatened to cause that person bodily harm; or

 © Insurance Services Office, Inc., 2021 

Electronically Filed - STODDARD - November 11, 2024 - 11:15 AM

**b.** Committed an obviously unlawful act witnessed by that person.

**29.** "Safe burglary" means the unlawful taking of:

**a.** Property from within a locked safe or vault by a person unlawfully entering the safe or vault as evidenced by marks of forcible entry upon its exterior; or

**b.** A safe or vault from inside the "premises".

**30.** "Securities" means negotiable and nonnegotiable instruments or contracts representing either "money" or property and includes:

**a.** Tokens, tickets, revenue and other stamps (whether represented by actual stamps or unused value in a meter) in current use; and

**b.** Evidences of debt issued in connection with credit or charge cards, which cards are not issued by you;

but does not include "money".

**31.** "Subsidiary":

**a.** Means any entity covered under this insurance:

**(1)** In which on or before the effective date of this insurance you own, directly or indirectly, greater than 50% of the outstanding securities or voting rights representing the present right to elect, appoint, or exercise a majority control over such entity's board of directors, board of trustees or functional equivalent thereof; or

**(2)** That you form or acquire during the Policy Period shown in the Declarations in which you own, directly or indirectly, greater than 50% of the outstanding securities or voting rights representing the present right to elect, appoint or exercise a majority control over such entity's board of directors, board of trustees or functional equivalent thereof, subject to Paragraph **E.1.d.(2)** of the Consolidation – Merger – Acquisition Condition.

**b.** Does not mean:

Any joint venture or partnership in which you have an ownership interest, unless the joint venture or partnership is added as an Insured by endorsement.

**32.** "Theft" means:

**a.** The unlawful taking of property to the deprivation of the Insured; or

**b.** Solely with regard to Insuring Agreement **A.1.c.,** the unlawful taking of property to the deprivation of a "client".

**33.** "Transfer account" means an account maintained by you at a "financial institution" from which you can initiate the transfer, payment or delivery of "money" or "securities".

**34.** "Transfer instruction" means:

**a.** With regard to Insuring Agreement **A.6.b.,** an instruction received by a "financial institution", which is transmitted:

**(1)** By email, text message, instant message, telefacsimile, telephone or other electronic means; or

**(2)** In writing, other than an instrument covered under Insuring Agreement **A.2.;**

directing the "financial institution" to transfer, pay or deliver "money" or "securities" from your "transfer account" to a person, entity or account beyond your control.

**b.** With regard to Insuring Agreement **A.7.,** an instruction received by you, which is transmitted:

**(1)** By email, text message, instant message, telefacsimile, telephone or other electronic means; or

**(2)** In writing;

directing you to transfer, pay or deliver "money" or "securities" to a person, entity or account beyond your control.

**35.** "Vendor" means a natural person or entity that provides or has provided goods or services to you pursuant to a written agreement but does not include any financial institution or armored motor vehicle company.

**36.** "Watchperson" means any person you retain specifically to have care and custody of property inside the "premises" and who has no other duties.

Electronically Filed - STODDARD - November 11, 2024 - 11:15 AM

Electronically Filed - STODDARD - November 11, 2024 - 11:15 AM



**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# MISSOURI CHANGES

This endorsement modifies insurance provided under the following:

COMMERCIAL CRIME COVERAGE FORM
GOVERNMENT CRIME COVERAGE FORM
KIDNAP/RANSOM AND EXTORTION COVERAGE FORM

**A.** Under the Commercial Crime Coverage Form and Government Crime Coverage Form, the **Legal Action Against Us** Condition is replaced by the following:

**Legal Action Against Us**

You may not bring any legal action against us involving loss:

**1.** Unless you have complied with all the terms of this insurance;

**2.** Until 90 days after you have filed proof of loss with us; and

**3.** Unless brought within 10 years from the date the loss was "discovered".

**B.** Under the Kidnap/Ransom And Extortion Coverage Form, the **Legal Action Against Us** Condition is replaced by the following:

**Legal Action Against Us**

You may not bring any legal action against us involving loss:

**1.** Unless you have complied with all the terms of this insurance;

**2.** Until 90 days after you have filed proof of loss with us; and

**3.** Unless brought within 10 years from the date that you reported the loss to us.

**C. Missouri Property And Casualty Insurance Guaranty Association Coverage Limitations**

**1.** Subject to the provisions of the Missouri Property and Casualty Insurance Guaranty Association Act (to be referred to as the Act), if we are a member of the Missouri Property And Casualty Insurance Guaranty Association (to be referred to as the Association), the Association will pay claims covered under the Act if we become insolvent.

