UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | | |
|---|---|---|
| DIMENSION CHURCH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 1:24-cv-00226-SNLJ |
| | ) | |
| CHURCH MUTUAL INSURANCE COMPANY, S.I. | ) | |
| | ) | |
| Defendant. | ) | |

**JUDGMENT IN A CIVIL CASE**

On May 28, 2026, this matter came before the Court, and defendant Church Mutual Insurance Company, S.I.'s Motion for Summary Judgment was **GRANTED** as to plaintiff's claim for vexatious refusal set forth in Count II of plaintiff's Complaint. [Doc. 62].

On August 24-26, 2026, this matter came before the Court for a trial by jury. On August 26, 2026, the jury rendered a **VERDICT** in favor of defendant Church Mutual Insurance Company, S.I. on plaintiff's claim for breach of contract set forth in Count I of plaintiff's Complaint. [Docs. 119, 125].

Accordingly,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that, pursuant to the Court's Order dated May 28, 2026 [Doc. 62], **JUDGMENT** is entered against plaintiff Dimension Church and in favor of defendant Church Mutual Insurance

Company, S.I. on plaintiff's claim for vexatious refusal set forth in Count II of plaintiff's Complaint.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that, pursuant to the jury's verdict on August 26, 2026 [Docs. 119, 125], **JUDGMENT** is entered against plaintiff Dimension Church and in favor of defendant Church Mutual Insurance Company, S.I. on plaintiff's claim for breach of contract set forth in Count I of plaintiff's Complaint.

**IT IS FINALLY ORDERED, ADJUDGED, AND DECREED** that, pursuant to Federal Rule of Civil Procedure 54(d)(1), defendant Church Mutual Insurance Company, S.I., as the prevailing party, is awarded its costs. Pursuant to Local Rule 8.03(A), defendant shall file a verified bill of costs within twenty-one (21) days.

**SO ORDERED** this 3rd day of September, 2026.

STEPHEN N. LIMBAUGH, JR.
SENIOR UNITED STATES DISTRICT JUDGE