**2.** The Act contains various exclusions, conditions and limitations that govern a claimant's eligibility to collect payment from the Association and affect the amount of any payment. The following limitations apply subject to all other provisions of the Act:

**a.** Claims covered by the Association do not include a claim by or against an Insured of an insolvent insurer, if the Insured has a net worth of more than $25 million on the later of the end of the Insured's most recent fiscal year or the December 31st of the year next preceding the date the insurer becomes insolvent, provided that an Insured's net worth on such date shall be deemed to include the aggregate net worth of the Insured and all of its affiliates as calculated on a consolidated basis.

**b.** Payments made by the Association for covered claims will include only that amount of each claim which is less than $300,000.

However, the Association will not:

**(1)** Pay an amount in excess of the applicable Limit of Insurance of the Policy from which a claim arises; or

**(2)** Return to an Insured any unearned premium in excess of $25,000.

These limitations have no effect on the coverage we will provide under this Policy.

Electronically Filed - STODDARD - November 11, 2024 - 11:15 AM

Electronically Filed - STODDARD - November 11, 2024 - 11:15 AM



**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# INSIDE THE PREMISES – THEFT OF OTHER PROPERTY

This endorsement modifies insurance provided under the following:

COMMERCIAL CRIME COVERAGE FORM
COMMERCIAL CRIME POLICY
GOVERNMENT CRIME COVERAGE FORM
GOVERNMENT CRIME POLICY

With regard to this Inside The Premises – Theft Of Other Property endorsement, the provisions of the Coverage Form or Policy to which this endorsement is attached apply, unless modified by this endorsement.

**A.** The following is added to Section **A. Insuring Agreements:**

**Inside The Premises – Theft Of Other Property**

We will pay for:

**1.** Loss of or damage to "other property" inside the "premises" resulting directly from "theft".

**2.** Loss from damage to the "premises" or its exterior resulting directly from an actual or attempted "theft" of "other property", if you are the owner of the "premises" or are liable for damage to it.

**B. Limit Of Insurance**

The most we will pay for all loss resulting directly from an "occurrence" is the applicable Limit Of Insurance shown in the Declarations.

**C. Deductible**

We will not pay for loss resulting directly from an "occurrence", unless the amount of loss exceeds the Deductible Amount shown in the Declarations. We will then pay the amount of loss in excess of the Deductible Amount, up to the Limit of Insurance.

**D.** The following are added to Section **D.2. Additional Exclusions Applicable To Specific Insuring Agreements:**

This Insuring Agreement does not cover:

**1. Changes In Condition**

Loss occurring while there is any change in the condition of the risk within your control that increases the possibility of loss.

**2. Exchanges Or Purchases**

Loss resulting from the giving or surrendering of property in any exchange or purchase.

**3. Fire**

Loss resulting from fire, however caused, except:

**a.** Loss from damage to a safe or vault; or

**b.** Loss from "theft" occurring during a fire inside the "premises".

**4. Inventory Shortages**

Loss, or that part of any loss, the proof of which as to its existence or amount is dependent upon:

**a.** An inventory computation; or

**b.** A profit and loss computation.

 © Insurance Services Office, Inc., 2021 

Electronically Filed - STODDARD - November 11, 2024 - 11:15 AM

**5. Motor Vehicles Or Equipment And Accessories**

Loss of or damage to motor vehicles, trailers or semitrailers or equipment and accessories attached to them.

**6. Vandalism**

Loss from damage to the "premises" or its exterior, or to any "other property", by vandalism or malicious mischief.

**7. Voluntary Parting Of Title To Or Possession Of Property**

Loss resulting from your, or anyone else acting on your express or implied authority, being induced by any fraudulent or dishonest act to voluntarily part with title to or possession of any property.

**E.** The following is added to Section **E.2. Additional Conditions Applicable To Specific Insuring Agreements:**

**Suspension Of Coverage**

If a loss covered under this Insuring Agreement occurs, coverage is suspended until the "premises" are restored to the same condition of security that existed prior to the loss. However, if you maintain at least one "watchperson" while the "premises" are closed for business, this condition will not apply.

 © Insurance Services Office, Inc., 2021 

Electronically Filed - STODDARD - November 11, 2024 - 11:15 AM



**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# CRIME ENHANCEMENT ENDORSEMENT

This endorsement modifies insurance provided under the following:

COMMERCIAL CRIME COVERAGE FORM
COMMERCIAL CRIME POLICY
EMPLOYEE THEFT AND FORGERY POLICY
KIDNAP/RANSOM AND EXTORTION COVERAGE FORM
KIDNAP/RANSOM AND EXTORTION POLICY
GOVERNMENT CRIME COVERAGE FORM
GOVERNMENT CRIME POLICY
GOVERNMENT EMPLOYEE THEFT AND FORGERY POLICY

**A.** The following is added to **A. Insuring Agreements**:

**Rewards Payments**

**a.** We will reimburse you for rewards paid as follows:

**(1)** Up to $25,000 per occurrence to an eligible person for information leading to the arrest and conviction of any person(s) committing a crime resulting in loss to Covered Property from a Covered Cause of Loss. However, we will pay no more than the lesser of the following amounts:

**(a)** Replacement Cost of the Covered Property at the time of loss or damage, but not more than the amount required to repair or replace it; or

**(b)** The amount determined by the loss settlement procedure applicable to the Covered Property.

**(2)** Up to $25,000 per occurrence to an eligible person for the return of stolen Covered Property when loss by theft. However, we will pay no more than the lesser of the following amounts:

**(a)** Replacement Cost based on the condition of the Covered Property at the time it is returned, but not more than the amount required to repair or replace it; or

**(b)** The amount determined by the loss settlement procedure applicable to the Covered Property returned.

**b.** This Additional Coverage applies subject to the following conditions:

**(1)** An eligible person means that person designated by a law enforcement agency as being first to voluntarily provide the necessary information or return the stolen Covered Property, and who is not:

**(a)** You or any family member;

**(b)** Your employee or any of his or her family members;

**(c)** An employee of a law enforcement agency;

**(d)** An employee of a business engaged in property protection;

**(e)** Any person who had custody of the Covered Property at the time the theft was committed; or

**(f)** Any person involved in the crime.

**(2)** There will be no reimbursement for a reward paid unless and until the person(s) committing the crime are convicted or the Covered Property is returned.

**(3)** The amount of the reward is the most we will reimburse under this Additional Coverage for loss in any one occurrence.

**(4)** The insured must have posted public notice of the reward prior to the person having been first to voluntarily provide the necessary information or return the stolen Covered Property.


Copyright, CM Insurance, 2020
Includes copyrighted material of Insurance Services Office with its permission.
© Insurance Services Office, Inc., 2015

Electronically Filed - STODDARD - November 11, 2024 - 11:15 AM

**c.** Deductible

No deductible applies to the Rewards Payments.

**d.** Aggregate Limit

The most we will pay under this Additional Coverage is 10% of the amount of the loss up to $25,000 in any one occurrence, not to exceed $100,000 per policy period.

**B.** The following is added to the **Conditions** section, **Other Insurance:**

**Two or More Coverages or Limits of Insurance Apply**

If coverage for loss or damage is covered under this endorsement and covered elsewhere in this policy, the amount payable under this endorsement will apply in excess over that amount payable elsewhere in this policy. We will not pay more than the actual amount of the covered loss or damage.


Copyright, CM Insurance, 2020
Includes copyrighted material of Insurance Services Office with its permission.
© Insurance Services Office, Inc., 2015

Electronically Filed - STODDARD - November 11, 2024 - 11:15 AM



**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# THEFT OF MONEY AND SECURITIES SPECIAL COVERAGE DAYS ENDORSEMENT

This endorsement modifies insurance provided under the following:

COMMERCIAL CRIME COVERAGE FORM
COMMERCIAL CRIME POLICY

**SCHEDULE**

| |
|---|
| **Special Coverage Day(s):** Christmas, Easter and Thanksgiving |
| **Address of Premises:** 625 N Hickory St, Dexter, MO |

The following is added to Section **B. Limit Of Insurance**:

**Special Coverage Days**

For each Special Coverage Day shown in the Schedule of this Endorsement:

1. The Inside the Premises - Theft Of Money And Securities and Outside the Premise limits shown in the Declarations are doubled beginning 12:01 a.m. seven days before the Special Coverage Day until 12:00 p.m. seven days after the Special Coverage Day.
2. However, the amount by which the Limit is increased applies only to loss "discovered" by you before the end of the period of time provided in the Extended Period to Discover Loss Condition, after the seventh day following the Special Coverage Day shown in the Schedule of this Endorsement.


Copyright, CM Insurance, 2019
Includes copyrighted material of Insurance Services Office with its permission.
© Insurance Services Office, Inc., 2015

Electronically Filed - STODDARD - November 11, 2024 - 11:15 AM

Electronically Filed - STODDARD - November 11, 2024 - 11:15 AM

Joseph C. Blanton, Jr.
Bryan E. Nickell
Thomas W. Collins, III
Patrick R. Douglas
Shaun D. Hanschen
Diedre A. Peters
Tony C. "Trey" Watkins, III
Mark Blanton

THE LAW OFFICES OF
Blanton, Nickell, Collins, Douglas & Hanschen LLC

219 S. Kingsway • P.O. Box 805
Sikeston, MO 63801 - 0805
Phone (573) 471-1000 • Fax (573) 471-1012
www.blantonlaw.com

Writer's Direct Email:

SINCE 1914
Harry Blanton (1891-1973)
Thomas R. Gilmore (1939-1984)
David E. Blanton (1908-1999)
Bernard C. Rice (1929-2014)

mblanton@blantonlaw.com

June 14, 24

Ms. Rachel Peterson
Commercial Service Agent
Church Mutual Insurance Company
3000 Schuster Lane
Merrill, WI 54452
**VIA EMAIL:** customerservice@churchmutual.com

RE: Dimension Church, Dexter, Missouri

Ms. Peterson:

We represent Dimension Church with respect to its insurance policy with Church Mutual Insurance Company (**Church Mutual**). Please forward all future correspondence pertaining to this matter directly to Joe Blanton (jblanton@blantonlaw.com) and me. Our client suffered extensive damage to its property in Dexter, Missouri, from a series of tornadoes and other storms that passed through the area recently. Dimension believed it had coverage from Church Mutual, but Church Mutual represented to it that this was not the case. Church Mutual claims that the insurance policy was cancelled due to nonpayment of the premium. However, that claim is not well-taken for the reasons stated below.

Under Missouri law (which governs under the terms of the Church Mutual policy), "[a]bsent an equitable ground, an insurance policy may be cancelled only: 1) by mutual assent of the parties or, 2) under the terms of the policy." *Blair v. Perry Cty. Mut. Ins. Co.*, 118 S.W.3d 605, 606-07 (Mo. 2003) (citation omitted). "The Missouri courts have held, in an unbroken line of decisions, that strict compliance with all the requirements in regard to notice is a prerequisite to cancellation." *Farrar v. Mayabe*, 326 S.W.2d 337, 340 (Mo. App. S.D. 1959). "To cancel an insurance policy, strict compliance with all the notice requirements is a prerequisite, even when such requirements are unreasonable." *Blanks v. Farmers Ins. Co.*, 97 S.W.3d 1, 4 (Mo. App. E.D.

Electronically Filed - STODDARD - November 11, 2024 - 11:15 AM

2002) (citing *Safeco Ins. Co. of Am. v. Stone & Sons, Inc*., 822 S.W.2d 565, 568 (Mo. App. E.D. 1992)).

The terms of Dimension Church's policy indicate that Church Mutual may cancel the insurance policy "by mailing or delivering to the first Named Insured written notice of cancellation at least: a. 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or . . ." Common Policy Conditions at p. 1. However, no written notice was ever mailed to my client indicating that the Church Mutual policy was cancelled for nonpayment. This is not a collateral issue, as *Blanks* and *Farrar* require strict compliance with the notice requirements of Missouri law and the insurance policy.

Missouri cases hold that "[t]here is a presumption that a letter duly mailed has been received by the addressee." *Ins. Placements v. Utica Mut. Ins. Co*., 917 S.W.2d 592, 595 (Mo. App. E.D. 1996). Assuming *arguendo* that Church Mutual mailed a written notice, that presumption will not apply here. As made clear by my client's statement to Church Mutual, it has not received any mail sent to it by Church Mutual pertaining to its most recent claims. In fact, Dimension has had this problem with Church Mutual going back to 2020, where Church Mutual was sending its mail to one of its neighbors by mistake. Emails to Matthew Weiss from Chris Masters (**Exhibit 1**). The bank holding the mortgage on Dimension's property has never received a cancellation notice either. As such, even if Church Mutual did mail a notice, it never arrived and the presumption that it arrived will be rebutted by the facts of Church Mutual's contacts with Dimension over the years.

Church Mutual may attempt to claim that the portal notice sent by Church Mutual to Dimension is sufficient "delivered notice" under the policy (since nothing was ever mailed to, or received by, Dimension or its lender) to effect its cancellation. However, no presumption of receipt exists for a letter sent by a portal. Furthermore, Missouri statute provides that "[p]roof of mailing of notice of cancellation or of intention not to renew or reasons for cancellation to the named insured at the address shown in the policy shall be sufficient proof of notice." R.S.Mo. § 379.885.[1]

As such, Church Mutual did not provide Dimension with sufficient notice under the insurance policy indicating that the insurance policy was cancelled. Even if the issue is unclear or ambiguous, the issue will be construed against Church Mutual. Under Missouri caselaw, "[a]mbiguous language is construed against the insurance company, because (1) insurance is intended to furnish protection, not defeat it, and (2) the company, as the drafter of the policy, is in

[1] "Commercial casualty insurance" is defined as "casualty insurance for business or nonprofit interests which is not for personal, family or household purposes, and which is provided by issuance of a policy of insurance and not merely a binder for such insurance coverage." R.S.Mo. 379.882(1). Here, Dimension Church's policy fits under this definition, as the policy is a casualty policy, it is held for a nonprofit interest (here, a church), the church was issued an insurance policy, and said policy is not for any personal, family, or household purpose.

Electronically Filed - STODDARD - November 11, 2024 - 11:15 AM

the best position to remove any potential ambiguity." *State Farm Fire & Cas. Co. v. Spradling Home Inspections, LLC*, No. 4:10-CV-01887 NAB, 2012 U.S. Dist. LEXIS 80368, at *9 (E.D. Mo. June 11, 2012) (citing *Krombach v. Mayflower Ins. Co., Ltd.*, 827 S.W.2d 208, 210-11 (Mo. 1992)). A Missouri state or federal court will construe the notice provisions here against Church Mutual, given its numerous errors with providing the notice required by Missouri law and the lack of a definite notice provision.

Should Dimension be forced to file a lawsuit with respect to this issue, Church Mutual faces penalties for vexatious refusal to pay, in addition to the claim amount and attorneys' fees. "To recover for vexatious refusal to pay, one must show insurer's refusal to pay a loss was willful and unreasonable to a reasonably prudent person. The existence of a litigable issue will not preclude liability if the insurer was vexatious and recalcitrant. A refusal to pay, based on a suspicion without substantial facts to support that suspicion, is vexatious." *Laster v. State Farm Fire & Cas. Co.*, 693 S.W.2d 195, 197 (Mo. App. E.D. 1985) (internal citation omitted). Here, Church Mutual's refusal is willful and unreasonable, considering the loss is clearly covered by the insurance policy and Church Mutual never submitted sufficient notice to Dimension that its insurance policy was cancelled.

Church Mutual will be subject to the vexatious refusal penalties under Missouri statute. "In any action against any insurance company to recover the amount of any loss under a policy of automobile, fire, cyclone, lightning, life, health, accident, employers' liability, burglary, theft, embezzlement, fidelity, indemnity, marine or other insurance except automobile liability insurance, if it appears from the evidence that such company has refused to pay such loss without reasonable cause or excuse, the court or jury may, in addition to the amount thereof and interest, allow the plaintiff damages not to exceed twenty percent of the first fifteen hundred dollars of the loss, and ten percent of the amount of the loss in excess of fifteen hundred dollars and a reasonable attorney's fee; and the court shall enter judgment for the aggregate sum found in the verdict." R.S.Mo. § 375.420. Considering the amount of damages to Dimension's property, this penalty will be rather substantial should Church Mutual refuse to do the right thing.

Overall, Church Mutual faces large amounts of exposure should it choose not to honor the policy and cover Dimension's losses. We urge Church Mutual to reconsider its position before litigation is filed against it. We look forward to your response.

Very truly yours,

***/s/ Mark D. Blanton***

Mark D. Blanton

cc: Joseph C. Blanton, Jr.
Chris Masters

Electronically Filed - STODDARD - November 11, 2024 - 11:15 AM

Kristin Masters

Electronically Filed - STODDARD - November 11, 2024 - 11:15 AM

MW

**Matthew P. Weiss** 12/18/20

To: Chris Masters >

# Payments

Chris,

The cancellation date is tomorrow. Can you make an online payment. You currently owe $979.73. That is for 3 months. You can click on the link below to make the payment. Let me know if you have any problems.

Thanks,

Matt

Matthew Weiss,
Regional Representative
Church Mutual Insurance Company
(800) 554-2642, Option 1 Customer Service
Cell: 314-913-1164
Toll free fax: 855-264-2329
www.churchmutual.com

This email message is confidential, intended only for the named recipient(s) above, and may contain information that is privileged, attorney work product, or exempt from disclosure under applicable law. If you have received this message in error or are not the named

Electronically Filed - STODDARD - November 11, 2024 - 11:15 AM

CM

**Chris Masters** 12/18/20

To: Matthew P. Weiss >

Yes I'll get this paid. Were you able to figure out while the house down from the church us getting the mail?

Sent from my iPhone

> On Dec 18, 2020, at 10:45 AM, Weiss, Matthew P. <MWeiss@churchmutual.com> wrote:

See More

Electronically Filed - STODDARD - November 11, 2024 - 11:15 AM

MW **Matthew P. Weiss** 12/18/20

To: Chris Masters >

No not yet. I'll make sure the billing statements go to the right address.

Thanks!

Matt

Matthew Weiss,
Regional Representative
Church Mutual Insurance Company
(800) 554-2642, Option 1 Customer Service
Cell: 314-913-1164
Toll free fax: 855-264-2329
www.churchmutual.com

This email message is confidential, intended only for the named recipient(s) above, and may contain information that is privileged, attorney work product, or exempt from disclosure under applicable law. If you have received this message in error or are not the named recipient(s), please notify me immediately by responding to this email and then delete this email message from your computer (inbox and sent box). Thank you.



Electronically Filed - STODDARD - November 11, 2024 - 11:15 AM

**Church Mutual Insurance Company, S.I.**
3000 Schuster Lane, P.O. Box 342, Merrill, WI 54452-0342
(715) 536-5577 • (800) 554-2642 • Fax (715) 539-4651
www.churchmutual.com

# PROPERTY LOSS REPORT

*Please furnish the following information for prompt handling of your claim.*

## CLAIM NOTIFICATION / POLICYHOLDER INFORMATION

Date Reported: May 27, 2024

Reported by: (Name) Chris Masters (Title) Pastor

Phone: (Home) 573-625-8500 (Work) ____

Fax ____ E-mail dimensionchurch@gmail.com

Account No. 0378468 Policy No. 25-650556 Effective Date 1/10/2024

Date of Loss 5/27/2024 Time of Loss Approx 6:50 ☒ a.m. ☐ p.m.

Insured's Name (as it appears on policy) Dimension Church

Address 1 (Street) Physical: 621 N Hickory St Dexter MO 63841

Address 2 (Street) Mailing: 205 W Bus US Hwy 60 Dexter MO 63841

City Dexter State MO Zip Code 63841

Are you insured with any other company? ☒ No ☐ Yes Company? ____

## LOSS INFORMATION

Type of Loss Damage to Structure via tree falling onto building

Location of Loss (Street) 621 N Hickory St

City Dexter State MO Zip Code 63841

Which structure was damaged? Main Auditorium, Men/Women Restrooms, Foyer, Basement, Roof

Police or Fire Dept. reported to (if any) ____ Report No. ____

Address (Street) ____

City ____ State ____ Zip Code ____

Phone No.: ( ) ____

## LOSS DESCRIPTION

Give a complete description of property and circumstances of loss. Include estimates or proposals for repair. ____

* SECOND PAGE MUST BE COMPLETED AND SIGNED *

Electronically Filed - STODDARD - November 11, 2024 - 11:15 AM

## STATE - SPECIFIC FRAUD WARNING STATEMENTS FOR PROPERTY LOSS CLAIM FORMS (PLEASE READ CAREFULLY)

**Arizona** "For your protection, Arizona law requires the following statement to appear on this form:
Any person who knowingly presents a false or fraudulent claim for payment of a loss is subject to criminal and civil penalties.

**California** "For your protection California law requires the following to appear on this form:
Any person who knowingly presents false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison."

**Colorado** "It is unlawful to knowingly provide false, incomplete, or misleading facts or information to an insurance company for the purpose of defrauding or attempting to defraud the company. Penalties may include imprisonment, fines, denial of insurance, and civil damages. Any insurance company or agent of an insurance company who knowingly provides false, incomplete, or misleading facts or information to a policyholder or claimant for the purpose of defrauding or attempting to defraud the policyholder or claimant with regard to a settlement or award payable for insurance proceeds shall be reported to the Colorado Division of Insurance within the Department of Regulatory Agencies."

**Florida** "Any person who knowingly and with intent to injure, defraud, or deceive any insurance company files a statement of claim containing any false, incomplete, or misleading information is guilty of a felony of the third degree."

**Maine** "It is a crime to knowingly provide false, incomplete, or misleading information to an insurance company for the purpose of defrauding the company. Penalties may include imprisonment, fines, or denial of insurance benefits."

**New Jersey** "Any person who knowingly files a statement of claim containing any false or misleading information is subject to criminal and civil penalties.

**New York** "Any person who knowingly and with intent to defraud any insurance company or other person files an application or statement of claim containing any materially false information, or conceals for the purpose of misleading, information concerning any fact material thereto, commits a fraudulent insurance act, which is a crime, and shall also be subject to a civil penalty not to exceed five thousand dollars and the stated value of the claim for each violation."

**Pennsylvania** "Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is crime and subjects such person to criminal and civil penalties"

**Alaska, Arkansas, Delaware, District of Columbia, Idaho, Indiana, Kentucky, Minnesota, New Hampshire, New Mexico, Ohio, Oklahoma, and Virginia**
"For your protection, these states require the following wording on this form:
Any person who knowingly and with intent to defraud an insurer files a statement of claim containing false, inflated, incomplete, or misleading information is subject to prosecution and punishment for insurance fraud and may be subject to civil fines, criminal penalties, and denial of insurance benefits."

**Applicable in All States**
For your protection, review your policy for an explanation of the insured's duties in the event of a loss. Failure to comply with these duties may void your policy

Your signature will assist in prompt handling of this claim.

Name (print) Chris Masters
Phone: Home (573 ) 625 - 8500 Work (573 ) 293-3010
City Dexter State MO Zip Code 63841
Signature [signature] Date 7/15/2024

CL 410 (10-99)